UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- x
                                                                  :
In re                                                             :
                                                                  :    Chapter 11
TRANSMAR COMMODITY GROUP LTD.[1]                                  :
                                                                  :
            Debtor.                                               :
                                                                  :    Case No. 16-13625 (JLG)
                                                                  :
----------------------------------------------------------------- x

## GLOBAL NOTES, METHODOLOGY AND SPECIFIC DISCLOSURES REGARDING THE DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFIARS

### Introduction

Transmar Commodity Group Ltd. (the "**Debtor**") with the assistance of its advisors, has filed its Schedules of Assets and Liabilities (the "**Schedules**") and Statements of Financial Affairs (the "**Statements**," and together with the Schedules, the "**Schedules and Statements**") with the United States Bankruptcy Court for the Southern District of new York (the "**Bankruptcy Court**"), pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

These Global Notes, Methodology, and Specific Disclosures Regarding the Debtor's Schedules of Assets and Liabilities and Statements of Financial Affairs (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of t h e Debtor's Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled with the financial statements of the Debtor (whether publically filed or otherwise). Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment.

In preparing the Schedules and Statements, the Debtor relied upon information derived from its books and records that was available at the time of such preparation. Although the Debtor has made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of

---

[1] The Debtor in this chapter 11 case and the last four digits of the Debtor's taxpayer identification number is as follows: Transmar Commodity Group Ltd. (5889). The Debtor's principal office is located at 200 South Street, 4th Floor, Morristown, NJ 07960.

conflicting, revised, or subsequent information, may cause a material change to the Schedules and Statements.

The Debtor and its officers, employees, agents, attorneys and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided in the Schedules and Statements and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained in the Schedules and Statements. Except as expressly required by the Bankruptcy Code, the Debtor and its officers, employees, agents, attorneys and financial advisors expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided in the Schedules and Statements or to notify any third party should the information be updated, modified, revised or re-categorized. The Debtor, on behalf of itself, its officers, employees, agents and advisors disclaim any liability to any third party arising out of or related to the information contained in the Schedules and Statements and reserve all rights with respect thereto.

The Schedules and Statements have been signed by an authorized representative of the Debtor. In reviewing and signing the Schedules and Statements, this representative relied upon the efforts, statements and representations of the Debtor's other personnel and professionals. The representative has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and their addresses.

## Global Notes and Overview of Methodology

1. **Reservation of Rights**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtor reserves all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to claim ("**Claim**") description, designation, dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtor's chapter 11 case, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, recharacterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non- bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding the foregoing, the Debtor shall not be required to update the Schedules and Statements.

2

2. **Description of Cases and "as of" Information Date**. On December 31, 2016 (the "**Petition Date**"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The Debtor is operating its business and managing its property as a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

**The asset information provided in the Schedules and Statements, except as otherwise noted, represents the asset data of the Debtor as of December 31, 2016, and the liability information provided herein, except as otherwise noted, represents the liability data of the Debtor as of December 31, 2016.**  For any asset or liability information recorded on the books and records of the Debtor in a currency other than the US dollar, the Debtor converted said amount to US dollars using an exchange rate on December 31, 2016.

3. **Net Book Value of Assets**. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtor to obtain current market valuations for all of its assets. Accordingly, unless otherwise indicated, the Debtor's Schedules and Statements reflect net book values as of December 31, 2016**,** in the Debtor's books and records. Additionally, because the book values of certain assets, may materially differ from their fair market values, they may be listed as undetermined amounts as of the Petition Date. Furthermore, as applicable, assets that have fully depreciated or were expensed for accounting purposes may not appear in the Schedules and Statements if they have no net book value.

4. **Recharacterization**.    Notwithstanding the Debtor's reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases and other items reported in the Schedules and Statements, the Debtor may, nevertheless, have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtor's business. Accordingly, the Debtor reserves all of its rights to recharacterize, reclassify, recategorize, redesignate, add or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

5. **Real Property and Personal Property–Leased**. In the ordinary course of its business, the Debtor leased real property and various articles of personal property, including, fixtures, and equipment, from certain third-party lessors. The Debtor has made reasonable efforts to list all such leases in the Schedules and Statements.  The Debtor has made reasonable efforts to include lease obligations on Schedule D (secured debt) to the extent applicable and to the extent the lessor filed a UCC-1. However, nothing in the Schedules or Statements is or shall be construed as an admission or determination as to the legal status of any lease (including whether to assume and assign or reject such lease or whether it is a true lease or a financing arrangement).

6. **Excluded Assets and Liabilities**. The Debtor has sought to allocate liabilities between the prepetition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of

liabilities between the prepetition and post-petition periods may change.

The liabilities listed on the Schedules do not reflect any analysis of Claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtor reserves all of its rights to dispute or challenge the validity of any asserted Claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

The Debtor has excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including, without limitation, goodwill, accrued salaries, employee benefit accruals, and deferred gains. In addition, certain immaterial assets and liabilities may have been excluded.

The Bankruptcy Court has authorized the Debtor to pay, in its discretion, certain outstanding Claims on a post-petition basis. However, only prepetition liabilities related to ordinary course wages and compensation that have been paid post-petition have been excluded from the Schedules.

7. **Insiders**.    Solely, for purposes of the Schedules and Statements, the Debtor defines "insiders" to include the following: (a) directors; (b) senior level officers; (c) equity holders holding in excess of 5% of the voting securities of the Debtor entities; (d) Debtor affiliates; and (e) relatives of any of the foregoing (to the extent known by the Debtor). Entities listed as "insiders" have been included for informational purposes and their inclusion shall not constitute an admission that those entities are insiders for purposes of section 101(31) of the Bankruptcy Code.

8. **Intellectual Property Rights**. The exclusion of any intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

In addition, although the Debtor has made diligent efforts to attribute intellectual property to its rightful owner, in certain instances, intellectual property owned by the Debtor and listed herein may, in fact, be owned by a non-debtor affiliate. Accordingly, the Debtor reserves all of its rights with respect to the legal status of any and all such intellectual property rights.

9. **Executory Contracts and Unexpired Leases**. Other than real property leases reported in Schedule A/B 55, the Debtor has not necessarily set forth executory contracts and unexpired leases as assets in the Schedules and Statements, even though these contracts and leases may have some value to the Debtor's estate. The Debtor's executory contracts and unexpired leases have been set forth in Schedule G.

10. **Materialman's/Mechanic's Liens**. The assets listed in the Schedules and Statements are presented without consideration of any materialman's or mechanic's liens.

11. **Classifications**. Listing a Claim or contract on (a) Schedule D as "secured," (b) Schedule E/F part 1 as "priority," (c) Schedule E/F part 2 as "unsecured," or (d) Schedule G as "executory" or "unexpired," does not constitute an admission by the

Debtor of the legal rights of the Claimant, or a waiver of the Debtor's rights to recharacterize or reclassify such Claims or contracts or leases or to setoff of such Claims.

12. **Claims Description**. Schedules D and E/F permit the Debtor to designate a Claim as "disputed," "contingent," and/or "unliquidated." Any failure to designate a Claim on the Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by that Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection. Moreover, listing a Claim does not constitute an admission of liability by the Debtor.

13. **Causes of Action**. Despite its reasonable efforts to identify all known assets, the Debtor may not have listed all of its causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtor reserves all of its rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-Claim, counter-Claim, or recoupment and any Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed  or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other theory of law (collectively, "**Causes of Action**") it may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

14. **Summary of Significant Reporting Policies**. The following is a summary of significant reporting policies:

   a.    Undetermined Amounts. The description of an amount as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

   b.    Totals. All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts,  the actual total may be different than the listed total.

   c.    Liens. Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property  and equipment.

15. **Estimates and Assumptions**.    Because of the timing of the filings, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities. Actual amounts could differ from  those estimates, perhaps materially.

16. **Currency**.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

17. **Intercompany**.  The listing in the Schedules or Statements (including, without limitation, Schedule A/B or Schedule E/F) by the Debtor of any obligation between the Debtor and any affiliate of the Debtor is a statement of what appears in the Debtor's books and records and does not reflect any admission or conclusion of the Debtor regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court.

18. **Setoffs**.  The Debtor incurs certain offsets and other similar rights during the ordinary course of business.  Offsets in the ordinary course can result from various items, including, without limitation, intercompany transactions, pricing discrepancies, returns, refunds, warranties, debit memos, credits, and other disputes between the Debtor and its suppliers and/or customers.  These offsets and other similar rights are consistent with the ordinary course of business in the Debtor's industry and are not tracked separately.  Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for, and as such, are or may be excluded from the Debtor's Schedules and Statements.

19. **Global Notes Control**.  If the Schedules and Statements differ from these Global Notes, the Global Notes shall control.

## Specific Disclosures with Respect to the Debtor's Schedules

**Schedule A/B**.  All values set forth in Schedule A/B reflect the book value of the Debtor's assets as of December 31, 2016, unless otherwise noted below.  Other than real property leases reported on Schedule A/B 55, the Debtor has not included leases and contracts on Schedule A/B.  Leases and contracts are listed on Schedule G.

> **Schedule A/B 3**.  Cash values held in financial accounts are listed on Schedule A/B 3 as of December 31, 2016  Details with respect to the Debtor's cash management system and bank accounts are provided in the *Debtor's Motion for Interim and Final Orders (I) Authorizing the Debtor to (A) Continue to Use Existing Cash Management System and (B) Maintain Existing Bank Accounts and Business Forms; and (II) Waiving Requirements of 11 U.S.C. § 345(b)* [Docket No. 10] (the "**Cash Management Motion**").

> **Schedule A/B 11**.  Accounts receivable do not include intercompany receivables. Intercompany receivables are reported in Schedule A/B 77.

> **Schedule A/B 15**.  Ownership interests in subsidiaries have been listed in Schedules A/B 15 as an undetermined amount because the fair market value of such ownership is dependent on numerous variables and factors and likely differs significantly from their net book value.

> **Schedule A/B 55**.  The Debtor does not own any real property.  The Debtor has listed its real property leases in Schedule A/B 55.  The Debtor's leasehold

interests/improvements appear on Schedule A/B 39 and 40 as opposed to Schedule A/B 55.

**Schedule A/B 74 & 75**. In the ordinary course of its business, the Debtor may have accrued, or may subsequently accrue, certain rights to counter-Claims, setoffs, refunds, or warranty Claims. Additionally, the Debtor may be a party to pending litigation in which the Debtor has asserted, or may assert, Claims as a plaintiff or counter-Claims as a defendant. Because such Claims are unknown to the Debtor and not quantifiable as of the Petition Date, they are not listed on Schedule A/B 74 or 75. The Debtor's failure to list any contingent and/or unliquidated claim held by the Debtor in response to these questions shall not constitute a waiver, release, relinquishment, or forfeiture of such claim.

In addition, in the normal course of its trading business, the Debtor enters into forward contracts with various counterparties (the "**Forward Contracts**"). While these forward contracts have been listed in Schedule G, there are certain contingent and unliquidated claims associated with these Forward Contracts that are not quantifiable and accordingly have been listed in Schedules A/B 75 as an undetermined amount.

**Schedule D**. The Claims listed on Schedule D arose or were incurred on various dates; a determination of the date upon which each Claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, not all such dates are included. All Claims listed on Schedule D, however, appear to have been incurred before the Petition Date.

Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements. Except as specifically stated on Schedule D, real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D. Nothing herein shall be construed as an admission by the Debtor of the legal rights of the Claimant or a waiver of the Debtor's right to recharacterize or reclassify such Claim or contract.

Moreover, the Debtor has not included on Schedule D parties that may believe their Claims are secured through setoff rights, letters of credit, surety bonds, or inchoate statutory lien rights.

**Schedule E/F part 2**. The Debtor has used reasonable efforts to report all general unsecured Claims against the Debtor on Schedule E/F part 2, based upon the Debtor's books and records as of the Petition Date.

Determining the date upon which each Claim on Schedule E/F part 2 was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtor did not list a date for each Claim listed on Schedule E/F part 2. Furthermore, claims listed on Schedule E/F part 2 may have been aggregated by unique creditor name and remit to address and may include several dates of incurrence for the aggregate balance listed.

Schedule E/F part 2 contains information regarding pending litigation involving the Debtor. The dollar amount of potential Claims associated with any such pending litigation is listed as "undetermined" and marked as contingent, unliquidated, and disputed in the Schedules and Statements. Some of the litigation Claims listed on Schedule E/F may be subject to subordination pursuant to section 510 of the Bankruptcy Code. Schedule E/F part 2 also

includes potential or threatened litigation claims. Any information contained in Schedule E/F part 2 with respect to such potential litigation shall not be a binding representation of the Debtor's liabilities with respect to any of the potential suits and proceedings included therein. The Debtor expressly incorporates by reference into Schedule E/F part 2 all parties to pending litigation listed in the Debtor's Statements 7, as contingent, unliquidated, and disputed claims, to the extent not already listed on Schedule E/F part 2.

Schedule E/F part 2 reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of executory contracts or unexpired leases. Additionally, Schedule E/F part 2 does not include potential rejection damage Claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected.

Schedule E/F part 2 does not indicate if the claim is subject to set off due to the fact that many of the unsecured non-priority creditors listed in Schedule E/F part 2 are counterparties to contracts with the Debtor which may yield offset rights. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtor to determine which creditors listed in Schedule E/F part 2 have offset rights.

**<u>Schedule G</u>**. Certain information, such as the contact information of the counter-party, may not be included where such information could not be obtained using the Debtor's reasonable efforts. Listing or omitting a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is or is not an executory contract or unexpired lease was in effect on the Petition Date or is valid or enforceable. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth separately on Schedule G.

Certain confidentiality and non-disclosure agreements may not be listed on Schedule G.

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including, purchase orders, amendments, restatements, waivers, letters and other documents that may not be listed on Schedule G or that may be listed as a single entry. In some cases, the same supplier or provider appears multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the Debtor and such supplier or provider. The Debtor expressly reserves its right to challenge whether such related materials constitute an executory contract, a single contract or agreement or multiple, severable or separate contracts.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda and other documents, instruments, and agreements that may not be listed therein despite the Debtor's use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or

unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

In addition, the Debtor may have entered into various other types of agreements in the ordinary course of its business, such as subordination, nondisturbance, and attornment agreements, supplemental agreements, settlement agreements, amendments/letter agreements, title agreements and confidentiality agreements. Such documents may not be set forth on Schedule G. Certain of the executory agreements may not have been memorialized and could be subject to dispute. Executory agreements that are oral in nature have not been included on the Schedule G.

**Schedule H**. For purposes of Schedule H, the Debtor may not have identified certain guarantees associated with the Debtor's executory contracts, unexpired leases, secured financings, debt instruments and other such agreements.

In the ordinary course of its business, the Debtor may be involved in pending or threatened litigation. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-Claims and counter-Claims against other parties. Because the Debtor has treated all such Claims as contingent, disputed, or unliquidated, such Claims have not been set forth individually on Schedule H. Litigation matters can be found on the Debtor's Schedule E/F part 2 and Statement 7, as applicable.

## Specific Disclosures with Respect to the Debtor's Statements

**Statement 3**. Statement 3 includes any disbursement or other transfer made by the Debtor within 90 days before the Petition Date except for those made to insiders (which payments appear in response to Statement question 4), employees, and bankruptcy professionals (which payments appear in Statement 11 and include any retainers paid to bankruptcy professionals). The amounts listed in Statement 3 reflect the Debtor's disbursements netted against any check level detail; thus, to the extent a disbursement was made to pay for multiple invoices, only one entry has been listed on Statement 3.

In addition, the Debtor has excluded from Statement 3, any payments made with respect to the following: (i) any refund for customer overpayment; (ii) bank to bank transfers; and (iii) payments to fund the Debtor's payroll.

**Statement 4**. Statement 4 accounts for the Debtor's intercompany/affiliate transactions, as well as other transfers to insiders as applicable. With respect to individuals, the amounts listed reflect the universe of payments and transfers to such individuals including compensation, bonus (if any), expense reimbursement, relocation reimbursement and/or severance. Amounts paid on behalf of such employee for certain life and disability coverage, which coverage is provided to all of the Debtor's employees, has not been included.

The Debtor has included all consulting and payroll distributions aggregated by date, made over the twelve months preceding the Petition Date to any individual that may be deemed an "Insider."

With respect to intercompany/affiliate transactions, to the extent that the Debtor could not readily identify a reason for the payment or transfer, the Debtor has indicated "Various". Identifying the reason for each payment or transfer to an affiliate would be burdensome, but if requested, the Debtor with additional time and diligence could identify a reason for each payment or transfer to an affiliate.

In addition, with respect to intercompany/affiliate transactions, the Debtor has currently identified any transfer by way of setoff with an amount as "undetermined" and a reason for payment or transfer as "offset". Identifying the amount of setoff on a transaction by transaction basis would be burdensome, but if requested, the Debtor with additional time and diligence could identify said setoff amounts on a transaction by transaction basis.

**Statement 5**. Statement 5 excludes goods returned in the ordinary course of business.

**Statement 7**. Any information contained in Statement 7 shall not be a binding representation of the Debtor's liabilities with respect to any of the suits and proceedings identified therein.

**Statement 10**. The Debtor occasionally incurs losses for a variety of reasons, including theft and property damage. The Debtor, however, may not have records of all such losses if such losses do not have a material impact on the Debtor's business or are not reported for insurance purposes.

**Statement 11**. Out of an abundance of caution, the Debtor has included payments to all professionals who have rendered any advice related the Debtor's bankruptcy proceedings in Statement 11. However, it is possible that the disclosed fees also relate to other, non-bankruptcy related services and may include services rendered to other parties.

**Statement 26d**. The Debtor has provided financial statements in the ordinary course of its business to numerous financial institutions, creditors, and other parties within two years immediately before the Petition Date. Considering the number of such recipients and the possibility that such information may have been shared with parties without the Debtor's knowledge or consent or subject to confidentiality agreements, the Debtor has not disclosed any parties that may have received such financial statements for the purposes of Statement 26d, except for its secured lenders.

**Statement 27**. The Debtor's books and records indicate that inventory is reported at fair value. The 12.31.16 financial statements are preliminary and unaudited. The Debtor's Advisor has not assessed the methods, documentation or support for the balance sheet reporting of inventory.

**Statement 28**. The Debtor has reported in Statement 28, its direct 100% ownership by Transmar Group Ltd. ("**Transmar Group**"). Transmar Holdings LLC owns 85.135% of Transmar Group, the Debtor's parent. ITC Cocoa House Ltd owns the other 14.865% of Transmar Group. ITC Cocoa House Ltd is a wholly-owned subsidiary of ITOCHU Corporation. Transmar Holdings LLC is a wholly-owned subsidiary of Morristown Group LLC. The Morristown Group LLC is 100% owned by Peter G. Johnson, Mary Johnson, Peter B. Johnson, Timothy B. Johnson and Patricia Johnson Gasek.

**Statement 30**. Unless otherwise indicated in the Debtor's specific response to Statement 30, the Debtor has included a comprehensive response to Statement 30 in Statement 4.

**Fill in this information to identify the case:**

**Debtor name:** Transmar Commodity Group Ltd.

**United States Bankruptcy Court for the:** Southern District of New York

**Case number (if known):** 16-13625

☐ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---------|-------------------|

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from Schedule A/B ...................................................

| UNDETERMINED |
|---|

    1b. **Total personal property:**
        Copy line 91A from Schedule A/B ...............................................

| $60,717,492.06 |
|---|

    1c. **Total of all property:**
        Copy line 92 from Schedule A/B ................................................

| $60,717,492.06 |
|---|

| Part 2: | Summary of Liabilities |
|---------|------------------------|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D .................

| $364,603,054.00 |
|---|

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of Schedule E/F ........................................................

| UNDETERMINED |
|---|

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F ...........................

| + $63,177,277.56 |
|---|

4. ***Total liabilities***
Lines 2 + 3a + 3b ..........................................................................................................................................

| $427,780,331.56 |
|---|

**Fill in this information to identify the case:**

**Debtor name:** Transmar Commodity Group Ltd.

**United States Bankruptcy Court for the:** Southern District of New York

**Case number (if known):** 16-13625

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand**

| 2.1. | PETTY CASH | $2,916.15 |
| --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 3.1. | BROWN BROTHERS HARRIMAN | GENERAL BANKING | 5480/3231 | $3,507,301.64 |
| 3.2. | BROWN BROTHERS HARRIMAN | GENERAL BANKING | U533(BBH)/5530(EURO) | $0.00 |
| 3.3. | BROWN BROTHERS HARRIMAN | GENERAL BANKING | 5514(GBP)/3157(BBH) | $20,106.75 |
| 3.4. | BNP PARIBAS | GENERAL BANKING | 01-33-USD | $14,680.17 |
| 3.5. | BNP PARIBAS | GENERAL BANKING | 02-30-GBP | $0.00 |
| 3.6. | BNP PARIBAS | GENERAL BANKING | 03-27-EUR | $75,669.44 |
| 3.7. | BNP PARIBAS | BROKERAGE ACCOUNT | 8265 | $153,741.75 |
| 3.8. | BANK OF AMERICA | GENERAL BANKING | 8985 | $3,506.00 |
| 3.9. | PNC BANK | GENERAL BANKING | 7968 | $508,504.00 |
| 3.10. | PNC BANK | PAYROLL | 9474 | $8,368.61 |
| 3.11. | PNC BANK | GENERAL BANKING | 9474 | $611.21 |
| 3.12. | PNC BANK | GENERAL BANKING | 9482 | $21,622.46 |
| 3.13. | SOCIETE GENERALE | BROKERAGE ACCOUNT FOR FOREIGN EXCHANGE | 0152 | $238,697.86 |

Debtor    **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

### 3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.14. | SOCIETE GENERALE | BROKERAGE ACCOUNT | 0226 | $501,685.94 |
| 3.15. | BANK HAPOALIM | GENERAL BANKING | 2501 | $9,970.00 |
| 3.16. | ABN AMRO | BROKERAGE ACCOUNT | 9890 | $198,643.90 |

### 4. Other cash equivalents *(Identify all)*

| | Description | Name of institution | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|---|
| 4.1. | | | | | $_____ |

### 5. Total of part 1

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
|---|---|
| | $5,266,025.88 |

---

| Part 2: | Deposits and prepayments |
|---|---|

### 6. Does the debtor have any deposits or prepayments?

☐ No. Go to Part 3.
☒ Yes. Fill in the information below

### 7. Deposits, including security deposits and utility deposits

| Description, including name of holder of deposit | Current value of debtor's interest |
|---|---|
| 7.1.    OFFICE RENTAL DEPOSIT | $7,133.83 |
| TOWN OF MORRISTOWN<br>200 SOUTH STREET<br>4TH FLOOR<br>MORRISTOWN NJ 07960 | |

### 8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

| Description, including name of holder of prepayment | Current value of debtor's interest[1] |
|---|---|
| 8.1.    PRODUCT AND OPERATING FUNDS<br>CONDICAF | $9,295,698.20 |
| 8.2.    RETAINER<br>DELOITTE | $121,706.88 |
| 8.3.    RETAINER<br>DONLIN RECANO & CO. | $8,953.64 |
| 8.4.    PREPAID EXCESS LIABILITY INSURANCE<br>EVANSTON | $4,436.00 |
| 8.5.    PREPAID COMMERCIAL LIABILITY INSURANCE<br>EVANSTON INSURANCE CO. | $17,268.00 |
| 8.6.    PRODUCT<br>FTN COCOA PROCESSORS PLC | $741,626.87 |
| 8.7.    INITIAL START UP FOR JV<br>HAMBURG COCOA & COMMODITY OFFICE GMBH | $289,815.48 |

Debtor    **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

**8.    Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| Description, including name of holder of prepayment | Current value of debtor's interest |
|---|---|
| 8.8.  PREPAID COMMERCIAL PROPERTY INSURANCE HANOVER INSURANCE CO. | $1,433.00 |
| 8.9.  PRODUCT HCCO (COTE D'IVOIRE) SA | $1,277,823.67 |
| 8.10.  PRODUCT JOHN HESSELMAN | $354,025.63 |
| 8.11.  RETAINER KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP | $76,951.00 |
| 8.12.  PREPAID WORKERS COMPENSATION INSURANCE MASSACHUSETTS BAY | $2,320.00 |
| 8.13.  PRODUCT NESKAO | $2,516,189.26 |
| 8.14.  PREPAID AUTO INSURANCE NEW JERSEY MANFACTURERS INSURANCE CO. | $2,989.00 |
| 8.15.  RETAINER RIKER DANZIG SCHERER HYLAND & PERRETTI LLP, | $346,657.34 |
| 8.16.  RETAINER RPA ADVISORS | $142,228.07 |
| 8.17.  PREPAID FIDELITY INSURANCE TRAVELERS CASUALTY & SURETY | $326.00 |
| 8.18.  PREPAID D&O INSURANCE XL INSURANCE CO. | $27,646.00 |

[1]THE CURRENT VALUE REPORTED REPRESENTS THE BOOK VALUE ON THE DEBTOR'S BOOKS AND RECORDS. THE CURRENT VALUE DOES NOT NECESSARILY REPRESENT THE RECOVERY VALUE, WHICH COULD DIFFER SIGNIFICANTLY.

**9.    Total of part 2**

Add lines 7 through 8. Copy the total to line 81.                                    $15,235,227.87

| **Part 3:** | **Accounts receivable** |
|---|---|

**10.    Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

Current value of debtor's interest

**11.    Accounts receivable**

Face amount        Doubtful or uncollectible accounts

Debtor    **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

| 11a. | 90 days old or less: | $19,204,593.05 | - | $9,725,993.18 | = ........ → | | $9,478,599.87 |
|------|----------------------|----------------|---|---------------|--------------|---|---------------|
| | | Face amount | | Doubtful or uncollectible accounts | | | |
| 11b. | Over 90 days old: | $36,865,504.25 | - | $36,701,949.81 | = ........ → | | $163,554.44 |

| **12.** | **Total of part 3** | |
|---------|---------------------|---|
| | Current value on lines 11a + 11b = line 12. Copy the total to line 82. | $9,642,154.31 |

---

| **Part 4:** | **Investments** |
|-------------|-----------------|

**13.    Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**14.    Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock

| 14.1. | _____ | _____ | $_____ |
|-------|---|---|---|

**15.    Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| | Name of entity | % of ownership | | |
|---|---|---|---|---|
| 15.1. | COCOA SERVICES WEST, L.L.C. 29975 AHERN AVE. UNION CITY CA 94587 | 100.00% | _____ | UNDETERMINED |
| 15.2. | COCOA SERVICES, L.L.C. 400 EAGLE COURT SWEDESBORO NJ 08085 | 100.00% | _____ | UNDETERMINED |
| 15.3. | MORGAN DRIVE ASSOCIATES, L.L.C. 200 SOUTH STREET 4TH FLOOR MORRISTOWN NJ 07960 | 100.00% | _____ | UNDETERMINED |

**16.    Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe

| 16.1. | _____ | _____ | $_____ |
|-------|---|---|---|

| **17.** | **Total of part 4** | |
|---------|---------------------|---|
| | Add lines 14 through 16. Copy the total to line 83. | UNDETERMINED |

---

| **Part 5:** | **Inventory, excluding agriculture assets** |
|-------------|---------------------------------------------|

**18.    Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

---

Debtor    **Transmar Commodity Group Ltd.**                                Case number *(if known)* **16-13625**

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**19.    Raw materials**

19.1.    _____    _____    $_____    _____    $_____

**20.    Work in progress**

20.1.    _____    _____    $_____    _____    $_____

**21.    Finished goods, including goods held for resale**

21.1.    _____    _____    $_____    _____    $_____

**22.    Other inventory or supplies**

| General description | Date of the last physical inventory | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 22.1.  COCOA BEAN, BUTTER, CAKE & LIQUOR-WAREHOUSE AND NON-WAREHOUSE INVENTORY | 12/31/2016 | $_____ | FAIR MARKET VALUE FROM DEBTOR'S PRELIMINARY & UNAUDITED BOOKS AND RECORDS AS OF DECEMBER 31, 2016. | $29,716,811.00 |

**23.    Total of part 5**

Add lines 19 through 22. Copy the total to line 84.                                   $29,716,811.00

**24.    Is any of the property listed in Part 5 perishable?**

☒ No

☐ Yes

**25.    Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☒ Yes Book value: $1,088,938.00 Valuation method: COST Current value: $1,088,938.00

**26.    Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☒ No

☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27.    Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28.    Crops—either planted or harvested**

28.1.    _____    $_____    _____    $_____

**29.    Farm animals.**  Examples: Livestock, poultry, farm-raised fish

29.1.    _____    $_____    _____    $_____

**30.    Farm machinery and equipment** (Other than titled motor vehicles)

30.1.    _____    $_____    _____    $_____

Debtor    **Transmar Commodity Group Ltd.**                                        Case number *(if known)* **16-13625**

**31.    Farm and fishing supplies, chemicals, and feed**

31.1. _____    $_____    _____    $_____

**32.    Other farming and fishing-related property not already listed in Part 6**

32.1. _____    $_____    _____    $_____

**33.    Total of part 6**

Add lines 28 through 32. Copy the total to line 85.

| $0.00 |
|---|

**34.    Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

**35.    Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes Book value: $_____    Valuation method: _____    Current value: $_____

**36.    Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37.    Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

| **Part 7:** | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38.    Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.    Office furniture** | | | |
| 39.1. FURNISHINGS | $0.00 | cost-based | DEMINIMIS |
| 39.2. EQUIPMENT- TELEPHONE | $0.00 | cost-based | DEMINIMIS |
| 39.3. FURNISHINGS | $0.00 | cost-based | DEMINIMIS |
| 39.4. EQUIPMENT | $0.00 | cost-based | DEMINIMIS |
| 39.5. EQUIPMENT | $0.00 | cost-based | DEMINIMIS |
| 39.6. EQUIPMENT | $0.00 | cost-based | DEMINIMIS |
| 39.7. FURNISHINGS | $0.00 | cost-based | DEMINIMIS |
| 39.8. FURNISHINGS | $0.00 | cost-based | DEMINIMIS |
| 39.9. TELEPHONE | $0.00 | cost-based | DEMINIMIS |
| 39.10. NETWORK | $13,702.62 | cost-based | DEMINIMIS |
| 39.11. FURNISHINGS | $0.00 | cost-based | DEMINIMIS |
| 39.12. IBM PC | $0.00 | cost-based | DEMINIMIS |

| Debtor | **Transmar Commodity Group Ltd.** | | Case number *(if known)* **16-13625** |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 39.13.EQUIPMENT | $0.00 | cost-based | DEMINIMIS |
| 39.14.EQUIPMENT | $0.00 | cost-based | DEMINIMIS |
| 39.15.FURNISHINGS | $0.00 | cost-based | DEMINIMIS |
| 39.16.FURNISHINGS | $0.00 | cost-based | DEMINIMIS |
| 39.17.ABANDON NETWORK | $0.00 | cost-based | DEMINIMIS |
| 39.18.NEW DATA / CATS | $0.00 | cost-based | DEMINIMIS |
| 39.19.NETWORK | $0.00 | cost-based | DEMINIMIS |
| 39.20.NETWORK PRINTER | $0.00 | cost-based | DEMINIMIS |
| 39.21.GE CAPITAL FURNISHINGS | $0.00 | cost-based | DEMINIMIS |
| 39.22.MATTHIJ - NET SYS EQUIP | $0.00 | cost-based | DEMINIMIS |
| 39.23.BBT LEASING - T-1 PHONE | $0.00 | cost-based | DEMINIMIS |
| 39.24.VARIOUS FURNISHINGS | $0.00 | cost-based | DEMINIMIS |
| 39.25.ABONDON PHONES 1989 | $0.00 | cost-based | DEMINIMIS |
| 39.26.WHALEN/BFI FURNITURE | $0.00 | cost-based | DEMINIMIS |
| 39.27.MATTHIJ - COMPUTER/SCREEN | $0.00 | cost-based | DEMINIMIS |
| 39.28.WHALEN - FURNITURE | $0.00 | cost-based | DEMINIMIS |
| 39.29.DANKA - FAX - CANNON | $0.00 | cost-based | DEMINIMIS |
| 39.30.MATTHI- COMPUTER | $0.00 | cost-based | DEMINIMIS |
| 39.31.ABANDON CHAIRS | $0.00 | cost-based | DEMINIMIS |
| 39.32.DELL COMPUTER | $0.00 | cost-based | DEMINIMIS |
| 39.33.BFI CHAIRS | $0.00 | cost-based | DEMINIMIS |
| 39.34.BFI CHAIRS | $0.00 | cost-based | DEMINIMIS |
| 39.35.DELL LAPTOP | $0.00 | cost-based | DEMINIMIS |
| 39.36.EVOLVE WORKSTATIONS DEP | $2,625.51 | cost-based | UNDETERMINED |
| 39.37.( 50 % DEPOSIT ) | $0.00 | cost-based | DEMINIMIS |
| 39.38.FURNITURE | $671.95 | cost-based | UNDETERMINED |
| 39.39.FURNITURE | $3,972.23 | cost-based | UNDETERMINED |
| 39.40.COMPUTERS ( AMEXCO) | $0.00 | cost-based | DEMINIMIS |
| 39.41.COMPUTERS ( AMEXCO) | $0.00 | cost-based | DEMINIMIS |
| 39.42.COMPUTERS ( AMEXCO) | $0.00 | cost-based | DEMINIMIS |
| 39.43.COMPUTER AMEXCO | $0.00 | cost-based | DEMINIMIS |
| 39.44.COMPUTER AMEXCO | $0.00 | cost-based | DEMINIMIS |
| 39.45.ACCOUNTING OFFICE REFURBISH | $4,916.08 | cost-based | DEMINIMIS |
| 39.46.COMPUTER AMEXCO | $0.00 | cost-based | DEMINIMIS |
| 39.47.ACCOUNTING OFFICE REMAKE | $5,375.81 | cost-based | DEMINIMIS |
| 39.48.COMPUTER AMEXCO | $0.00 | cost-based | DEMINIMIS |
| 39.49.ACCOUTING SHELVES | $756.40 | cost-based | UNDETERMINED |
| 39.50.ACCOUTING SHELVES DEPOSIT | $757.11 | cost-based | UNDETERMINED |
| 39.51.COMPUTER MASTERCARD | $0.00 | cost-based | DEMINIMIS |

Debtor    **Transmar Commodity Group Ltd.**                                          Case number *(if known)* **16-13625**

| | | | | |
|---|---|---|---|---|
| 39.52. | COMPUTER MASTERCARD | $0.00 | cost-based | DEMINIMIS |
| 39.53. | OFFICE WORKSTATION | $4,908.63 | cost-based | UNDETERMINED |
| 39.54. | CARPET-NEW OFFICE SPACE | $5,625.00 | cost-based | $0.00 |

**40.     Office fixtures**

| | | | | |
|---|---|---|---|---|
| 40.1. | VARIOUS | $0.00 | cost-based | $0.00 |
| 40.2. | CARPETS | $0.00 | cost-based | $0.00 |
| 40.3. | ELECTRICAL | $0.00 | cost-based | $0.00 |
| 40.4. | ELECTRICAL | $0.00 | cost-based | $0.00 |
| 40.5. | CARPETS | $0.00 | cost-based | $0.00 |
| 40.6. | CORR 1998 | $0.00 | cost-based | $0.00 |
| 40.7. | PAINTING | $0.00 | cost-based | $0.00 |
| 40.8. | ELECTRICAL | $0.00 | cost-based | $0.00 |
| 40.9. | ELECTRICAL | $0.00 | cost-based | $0.00 |
| 40.10. | PAINTING | $0.00 | cost-based | $0.00 |
| 40.11. | ELECTRICAL | $0.00 | cost-based | $0.00 |
| 40.12. | WOLSKY ELECTRICAL | $0.00 | cost-based | $0.00 |
| 40.13. | DE CHAIRO PAINTING | $367.74 | cost-based | $0.00 |
| 40.14. | BETA ELECTRICAL | $110.00 | cost-based | $0.00 |
| 40.15. | CARPETS | $685.33 | cost-based | $0.00 |
| 40.16. | CONSULTING | $273.67 | cost-based | $0.00 |
| 40.17. | CARPET INSTALLATION | $1,844.56 | cost-based | $0.00 |
| 40.18. | PAINTING | $1,362.54 | cost-based | $0.00 |
| 40.19. | LIGHTING | $220.55 | cost-based | $0.00 |
| 40.20. | OFFICE EXPANSION | $172,326.46 | cost-based | $0.00 |
| 40.21. | OFFICE EXPANSION | $42,452.45 | cost-based | $0.00 |
| 40.22. | OFFICE EXPANSION | $9,089.20 | cost-based | $0.00 |

**41.     Office equipment, including all computer equipment and communication systems equipment and software**

| | | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 41.1. | POWEREDGE T320 | $0.00 | _____ | DEMINIMIS |
| 41.2. | TELEPHONE SYSTEM | $0.00 | _____ | DEMINIMIS |

**42.     Collectibles.**  Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | | | | |
|---|---|---|---|---|
| 42.1. | VARIOUS | $2,350.00 | _____ | UNDETERMINED |
| 42.2. | VARIOUS | $8,084.87 | _____ | UNDETERMINED |
| 42.3. | CORR 1998 | $0.00 | _____ | $0.00 |
| 42.4. | FRAMED PAINTING | $210.00 | _____ | UNDETERMINED |

**43.     Total of part 7**

    Add lines 39 through 42. Copy the total to line 86.                    | UNDETERMINED |

Debtor    **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

---

**44.    Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No
☒ Yes

**45.    Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No
☐ Yes

---

| Part 8: | Machinery, equipment, and vehicles |

**46.    Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☒ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available)<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  2013 FORD EXPLORER 1FM5K8D86DGC23019 | $15,720.26 | Blue-Book Value | $12,607.00 |
| 47.2.  2004 CADILLAC 1G6KS54Y24U163153 | $0.00 | Blue-Book Value | $5,784.00 |
| 47.3.  2014 JEEP CHEROKEE 1C4PJMBSXEW322859 | $16,318.62 | Blue-Book Value | $14,301.00 |
| 47.4.  2011 TOYOTA PRIUS JTDKN3DU2B1379430 | $0.00 | Blue-Book Value | $9,052.00 |
| 47.5.  2006 TOYOTA PRIUS JTDKB20U067522404 | $0.00 | Blue-Book Value | $4,891.00 |
| 47.6.  2014 JEEP 1C4RJFBG6EC325789 | $12,638.28 | Blue-Book Value | $9,527.00 |
| 47.7.  2010 JEEP COMMANDER 1J4RG4GK4AC113591 | $0.00 | Blue-Book Value | $9,982.00 |
| **48.    Watercraft, trailers, motors, and related accessories.** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1.  _____ | $_____ | _____ | $_____ |
| **49.    Aircraft and accessories** | | | |
| 49.1.  _____ | $_____ | _____ | $_____ |
| **50.    Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1.  _____ | $_____ | _____ | $_____ |

**51.    Total of part 8**

Add lines 47 through 50. Copy the total to line 87.

| $66,144.00 |

**52.    Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No
☒ Yes

**53.    Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☒ No
☐ Yes

---

Debtor    **Transmar Commodity Group Ltd.**                                                    Case number *(if known)* **16-13625**

## Part 9:    Real property

**54.    Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

| Description and location of property<br><br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | | | | |
|---|---|---|---|---|
| 55.1. _____<br><br>OFFICE SPACE TOTALLING 3,722 SQUARE FEET<br><br><br>_____<br>200 SOUTH STREET<br>4TH FLOOR<br>MORRISTOWN NJ 07920 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |

**56.    Total of part 9**

Add the current value on lines 55. Copy the total to line 88.

> UNDETERMINED

**57.    Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No

☐ Yes

**58.    Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No

☐ Yes

## Part 10:    Intangibles and intellectual property

**59.    Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60.    Patents, copyrights, trademarks, and trade secrets**

| | | | |
|---|---|---|---|
| 60.1.    TRADEMARK - "CRAFT PANTRY" - AN APPLICATION WAS FILED, BUT HAS BEEN ABANDONED. | $0.00 | _____ | $0.00 |

**61.    Internet domain names and websites**

| | Net book value of debtor's interest | Valuation method | Current value of debtor's interest |
|---|---|---|---|
| 61.1.    COCOAPARTNERS.COM | $63.85 | net book value | DEMINIMIS |
| 61.2.    COCOAPARTNERS.ORG | $65.66 | net book value | DEMINIMIS |
| 61.3.    COCOASERV.COM | $39.51 | net book value | DEMINIMIS |
| 61.4.    COCOASERVICESINC.COM | $39.03 | net book value | DEMINIMIS |
| 61.5.    COCOASERVICESLLC.COM | $39.51 | net book value | DEMINIMIS |
| 61.6.    COCOASERVICESNJ.COM | $39.51 | net book value | DEMINIMIS |
| 61.7.    COCOASERVICESUSA.COM | $39.51 | net book value | DEMINIMIS |

Debtor    **Transmar Commodity Group Ltd.**                                          Case number *(if known)* **16-13625**

**61.    Internet domain names and websites**

| | | Net book value of debtor's interest | Valuation method | Current value of debtor's interest |
|---|---|---|---|---|
| 61.8. | COCOASERVICESWEST.COM | $62.10 | net book value | DEMINIMIS |
| 61.9. | CRAFT-PANTRY.COM | $45.51 | net book value | DEMINIMIS |
| 61.10. | MORRISTOWNGROUP.COM | $75.85 | net book value | DEMINIMIS |
| 61.11. | MORRISTOWN-GROUP.COM | $75.85 | net book value | DEMINIMIS |
| 61.12. | MORRISTOWNGROUP.NET | $85.85 | net book value | DEMINIMIS |
| 61.13. | MORRISTOWN-GROUP.NET | $85.85 | net book value | DEMINIMIS |
| 61.14. | PRODUCERPLUS.NET | $51.51 | net book value | DEMINIMIS |
| 61.15. | PRODUCERPLUS.ORG | $54.51 | net book value | DEMINIMIS |
| 61.16. | PROJECTDREAM.COM | $45.51 | net book value | DEMINIMIS |
| 61.17. | THETRANSMARGROUP.COM | $65.05 | net book value | DEMINIMIS |
| 61.18. | TRANSMARAFRICA.COM | $45.51 | net book value | DEMINIMIS |
| 61.19. | TRANSMARASIA.COM | $75.85 | net book value | DEMINIMIS |
| 61.20. | TRANSMARBRAZIL.COM | $75.85 | net book value | DEMINIMIS |
| 61.21. | TRANSMARCANADA.COM | $45.51 | net book value | DEMINIMIS |
| 61.22. | TRANSMARCHINA.COM | $65.05 | net book value | DEMINIMIS |
| 61.23. | TRANSMARCOCOA.COM | $75.85 | net book value | DEMINIMIS |
| 61.24. | TRANSMARCOMMODITY.BIZ | $57.21 | net book value | DEMINIMIS |
| 61.25. | TRANSMARCOMMODITY.COM | $45.51 | net book value | DEMINIMIS |
| 61.26. | TRANSMARCOMMODITY.INFO | $43.20 | net book value | DEMINIMIS |
| 61.27. | TRANSMARCOMMODITY.NET | $51.51 | net book value | DEMINIMIS |
| 61.28. | TRANSMARCOMMODITYGROUP.COM | $65.05 | net book value | DEMINIMIS |
| 61.29. | TRANSMARDEVELOPMENT.COM | $75.85 | net book value | DEMINIMIS |
| 61.30. | TRANSMAREASTAFRICA.COM | $75.85 | net book value | DEMINIMIS |
| 61.31. | TRANSMARECUADOR.COM | $75.85 | net book value | DEMINIMIS |
| 61.32. | TRANSMAR-ECUADOR.COM | $75.85 | net book value | DEMINIMIS |
| 61.33. | TRANSMARGERMANY.COM | $75.85 | net book value | DEMINIMIS |
| 61.34. | TRANSMARGHANA.COM | $75.85 | net book value | DEMINIMIS |
| 61.35. | TRANSMARGLOBAL.COM | $75.85 | net book value | DEMINIMIS |
| 61.36. | TRANSMARGROUP.COM | $43.35 | net book value | DEMINIMIS |
| 61.37. | TRANSMAR-GROUP.COM | $75.85 | net book value | DEMINIMIS |
| 61.38. | TRANSMARGROUPS.COM | $75.85 | net book value | DEMINIMIS |
| 61.39. | TRANSMARINDONESIA.COM | $75.85 | net book value | DEMINIMIS |
| 61.40. | TRANSMARITALY.COM | $75.85 | net book value | DEMINIMIS |
| 61.41. | TRANSMARIVORYCOAST.COM | $75.85 | net book value | DEMINIMIS |
| 61.42. | TRANSMARJAMAICA.COM | $75.85 | net book value | DEMINIMIS |
| 61.43. | TRANSMARJAPAN.COM | $75.85 | net book value | DEMINIMIS |
| 61.44. | TRANSMARLIBERIA.COM | $39.03 | net book value | DEMINIMIS |
| 61.45. | TRANSMARNJ.COM | $45.51 | net book value | DEMINIMIS |

Debtor    **Transmar Commodity Group Ltd.**                                   Case number *(if known)* **16-13625**

**61.**    **Internet domain names and websites**

| | | Net book value of debtor's interest | Valuation method | Current value of debtor's interest |
|---|---|---|---|---|
| 61.46. | TRANSMARPERU.COM | $45.51 | net book value | DEMINIMIS |
| 61.47. | TRANSMARRUSSIA.COM | $75.85 | net book value | DEMINIMIS |
| 61.48. | TRANSMARSIERRALEONE.COM | $39.03 | net book value | DEMINIMIS |
| 61.49. | TRANSMARSOUTHAMERICA.COM | $45.51 | net book value | DEMINIMIS |
| 61.50. | TRANSMARTANZANIA.COM | $75.85 | net book value | DEMINIMIS |
| 61.51. | TRANSMARUGANDA.COM | $75.85 | net book value | DEMINIMIS |
| 61.52. | TRANSMARUSA.COM | $45.51 | net book value | DEMINIMIS |
| 61.53. | TRANSMAR-USA.COM | $75.85 | net book value | DEMINIMIS |
| 61.54. | TRANSMARWESTAFRICA.COM | $75.85 | net book value | DEMINIMIS |
| 61.55. | VISTAFUTURESSERVICES.COM | $45.51 | net book value | DEMINIMIS |
| 61.56. | WHOLESALECOCOA.COM | $37.26 | net book value | DEMINIMIS |

**62.**    **Licenses, franchises, and royalties**

62.1.    _____    $_____    _____    $_____

**63.**    **Customer lists, mailing lists, or other compilations**

63.1.[1]    CUSTOMER LIST AND SUPPLIER LIST           UNDETERMINED    _____    UNDETERMINED

[1]THE DEBTOR MAINTAINS A CUSTOMER AND SUPPLIER LIST OF APPROXIMATELY 183 PARTIES WHICH INCLUDES, NAME, ADDRESS, E-MAIL AND TELEPHONE INFORMATION.

**64.**    **Other intangibles, or intellectual property**

| | | | | |
|---|---|---|---|---|
| 64.1.[1] | BANK SYNDICATION FEES | $305,574.15 | cost based valuation amortized over the life of each credit facility | $0.00 |

[1]VARIOUS LEGAL FIRMS WHO WORKED ON BANK SYNDICATION OF DEBT

**65.**    **Goodwill**

65.1.    _____    $_____    _____    $_____

**66.**    **Total of part 10**

Add lines 60 through 65. Copy the total to line 89.

| UNDETERMINED |
|---|

**67.**    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No
☑ Yes

**68.**    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No
☑ Yes

Debtor   **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

---

**69.   Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No
☐ Yes

---

**Part 11:   All other assets**

**70.   Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☒ Yes. Fill in the information below.

|  |
|---|
| **Current value of debtor's interest** |

**71.   Notes receivable**

| Description (include name of obligor) | Total face amount | Doubtful or uncollectible amount | | Current value of debtor's interest |
|---|---|---|---|---|
| 71.1.  SEE SCHEDULE AB, PART 2, NO. 8 | $_____ | - $_____ | = ........ → | $_____ |

**72.   Tax refunds and unused net operating losses (NOLs)**

| | Description (for example, federal, state, local) | Tax refund amount | NOL amount | Tax year | Current value of debtor's interest |
|---|---|---|---|---|---|
| 72.1. | FEDERAL | $235,971.00 | $_____ | 2012 | $235,971.00 |
| 72.2. | FEDERAL | $_____ | $23,938,562.00 | 2011 | UNDETERMINED |
| 72.3. | FEDERAL | $_____ | $13,397,129.00 | 2013 | UNDETERMINED |
| 72.4. | FEDERAL | $_____ | $44,756,291.00 | 2014 | UNDETERMINED |
| 72.5. | FEDERAL | $_____ | $44,545,724.00 | 2015 | UNDETERMINED |
| 72.6. | NJ STATE | $_____ | $23,717,914.00 | 2011 | UNDETERMINED |
| 72.7. | NJ STATE | $_____ | $13,391,973.00 | 2013 | UNDETERMINED |
| 72.8. | NJ STATE | $_____ | $44,754,266.00 | 2014 | UNDETERMINED |
| 72.9. | NJ STATE | $_____ | $44,543,699.00 | 2015 | UNDETERMINED |

**73.   Interests in insurance policies or annuities**

| | Insurance company | Insurance policy No. | Annuity issuer name | Annuity account type | Annuity account No. | Current value of debtor's interest |
|---|---|---|---|---|---|---|
| 73.1. | EVANSTON INSURANCE | 3C41578 | _____ | COMMERCIAL LIABILITY | _____ | UNDETERMINED |
| 73.2. | EVANSTON INSURANCE | MKLV10LE106630 | _____ | EXCESS LIABILITY | _____ | UNDETERMINED |
| 73.3. | HANOVER INS. CO. | RHY 9640712 04 | _____ | COMMERCIAL PROPERTY | _____ | UNDETERMINED |
| 73.4. | MASSACHUSETTS BAY | WDY-9681775-04 | _____ | WORKERS' COMPENSATION | _____ | UNDETERMINED |
| 73.5. | TRAVELERS CASUALTY & SURETY | 106584530 | _____ | FIDELITY | _____ | UNDETERMINED |
| 73.6. | XL INSURANCE CO. | 38854P16 | _____ | D&O | _____ | UNDETERMINED |
| 73.7. | XL SPECIALTY INSURANCE CO. | UM000201478CR16A_____ | | MARINE & WAREHOUSE | _____ | UNDETERMINED |

| Debtor | **Transmar Commodity Group Ltd.** | | | | | Case number *(if known)* **16-13625** |
|---|---|---|---|---|---|---|

| 73.8. | NEW JERSEY MANUFACTURERS INSURANCE COMPANY | C434950-2 | _____ | COMMERCIAL AUTOMOBILE POLICY DECLARATION | _____ | UNDETERMINED |
| 73.9. | XL INSURANCE COMPANY SE | B080138854P16 | _____ | DIRECTOR'S ALL RISKS COVER INSURANCE | _____ | UNDETERMINED |

**74.     Causes of action against third parties (whether or not a lawsuit has been filed)**

| | | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|---|
| 74.1. | TRANSMAR COMMODITY GROUP LTD. V. COOPERATIVA AGRARIA INDUSTRIAL NARANJILLO LTDA. | CONTRACT DEFAULT | $3,070,493.20 | UNDETERMINED |
| 74.2. | TRANSMAR COMMODITY GROUP LTD. V. COOPERATIVA AGRARIA INDUSTRIAL NARANJILLO LTDA. | CONTRACT DEFAULT | $177,900.00 | UNDETERMINED |
| 74.3. | NECCO | UNPAID INVOICE | $297,014.17 | UNDETERMINED |
| 74.4. | TRANSMAR COMMODITY GROUP LTD. V. NOBLE RESOURCES SA | UNPAID WEIGHT LIQUIDATION INVOICES | $379,728.16 | UNDETERMINED |

**75.     Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| | | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|---|
| 75.1. | MARK TO MARKET GAIN ON OPEN PURCHASE AND SALES CONTRACTS. | CONTRACT ACTION | $187,124,798.00 | UNDETERMINED |

**76.     Trusts, equitable or future interests in property**

| 76.1. | _____ | $_____ |
|---|---|---|

**77.     Other property of any kind not already listed**

Examples: Season tickets, country club membership

| 77.1. | REFUND OF PREMIUM FOR 2016 RE: MARINE & WAREHOUSE INSURANCE POLICY | $555,158.00 |
|---|---|---|
| 77.2.[1] | INTERCOMPANY AR FROM EUROMAR COMMODITIES GMBH | UNDETERMINED |
| 77.3. | INTERCOMPANY AR FROM EUROMAR COMMODITIES LLC | UNDETERMINED |
| 77.4. | INTERCOMPANY AR FROM COCOA SERVICES WEST | UNDETERMINED |
| 77.5. | INTERCOMPANY AR FROM COCOA SERVICES LLC | UNDETERMINED |
| 77.6. | INTERCOMPANY AR FROM MORGAN DRIVE | UNDETERMINED |
| 77.7. | INTERCOMPANY AR FROM TRANSMAR ECUADOR | UNDETERMINED |
| 77.8. | INTERCOMPANY AR FROM TRANSMAR GROUP LTD | UNDETERMINED |
| 77.9. | INTERCOMPANY AR FROM TRANSMAR SWITZERLAND | UNDETERMINED |
| 77.10. | INTERCOMPANY AR FROM TRANSMAR GERMANY | UNDETERMINED |
| 77.11. | INTERCOMPANY AR FROM TRANSMAR AFRICA | UNDETERMINED |
| 77.12. | INTERCOMPANY AR FROM TRANSMAR TANZANIA | UNDETERMINED |
| 77.13. | INTERCOMPANY AR FROM TRANSMAR JAMAICA | UNDETERMINED |
| 77.14. | INTERCOMPANY AR FROM TRANSMAR INDONESIA | UNDETERMINED |
| 77.15. | INTERCOMPANY AR FROM PT MAKASSAR FIRST COCOA | UNDETERMINED |
| 77.16. | INTERCOMPANY AR FROM TRANSMAR RUSSIA LLC | UNDETERMINED |
| 77.17. | INTERCOMPANY AR FROM TRANSMAR PERU | UNDETERMINED |

Debtor   **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

| 77.18. | INTERCOMPANY AR FROM TRANSMAR SIERRA LEONE | UNDETERMINED |
| 77.19. | INTERCOMPANY AR FROM ATLANTIC CHOCOLATE | UNDETERMINED |
| 77.20. | INTERCOMPANY AR FROM MORRISTOWN GROUP | UNDETERMINED |
| 77.21. | INTERCOMPANY AR FROM NEW GENERATION TECH | UNDETERMINED |
| 77.22. | INTERCOMPANY AR FROM EUROFEHR | UNDETERMINED |
| 77.23. | INTERCOMPANY AR FROM COCOA ORIGINS AFRICA | UNDETERMINED |
| 77.24. | INTERCOMPANY AR FROM TRANSMAR IVOIRE COAST | UNDETERMINED |
| 77.25. | INTERCOMPANY AR FROM AFFILIATED COMPANY-TRANSMAR UK | UNDETERMINED |
| 77.26. | INTERCOMPANY AR FROM CONDICAF SA | UNDETERMINED |

[1]THE AMOUNT DUE TO THE DEBTOR FOR ALL INTERCOMPANY ACCOUNTS RECEIVABLE IS $151,105,785.51.

**78.   Total of part 11**

Add lines 71 through 77. Copy the total to line 90.                           $791,129.00

**79.   Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor    **Transmar Commodity Group Ltd.**                              Case number *(if known)* **16-13625**

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $5,266,025.88 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $15,235,227.87 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $9,642,154.31 | |
| 83. **Investments.** *Copy line 17, Part 4.* | UNDETERMINED | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $29,716,811.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | UNDETERMINED | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $66,144.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .................................................................... → | | UNDETERMINED |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | UNDETERMINED | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | $791,129.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........91a. | $60,717,492.06 | + 91b.  UNDETERMINED |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................................... $60,717,492.06

Official Form 206A/B                    **Schedule A/B: Assets — Real and Personal Property**                    Page 16 of 16

**Fill in this information to identify the case:**

**Debtor name:** Transmar Commodity Group Ltd.

**United States Bankruptcy Court for the:** Southern District of New York

**Case number (if known):** 16-13625

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1.   **Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2.   **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

Debtor     **Transmar Commodity Group Ltd.**                                                      Case number *(if known)* **16-13625**

| | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

2.1.[1]     **Creditor's name and address**

**Describe debtor's property that is subject to a lien**

ABN AMRO CAPITAL USA LLC
AS ADMINISTRATIVE AND COLLATERAL
AGENT FOR ITSELF AND OTHER SECURED
LENDERS
100 PARK AVENUE
NEW YORK NY 10017

FIRST PRIORITY LIEN ON ALL OF THE DEBTOR'S ASSETS, (EXCLUDING ANY PLEDGE OF THE EQUITY INTERESTS IN THE DEBTOR'S SUBSIDIARIES)          $364,603,054.00     UNDETERMINED

**Describe the lien**

**Creditor's email address, if known**

UCC FINANCING STATEMENT

_____

**Is the creditor an insider or related party?**

**Date debt was incurred:** September 2011

☑ No

**Last 4 digits of account number:**

☐ Yes

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☑ No

☑ No

☐ Yes. Have you already specified the relative priority?

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.

_____

☐ Contingent

☐ Yes. The relative priority of creditors is specified on lines: _____

☐ Unliquidated

☐ Disputed

Debtor    **Transmar Commodity Group Ltd.**                                   Case number *(if known)* **16-13625**

**2.2.**     **Creditor's name and address**

CITIBANK, N.A., ITS BRANCHES,
SUBSIDIARIES AND AFFILIATES
388 GREENWICH STREET
22ND FLOOR
NEW YORK NY 10013

**Creditor's email address, if known**

_____

**Date debt was incurred:** 10/10/2014

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

ALL RIGHT, TITLE AND INTEREST OF TRANSMAR COMMODITY GROUP LTD. ("SUPPLIER") IN AND TO ALL ACCOUNTS AND ALL OTHER FORMS OF OBLIGATIONS ("ACCOUNTS RECEIVABLE") OWING TO SUPPLIER BY MARS, INCORPORATED AND ITS SUBSIDIARIES AND AFFILIATES ("ACCOUNT DEBTOR"), WHETHER NOW EXISTING OR HEREAFTER CREATED, ARISING OUT OF SUPPLIER'S SALE AND DELIVERY OF GOODS AND SERVICES TO ACCOUNT DEBTOR, TO THE EXTENT SUCH ACCOUNTS RECEIVABLE ARE PURCHASED BY SECURED PARTY UNDER THAT CERTAIN SUPPLIER AGREEMENT BETWEEN SECURED PARTY AND SUPPLIER, AS SUCH AGREEMENT MAY BE AMENDED, SUPPLEMENTED OR MODIFIED FROM TIME TO TIME, AND ALL COLLECTIONS THEREON AND PROCEEDS THEREOF.

**Describe the lien**

UCC FINANCING STATEMENT

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☑ Unliquidated

☐ Disputed

UNDETERMINED  UNDETERMINED

Debtor    **Transmar Commodity Group Ltd.**                              Case number *(if known)* **16-13625**

---

**2.3.**    **Creditor's name and address**

ICESTAR B.V.
GUSTAV MAHLERLAAN 10
AMSTERDAM 1000 AE
NETHERLANDS

**Creditor's email address, if known**

_____

**Date debt was incurred:** 5/18/2012

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

ALL INVENTORY AND COMMODITIES FROM   UNDETERMINED   UNDETERMINED
TIME TO TIME PURCHASED BY THE
SECURED PARTY PURSUANT TO THE
TERMS AND CONDITIONS DATED MAY 18,
2012 (AS AMENDED, MODIFIED,
SUPPLEMENTED OR RESTATED FROM
TIME TO TIME) BETWEEN THE DEBTOR
AND THE SECURE PARTY AND ANY
RELATED CONTRACT OR AGREEMENT,
ALL DOCUMENTS AND DOCUMENTS OF
TITLE (INCLUDING, WITHOUT LIMITATION,
WAREHOUSE RECEIPTS AND WARRANTS)
WITH RESPECT TO SUCH INVENTORY AND
COMMODITIES, TOGETHER WITH ALL
PRODUCTS PROCEEDS THEREOF.

**Describe the lien**

UCC FINANCING STATEMENT

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☑ Unliquidated

☐ Disputed

---

Debtor   **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

| 2.4. | Creditor's name and address | Describe debtor's property that is subject to a lien | |
|---|---|---|---|
| | MACQUARIE COMMODITIES (USA) INC.<br>125 WEST 55TH STREET<br>NEW YORK NY 10019 | ALL PRESENT AND FUTURE RIGHT, TITLE AND INTEREST OF DEBTOR TO COCOA PRODUCTS ("COMMODITY") SUBJECT TO A CONTRACT BETWEEN SECURED PARTY AND DEBTOR FOR PURCHASE AND/OR SALE, ALL WAREHOUSE RECEIPTS AND OTHER DOCUMENTS REFLECTING SUCH COMMODITY, AND ALL CASH AND OTHER PROCEEDS OF SUCH COMMODITY WHICH ARE DEPOSITED IN AN ACCOUNT OF SECURED PARTY. | UNDETERMINED   UNDETERMINED |

**Creditor's email address, if known**

_____

Date debt was incurred: 4/2/2012

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe the lien**

UCC FINANCING STATEMENT

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent

☒ Unliquidated

☐ Disputed

¹THE OTHER LENDERS IN THE SYNDICATE INCLUDE: (I) SOCIETE GENERALE; (II) BNP PARIBAS; (III) NATIXIS; (IV) MACQUARIE BANK; (V) BANK HAPOALIM; (VI) THE BANK OF TOKYO-MITSUBISHI; AND (VII) ISRAEL DISCOUNT BANK OF NEW YORK

**3.**    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**      **$364,603,054.00**

---

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| | Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|---|
| 3.1. | STROOCK & STROOCK & LAVAN LLP<br>DANIEL P. GINSBERG<br>180 MAIDEN LANE<br>NEW YORK NY 10038 | Line 2.1 | _____ |

Debtor    **Transmar Commodity Group Ltd.**                                   Case number *(if known)* **16-13625**

| 3.2. | STROOCK & STROOCK & LAVAN LLP<br>MATTHEW G. GAROFALO<br>180 MAIDEN LANE<br>NEW YORK NY 10038 | Line 2.1 | _____ |
| 3.3. | STROOK & STROOK & LAVAN LLP<br>ANDREW P. DENATALE, ESQ.<br>180 MAIDEN LANE<br>NEW YORK NY 10038 | Line 2.1 | _____ |
| 3.4. | WILLKIE FARR & GALLAGHER LLP<br>ALAN J LIPKIN; GABRIEL BRUNSWICK<br>787 SEVENTH AVE<br>NEW YORK NY 10019 | Line 2.3 | _____ |
| 3.5. | WINSTON & STRAWN LLP<br>CAREY D SCHREIBER<br>200 PARK AVE<br>NEW YORK NY 10166 | Line 2.4 | _____ |

| Fill in this information to identify the case: |
|---|
| **Debtor name:** Transmar Commodity Group Ltd. |
| **United States Bankruptcy Court for the:** Southern District of New York |
| **Case number (if known):** 16-13625 |

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G) .Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1.    **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.
☑ Yes. Go to line 2.

2.    **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| 2.1. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | INTERNAL REVENUE SERVICE 1111 CONSTITUTION AVE., NW WASHINGTON DC 20224 | | UNDETERMINED | UNDETERMINED |
| | | ☑ Contingent | | |
| | | ☑ Unliquidated | | **Nonpriority amount** |
| | | ☑ Disputed | | UNDETERMINED |
| | **Date or dates debt was incurred** _____ | **Basis for the claim:** TAXES | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | | | |

| 2.2. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | INTERNAL REVENUE SERVICE 10TH ST AND PENNSYLVANIA AVE, NW WASHINGTON DC 20530 | | UNDETERMINED | UNDETERMINED |
| | | ☑ Contingent | | |
| | | ☑ Unliquidated | | **Nonpriority amount** |
| | | ☑ Disputed | | UNDETERMINED |
| | **Date or dates debt was incurred** _____ | **Basis for the claim:** TAXES | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | | | |

Debtor    **Transmar Commodity Group Ltd.**                                   Case number *(if known)* **16-13625**

---

| 2.3. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|------|------|------|------|------|
| | INTERNAL REVENUE SERVICE<br>PO BOX 970028<br>ST LOUIS MO 63197-0028 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAXES

**Is the claim subject to offset?**

☑ No
☐ Yes

| | | | | Nonpriority amount |
|---|---|---|---|---|
| | | | | UNDETERMINED |

---

| 2.4. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|------|------|------|------|------|
| | NEW JERSEY DIVISION OF TAXATION<br>BANKRUPTCY SECTION<br>P.O. BOX 245<br>TRENTON NJ 08695-0245 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAXES

**Is the claim subject to offset?**

☑ No
☐ Yes

| | | | | Nonpriority amount |
|---|---|---|---|---|
| | | | | UNDETERMINED |

---

| 2.5. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|------|------|------|------|------|
| | NEW JERSEY DIVISION OF TAXATION<br>COMPLIANCE & ENFORCEMENT UNIT<br>BANKRUPTCY UNIT<br>50 BARRACK STREET, 9TH FLOOR<br>TRENTON NJ 08695-0267 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAXES

**Is the claim subject to offset?**

☑ No
☐ Yes

| | | | | Nonpriority amount |
|---|---|---|---|---|
| | | | | UNDETERMINED |

---

Debtor    **Transmar Commodity Group Ltd.**                                   Case number *(if known)* **16-13625**

---

| 2.6. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

**Priority creditor's name and mailing address**

NEW YORK DEPT. OF TAX'N & FINANCE
BANKRUPTCY SECTION
P.O. BOX 5300
ALBANY NY 12205-0300

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAXES

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| UNDETERMINED | UNDETERMINED |
|  | **Nonpriority amount** |
|  | UNDETERMINED |

---

2.7.

**Priority creditor's name and mailing address**

NJ DIVISION OF REVENUE
33 WEST STATE STREET
5TH FLOOR
TRENTON NJ 08608-1214

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAXES

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| UNDETERMINED | UNDETERMINED |
|  | **Nonpriority amount** |
|  | UNDETERMINED |

---

2.8.

**Priority creditor's name and mailing address**

NYC DEPT. OF FINANCE
ATTN: DEVORA COHN, LEGAL AFFAIRS
345 ADAMS STREET
3RD FLOOR
BROOKLYN NY 11201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAXES

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| UNDETERMINED | UNDETERMINED |
|  | **Nonpriority amount** |
|  | UNDETERMINED |

---

Debtor    **Transmar Commodity Group Ltd.**                                  Case number *(if known)* **16-13625**

| 2.9. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

NYS DEPT. OF TAXATION & FINANCE
OFFICE OF COUNSEL
15 METROTECH CENTER
BROOKLYN NY 11201-3827

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAXES

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

| **Nonpriority amount** |
|---|
| UNDETERMINED |

Debtor    **Transmar Commodity Group Ltd.**                        Case number *(if known)* **16-13625**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

**3.**    **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors
with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| 3.1. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

A & J S.A.
EXPORTADORA E IMPORTADORA A Y J S.A
RUC # 0990991774001/KM 4.5 VIA DURAN-
YAGUACHI
GUAYAQUIL
ECUADOR

☐ Contingent
☐ Unliquidated
☒ Disputed

$0.00

**Date or dates debt was incurred**            **Basis for the claim:**
_____            TRADE PAYABLES

**Last 4 digits of account number:**            **Is the claim subject to offset?**

☐ No
☐ Yes

| 3.2. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ADELCOCOA SA
WILSON MONCADA
KM 10 1/2 VIA DAULE
GUAYAQUIL
ECUADOR

☐ Contingent
☐ Unliquidated
☒ Disputed

$0.00

**Date or dates debt was incurred**            **Basis for the claim:**
_____            TRADE PAYABLES

**Last 4 digits of account number:**            **Is the claim subject to offset?**

☐ No
☐ Yes

| 3.3. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ADM COCOA PTE. LTD
JOON KIT LOH
342, JALAN BOON LAY
SINGAPORE 619527
SINGAPORE

☐ Contingent
☐ Unliquidated
☐ Disputed

$114.08

**Date or dates debt was incurred**            **Basis for the claim:**
_____            TRADE PAYABLES

**Last 4 digits of account number:**            **Is the claim subject to offset?**

☐ No
☐ Yes

Debtor   **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

---

| 3.4. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AGRITUSA - AGRICOLA INDUSTRIAL TUAREZ S.A
LUIS GONZALES
AV. JAIME HURTADO GONZALES
INTERSECCION J Y K, KM
ESMERALDAS
ECUADOR

☐ Contingent
☐ Unliquidated
☒ Disputed

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**
TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.5. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AGRO MANOBANDA HNOS. S.A.
GONZALO ROMERO 'BROKER' REPEC S.A
CARRETERA VIA VALENCIA KM. 1
QUEVEDO
ECUADOR

☐ Contingent
☐ Unliquidated
☒ Disputed

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**
TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.6. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AGRO TRADERS LIMITED
PLOT 2, BLOCK XLIII
ALAGBAKA GRA, AKURE
ONDO STATE
NIGERIA

☐ Contingent
☐ Unliquidated
☒ Disputed

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**
TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Transmar Commodity Group Ltd.**                                        Case number *(if known)* **16-13625**

| 3.7. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AGROEXPORT S.A.
ROSA MENDOZA
AV 7 DE AGOSTO, VARIANTE NORTE
PROVINCIA DE LOS RIOS,
BUENA FE
ECUADOR

☐ Contingent
☐ Unliquidated
☒ Disputed

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.8. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AGROLAYA
GONZALO ROMERO
KM 2.5 VIA A VALENCIA
QUEVEDO
ECUADOR

☐ Contingent
☐ Unliquidated
☒ Disputed

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.9. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AGROMAYO SCRL
VLADIMIR GUZMAN
CARRETERA BANOS TERMALES KM 1 (0.875)
DISTRITO Y PROVINCIA DE MOYOBAMBA
MOYOBAMBA; SAN MARTI
PERU

☐ Contingent
☐ Unliquidated
☒ Disputed

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

---

| 3.10. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AGROSANCHEZ COCOA EXPORT S.A.
GONZALO ROMERO 'BROKER' REPEC S.A
CALUMA KM 0.50 VIA POTOSI -URDANETA
LOS RIOS
ECUADOR

☐ Contingent
☐ Unliquidated
☒ Disputed

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.11. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AGROZAMVELSA S.A.
GONZALO ROMERO 'BROKER' REPEC S.A
KM 5, VIA QUEVEDO
COOPERATIVA EL PROLETARIADO
SANTO DOMINGO
ECUADOR

☐ Contingent
☐ Unliquidated
☐ Disputed

$112.78

**Date or dates debt was incurred**

_____

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.12. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AMAZONAS TRADING PERU S.A.C.
JONATHAN ORTIZ
CALLE LOS BRILLANTES MZ. C LOTE S15B
URB. LA CAPITANA. HUACHIPA
LIMA 15
PERU

☐ Contingent
☐ Unliquidated
☒ Disputed

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Transmar Commodity Group Ltd.**                                          Case number *(if known)* **16-13625**

| 3.13. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | AMERICAN EXPRESS<br>P.O. BOX 360001<br>FORT LAUDERDALE, FL 33336-0001 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $41,972.35 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>SELLING GENERAL & ADMINISTRATIVE EXPENSES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

| 3.14. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | AMERRA CAPITAL MANAGEMENT<br>PETER RIHS<br>1185 6TH AVE<br>NEW YORK NY 10036 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $8,684,597.02 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>NOTES PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

| 3.15. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | AMIUS<br>MATTHIAS BORMANN<br>25 BERKELEY SQUARE<br>LONDON W1J6HN<br>UNITED KINGDOM | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $921,300.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>TRADE PAYABLES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

Debtor    **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

---

**3.16.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

AMPUERO ARAY ASOCIADOS REP. S.A.
MARISSA MARTINEZ / RICARDO AMPUERO
CALLEJON DEL SALADO #110 Y TODOS LOS
SANTOS
GUAYQUIL
ECUADOR

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$951.88

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.17.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

ANTON ENREKANG
VILA MUTIARA JELITA 11 NO. 3, BULUROKENG
BIRINGKANAYA, MAKASSAR
SULAWESI SELATAN,
INDONESIA

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$53,212.53

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.18.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

AQUARIUS TRADING PERU S.A.C.
FRANK BARZOLA
CALLE TUNGASUCA NO 210, DPTO. 301
URB. MARANGA, SAN MIGUEL
LIMA
PERU

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor   **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

---

| 3.19. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AROMATIC COCOA EXPORT
CARLOS SANCHEZ
ENTRADA UNO
VENTANAS, LOS RIOS
ECUADOR

☐ Contingent
☐ Unliquidated
☐ Disputed

$68.09

**Date or dates debt was incurred**

_____

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.20. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ARTHUR J GALLAGHER AND CO OF NY INC
STEFANIE TUFANO
250 PARK AVE
3RD FL
NEW YORK NY 10177

☐ Contingent
☐ Unliquidated
☐ Disputed

$65,000.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LOGISTICS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.21. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AT&T
PO BOX 6463
CAROL STREAM IL 60197-6463

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,971.98

**Date or dates debt was incurred**

_____

**Basis for the claim:**

SELLING GENERAL & ADMINISTRATIVE
EXPENSES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor   **Transmar Commodity Group Ltd.**                                                    Case number *(if known)* **16-13625**

---

3.22.   **Nonpriority creditor's name and mailing address**

AUDITA GMBH
AXEL AUE
FRANZOSISCHE STRAE 12
BERLIN 10117
GERMANY

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

SELLING GENERAL & ADMINISTRATIVE
EXPENSES

**Is the claim subject to offset?**

☐ No

☐ Yes

**Amount of claim**

$91.49

---

3.23.   **Nonpriority creditor's name and mailing address**

BARRY CALLEBAUT USA LLC
SARA GHEYSSENS
600 WEST CHICAGO AVENUE
SUITE 860
CHICAGO IL 60654

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☐ No

☐ Yes

**Amount of claim**

$0.00

---

3.24.   **Nonpriority creditor's name and mailing address**

BDO LLP
FAYE EVERARD
31 CHERTSEY STREET
2ND FLR
GUILDGORD
UNITED KINGDOM

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

SELLING GENERAL & ADMINISTRATIVE
EXPENSES

**Is the claim subject to offset?**

☐ No

☐ Yes

**Amount of claim**

$8,430.72

---

Debtor   **Transmar Commodity Group Ltd.**                                  Case number *(if known)* **16-13625**

---

| 3.25. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BRAUNER INTL CORP
KIT LEE
66 YORK ST
JERSEY CITY NJ 07302

☐ Contingent
☐ Unliquidated
☐ Disputed

$909.80

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LOGISTICS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.26. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BT COCOA - PT BUMITANGERANG
MESINDOTAMA
JL. DIPATI UNUS NO. 27 & 30
KEL. CIBODAS BESAR, KEC. CIBODAS
TANGERANG 15138
INDONESIA

☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.27. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BUCHBINDER TUNICK & COMPANY LLP
BETHANNE GOENS
155 ROUTE 46 WEST
WAYNE NJ 07470

☐ Contingent
☐ Unliquidated
☐ Disputed

$25,000.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

SELLING GENERAL & ADMINISTRATIVE
EXPENSES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor   **Transmar Commodity Group Ltd.**                                        Case number *(if known)* **16-13625**

---

| 3.28. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CABLEVISION
930 SOUNDVIEW AVE
BRONX NY 10473

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**
SELLING GENERAL & ADMINISTRATIVE EXPENSES

**Is the claim subject to offset?**

☐ No
☐ Yes

$238.76

---

| 3.29. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CAMDEN INTERNATIONAL TERMINAL - CICT
JENNIFER WEICK RYAN WHEELER
1200 FERRY AVE
CAMDEN NJ 08104

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**
WAREHOUSE

**Is the claim subject to offset?**

☐ No
☐ Yes

$575.79

---

| 3.30. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CELTIC INTERNATIONAL LLC
CHRISTINE LA SPINA
62538 COLLECTIONS CENTER DR
CHICAGO IL 60693-0625

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**
LOGISTICS

**Is the claim subject to offset?**

☐ No
☐ Yes

$64,054.30

---

Debtor    **Transmar Commodity Group Ltd.**                                                                Case number *(if known)* **16-13625**

---

**3.31.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

CHEROKEE FREIGHT LINES
VANESSA DAMILANO
5463 CHEROKEE RD
STOCKTON CA 95215

☐ Contingent
☐ Unliquidated
☐ Disputed

$10,489.60

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LOGISTICS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.32.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

CHRISTIAN JACOB
08 BP 21367
ABIDJAN
IVORY COAST

☐ Contingent
☐ Unliquidated
☐ Disputed

$24,144.39

**Date or dates debt was incurred**

_____

**Basis for the claim:**

SELLING GENERAL & ADMINISTRATIVE
EXPENSES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.33.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

CMA CGM AMERICA INC
DONNA DUNNAM
5701 LAKE WRIGHT DR
NORFOLK VA 23502

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,360.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LOGISTICS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Transmar Commodity Group Ltd.**                                          Case number *(if known)* **16-13625**

---

3.34.  **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
*Check all that apply.*

COCOA MARKETING CO GHANA LTD
AKUA OPOKU-KYEI                                              ☐ Contingent                                $7,684,096.97
PO BOX 1017 RM 302
COCOA HOUSE                                                  ☐ Unliquidated
ACCRA
GHANA                                                       ☐ Disputed

**Date or dates debt was incurred**                          **Basis for the claim:**

_____                             TRADE PAYABLES

**Last 4 digits of account number:**                         **Is the claim subject to offset?**

                                                            ☐ No
                                                            ☐ Yes

---

3.35.  **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
*Check all that apply.*

COCOA ORIGINS AFRICA                                         ☐ Contingent                                $0.00
200 SOUTH STREET, 4TH FLOOR
MORRISTOWN NJ 07960                                          ☐ Unliquidated

                                                            ☑ Disputed

**Date or dates debt was incurred**                          **Basis for the claim:**

_____                             TRADE PAYABLES

**Last 4 digits of account number:**                         **Is the claim subject to offset?**

                                                            ☐ No
                                                            ☐ Yes

---

3.36.  **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
*Check all that apply.*

COCOA PROCESSING CORP                                        ☐ Contingent                                $491.79
YELENA ZELDIN, M. MECCA. G. WALD
650 RAMSEY AVE                                               ☐ Unliquidated
HILLSIDE NJ 07205
                                                            ☐ Disputed

**Date or dates debt was incurred**                          **Basis for the claim:**

_____                             WAREHOUSE

**Last 4 digits of account number:**                         **Is the claim subject to offset?**

                                                            ☐ No
                                                            ☐ Yes

---

Debtor   **Transmar Commodity Group Ltd.**                                      Case number *(if known)* **16-13625**

| 3.37. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

COCOA SERVICES, LLC
ANITA FENNELL
400 EAGLE COURT
SWEDESBORO NJ 08085

$6,856,227.34

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
INTERCOMPANY & LOGISTICS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.38. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

COCOA SVCS WEST LLC
ANITA FENNELL
29975 AHERN AVE
UNION CITY CA 94587

$1,825,311.59

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
INTERCOMPANY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.39. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

COCOALINK SARL
MARC NEUMANN
CHEMIN DES VOIRONS 35
CH-1296 COPPET
SWITZERLAND

$0.00

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    **Transmar Commodity Group Ltd.**                                      Case number *(if known)* **16-13625**

---

| 3.40. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

COMERCIAIZADORA DE PRODUCTOS DE
ECUADORECUCOM
GONZALO ROMERO 'BROKER' REPEC S.A
PROLONGACION DE LA AVENIDA GRANDA
CENTENO, URB. EL
URB. EL
QUITO
ECUADOR

$0.00

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

_____          TRADE PAYABLES

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.41. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

COMERCIAL VERVESA CIA. LTDA.
LUIS FERNANDO
URB. BRASILIA DEL TOACHI
ENTRE ESPANA Y VINCES ESQ.
VINCES
ECUADOR

$0.00

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

_____          TRADE PAYABLES

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.42. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

COMMODITIES CONNEXION
PIERRE MARTRE
38 RUE DE BERRI
PARIS 75008
FRANCE

$3,165.86

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

_____          TRADE PAYABLES

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor   **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

---

**3.43.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

COMPANIES HOUSE
GWASANAETH CYMRAEG
P.O. BOX 710 CROWN WAY
CARDIFF CF14 3UZ
UNITED KINGDOM

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

SELLING GENERAL & ADMINISTRATIVE
EXPENSES

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$473.70

---

**3.44.** **Nonpriority creditor's name and mailing address**

CONDICAF SA
INDUSTRIAL ESTATE OF YOPOUGON
ILOT 1 LOT 567, 06 B.P. 6715
ABIDJAN 06
IVORY COAST

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$0.00

---

**3.45.** **Nonpriority creditor's name and mailing address**

CONTINENTAL TERMINALS, INC
ROLAND MARRERO, BOB FORCILLO
112 PORT JERSEY BLVD
JERSEY CITY NJ 07305

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAREHOUSE

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$23,258.98

---

Debtor   **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

---

**3.46.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

COOP AGRARIA CAFETALERA Y DE SERVCIOS
ORO VER
ILDEBRANDO CARDENAS
AV. CASCANUECES MZ. IIM LT
02 SANTA ANITA
LIMA
PERU

☐ Contingent
☐ Unliquidated
☐ Disputed

$65,299.45

**Date or dates debt was incurred**

_____

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.47.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

COOPERATIVA AGRARIA CENTRAL DE CACAO
AROMA DE
HIGOR JARAMILLO
JR TOCACHE N 711 2DO PISO
TOCACHE
PERU

☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.48.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

COOPERATIVA AGRARIA INDUSTRIAL
NARANJILLO LTD
JOSE ANTONIO MEJIA
(RUC 20136264053)
AVE. ERICKSON NO. 342
TINGO MARIA
PERU

☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Transmar Commodity Group Ltd.**                                                    Case number *(if known)* **16-13625**

---

**3.49.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| | |

COOPERATIVA AGRARIA INDUSTRIAL
NARANJILLO LTDA.
LEONIDAS TUPAYACHI
AVE ERICKSON NO. 342
TINGO MARIA HUANUCO
PERU

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

BREACH OF CONTRACT/COUNTERCLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.50.** **Nonpriority creditor's name and mailing address**

COOPERATIVA AGRARIA INDUSTRIAL
NARANJILLO LTDA.
LEONIDAS TUPAYACHI
AVE ERICKSON NO. 342
TINGO MARIA HUANUCO
PERU

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

BREACH OF CONTRACT/COUNTERCLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.51.** **Nonpriority creditor's name and mailing address**

COOPERATIVA AGROINDUSTRIAL ASPROC -
NBT LTDA
MAXIMO RONDAN
AV. SANTA ROSA NO. 606 CAS.
CENT POBL NVO BAMBAMARCA
SAN MARTIN - TOCACHE
PERU

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

---

| 3.52. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

COOPERATIVA AGROINDUSTRIAL PARAISO
ANCHAHUA GUILLEN FERLY
AV.LAS PALMERAS MZA.O6
LOTE.5 CENTRO POBLADO DE PA,
CHOLON
PERU

☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.53. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

COOPERATIVA AGROINDUSTRIAL UCHIZA CAU
SANDRO AQUINO
AV. ATAHUALPA NRO.
1324 SAN MARTIN
TOCACHE - UCHIZA
PERU

☐ Contingent
☐ Unliquidated
☐ Disputed

$359.68

**Date or dates debt was incurred**
_____

**Basis for the claim:**
TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.54. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

COOPERATIVE CAFE CACAO DE VAVOUA
MACHIEL LELIEFELD
05 BP 406
ABIDIJAN 05
IVORY COAST

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,520,766.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

| 3.55. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

COOPROAGRO INC
FRANCISCO SOTO
CARR SF TENARES 1
SAN FRANCISCO DE MACORIS 31000
DOMINICAN REPUBLIC

☐ Contingent
☐ Unliquidated
☒ Disputed

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.56. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CORPORACION GRUPPO SALINAS
LUIS GONZALES
VIA EL CALVARIO S/N Y SAMILAGUA
SALINAS, GUARANDA
ECUADOR

☐ Contingent
☐ Unliquidated
☒ Disputed

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.57. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CQG
ATTN: BILLING
1050 17TH STREET SUITE 2000
DENVER CO 80265

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,256.18

**Date or dates debt was incurred**

_____

**Basis for the claim:**

SELLING GENERAL & ADMINISTRATIVE
EXPENSES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor   **Transmar Commodity Group Ltd.**                                   Case number *(if known)* **16-13625**

---

3.58.   **Nonpriority creditor's name and mailing address**

CREAM TO CREAM 1, CA
ANA MARIA CHIRA
AV. URDANETA ESQUINA DE PELOTA A
IBARRAS
CENTRO PROFESIONAL URDANETA PISO 11
OFIC-11-A
CARACAS
VENEZUELA

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☐ No

☐ Yes

| Amount of claim |
|---|
| $2,224.57 |

---

3.59.   **Nonpriority creditor's name and mailing address**

CWT COMMODITIES AMSTERDAM
YVONNE HUBNER
WESTPOORT 7905 ACCRAWEG 39
AMSTERDAM 1047 HJ
THE NETHERLANDS

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAREHOUSE

**Is the claim subject to offset?**

☐ No

☐ Yes

| Amount of claim |
|---|
| $4,796.56 |

---

3.60.   **Nonpriority creditor's name and mailing address**

CWT COMMODITIES ANTWERP NV
KRISTOF SAMAN
TILBURY ESSEX
ANTWERP RM18 7EB
BELGIUM

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAREHOUSE

**Is the claim subject to offset?**

☐ No

☐ Yes

| Amount of claim |
|---|
| $5,259.26 |

---

Debtor    **Transmar Commodity Group Ltd.**                    Case number *(if known)* **16-13625**

---

**3.61.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| | |

DAMCO CUSTOMES SERVICES (CANADA)
ANNA SHELEST
2576 MATHESON BLVD EAST
MISSISSAUGA ON
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

$10,630.80

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LOGISTICS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.62.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

DEFIASA S.A.
HUGO AGUILAR
CIUDADELA SAN FELIPE SOLAR24 MZ. 123
GUAYAQUIL
ECUADOR

☐ Contingent
☐ Unliquidated
☒ Disputed

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.63.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

DEPENDABLE DISTRIBUTIONS SERVICES
DONNA DOVE, HENRY WEINER
1301 UNION AVE
PENNSAUKEN NJ 08110

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,794.20

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAREHOUSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor   **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

---

| 3.64. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DISAN COCOA EXPORT, DISCOCOEX
DIANA SANCHEZ
1 VIA PUEBLO VIEJO, KM 1
CDLA. CINCO DE AGOSTO
PUEBLO VIEJO
ECUADOR

☐ Contingent
☐ Unliquidated
☐ Disputed

$7,937.11

**Date or dates debt was incurred**

_____

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.65. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

EAST BAY LOGISTICS
MITCHELL LAM/ ISRAEL/ STACY
25503 INDUSTRIAL BLVD.
HAYWARD CA 94545

☐ Contingent
☐ Unliquidated
☐ Disputed

$17,442.71

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAREHOUSE & LOGISTICS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.66. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ECOM AGROTRADE LIMITED
JUAN PACHERRE
NIGHTINGALE HOUSE, 65 CURZON STREET
LONDON W1J 8PE
UNITED KINGDOM

☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor   **Transmar Commodity Group Ltd.**                                 Case number *(if known)* **16-13625**

| | | |
|---|---|---|
| 3.67. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.67.  **Nonpriority creditor's name and mailing address**

ECUACOFFEE SA
JOSE AGUILAR
KM 10.5 VIA DAULE
GUAYAQUIL
ECUADOR

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☐ No

☐ Yes

| Amount of claim |
|---|
| $145,032.48 |

---

3.68.  **Nonpriority creditor's name and mailing address**

ERNST & YOUNG
JEFFREY HILL
200 PLAZA DRIVE
SECAUCUS NJ 07094

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

SELLING GENERAL & ADMINISTRATIVE
EXPENSES

**Is the claim subject to offset?**

☐ No

☐ Yes

| Amount of claim |
|---|
| $29,750.00 |

---

3.69.  **Nonpriority creditor's name and mailing address**

EUROMAR COMMODITIES LLC
NANCY PIZZI
200 SOUTH STREET, 4TH FLOOR
MORRISTOWN NJ 07960

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

INTERCOMPANY

**Is the claim subject to offset?**

☐ No

☐ Yes

| Amount of claim |
|---|
| $10,349,041.76 |

Debtor    **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

---

| 3.70. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

EXIMORE
MARIA ANTONIETA MACIAS
KM 4 1/2 VIA DURAN TAMBO
DURAN GUAYAS,
GUAYAQUIL
ECUADOR

☐ Contingent
☐ Unliquidated
☒ Disputed

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.71. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

EXPORTADORA E IMPORTADORA AGROATILIO
CIA LTDA
GONZALO ROMERO
URB BRASILIA DEL TOACHI
CALLE ESPANA S/N Y VINC
SANTO DOMINGO
ECUADOR

☐ Contingent
☐ Unliquidated
☐ Disputed

$5,334.79

**Date or dates debt was incurred**
_____

**Basis for the claim:**
TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.72. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

EXPORTADORA E IMPORTADORA KAM (EXIKAM)
ANGEL KAM
BUENA FE KM 25 VIA A
SANTO DOMINGO
ECUADOR

☐ Contingent
☐ Unliquidated
☒ Disputed

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor   **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

---

| 3.73. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FAUCHER BROTHERS CARTAGE INC
MIKE METCALF
7869 SOLUTIONS CTR
CHICAGO IL 60677-7008

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,147.49

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LOGISTICS & WAREHOUSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.74. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FERRERO TRADING LUX SA
GIANLUCA
FINDEL BUSINESS CENTER-COMPLEX B
RUE DE TREVES L-2632
FINDEL
LUXEMBOURG

☐ Contingent
☐ Unliquidated
☐ Disputed

$802,470.03

**Date or dates debt was incurred**

_____

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.75. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FLAME ENGINEERING BVBA
MARC NIJSSEN
HAUWIJKSTRAAT 34 A
ESSENE
BELGIUM

☐ Contingent
☐ Unliquidated
☐ Disputed

$20,792.40

**Date or dates debt was incurred**

_____

**Basis for the claim:**

SELLING GENERAL & ADMINISTRATIVE
EXPENSES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Transmar Commodity Group Ltd.**                    Case number *(if known)* **16-13625**

---

| 3.76. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.76.

**Nonpriority creditor's name and mailing address**

GATEWAY LOGISTICS
DONNA WEINGARTEN & TAMI
1201 CORBIN ST
ELIZABETH NJ 07201

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LOGISTICS

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$180.00

---

3.77.

**Nonpriority creditor's name and mailing address**

GCB COCOA SINGAPORE PT LTD
MS ELSA TAY
1 COMMONWEALTH LANE #08-04
SINGAPORE 149544
SINGAPORE

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$358,933.62

---

3.78.

**Nonpriority creditor's name and mailing address**

GENERAL COCOA COMPANY
NICK DONALD
30 WALL STREET
9TH FLR
NEW YORK NY 10005

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$0.00

---

Debtor    **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

---

| 3.79. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GHIRARDELLI CHOCOLATE CO
APRIL SCIARRONI
1111 139TH AVE
6TH FL
SAN LEANDRO CA 94578

☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.80. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GIM SVCS SA
TONI DEBLESER
RUE CAROLINE 2100
LAUSANNE 1003
SWITZERLAND

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,363.18

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LOGISTICS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.81. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GOLDCOCOA EXPORTS S.A.
GONZALO ROMERO 'BROKER' REPEC S.A
KM 1 VIA PUEBLOVIEJO
VENTANAS
ECUADOR

☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor   **Transmar Commodity Group Ltd.**                                   Case number *(if known)* **16-13625**

---

**3.82.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

GORG PARTNERSCHAFT VON
RECHTSANWALTE
KENNEDYPALTZ 2
KOLN 50679
GERMANY

*Check all that apply.*                                $56,844.90

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

SELLING GENERAL & ADMINISTRATIVE
EXPENSES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.83.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

H.C.C.O. HAMBURG COCOA & COMMODITY
OFFICE
FELIX CHRISTIANSEN
CURSCHMANNSTR.9
HAMBURG D-20251
GERMANY

*Check all that apply.*                                $0.00

☐ Contingent

☐ Unliquidated

☑ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.84.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

HALLS FAST MOTOR FREIGHT
LUIS BOHORQUEZ
P.O. BOX 378, 501 KENTILE ROAD
SOUTH PLAINFIELD NJ 07080

*Check all that apply.*                                $667.00

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LOGISTICS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Debtor    **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

---

3.85.     **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:**     | **Amount of claim** |
*Check all that apply.*

HALL'S WAREHOUSE
LUIS BOHORQUEZ                                  ☐ Contingent                          $39,922.08
P.O. BOX 378 501 KENTILE ROAD
SOUTH PLAINFIELD NJ 07080                      ☐ Unliquidated

                                               ☐ Disputed

**Date or dates debt was incurred**            **Basis for the claim:**

_____        WAREHOUSE

**Last 4 digits of account number:**            **Is the claim subject to offset?**

                                               ☐ No

                                               ☐ Yes


3.86.     **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:**     | **Amount of claim** |
*Check all that apply.*

HANDELSVEEM BV
INGE ROMEIJN                                    ☐ Contingent                          $18,331.65
SEXTANTWEG 8
AMSTERDAM 1042 AH                              ☐ Unliquidated
THE NETHERLANDS
                                               ☐ Disputed

**Date or dates debt was incurred**            **Basis for the claim:**

_____        WAREHOUSE

**Last 4 digits of account number:**            **Is the claim subject to offset?**

                                               ☐ No

                                               ☐ Yes


3.87.     **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:**     | **Amount of claim** |
*Check all that apply.*

HANOVER INSURANCE GROUP
PO BOX 580045                                   ☐ Contingent                          $2,011.50
CHARLOTTE NC 28258
                                               ☐ Unliquidated

                                               ☐ Disputed

**Date or dates debt was incurred**            **Basis for the claim:**

_____        SELLING GENERAL & ADMINISTRATIVE
                                               EXPENSES
**Last 4 digits of account number:**
                                               **Is the claim subject to offset?**

                                               ☐ No

                                               ☐ Yes

---

Debtor   **Transmar Commodity Group Ltd.**                                        Case number *(if known)* **16-13625**

---

**3.88.**   **Nonpriority creditor's name and mailing address**

HCCO (COTE D'IVOIRE) SA
MR DONALD LEES
USINE EBURNEA, ZONE PORTUAIRE
GRAND PORT, VRIDI,
ABIDJAN, COTE D'IVOI
IVORY COAST

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$0.00

---

**3.89.**   **Nonpriority creditor's name and mailing address**

HD COTTERELL AMSTERDAM
MELLVYN SCHRIKKER
COENHAVENWEG 9 , (POSTBUS 1426)
AMSTERDAM 1000 BK
THE NETHERLANDS

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$320.92

---

**3.90.**   **Nonpriority creditor's name and mailing address**

HD COTTERELL HAMBURG
SYLVIA DEMBOWSKI, SOREN JURGENS
ELLERHOLZDAMM 29 - 35
HAMBURG
GERMANY

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$528,308.58

---

Debtor    **Transmar Commodity Group Ltd.**                                          Case number *(if known)* **16-13625**

---

| 3.91. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HD COTTERELL HAMBURG
PETRA KROHN
ELLERHOLZDAMM 38
HAMBURG 20457
GERMANY

☐ Contingent
☐ Unliquidated
☒ Disputed

**Amount of claim** $0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.92. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HORIZON BLUE CROSS BLUE SHIELD
OF NEW JERSEY
PO BOX 1738
NEWARK NJ 07101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim** $18,775.62

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

SELLING GENERAL & ADMINISTRATIVE
EXPENSES

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.93. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HUYSER MOLLER B.V.
BOB STURMAN
ZEEVANGSDIJKJE 3
EDAM 1135 GR
THE NETHERLANDS

☐ Contingent
☐ Unliquidated
☒ Disputed

**Amount of claim** $0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

---

**3.94.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ICESTAR BV
MARIEKE FRANSSEN
COOLSINGEL 93
ROTTERDAM 3012AE
NETHERLANDS

☐ Contingent
☐ Unliquidated
☐ Disputed

$62,336.41

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LOGISTICS & TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.95.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

IDEPAC
MACHIEL LELIEFELD
COMUNITARIA INC INSTITUTO DOMINICANO DE
EDUCACION PARA LA ACCION
LA VEGA
DOMINICAN REPUBLIC

☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.96.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ILCO
GONZALO ROMERO 'BROKER' REPEC S.A
KM 14 VIA A QUEVEDO
SANTO DOMINGO
ECUADOR

☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Transmar Commodity Group Ltd.**                                      Case number *(if known)* **16-13625**

---

**3.97.**    **Nonpriority creditor's name and mailing address**

IMPORTADORA & EXPORTADORA PAIS DEL
CACAO EXPO
DIEGO ARGOTI
KM 1 AV QUININDE SANTO DOMINGO
ESMERALDAS
ECUADOR

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: | **Amount of claim** |
|---|---|
| *Check all that apply.* | $0.00 |

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.98.**    **Nonpriority creditor's name and mailing address**

INDUSTRIAL FUMIGANT CO LLC
VALERIE CHANEY
13420 W 99TH ST
LENEXA KS 66215

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: | **Amount of claim** |
|---|---|
| *Check all that apply.* | $6,630.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

LOGISTICS

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.99.**    **Nonpriority creditor's name and mailing address**

INKA'S COMMODITIES TRADING SAC
ERNESTO GUZMAN
JR. CAYUMBA NRO. 232 CENT. TINGO MARIA
HUANUCO-LEONCIO
PRADO-RUPA-RUPA
PERU

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: | **Amount of claim** |
|---|---|
| *Check all that apply.* | $0.00 |

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor   **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

| 3.100. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

INMOBILIARIA GUANGALA S.A.
FRANCISCO MIRANDA
KM 3.5, AVDA. JUAN TANCA MARENGO
GUAYAQUIL
ECUADOR

☐ Contingent
☐ Unliquidated
☐ Disputed

$8,373.53

**Date or dates debt was incurred**

_____

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.101. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ITOCHU CORPORATION
MARIKO HORI
5-1, KITA-AOYAMA 2-CHOME, MINATO-KU
TOKYO
JAPAN

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,962,863.43

**Date or dates debt was incurred**

_____

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.102. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

IVOIRE CACAO
MARC NEUMAND
16 BP 488
ABIDJAN 16
IVORY COAST

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,392.42

**Date or dates debt was incurred**

_____

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

---

| 3.103. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.103.

**Nonpriority creditor's name and mailing address**

J LEEK LAB
JESSI M RIVERS
JLA USA - 3016 KENSINGTON CT
ALBANY GA 31721

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

LOGISTICS

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$5,160.00

---

3.104.

**Nonpriority creditor's name and mailing address**

JB FOODS GLOBAL PTE LTD
80 ROBINSON RD #17-02
SINGAPORE 68898
SINGAPORE

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$278,026.99

---

3.105.

**Nonpriority creditor's name and mailing address**

JCP & L (FIRST ENERGY)
P.O. BOX 3615
AKRON OH 44309

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

SELLING GENERAL & ADMINISTRATIVE
EXPENSES

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$16.67

---

Debtor      **Transmar Commodity Group Ltd.**                                            Case number *(if known)* **16-13625**

---

**3.106.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |

JM COMMODITIES CORPORATION
JOSEPH MANTONE
FRENCHMAN'S RESERVE, 813 FLORET DRIVE
PALM BCH GRDNS FL 33410

☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.107.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |

JOHN DAWBER
STRUMPER STRASSE 56
MEERBUSCH
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

$8,108.62

**Date or dates debt was incurred**

_____

**Basis for the claim:**

SELLING GENERAL & ADMINISTRATIVE
EXPENSES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.108.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |

JORLI GROUP S.A.
OLIVIER P. LICHTFUS
URB. CIUDAD COLON, MZ. 275 SOLAR 3
PARQUE EMPRESARIAL COLON
GUAYAQUIL
ECUADOR

☐ Contingent
☐ Unliquidated
☐ Disputed

$5,312.50

**Date or dates debt was incurred**

_____

**Basis for the claim:**

SELLING GENERAL & ADMINISTRATIVE
EXPENSES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

---

3.109.    **Nonpriority creditor's name and mailing address**

JOSEF MANNER & COMP AG
WILHELMINENSTRASSE 6
VIENNA 1170 V
AUSTRIA

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☐ No

☐ Yes

**Amount of claim**

$0.00

---

3.110.    **Nonpriority creditor's name and mailing address**

KATOEN NATIE AMSTERDAM
MARK KINDT, MAXIME POLLE,
POSTBUS 8215
AMSTERDAM 1005 AE
THE NETHERLANDS

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAREHOUSE

**Is the claim subject to offset?**

☐ No

☐ Yes

**Amount of claim**

$8,996.62

---

3.111.    **Nonpriority creditor's name and mailing address**

KATOEN NATIE ANTWERP
MARK KINDT, MAXIME POLLE
LUITHAGEN HAVEN 9
ANTWERP BE-2030
BELGIUM

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAREHOUSE

**Is the claim subject to offset?**

☐ No

☐ Yes

**Amount of claim**

$2,184.04

---

Debtor   **Transmar Commodity Group Ltd.**                                                          Case number *(if known)* **16-13625**

---

**3.112.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

KATOEN NATIE IVOIRE
ANDRE KROU MARTIJN VERSTEENG
10 RUE DES FOREURS ZONE 3
ABIDJAN TREICHVILLE
IVORY COAST

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,920.34

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAREHOUSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.113.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

KEYMAR WAREHOUSE CO
ERIC HARTMAN
257-259 SAINT MIHIEL DRIVE
RIVERSIDE NJ 08075

☐ Contingent
☐ Unliquidated
☐ Disputed

$960.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAREHOUSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.114.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

LA UNIVERSAL
MILTON ESTUPINAN
ELOY ALFARO 1103 Y GOMEZ RENDON
GUAYAQUIL
ECUADOR

☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor   **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

---

3.115.   **Nonpriority creditor's name and mailing address**

LAGROU DISTRIBUTIONS
DEBBIE YINGLING
1800 S. WOLF ROAD
DES PLAINS IL 60018

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAREHOUSE

**Is the claim subject to offset?**

☐ No

☐ Yes

| Amount of claim |
| --- |
| $1,345.50 |

---

3.116.   **Nonpriority creditor's name and mailing address**

LANTER DISTRIBUTING
DANNY LEROW,GEORGE SHOMIN
17501 W. 98 TH STREET
LENEXA KS 66219

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAREHOUSE

**Is the claim subject to offset?**

☐ No

☐ Yes

| Amount of claim |
| --- |
| $422.45 |

---

3.117.   **Nonpriority creditor's name and mailing address**

LELIEFELD COMMODITY TRADING
MACHIEL LELIEFELD
SPILSTEEG 14
LEIDEN 2311 KA
THE NETHERLANDS

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☐ No

☐ Yes

| Amount of claim |
| --- |
| $17,887.93 |

---

Debtor    **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

---

**3.118.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.118.**

**Nonpriority creditor's name and mailing address**

LINDT & SPRUNGLI USA INC.
DIANA ERICKSON
ONE FINE CHOCOLATE PLACE
STRATHAM NH 03885

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$50,772.88

---

**3.119.**

**Nonpriority creditor's name and mailing address**

LINGO24 LTD.
CLAUDIA VOINEA
18 TORPHICHEN STREET
EDINBURGH EH3 8JB
UNITED KINGDOM

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

SELLING GENERAL & ADMINISTRATIVE
EXPENSES

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$344.97

---

**3.120.**

**Nonpriority creditor's name and mailing address**

LYONS & SONS
JOYCE - MIKE DOUGHERTY
905 N. LENOLA ROAD
MORRESTOWN NJ 08057

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAREHOUSE

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$2,385.28

---

Debtor   **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

---

**3.121.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| MACQUARIE COMMODITIES (USA) INC BRIAN WHITE / PETER HARRISON 125 WEST 55TH STREET NEW YORK NY 10019 | ☐ Contingent ☐ Unliquidated ☑ Disputed | $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.122.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| MAHOB-TRANSMAR COCOA, LTD. MARGARET POKU D380/4 ADABRAKA KWAME NKRUMAH AVENUE ACCRA CT 6406 GHANA | ☑ Contingent ☑ Unliquidated ☑ Disputed | UNDETERMINED

**Date or dates debt was incurred**
_____

**Basis for the claim:**
POTENTIAL CLAIM BASED UPON OFFTAKE AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.123.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| MANJIMEXPORT S.A. MAYRA MOREIRA KM. 1 VIA A STO. DOMINGO CALLE PRINCIPAL S/N BUENA FE ECUADOR | ☐ Contingent ☐ Unliquidated ☐ Disputed | $207.76

**Date or dates debt was incurred**
_____

**Basis for the claim:**
TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor   **Transmar Commodity Group Ltd.**                    Case number *(if known)* **16-13625**

| | | | |
|---|---|---|---|
| 3.124. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

3.124.   **Nonpriority creditor's name and mailing address**

MARCELS GARRIGUES CO
JOHN LUI
560 THIRD ST
SAN FRANCISCO CA 94107-1805

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LOGISTICS

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$2,602.88

---

3.125.   **Nonpriority creditor's name and mailing address**

MARS CHOCOLATE NORTH AMERICA, LLC
CHRISTINE CASALE
800 HIGH STREET
HACKETTSTOWN NJ 07840-1500

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$0.00

---

3.126.   **Nonpriority creditor's name and mailing address**

MATAHARI GT
FRANS TIJS
JANE ADDAMSSTRAAT 31,
ARNHEM 6836 KZ
THE NETHERLANDS

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$8,504.05

---

Debtor   **Transmar Commodity Group Ltd.**                    Case number *(if known)* **16-13625**

---

**3.127.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
|---|---|---|

MEDITERRANEAN SHIPPING CO
VALENTINA PORTA/CATALINA RIBERO
420 FIFTH AVE
NEW YORK NY 10018

$23,450.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
LOGISTICS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.128.** **Nonpriority creditor's name and mailing address**

MELISA GARCIA
36 CLYDE POTTS DR #6
MORRISTOWN NJ 07690

**As of the petition filing date, the claim is:** *Check all that apply.*

**Amount of claim**

$350.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
SELLING GENERAL & ADMINISTRATIVE
EXPENSES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.129.** **Nonpriority creditor's name and mailing address**

MILES TECHNOLOGIES
300 WEST ROUTE 38 , SUITE 103
MOORESTOWN NJ 08057

**As of the petition filing date, the claim is:** *Check all that apply.*

**Amount of claim**

$8.15

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
SELLING GENERAL & ADMINISTRATIVE
EXPENSES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

---

| 3.130. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NECCO
135 AMERICAN LEGION HIGHWAY
REVERE MA 02151

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
_____

**Basis for the claim:**
POSSIBLE COUNTERCLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.131. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NESKAO
RCCM N CI ABJ2013B 14777
18 BP 1066 ABIDJAN 18-ZONE INDUSTRIELLE
VRIDI
ABIDJAN
IVORY COAST

☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.132. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NESTLE QUALITY ASSURANCE
MOLLIE CRADLE
445 STATE ST
FREMONT MI 49413

☐ Contingent
☐ Unliquidated
☐ Disputed

$5,080.42

**Date or dates debt was incurred**
_____

**Basis for the claim:**
LOGISTICS & WAREHOUSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor  **Transmar Commodity Group Ltd.**                     Case number *(if known)* **16-13625**

---

**3.133.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

NESTLE USA
BILL LAUF
800 NORTH BRAND BLVD
GLENDALE CA 91203

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
LOGISTICS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.134.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

NESTRADE S.A.
CH-1814 LA TOUR DE PELIZ P.O. BOX 380
LA TOUR DE PELIZ
SWITZERLAND

☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.135.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

NEW DATA SYSTEMS
AMANDA WILLIAMSON OGLIVIE
19 CLAREMONT LANE
SUFFERN NY 10901

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,800.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
SELLING GENERAL & ADMINISTRATIVE
EXPENSES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Transmar Commodity Group Ltd.**                              Case number *(if known)* **16-13625**

---

**3.136.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

NEW GENERATION TECHNOLOGY LLC
NANCY PIZZI
200 SOUTH STREET, 4TH FLOOR
MORRISTOWN NJ 07969

☐ Contingent
☐ Unliquidated
☐ Disputed

$134,676.15

**Date or dates debt was incurred**

_____

**Basis for the claim:**

INTERCOMPANY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.137.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

NOBLE RESOURCES SA
NOBLE GROUP LIMITED
38 GLOUCESTER ROAD
18TH FLOOR, CHINA EVERGRANDE CENTRE
HONG KONG
HONG KONG

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

POSSIBLE COUNTERCLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.138.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

NOBLE RESOURCES SA
JAN STELTER
ROUTE DE FERNEY 207
1208 LE GRAND-SACONNEX
CH 1208 GENEVA
SWITZERLAND

☐ Contingent
☐ Unliquidated
☐ Disputed

$474.48

**Date or dates debt was incurred**

_____

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

---

| 3.139. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.139.

**Nonpriority creditor's name and mailing address**

NORRIS MCLAUGHLIN AND MARCUS
721 ROUTE 202-206 STE 200
PO BOX 5933
BRIDGEWATER NJ 08807

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$423.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAREHOUSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.140.

**Nonpriority creditor's name and mailing address**

NUCITA VENEZOLANA C.A.
JONATHAN SANCHEZ
AVENIDA GUIGUE
MARACAY
VENEZUELA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$123,000.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.141.

**Nonpriority creditor's name and mailing address**

OAKLEY TRANSPORT INC
ASHLEY STEWART
101 ALT BAB CUTOFF RD
LAKE WALES FL 33853-8029

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$57,591.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
LOGISTICS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Transmar Commodity Group Ltd.**                                      Case number *(if known)* **16-13625**

| | | |
|---|---|---|
| 3.142. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.142.

**Nonpriority creditor's name and mailing address**

OH ORIGINS
NATHANIEL DURANT
14 OVERLOOK TERRACE
MAPLEWOOD NJ 07040

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

SELLING GENERAL & ADMINISTRATIVE EXPENSES

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$40,678.20

---

3.143.

**Nonpriority creditor's name and mailing address**

PACORINI ANTWERP NV
HILDE DE BOECK
NOORDEOLAAN 113
ANTWERP 2030
BELGIUM

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAREHOUSE

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$446.78

---

3.144.

**Nonpriority creditor's name and mailing address**

PATRICK BURKE
11 MAYFAIR LANE
PRAIRIE VIEW IL 60069

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$56,449.42

---

Debtor    **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

---

| 3.145. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.145.

**Nonpriority creditor's name and mailing address**

PEDRO MARTINETTI S.
PEDRO MARTINETTI
KM 2 1/2 VIA A VALENCIA
QUEVEDO
ECUADOR

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☐ No
☐ Yes

**Amount of claim**
$0.00

---

3.146.

**Nonpriority creditor's name and mailing address**

PHASE III TRUCKING INC
MELANIE GAZZARA
167 BRADDOCK AVE
HAMMONTON NJ 08037

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LOGISTICS

**Is the claim subject to offset?**
☐ No
☐ Yes

**Amount of claim**
$8,037.70

---

3.147.

**Nonpriority creditor's name and mailing address**

PINNACLE FREIGHT SYSTEMS
RICH HALKOVICH
PO BOX 51059
NEWARK NJ 07101

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LOGISTICS

**Is the claim subject to offset?**
☐ No
☐ Yes

**Amount of claim**
$6,831.40

---

Debtor    **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

---

**3.148.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

PT MAJU BERSAMA COCOA INDUSTRIES,
MEDITERRANEAN ELOK 7, TAMAN
MEDITERRANEAN
TANJUNG BUNGA, MAKASSAR, 90224
SULAWESI SELATAN
INDONESIA

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.149.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

PT MAKASSAR FIRST COCOA
MUHAMMAD TAUFAN
JL IR SUTAMI KOMP PERGUDANGAN
PARANGLOE
INDAH BLOK J5 NO 17 18 20 TEMAKASSAR
MAKASSAR
INDONESIA

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.150.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

PT PUTRA PRIMA
JLN. STANGNGA NO. 74,
MAKASSAR
INDONESIA

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor   **Transmar Commodity Group Ltd.**                          Case number *(if known)* **16-13625**

| 3.151. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PT. GOLDEN HARVEST COCOA INDONESIA
MENARA KADIN 16TH FLOOR
JL. H.R. RASUNA SAID KAV.2-3, BLOK X-5
JAKARTA SELATAN
INDONESIA

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim:** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.152. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

QUAST AND CONS
RALPH GASSNER
AM WINDHUKKAI 5
HAMBURG 20457
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim:** $9,243.01

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAREHOUSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.153. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

QUEVEXPORT
KELLY SEVILLANO
KM 1 1/2 VIA VALENCIA
QUEVEDO
ECUADOR

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim:** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor **Transmar Commodity Group Ltd.**                                        Case number *(if known)* **16-13625**

---

**3.154.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

REGISTRAR CORP
144 RESEARCH DRIVE
HAMPTON VA 23666

☐ Contingent
☐ Unliquidated
☐ Disputed

$495.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

SELLING GENERAL & ADMINISTRATIVE EXPENSES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.155.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

REPEC REPRESENTACIONES ECUADOR SA
GONZALO ROMERO 'BROKER' REPEC S.A
AV. JORGE PEREZ CONCHA 701 Y FICUS
URDESA CENTRAL
GUAYAQUIL
ECUADOR

☐ Contingent
☐ Unliquidated
☐ Disputed

$5,153.72

**Date or dates debt was incurred**

_____

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.156.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

RSM US LLP
TERRI ANDREWS
1185 AVENUE OF THE AMERICAS
NEW YORK NY 10036-2601

☐ Contingent
☐ Unliquidated
☐ Disputed

$67,479.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

SELLING GENERAL & ADMINISTRATIVE EXPENSES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor   **Transmar Commodity Group Ltd.**

Case number *(if known)* **16-13625**

| 3.157. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RX FREIGHT MANAGEMENT INC
DAWN AECKERLIN
2080 APPLEBY LINE
PO BOX 75051
BURLINGTON ON L7M6Y2
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
LOGISTICS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

$2,985.00

---

| 3.158. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SAFCACAO
TOURE SOULEYMANE
BP 469
SAN PEDRO
IVORY COAST

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

$0.00

---

| 3.159. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SEALA
JOHN LOEPPRICH, TONY PACCHIANO, AGNES
BOROWIEC
170 BROADWAY, SUITE 800
NEW YORK NY 10038

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
LOGISTICS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

$1,074.00

---

Debtor   **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

---

| 3.160. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**3.160.**   **Nonpriority creditor's name and mailing address**

SILLIKER INC
JERINA CRAIG
3155 PAYSPHERE CIR
CHICAGO IL 60674

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

LOGISTICS

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$4,707.28

---

**3.161.**   **Nonpriority creditor's name and mailing address**

SOCIEDAD CIVIL GERVERD
RICARDO AMPUERO
URB. BRASILIA DEL TOACHI CALLE PUJILI S/N
SANTO DOMINGO
ECUADOR

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$0.00

---

**3.162.**   **Nonpriority creditor's name and mailing address**

SR. AVRAHAM APPEL
AVRAHAM APPEL
PO BOX 76592, EL MARQUES
CARACAS 10708
VENEZUELA

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$880.00

---

Debtor    **Transmar Commodity Group Ltd.**                                          Case number *(if known)* **16-13625**

---

**3.163.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SWISS TRADING SOLUTIONS GMBH
PASQUALE GENIER
PFEFFINGERSTRASSE 35
REINACH 4153
SWITZERLAND

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,889,306.37

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LOGISTICS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.164.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

THE HERSHEY COMPANY
JOHN HORN
100 CRYSTAL A DRIVE
HERSHEY PA 17033

☐ Contingent
☐ Unliquidated
☐ Disputed

$40,440.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.165.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

THEOBROMA BV
GUUS DE GRUITER
POSTBUS 12200
ZO OCEANENWEG 1
AMSTERDAM 1100 AE
NETHERLANDS

☐ Contingent
☐ Unliquidated
☐ Disputed

$8,162,948.24

**Date or dates debt was incurred**

_____

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Transmar Commodity Group Ltd.**                                  Case number *(if known)* **16-13625**

---

**3.166.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

TRANSMAR COMMODITY GROUP OF ECUADOR
S.A.
VERONICA ROMERO
KM. 14.5 VIA A DUALE
PO BOX 09-01062H
GUAYAQUIL EC090150
ECUADOR

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$4,014,555.89

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

INTERCOMPANY

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.167.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

TRANSMAR COMMODITY GROUP OF PERU
S.A.C.
ERNESTO PAZ
AV REDUCTO 1310, PISO 7, MIRAFLORES
LIMA18
PERU

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$276,930.79

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES & INTERCOMPANY

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.168.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

TRANSMAR COMMODITY GROUP UK LTD
FAYE EVERARD
PANNELL HOUSE PARK ST
GUILDGORD GU1 4HN
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$366,214.15

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

INTERCOMPANY

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Debtor    **Transmar Commodity Group Ltd.**                                                              Case number *(if known)* **16-13625**

---

**3.169.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

TRANSMAR JAMAICA
VERONICA ROMERO
8 HAUGHTON AVENUE, KINGSTON 10
KINGSTON
JAMAICA

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,828.28

**Date or dates debt was incurred**

_____

**Basis for the claim:**

INTERCOMPANY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.170.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

TRANSMAR SWITZERLAND, GMBH
NANCY PIZZI
LINTHESCHERGASSE 13, 2ND FLOOR
ZURICH 8001
SWITZERLAND

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,304,829.70

**Date or dates debt was incurred**

_____

**Basis for the claim:**

INTERCOMPANY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.171.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

TRILINI INTERNATIONAL LTD
ROMAN KATSNELSON
41 TERRACE PL
BROOKLYN NY 11218

☐ Contingent
☐ Unliquidated
☐ Disputed

$518,626.36

**Date or dates debt was incurred**

_____

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor   **Transmar Commodity Group Ltd.**                                   Case number *(if known)* **16-13625**

---

**3.172.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.172.** **Nonpriority creditor's name and mailing address**

UIREVI
UNION INTER-REGIONALE VICTOIRE, 22 BP 848,
ABIDJAN 22
IVORY COAST

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.173.** **Nonpriority creditor's name and mailing address**

UNITED COCOA PROCESSORS
ADRIANO DA SILVA
702 PENCADER DRIVE
NEWARK DE 19702

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,919.50

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAREHOUSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.174.** **Nonpriority creditor's name and mailing address**

UNITED CONFECTIONERIES LLC
ILIA KUZNETSOV
115184, 2ND NOVOKUZNETSKY LANE 13/15
MOSCOW
RUSSIA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$60,339.61

**Date or dates debt was incurred**

_____

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

---

**3.175.**  **Nonpriority creditor's name and mailing address**

VANGUARD PEST CONTROL CO INC
LISETTE MIRANDA
PA BLDG 122 MARSH ST
PORT NEWARK NJ 07114

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LOGISTICS

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$2,150.00

---

**3.176.**  **Nonpriority creditor's name and mailing address**

VEN MANAGEMENT EN BEHEER BV
FRANCINE BLEESING
NOORDERKADE 36B 1948 NR
BEVERWIJK
THE NETHERLANDS

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$10,610.10

---

**3.177.**  **Nonpriority creditor's name and mailing address**

VIGOLIN CUSTOMS WAREHOUSE
ELINA TUGANOVA
82 NARVA MNT 10127
TALLINN
ESTONIA

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LOGISTICS & WAREHOUSE

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$186,769.93

---

Debtor    **Transmar Commodity Group Ltd.**                              Case number *(if known)* **16-13625**

| 3.178. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

VOLLERS BELGIUM
BORGHGRAEF, KIANE
KAAIEN 218-220
ANTWERPEN B-2030
BELGIUM

☐ Contingent
☐ Unliquidated
☐ Disputed

$508.02

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAREHOUSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.179. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

VOLLERS HAMBURG
DAMMANN, DENISE, R. STRUSS
BUKET ATES-ABTEILUNGSLEITERIN
GEN.CARGO
CFS HEAD OF DEPT. GEN.CARGO/CFS
ROSSWEG 20
HAMBURG 20457
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

$14,244.50

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAREHOUSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.180. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

VOLLERS HOLLAND/AMSTERDAM
BAS VAN DER HORST
SARDINIEWEG 4
AMSTERDAM 1044 AE
THE NETHERLANDS

☐ Contingent
☐ Unliquidated
☐ Disputed

$404.06

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAREHOUSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Transmar Commodity Group Ltd.**                                        Case number *(if known)* **16-13625**

---

**3.181.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

WELL ORIENT
BONNIE
THOMSON RD POST OFFICE, P.O. BOX 154,
SINGAPORE
SINGAPORE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$11.40

**Date or dates debt was incurred**

_____

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.182.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

WESTERN FUMIGATION
SHANA
10 INDUSTRIAL HWY
MAILSTOP #52
LESTER PA 19029

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$190.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LOGISTICS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.183.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

WUXI HUADONG COCOA FOOD CO., LTD.
CHERISH
NO. 2 XINLONG ROAD
WUXI, JIANGSU
PR CHINA

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**
$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

TRADE PAYABLES & NOTES RECEIVABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor  **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

---

3.184. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

YULIET VALLEJO
36 CLYDE POTTS DRIVE #6 ,
MORRISTOWN NJ 07690

☐ Contingent
☐ Unliquidated
☐ Disputed

$350.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

SELLING GENERAL & ADMINISTRATIVE
EXPENSES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.185. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

ZIJDERLAAN WASPIK BV
KARIN
HOOIWEG 2
WASPIK 5165NL
THE NETHERLANDS

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,415.37

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAREHOUSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor   **Transmar Commodity Group Ltd.**                                        Case number *(if known)* **16-13625**

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.   List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| ARENT FOX<br>HUNTER T. CARTER<br>1675 BROADWAY<br>NEW YORK NY 10019-5820 | Part 2 line 3.49 | _____ |
| ARENT FOX<br>LEE M. CAPLAN<br>1717 K STREET<br>WASHINGTON DC 20006-5344 | Part 2 line 3.49 | _____ |
| ARENT FOX<br>HUNTER T. CARTER<br>1675 BROADWAY<br>NEW YORK NY 10019-5820 | Part 2 line 3.50 | _____ |
| ARENT FOX<br>LEE M. CAPLAN<br>1717 K STREET<br>WASHINGTON DC 20006-5344 | Part 2 line 3.50 | _____ |
| NOBLE RESOURCES SA<br>JAN STELTER<br>ROUTE DE FERNEY 207<br>1208 LE GRAND-SACONNEX<br>GENEVA CH 1208<br>SWITZERLAND | Part 2 line 3.137 | _____ |
| PRICE, MEESE, SHULMAN & D'ARMINIO<br>RICK A. STEINBERG, ESQ.<br>50 TICE BLVD, SUITE 380<br>WOODCLIFF LAKE NJ 07677 | Part 2 line 3.163 | _____ |
| SQUIRE PATTON BOGGS (US) LLP<br>ELLIOT M SMITH<br>221 E FOURTH ST STE 2900<br>CINCINNATI OH 45202 | Part 2 line 3.101 | _____ |
| SQUIRE PATTON BOGGS (US)LLP<br>NAVA HAZAN<br>30 ROCKEFELLER PLAZA<br>NEW YORK NY 10112 | Part 2 line 3.101 | _____ |
| W. LEGAL<br>JAMES SLEIGHTHOLME<br>47 RED LION STREET<br>LONDON WC1R 4PF<br>UNITED KINGDOM | Part 2 line 3.137 | _____ |
| WILLKIE FARR & GALLAGHER LLP<br>ALAN J LIPKIN; GABRIEL BRUNSWICK<br>787 SEVENTH AVE<br>NEW YORK NY 10019 | Part 2 line 3.94 | _____ |

Debtor    **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  |  | Total of claim amounts |
|---|---|---|---|---|
| **5a.** | **Total claims from Part 1** | 5a. | | UNDETERMINED |
| **5b.** | **Total claims from Part 2** | 5b. | **+** | $63,177,277.56 |
| **5c.** | **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | | $63,177,277.56 |

**Fill in this information to identify the case:**

**Debtor name:** Transmar Commodity Group Ltd.

**United States Bankruptcy Court for the:** Southern District of New York

**Case number (if known):** 16-13625

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1.    Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2.** | **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | **Title of contract** — STANDARD 2-A CONTRACT | ADELCOCOA SA<br>KM 10 1/2 VIA DAULE<br>GUAYAQUIL<br>ECUADOR |
| | **State what the contract or lease is for** — PURCHASE CONTRACT | |
| | **Nature of debtor's interest** — BUYER | |
| | **State the term remaining** — FOB - 04/2016 | |
| | **List the contract number of any government contract** — _____ | |
| 2.2. | **Title of contract** — STANDARD 2-A CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | **State what the contract or lease is for** — PURCHASE CONTRACT | |
| | **Nature of debtor's interest** — BUYER | ADELCOCOA SA<br>KM 10 1/2 VIA DAULE<br>GUAYAQUIL<br>ECUADOR |
| | **State the term remaining** — FOB APRIL 2016 | |
| | **List the contract number of any government contract** — _____ | |
| 2.3. | **Title of contract** — STANDARD 2-A CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | **State what the contract or lease is for** — FORWARD CONTRACT | |
| | **Nature of debtor's interest** — BUYER | ADELCOCOA SA<br>JOSE<br>KM 10 1/2 VIA DAULE<br>GUAYAQUIL<br>ECUADOR |
| | **State the term remaining** — FOB APRIL 2016 | |
| | **List the contract number of any government contract** — _____ | |

Debtor    **Transmar Commodity Group Ltd.**                                                    Case number *(if known)* **16-13625**

| 2.4. | **Title of contract** | STANDARD 2-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | AGROHUB COMMODITIES PTE LTD |
| | **State the term remaining** | FOB JAN -FEB 2017 | 13 JALAN LATEH SINGAPORE 359112 |
| | **List the contract number of any government contract** | _____ | SINGAPORE |

| 2.5. | **Title of contract** | STANDARD 2-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | AGROHUB COMMODITIES PTE LTD |
| | **State the term remaining** | FOB FEB- MARCH 2017 | 13 JALAN LATEH SINGAPORE 359112 |
| | **List the contract number of any government contract** | _____ | SINGAPORE |

| 2.6. | **Title of contract** | STANDARD 2-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | AGROHUB COMMODITIES PTE LTD |
| | **State the term remaining** | FOB MARCH 2017 | 13 JALAN LATEH SINGAPORE 359112 |
| | **List the contract number of any government contract** | _____ | SINGAPORE |

| 2.7. | **Title of contract** | STANDARD 2-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | AGROHUB COMMODITIES PTE LTD |
| | **State the term remaining** | FOB MARCH- APRIL 2017 | 13 JALAN LATEH SINGAPORE 359112 |
| | **List the contract number of any government contract** | _____ | SINGAPORE |

| 2.8. | **Title of contract** | STANDARD 2-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | AGROHUB COMMODITIES PTE LTD |
| | **State the term remaining** | FOB APRIL- MAY 2017 | 13 JALAN LATEH SINGAPORE 359112 |
| | **List the contract number of any government contract** | _____ | SINGAPORE |

Debtor   **Transmar Commodity Group Ltd.**                                        Case number *(if known)* **16-13625**

| 2.9. | Title of contract | STANDARD 2-A CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PURCHASE CONTRACT | |
| | Nature of debtor's interest | BUYER | AGROHUB COMMODITIES PTE LTD 13 JALAN LATEH SINGAPORE 359112 SINGAPORE |
| | State the term remaining | FOB MAY- JUNE 2017 | |
| | List the contract number of any government contract | _____ | |

| 2.10. | Title of contract | STANDARD 2-A CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PURCHASE CONTRACT | |
| | Nature of debtor's interest | BUYER | AGROHUB COMMODITIES PTE LTD 13 JALAN LATEH SINGAPORE 359112 SINGAPORE |
| | State the term remaining | FOB JUNE 2017 | |
| | List the contract number of any government contract | _____ | |

| 2.11. | Title of contract | STANDARD 2-A CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PURCHASE CONTRACT | |
| | Nature of debtor's interest | BUYER | AGROHUB COMMODITIES PTE LTD 13 JALAN LATEH SINGAPORE 359112 SINGAPORE |
| | State the term remaining | FOB NOV- DEC 2016 | |
| | List the contract number of any government contract | _____ | |

| 2.12. | Title of contract | STANDARD 2-A CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PURCHASE CONTRACT | |
| | Nature of debtor's interest | BUYER | AGROHUB COMMODITIES PTE LTD 13 JALAN LATEH SINGAPORE 359112 SINGAPORE |
| | State the term remaining | FOB JAN 2017 | |
| | List the contract number of any government contract | _____ | |

| 2.13. | Title of contract | STANDARD 2-A CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FORWARD CONTRACT | |
| | Nature of debtor's interest | BUYER | AGROHUB COMMODITIES PTE LTD LUKAS 13 JALAN LATEH JIN LATEH SINGAPORE |
| | State the term remaining | FOB JAN 2017 | |
| | List the contract number of any government contract | _____ | |

Debtor    **Transmar Commodity Group Ltd.**                    Case number *(if known)* **16-13625**

---

| 2.14. | **Title of contract** | 1-A SALE CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FORWARD CONTRACT | |
| | **Nature of debtor's interest** | BUYER | AHMAD |
| | **State the term remaining** | 10/2015 | JIN DERMAGA NO 25 KOLAKA |
| | **List the contract number of any government contract** | | SULAWESI TENGGARA INDONESIA |

| 2.15. | **Title of contract** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FORWARD CONTRACT | |
| | **Nature of debtor's interest** | | ALBRECHT AND DILL TRADING GMBH |
| | **State the term remaining** | | BALLINDAMM 37 |
| | **List the contract number of any government contract** | | HAMBURG 20095 GERMANY |

| 2.16. | **Title of contract** | EMPLOYMENT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EMPLOYMENT | |
| | **Nature of debtor's interest** | EMPLOYER | ALEXANDER GYEDU |
| | **State the term remaining** | EFFECTIVE 7/1/2015 FOR 3 MONTHS | P O BOX DK 444 DARKUMAN-ACCRA |
| | **List the contract number of any government contract** | | GHANA |

| 2.17. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EMPLOYMENT | |
| | **Nature of debtor's interest** | EMPLOYER | ALEXANDER GYEDU |
| | **State the term remaining** | STARTING JULY 1, 2015 FOR 3 MONTHS | P O BOX DK 444 DARKUMAN-ACCRA |
| | **List the contract number of any government contract** | | GHANA |

| 2.18. | **Title of contract** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FORWARD CONTRACT | |
| | **Nature of debtor's interest** | | ANTON ENREKANG |
| | **State the term remaining** | 11/23/16 | VILA MUTIARA JELITA 11 NO. 3, BULUROKENG |
| | **List the contract number of any government contract** | | BIRINGKANAYA, MAKASSAR SULAWESI SELATAN, INDONESIA |

Debtor    **Transmar Commodity Group Ltd.**                                                    Case number *(if known)* **16-13625**

---

2.19.   **Title of contract**                    FCC CONTRACT                          State the name and mailing address
                                                                                        for all other parties with whom the
        **State what the contract or**           FORWARD CONTRACT                       debtor has an executory contract or
        **lease is for**                                                                unexpired lease

        **Nature of debtor's interest**          BUYER                                 BARRY CALLEBAUT COCOA ASIA
                                                                                        PAC
        **State the term remaining**             1/2017                                1 TEMASEK AVE #12-01
                                                                                        MILLENA TOWER
        **List the contract number of**          _____      SINGAPORE 39192
        **any government contract**                                                    SINGAPORE

2.20.   **Title of contract**                    FCC CONTRACT                          State the name and mailing address
                                                                                        for all other parties with whom the
        **State what the contract or**           FORWARD CONTRACT                       debtor has an executory contract or
        **lease is for**                                                                unexpired lease

        **Nature of debtor's interest**          BUYER                                 BARRY CALLEBAUT COCOA ASIA
                                                                                        PAC
        **State the term remaining**             2/2017                                1 TEMASEK AVE #12-01
                                                                                        MILLENA TOWER
        **List the contract number of**          _____      SINGAPORE 39192
        **any government contract**                                                    SINGAPORE

2.21.   **Title of contract**                    FCC CONTRACT                          State the name and mailing address
                                                                                        for all other parties with whom the
        **State what the contract or**           FORWARD CONTRACT                       debtor has an executory contract or
        **lease is for**                                                                unexpired lease

        **Nature of debtor's interest**          BUYER                                 BARRY CALLEBAUT COCOA ASIA
                                                                                        PAC
        **State the term remaining**             3/2017                                1 TEMASEK AVE #12-01
                                                                                        MILLENA TOWER
        **List the contract number of**          _____      SINGAPORE 39192
        **any government contract**                                                    SINGAPORE

2.22.   **Title of contract**                    CMA 2-A CONTRACT                      State the name and mailing address
                                                                                        for all other parties with whom the
        **State what the contract or**           PURCHASE CONTRACT                      debtor has an executory contract or
        **lease is for**                                                                unexpired lease

        **Nature of debtor's interest**          SELLER                                BARRY CALLEBAUT USA LLC
                                                                                        600 WEST CHICAGO AVE STE 860
        **State the term remaining**             FOB AUG 2016                          CHICAGO IL 60654

        **List the contract number of**          _____
        **any government contract**

2.23.   **Title of contract**                    CMA 2-A CONTRACT                      State the name and mailing address
                                                                                        for all other parties with whom the
        **State what the contract or**           FORWARD CONTRACT                       debtor has an executory contract or
        **lease is for**                                                                unexpired lease

        **Nature of debtor's interest**          SELLER                                BARRY CALLEBAUT USA LLC
                                                                                        400 INDUSTRIAL PARK RD
        **State the term remaining**             AUGUST 2016                           ST. ALBANS VT 05478-1875

        **List the contract number of**          _____
        **any government contract**

Debtor    **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

---

**2.24.** | **Title of contract** | STANDARD 2-A CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**State what the contract or lease is for** | FORWARD CONTRACT

**Nature of debtor's interest** | BUYER | CAFIESA TRIAIRI SA
KM. 4 1/2 VIA DURAN TAMBO
DURAN
ECUADOR

**State the term remaining** | IMMEDIIATE

**List the contract number of any government contract** | _____

---

**2.25.** | **Title of contract** | STANDARD 2-A CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**State what the contract or lease is for** | PURCHASE CONTRACT

**Nature of debtor's interest** | BUYER | CAFIESA-TRIAIRI S.A.
KM 4 1/2 VIA DURAN TAMBO
DURAN
ECUADOR

**State the term remaining** | FOB IMMEDIATE

**List the contract number of any government contract** | _____

---

**2.26.** | **Title of contract** | INDEPENDENT CONTRACTOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**State what the contract or lease is for** | CONTRACTOR AGREEMENT

**Nature of debtor's interest** | CUSTOMER | CHRISTIAN I JACOB
748 DOUALA
CAMEROON
IVORY COAST

**State the term remaining** | TERMINATED AT CONCLUSION OF SCOPE OF WORK-IVORYCOAST VERS 2013-06-29

**List the contract number of any government contract** | _____

---

**2.27.** | **Title of contract** | CMA 1-A CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**State what the contract or lease is for** | PURCHASE CONTRACT

**Nature of debtor's interest** | SELLER | CLASEN QUALITY COATINGS
5126 W TERRACE DR STE 100
MADISON WI 53718

**State the term remaining** | SEPTEMBER-DECEMBER 2016

**List the contract number of any government contract** | _____

---

**2.28.** | **Title of contract** | CMA 1-A CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**State what the contract or lease is for** | PURCHASE CONTRACT

**Nature of debtor's interest** | SELLER | CLASEN QUALITY COATINGS
5126 W TERRACE DR STE 100
MADISON WI 53718

**State the term remaining** | JAN-JUNE 2017

**List the contract number of any government contract** | _____

---

Debtor    **Transmar Commodity Group Ltd.**                                                    Case number *(if known)* **16-13625**

---

2.29. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | PURCHASE CONTRACT |
| **Nature of debtor's interest** | SELLER | CLASEN QUALITY COATINGS
| **State the term remaining** | JAN- JUNE 2017 | 5126 W TERRACE DR STE 100
| **List the contract number of any government contract** | _____ | MADISON WI 53718

2.30. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | PURCHASE CONTRACT |
| **Nature of debtor's interest** | SELLER | CLASEN QUALITY COATINGS
| **State the term remaining** | OCT 04, 2016 | 5126 W TERRACE DR STE 100
| **List the contract number of any government contract** | _____ | MADISON WI 53718

2.31. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | PURCHASE CONTRACT |
| **Nature of debtor's interest** | SELLER | CLASEN QUALITY COATINGS
| **State the term remaining** | OCT 11, 2016 | 5126 W TERRACE DR STE 100
| **List the contract number of any government contract** | _____ | MADISON WI 53718

2.32. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | PURCHASE CONTRACT |
| **Nature of debtor's interest** | SELLER | CLASEN QUALITY COATINGS
| **State the term remaining** | NOVEMBER 08, 2016 | 5126 W TERRACE DR STE 100
| **List the contract number of any government contract** | _____ | MADISON WI 53718

2.33. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | PURCHASE CONTRACT |
| **Nature of debtor's interest** | SELLER | CLASEN QUALITY COATINGS
| **State the term remaining** | DEC 07, 2016 | 5126 W TERRACE DR STE 100
| **List the contract number of any government contract** | _____ | MADISON WI 53718

---

Debtor   **Transmar Commodity Group Ltd.**                                                      Case number *(if known)* **16-13625**

---

2.34.   **Title of contract**                    CMA 1-A CONTRACT                          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

      **State what the contract or lease is for**          PURCHASE CONTRACT

      **Nature of debtor's interest**        SELLER

      **State the term remaining**           MAY-DECEMBER 2017                         CLASEN QUALITY COATINGS
5126 W TERRACE DR STE 100
MADISON WI 53718

      **List the contract number of any government contract**        _____

---

2.35.   **Title of contract**                    CMA 1-A CONTRACT                          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

      **State what the contract or lease is for**          PURCHASE CONTRACT

      **Nature of debtor's interest**        SELLER

      **State the term remaining**           JAN-JUNE 2017                            CLASEN QUALITY COATINGS
5126 W TERRACE DR STE 100
MADISON WI 53718

      **List the contract number of any government contract**        _____

---

2.36.   **Title of contract**                    CMA 1-A CONTRACT                          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

      **State what the contract or lease is for**          PURCHASE CONTRACT

      **Nature of debtor's interest**        SELLER

      **State the term remaining**           JAN- JUNE 2017                           CLASEN QUALITY COATINGS
5126 W TERRACE DR STE 100
MADISON WI 53718

      **List the contract number of any government contract**        _____

---

2.37.   **Title of contract**                    CMA 1-A CONTRACT                          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

      **State what the contract or lease is for**          PURCHASE CONTRACT

      **Nature of debtor's interest**        SELLER

      **State the term remaining**           JAN-JUNE 2017                            CLASEN QUALITY COATINGS
5126 W TERRACE DR STE 100
MADISON WI 53718

      **List the contract number of any government contract**        _____

---

2.38.   **Title of contract**                    CMA 1-A CONTRACT                          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

      **State what the contract or lease is for**          PURCHASE CONTRACT

      **Nature of debtor's interest**        SELLER

      **State the term remaining**           JUNE 2017                                CLASEN QUALITY COATINGS
5126 W TERRACE DR STE 100
MADISON WI 53718

      **List the contract number of any government contract**        _____

Debtor    **Transmar Commodity Group Ltd.**                                                          Case number *(if known)* **16-13625**

---

**2.39.** | **Title of contract** | CMA 1-A CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| **State what the contract or lease is for** | PURCHASE CONTRACT |

| **Nature of debtor's interest** | SELLER | CLASEN QUALITY COATINGS
5126 W TERRACE DR STE 100
MADISON WI 53718

| **State the term remaining** | SEPT 2017 |

| **List the contract number of any government contract** | _____ |

---

**2.40.** | **Title of contract** | CMA 1-A CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| **State what the contract or lease is for** | PURCHASE CONTRACT |

| **Nature of debtor's interest** | SELLER | CLASEN QUALITY COATINGS
5126 W TERRACE DR STE 100
MADISON WI 53718

| **State the term remaining** | JAN -FEB 2017 |

| **List the contract number of any government contract** | _____ |

---

**2.41.** | **Title of contract** | CMA 1-A CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| **State what the contract or lease is for** | PURCHASE CONTRACT |

| **Nature of debtor's interest** | SELLER | CLASEN QUALITY COATINGS
5126 W TERRACE DR STE 100
MADISON WI 53718

| **State the term remaining** | MARCH 2017 |

| **List the contract number of any government contract** | _____ |

---

**2.42.** | **Title of contract** | CMA 1-A CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| **State what the contract or lease is for** | PURCHASE CONTRACT |

| **Nature of debtor's interest** | SELLER | CLASEN QUALITY COATINGS
5126 W TERRACE DR STE 100
MADISON WI 53718

| **State the term remaining** | APRIL 2017 |

| **List the contract number of any government contract** | _____ |

---

**2.43.** | **Title of contract** | CMA 1-A CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| **State what the contract or lease is for** | PURCHASE CONTRACT |

| **Nature of debtor's interest** | SELLER | CLASEN QUALITY COATINGS
5126 W TERRACE DR STE 100
MADISON WI 53718

| **State the term remaining** | JAN 2017 |

| **List the contract number of any government contract** | _____ |

---

Debtor    **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

| 2.44. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | |
| | **State the term remaining** | JAN 2017 | CLASEN QUALITY COATINGS<br>5126 W TERRACE DR STE 100<br>MADISON WI 53718 |
| | **List the contract number of any government contract** | _____ | |

| 2.45. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | |
| | **State the term remaining** | MARCH 2017 | CLASEN QUALITY COATINGS<br>5126 W TERRACE DR STE 100<br>MADISON WI 53718 |
| | **List the contract number of any government contract** | _____ | |

| 2.46. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | |
| | **State the term remaining** | APRIL 2017 | CLASEN QUALITY COATINGS<br>5126 W TERRACE DR STE 100<br>MADISON WI 53718 |
| | **List the contract number of any government contract** | _____ | |

| 2.47. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | |
| | **State the term remaining** | JAN 2017 | CLASEN QUALITY COATINGS<br>5126 W TERRACE DR STE 100<br>MADISON WI 53718 |
| | **List the contract number of any government contract** | _____ | |

| 2.48. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | |
| | **State the term remaining** | FEB 2017 | CLASEN QUALITY COATINGS<br>5126 W TERRACE DR STE 100<br>MADISON WI 53718 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Transmar Commodity Group Ltd.**                                              Case number *(if known)* **16-13625**

| 2.49. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | CLASEN QUALITY COATINGS |
| | **State the term remaining** | MARCH 2017 | 5126 W TERRACE DR STE 100 MADISON WI 53718 |
| | **List the contract number of any government contract** | _____ | |

| 2.50. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | CLASEN QUALITY COATINGS |
| | **State the term remaining** | APRIL 2017 | 5126 W TERRACE DR STE 100 MADISON WI 53718 |
| | **List the contract number of any government contract** | _____ | |

| 2.51. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | CLASEN QUALITY COATINGS |
| | **State the term remaining** | JAN 2015- DEC 2016 | 5126 W TERRACE DR STE 100 MADISON WI 53718 |
| | **List the contract number of any government contract** | _____ | |

| 2.52. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | CLASEN QUALITY COATINGS |
| | **State the term remaining** | JAN -DEC 2016 | 5126 W TERRACE DR STE 100 MADISON WI 53718 |
| | **List the contract number of any government contract** | _____ | |

| 2.53. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | CLASEN QUALITY COATINGS |
| | **State the term remaining** | APRIL 2016- SEPT 2016 | 5126 W TERRACE DR STE 100 MADISON WI 53718 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Transmar Commodity Group Ltd.**                                          Case number *(if known)* **16-13625**

| 2.54. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | CLASEN QUALITY COATINGS |
| | **State the term remaining** | DAP JULY 1, 2016- SEP 30, 2016 | 5126 W TERRACE DR STE 100 MADISON WI 53718 |
| | **List the contract number of any government contract** | _____ | |

| 2.55. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | CLASEN QUALITY COATINGS |
| | **State the term remaining** | FEB -MARCH 2017 | 5126 W TERRACE DR STE 100 MADISON WI 53718 |
| | **List the contract number of any government contract** | _____ | |

| 2.56. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | CLASEN QUALITY COATINGS |
| | **State the term remaining** | MARCH- APRIL 2017 | 5126 W TERRACE DR STE 100 MADISON WI 53718 |
| | **List the contract number of any government contract** | _____ | |

| 2.57. | **Title of contract** | CMA 2-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FORWARD CONTRACT | |
| | **Nature of debtor's interest** | SELLER | CLASEN QUALITY COATINGS KARRIE |
| | **State the term remaining** | MARCH- APRIL 2017 | 5126 W TERRACE DR STE 100 |
| | **List the contract number of any government contract** | _____ | MADISON WI 53718 |

| 2.58. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | COCOA MARKETING CO GHANA LTD |
| | **State the term remaining** | CIF DEC 2016- FEB 2017 | COCOA HOUSE ROOM 302 P O BOX 1017 |
| | **List the contract number of any government contract** | _____ | ACCRA GHANA |

Debtor    **Transmar Commodity Group Ltd.**                                                    Case number *(if known)* **16-13625**

| 2.59. | Title of contract | FCC CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PURCHASE CONTRACT | |
| | Nature of debtor's interest | BUYER | COCOA MARKETING CO GHANA LTD |
| | State the term remaining | CIF JAN 2017- MARCH 2017 | COCOA HOUSE ROOM 302 P O BOX 1017 ACCRA GHANA |
| | List the contract number of any government contract | _____ | |

| 2.60. | Title of contract | FCC CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FORWARD CONTRACT | |
| | Nature of debtor's interest | BUYER | COCOA MARKETING CO GHANA LTD |
| | State the term remaining | CIF JAN 2017- MARCH 2017 | AKUA OPOKU-KYEI PO BOX 1017 RM 302 COCOA HOUSE ACCRA GHANA |
| | List the contract number of any government contract | _____ | |

| 2.61. | Title of contract | FCC CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PURCHASE CONTRACT | |
| | Nature of debtor's interest | SELLER | COCOA PRODUCTS |
| | State the term remaining | DAF NOV 2016 | 65 FIRST KONNOY ARMY ST BELGORODSKY REGION STARIY OSKOL 309514 RUSSIA |
| | List the contract number of any government contract | _____ | |

| 2.62. | Title of contract | FCC CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FORWARD CONTRACT | |
| | Nature of debtor's interest | SELLER | COCOA PRODUCTS |
| | State the term remaining | DAF NOV 2016 | 65 FIRST KONNOY ARMY ST BELGORODSKY REGION STARIY OSKOL 309514 RUSSIA |
| | List the contract number of any government contract | _____ | |

| 2.63. | Title of contract | SALES CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SALE CONTRACT | |
| | Nature of debtor's interest | BUYER | CONDICAF SA |
| | State the term remaining | IMMEDIIATE | INDUSTRIAL ESTATE OF YOPOUGON ILOT 1 LOT 567 06 B.P. 6715 ABIDJAN 06 IVORY COAST |
| | List the contract number of any government contract | _____ | |

Debtor   **Transmar Commodity Group Ltd.**                                          Case number *(if known)* **16-13625**

---

**2.64.** | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | PURCHASE CONTRACT |
| **Nature of debtor's interest** | BUYER | CONDICAF SA
| **State the term remaining** | FOB APRIL- MAY 2017 | INDUSTRIAL ESTATE OF YOPOUGON ILOT
| **List the contract number of any government contract** | _____ | 1 LOT 567 06 B.P. 6715
ABIDJAN 06
IVORY COAST

**2.65.** | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | PURCHASE CONTRACT |
| **Nature of debtor's interest** | BUYER | CONDICAF SA
| **State the term remaining** | FOB JUNE- JULY 2017 | INDUSTRIAL ESTATE OF YOPOUGON ILOT
| **List the contract number of any government contract** | _____ | 1 LOT 567 06 B.P. 6715
ABIDJAN 06
IVORY COAST

**2.66.** | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | PURCHASE CONTRACT |
| **Nature of debtor's interest** | BUYER | CONDICAF SA
| **State the term remaining** | FOB AUG- SEPT 2017 | INDUSTRIAL ESTATE OF YOPOUGON ILOT
| **List the contract number of any government contract** | _____ | 1 LOT 567 06 B.P. 6715
ABIDJAN 06
IVORY COAST

**2.67.** | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | PURCHASE CONTRACT |
| **Nature of debtor's interest** | BUYER | CONDICAF SA
| **State the term remaining** | FOB OCT- DEC 2017 | INDUSTRIAL ESTATE OF YOPOUGON ILOT
| **List the contract number of any government contract** | _____ | 1 LOT 567 06 B.P. 6715
ABIDJAN 06
IVORY COAST

**2.68.** | **Title of contract** | PURCHASE CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | PURCHASE CONTRACT |
| **Nature of debtor's interest** | BUYER | CONDICAF SA
| **State the term remaining** | DELIVERY PERIOD: JANUARY-MARCH 2018 | INDUSTRIAL ESTATE OF YOPOUGON ILOT
| **List the contract number of any government contract** | _____ | 1 LOT 567, 06 B.P. 6715
ABIDJAN 06
IVORY COAST

Debtor    **Transmar Commodity Group Ltd.**                                                    Case number *(if known)* **16-13625**

---

**2.69.**  **Title of contract**                    PURCHASE CONTRACT                        **State the name and mailing address**
                                                                                             **for all other parties with whom the**
         **State what the contract or**            PURCHASE CONTRACT                        **debtor has an executory contract or**
         **lease is for**                                                                   **unexpired lease**

         **Nature of debtor's interest**           BUYER                                    CONDICAF SA
                                                                                            INDUSTRIAL ESTATE OF
         **State the term remaining**              DELIVERY PERIOD: APRIL-MAY 2018          YOPOUGON ILOT
                                                                                            1 LOT 567, 06 B.P. 6715
         **List the contract number of**           _____              ABIDJAN 06
         **any government contract**                                                        IVORY COAST

**2.70.**  **Title of contract**                    PURCHASE CONTRACT                        **State the name and mailing address**
                                                                                             **for all other parties with whom the**
         **State what the contract or**            PURCHASE CONTRACT                        **debtor has an executory contract or**
         **lease is for**                                                                   **unexpired lease**

         **Nature of debtor's interest**           BUYER                                    CONDICAF SA
                                                                                            INDUSTRIAL ESTATE OF
         **State the term remaining**              DELIVERY PERIOD: JUNE-JULY 2018          YOPOUGON ILOT
                                                                                            1 LOT 567, 06 B.P. 6715
         **List the contract number of**           _____              ABIDJAN 06
         **any government contract**                                                        IVORY COAST

**2.71.**  **Title of contract**                    PURCHASE CONTRACT                        **State the name and mailing address**
                                                                                             **for all other parties with whom the**
         **State what the contract or**            PURCHASE CONTRACT                        **debtor has an executory contract or**
         **lease is for**                                                                   **unexpired lease**

         **Nature of debtor's interest**           BUYER                                    CONDICAF SA
                                                                                            INDUSTRIAL ESTATE OF
         **State the term remaining**              DELIVERY PERIOD: AUGUST-SEPTEMBER 2018   YOPOUGON ILOT
                                                                                            1 LOT 567, 06 B.P. 6715
         **List the contract number of**           _____              ABIDJAN 06
         **any government contract**                                                        IVORY COAST

**2.72.**  **Title of contract**                    PURCHASE CONTRACT                        **State the name and mailing address**
                                                                                             **for all other parties with whom the**
         **State what the contract or**            PURCHASE CONTRACT                        **debtor has an executory contract or**
         **lease is for**                                                                   **unexpired lease**

         **Nature of debtor's interest**           BUYER                                    CONDICAF SA
                                                                                            INDUSTRIAL ESTATE OF
         **State the term remaining**              DELIVERY PERIOD: OCTOBER-DECEMBER 2018   YOPOUGON ILOT
                                                                                            1 LOT 567, 06 B.P. 6715
         **List the contract number of**           _____              ABIDJAN 06
         **any government contract**                                                        IVORY COAST

**2.73.**  **Title of contract**                    PURCHASE CONTRACT                        **State the name and mailing address**
                                                                                             **for all other parties with whom the**
         **State what the contract or**            PURCHASE CONTRACT                        **debtor has an executory contract or**
         **lease is for**                                                                   **unexpired lease**

         **Nature of debtor's interest**           BUYER                                    CONDICAF SA
                                                                                            INDUSTRIAL ESTATE OF
         **State the term remaining**              DELIVERY PERIOD: JANUARY-MARCH 2019      YOPOUGON ILOT
                                                                                            1 LOT 567, 06 B.P. 6715
         **List the contract number of**           _____              ABIDJAN 06
         **any government contract**                                                        IVORY COAST

---

Debtor    **Transmar Commodity Group Ltd.**          Case number *(if known)* **16-13625**

---

**2.74.**   **Title of contract**        PURCHASE CONTRACT

State what the contract or lease is for     PURCHASE CONTRACT

Nature of debtor's interest     BUYER

State the term remaining     DELIVERY PERIOD: APRIL-MAY 2019

List the contract number of any government contract     _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

CONDICAF SA
INDUSTRIAL ESTATE OF
YOPOUGON ILOT
1 LOT 567, 06 B.P. 6715
ABIDJAN 06
IVORY COAST

---

**2.75.**   **Title of contract**        PURCHASE CONTRACT

State what the contract or lease is for     PURCHASE CONTRACT

Nature of debtor's interest     BUYER

State the term remaining     DELIVERY PERIOD: JUNE-JULY 2019

List the contract number of any government contract     _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

CONDICAF SA
INDUSTRIAL ESTATE OF
YOPOUGON ILOT
1 LOT 567, 06 B.P. 6715
ABIDJAN 06
IVORY COAST

---

**2.76.**   **Title of contract**        PURCHASE CONTRACT

State what the contract or lease is for     PURCHASE CONTRACT

Nature of debtor's interest     BUYER

State the term remaining     DELIVERY PERIOD: AUGUST-SEPTEMBER 2019

List the contract number of any government contract     _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

CONDICAF SA
INDUSTRIAL ESTATE OF
YOPOUGON ILOT
1 LOT 567, 06 B.P. 6715
ABIDJAN 06
IVORY COAST

---

**2.77.**   **Title of contract**        PURCHASE CONTRACT

State what the contract or lease is for     PURCHASE CONTRACT

Nature of debtor's interest     BUYER

State the term remaining     DELIVERY PERIOD: OCTOBER-DECEMBER 2019

List the contract number of any government contract     _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

CONDICAF SA
INDUSTRIAL ESTATE OF
YOPOUGON ILOT
1 LOT 567, 06 B.P. 6715
ABIDJAN 06
IVORY COAST

---

**2.78.**   **Title of contract**        FCC CONTRACT

State what the contract or lease is for     SALE CONTRACT

Nature of debtor's interest     BUYER

State the term remaining     SHIPMENT PERIOD: JAN 2017-MAR 2017

List the contract number of any government contract     _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

CONDICAF SA
INDUSTRIAL ESTATE OF
YOPOUGON ILOT
1 LOT 567
ABIDJAN 06 06 BP 6715
IVORY COAST

---

Debtor    **Transmar Commodity Group Ltd.**                                      Case number *(if known)* **16-13625**

| 2.79. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | CONDICAF SA |
| | **State the term remaining** | SHIPMENT PERIOD: APR 2017-MAY 2017 | INDUSTRIAL ESTATE OF YOPOUGON ILOT 1 LOT 567 |
| | **List the contract number of any government contract** | _____ | ABIDJAN 06 06 BP 6715 IVORY COAST |

| 2.80. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | CONDICAF SA |
| | **State the term remaining** | SHIPMENT PERIOD: JUN 2017-JUL 2017 | INDUSTRIAL ESTATE OF YOPOUGON ILOT 1 LOT 567 |
| | **List the contract number of any government contract** | _____ | ABIDJAN 06 06 BP 6715 IVORY COAST |

| 2.81. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | CONDICAF SA |
| | **State the term remaining** | SHIPMENT PERIOD: AUG 2017-SEP 2017 | INDUSTRIAL ESTATE OF YOPOUGON ILOT 1 LOT 567 |
| | **List the contract number of any government contract** | _____ | ABIDJAN 06 06 BP 6715 IVORY COAST |

| 2.82. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | CONDICAF SA |
| | **State the term remaining** | SHIPMENT PERIOD: OCT 2017-DEC 2017 | INDUSTRIAL ESTATE OF YOPOUGON ILOT 1 LOT 567 |
| | **List the contract number of any government contract** | _____ | ABIDJAN 06 06 BP 6715 IVORY COAST |

| 2.83. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | CONDICAF SA |
| | **State the term remaining** | SHIPMENT PERIOD: JAN 2018-MARCH 2018 | INDUSTRIAL ESTATE OF YOPOUGON ILOT 1 LOT 567 |
| | **List the contract number of any government contract** | _____ | ABIDJAN 06 06 BP 6715 IVORY COAST |

Debtor    **Transmar Commodity Group Ltd.**                                        Case number *(if known)* **16-13625**

---

2.84.   **Title of contract**                     FCC CONTRACT                          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

        **State what the contract or**            SALE CONTRACT
        **lease is for**

        **Nature of debtor's interest**           BUYER                                 CONDICAF SA
                                                                                        INDUSTRIAL ESTATE OF
        **State the term remaining**              SHIPMENT PERIOD: APR 2018-MAY 2018    YOPOUGON ILOT
                                                                                        1 LOT 567
        **List the contract number of**           _____     ABIDJAN 06 06 BP 6715
        **any government contract**                                                     IVORY COAST

---

2.85.   **Title of contract**                     FCC CONTRACT                          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

        **State what the contract or**            SALE CONTRACT
        **lease is for**

        **Nature of debtor's interest**           BUYER                                 CONDICAF SA
                                                                                        INDUSTRIAL ESTATE OF
        **State the term remaining**              SHIPMENT PERIOD: JUN 2018-JUL 2018    YOPOUGON ILOT
                                                                                        1 LOT 567
        **List the contract number of**           _____     ABIDJAN 06 06 BP 6715
        **any government contract**                                                     IVORY COAST

---

2.86.   **Title of contract**                     FCC CONTRACT                          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

        **State what the contract or**            SALE CONTRACT
        **lease is for**

        **Nature of debtor's interest**           BUYER                                 CONDICAF SA
                                                                                        INDUSTRIAL ESTATE OF
        **State the term remaining**              SHIPMENT PERIOD: AUG 2018-SEP 2018    YOPOUGON ILOT
                                                                                        1 LOT 567
        **List the contract number of**           _____     ABIDJAN 06 06 BP 6715
        **any government contract**                                                     IVORY COAST

---

2.87.   **Title of contract**                     FCC CONTRACT                          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

        **State what the contract or**            SALE CONTRACT
        **lease is for**

        **Nature of debtor's interest**           BUYER                                 CONDICAF SA
                                                                                        INDUSTRIAL ESTATE OF
        **State the term remaining**              SHIPMENT PERIOD: OCT 2018-DEC 2018    YOPOUGON ILOT
                                                                                        1 LOT 567
        **List the contract number of**           _____     ABIDJAN 06 06 BP 6715
        **any government contract**                                                     IVORY COAST

---

2.88.   **Title of contract**                     FCC CONTRACT                          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

        **State what the contract or**            SALE CONTRACT
        **lease is for**

        **Nature of debtor's interest**           BUYER                                 CONDICAF SA
                                                                                        INDUSTRIAL ESTATE OF
        **State the term remaining**              SHIPMENT PERIOD: JAN 2019-MAR 2019    YOPOUGON ILOT
                                                                                        1 LOT 567
        **List the contract number of**           _____     ABIDJAN 06 06 BP 6715
        **any government contract**                                                     IVORY COAST

Debtor    **Transmar Commodity Group Ltd.**                                                    Case number *(if known)* **16-13625**

| 2.89. | **Title of contract** | FCC CONTRACT | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | | |
| | **Nature of debtor's interest** | BUYER | | CONDICAF SA |
| | **State the term remaining** | SHIPMENT PERIOD: APR 2019-MAY 2019 | | INDUSTRIAL ESTATE OF YOPOUGON ILOT 1 LOT 567 |
| | **List the contract number of any government contract** | _____ | | ABIDJAN 06 06 BP 6715 IVORY COAST |

| 2.90. | **Title of contract** | FCC CONTRACT | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | | |
| | **Nature of debtor's interest** | BUYER | | CONDICAF SA |
| | **State the term remaining** | SHIPMENT PERIOD: JUN 2019-JUL 2019 | | INDUSTRIAL ESTATE OF YOPOUGON ILOT 1 LOT 567 |
| | **List the contract number of any government contract** | _____ | | ABIDJAN 06 06 BP 6715 IVORY COAST |

| 2.91. | **Title of contract** | FCC CONTRACT | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | | |
| | **Nature of debtor's interest** | BUYER | | CONDICAF SA |
| | **State the term remaining** | SHIPMENT PERIOD: AUG 2019-SEP 2019 | | INDUSTRIAL ESTATE OF YOPOUGON ILOT 1 LOT 567 |
| | **List the contract number of any government contract** | _____ | | ABIDJAN 06 06 BP 6715 IVORY COAST |

| 2.92. | **Title of contract** | FCC CONTRACT | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | | |
| | **Nature of debtor's interest** | BUYER | | CONDICAF SA |
| | **State the term remaining** | SHIPMENT PERIOD: OCT 2019-DEC 2019 | | INDUSTRIAL ESTATE OF YOPOUGON ILOT 1 LOT 567 |
| | **List the contract number of any government contract** | _____ | | ABIDJAN 06 06 BP 6715 IVORY COAST |

| 2.93. | **Title of contract** | FCC CONTRACT | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|---|
| | **State what the contract or lease is for** | FORWARD CONTRACT | | |
| | **Nature of debtor's interest** | BUYER | | CONDICAF SA |
| | **State the term remaining** | OCTOBER - DECEMBER 2014 | | INDUSTRIAL ESTATE OF YOPOUGON ILOT 1 LOT 567, 06 B.P. 6715 |
| | **List the contract number of any government contract** | _____ | | ABIDJAN 06 IVORY COAST |

Debtor   **Transmar Commodity Group Ltd.**                                              Case number *(if known)* **16-13625**

2.94.   **Title of contract**                  STANDARD 2-A CONTRACT              **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

   **State what the contract or lease is for**      FORWARD CONTRACT

   **Nature of debtor's interest**      BUYER                          COOPERATIVA AGRARIA CENTRAL DE CACAO AROMA DE HIGOR JARAMILLO

   **State the term remaining**      MARCH 2016                        JR TOCACHE N 711 2DO PISO TOCACHE

   **List the contract number of any government contract**      _____      PERU

2.95.   **Title of contract**                  STANDARD 2-A CONTRACT              **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

   **State what the contract or lease is for**      FORWARD CONTRACT

   **Nature of debtor's interest**      BUYER                          COOPERATIVA AGRARIA INDUSTRIAL

   **State the term remaining**      APRIL 2016                        JR TOCACHE NO 711 2DO PISO TOCACHE

   **List the contract number of any government contract**      _____      PERU

2.96.   **Title of contract**                  FCC CONTRACT                      **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

   **State what the contract or lease is for**      FORWARD CONTRACT

   **Nature of debtor's interest**      BUYER                          COOPERATIVA AGRARIA INDUSTRIAL NARANJILLO LTDA. (RUC 2013624053) AVE. ERICKSON NO. 342

   **State the term remaining**      DECEMBER 2012                     TINGO MARIA

   **List the contract number of any government contract**      _____      PERU

2.97.   **Title of contract**                  FCC CONTRACT                      **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

   **State what the contract or lease is for**      FORWARD CONTRACT

   **Nature of debtor's interest**      BUYER                          COOPERATIVE CAFE CACAO DE VAVOUA MACHIEL LELIEFELD

   **State the term remaining**      MAY - AUGUST 2016                 05 BP 406 ABIDJAN 05

   **List the contract number of any government contract**      _____      IVORY COAST

2.98.   **Title of contract**                  FCC CONTRACT                      **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

   **State what the contract or lease is for**      FORWARD CONTRACT

   **Nature of debtor's interest**      BUYER                          COTE D'IVOIRE LOGISTIQUE AGRO IMMEUBLE ALPHA 2000 17TH FL

   **State the term remaining**      NOVEMBER - DECEMBER 2017          08 BP 2377 ABIDJAN

   **List the contract number of any government contract**      _____      IVORY COAST

Debtor    **Transmar Commodity Group Ltd.**                                                                    Case number *(if known)* **16-13625**

| | | |
|---|---|---|
| 2.99. | **Title of contract** | FCC CONTRACT |
| | **State what the contract or lease is for** | FORWARD CONTRACT |
| | **Nature of debtor's interest** | BUYER |
| | **State the term remaining** | JANUARY - MARCH 2018 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

COTE D'IVOIRE LOGISTIQUE AGRO
IMMEUBLE ALPHA 2000 17TH FL
08 BP 2377
ABIDJAN
IVORY COAST

| | | |
|---|---|---|
| 2.100. | **Title of contract** | FCC CONTRACT |
| | **State what the contract or lease is for** | FORWARD CONTRACT |
| | **Nature of debtor's interest** | BUYER |
| | **State the term remaining** | APRIL - MAY 2018 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

COTE D'IVOIRE LOGISTIQUE AGRO
IMMEUBLE ALPHA 2000 17TH FL
08 BP 2377
ABIDJAN
IVORY COAST

| | | |
|---|---|---|
| 2.101. | **Title of contract** | FCC CONTRACT |
| | **State what the contract or lease is for** | FORWARD CONTRACT |
| | **Nature of debtor's interest** | BUYER |
| | **State the term remaining** | JUNE - JULY 2018 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

COTE D'IVOIRE LOGISTIQUE AGRO
IMMEUBLE ALPHA 2000 17TH FL
08 BP 2377
ABIDJAN
IVORY COAST

| | | |
|---|---|---|
| 2.102. | **Title of contract** | FCC CONTRACT |
| | **State what the contract or lease is for** | FORWARD CONTRACT |
| | **Nature of debtor's interest** | BUYER |
| | **State the term remaining** | AUGUST - SEPTEMBER 2018 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

COTE D'IVOIRE LOGISTIQUE AGRO
IMMEUBLE ALPHA 2000 17TH FL
08 BP 2377
ABIDJAN
IVORY COAST

| | | |
|---|---|---|
| 2.103. | **Title of contract** | FCC CONTRACT |
| | **State what the contract or lease is for** | FORWARD CONTRACT |
| | **Nature of debtor's interest** | BUYER |
| | **State the term remaining** | OCTOBER - DECEMBER 2018 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

COTE D'IVOIRE LOGISTIQUE AGRO
IMMEUBLE ALPHA 2000 17TH FL
08 BP 2377
ABIDJAN
IVORY COAST

Debtor   **Transmar Commodity Group Ltd.**                                Case number *(if known)* **16-13625**

| 2.104. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FORWARD CONTRACT | |
| | **Nature of debtor's interest** | BUYER | COTE D'IVOIRE LOGISTIQUE AGRO IMMEUBLE ALPHA 2000 17TH FL 08 BP 2377 ABIDJAN IVORY COAST |
| | **State the term remaining** | JUANRY - MARCH 2019 | |
| | **List the contract number of any government contract** | _____ | |

| 2.105. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FORWARD CONTRACT | |
| | **Nature of debtor's interest** | BUYER | COTE D'IVOIRE LOGISTIQUE AGRO IMMEUBLE ALPHA 2000 17TH FL 08 BP 2377 ABIDJAN IVORY COAST |
| | **State the term remaining** | APRIL - MAY 2019 | |
| | **List the contract number of any government contract** | _____ | |

| 2.106. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FORWARD CONTRACT | |
| | **Nature of debtor's interest** | BUYER | COTE D'IVOIRE LOGISTIQUE AGRO IMMEUBLE ALPHA 2000 17TH FL 08 BP 2377 ABIDJAN IVORY COAST |
| | **State the term remaining** | JUNE - JULY 2019 | |
| | **List the contract number of any government contract** | _____ | |

| 2.107. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FORWARD CONTRACT | |
| | **Nature of debtor's interest** | BUYER | COTE D'IVOIRE LOGISTIQUE AGRO IMMEUBLE ALPHA 2000 17TH FL 08 BP 2377 ABIDJAN IVORY COAST |
| | **State the term remaining** | AUGUST - SEPTEMBER 2019 | |
| | **List the contract number of any government contract** | _____ | |

| 2.108. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FORWARD CONTRACT | |
| | **Nature of debtor's interest** | BUYER | COTE D'IVOIRE LOGISTIQUE AGRO IMMEUBLE ALPHA 2000 17TH FL 08 BP 2377 ABIDJAN IVORY COAST |
| | **State the term remaining** | OCTOBER - DECEMBER 2019 | |
| | **List the contract number of any government contract** | _____ | |

Debtor   **Transmar Commodity Group Ltd.**                                     Case number *(if known)* **16-13625**

---

**2.109.** | **Title of contract** | FCC CONTRACT | State the name and mailing address
| | | for all other parties with whom the
| **State what the contract or** | FORWARD CONTRACT | debtor has an executory contract or
| **lease is for** | | unexpired lease
| **Nature of debtor's interest** | BUYER | COTE D'IVOIRE LOGISTIQUE AGRO
| | | IMMEUBLE ALPHA 2000 17TH FL
| **State the term remaining** | NOVEMBER - DECEMBER 2017 | 08 BP 2377
| | | ABIDJAN
| **List the contract number of** | _____ | IVORY COAST
| **any government contract** | |

**2.110.** | **Title of contract** | FCC CONTRACT | State the name and mailing address
| | | for all other parties with whom the
| **State what the contract or** | FORWARD CONTRACT | debtor has an executory contract or
| **lease is for** | | unexpired lease
| **Nature of debtor's interest** | BUYER | COTE D'IVOIRE LOGISTIQUE AGRO
| | | IMMEUBLE ALPHA 2000 17TH FL
| **State the term remaining** | JANUARY - MARCH 2018 | 08 BP 2377
| | | ABIDJAN
| **List the contract number of** | _____ | IVORY COAST
| **any government contract** | |

**2.111.** | **Title of contract** | FCC CONTRACT | State the name and mailing address
| | | for all other parties with whom the
| **State what the contract or** | FORWARD CONTRACT | debtor has an executory contract or
| **lease is for** | | unexpired lease
| **Nature of debtor's interest** | BUYER | COTE D'IVOIRE LOGISTIQUE AGRO
| | | IMMEUBLE ALPHA 2000 17TH FL
| **State the term remaining** | APRIL - MAY 2018 | 08 BP 2377
| | | ABIDJAN
| **List the contract number of** | _____ | IVORY COAST
| **any government contract** | |

**2.112.** | **Title of contract** | FCC CONTRACT | State the name and mailing address
| | | for all other parties with whom the
| **State what the contract or** | FORWARD CONTRACT | debtor has an executory contract or
| **lease is for** | | unexpired lease
| **Nature of debtor's interest** | BUYER | COTE D'IVOIRE LOGISTIQUE AGRO
| | | IMMEUBLE ALPHA 2000 17TH FL
| **State the term remaining** | JUNE - JULY 2018 | 08 BP 2377
| | | ABIDJAN
| **List the contract number of** | _____ | IVORY COAST
| **any government contract** | |

**2.113.** | **Title of contract** | FCC CONTRACT | State the name and mailing address
| | | for all other parties with whom the
| **State what the contract or** | FORWARD CONTRACT | debtor has an executory contract or
| **lease is for** | | unexpired lease
| **Nature of debtor's interest** | BUYER | COTE D'IVOIRE LOGISTIQUE AGRO
| | | IMMEUBLE ALPHA 2000 17TH FL
| **State the term remaining** | AUGUST - SEPTEMBER 2018 | 08 BP 2377
| | | ABIDJAN
| **List the contract number of** | _____ | IVORY COAST
| **any government contract** | |

Debtor   **Transmar Commodity Group Ltd.**                                Case number *(if known)* **16-13625**

| 2.114. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FORWARD CONTRACT | |
| | **Nature of debtor's interest** | BUYER | COTE D'IVOIRE LOGISTIQUE AGRO IMMEUBLE ALPHA 2000 17TH FL |
| | **State the term remaining** | OCTOBER - DECEMBER 2018 | 08 BP 2377 |
| | **List the contract number of any government contract** | _____ | ABIDJAN IVORY COAST |

| 2.115. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FORWARD CONTRACT | |
| | **Nature of debtor's interest** | BUYER | COTE D'IVOIRE LOGISTIQUE AGRO IMMEUBLE ALPHA 2000 17TH FL |
| | **State the term remaining** | JANUARY - MARCH 2019 | 08 BP 2377 |
| | **List the contract number of any government contract** | _____ | ABIDJAN IVORY COAST |

| 2.116. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FORWARD CONTRACT | |
| | **Nature of debtor's interest** | BUYER | COTE D'IVOIRE LOGISTIQUE AGRO IMMEUBLE ALPHA 2000 17TH FL |
| | **State the term remaining** | APRIL - MAY 2019 | 08 BP 2377 |
| | **List the contract number of any government contract** | _____ | ABIDJAN IVORY COAST |

| 2.117. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FORWARD CONTRACT | |
| | **Nature of debtor's interest** | BUYER | COTE D'IVOIRE LOGISTIQUE AGRO IMMEUBLE ALPHA 2000 17TH FL |
| | **State the term remaining** | JUNE - JULY 2019 | 08 BP 2377 |
| | **List the contract number of any government contract** | _____ | ABIDJAN IVORY COAST |

| 2.118. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FORWARD CONTRACT | |
| | **Nature of debtor's interest** | BUYER | COTE D'IVOIRE LOGISTIQUE AGRO IMMEUBLE ALPHA 2000 17TH FL |
| | **State the term remaining** | AUGUST - SEPTEMBER 2019 | 08 BP 2377 |
| | **List the contract number of any government contract** | _____ | ABIDJAN IVORY COAST |

Debtor    **Transmar Commodity Group Ltd.**                                                 Case number *(if known)* **16-13625**

| 2.119. | Title of contract | FCC CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FORWARD CONTRACT | |
| | Nature of debtor's interest | BUYER | COTE D'IVOIRE LOGISTIQUE AGRO IMMEUBLE ALPHA 2000 17TH FL 08 BP 2377 ABIDJAN IVORY COAST |
| | State the term remaining | OCTOBER - DECEMBER 2019 | |
| | List the contract number of any government contract | _____ | |

| 2.120. | Title of contract | FCC CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FORWARD CONTRACT | |
| | Nature of debtor's interest | BUYER | COTE D'IVOIRE LOGISTIQUE AGRO IMMEUBLE ALPHA 2000 17TH FL 08 BP 2377 ABIDJAN IVORY COAST |
| | State the term remaining | NOVEMBER - DECEMBER 2017 | |
| | List the contract number of any government contract | _____ | |

| 2.121. | Title of contract | FCC CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FORWARD CONTRACT | |
| | Nature of debtor's interest | BUYER | COTE D'IVOIRE LOGISTIQUE AGRO IMMEUBLE ALPHA 2000 17TH FL 08 BP 2377 ABIDJAN IVORY COAST |
| | State the term remaining | JANUARY - MARCH 2018 | |
| | List the contract number of any government contract | _____ | |

| 2.122. | Title of contract | FCC CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FORWARD CONTRACT | |
| | Nature of debtor's interest | BUYER | COTE D'IVOIRE LOGISTIQUE AGRO IMMEUBLE ALPHA 2000 17TH FL 08 BP 2377 ABIDJAN IVORY COAST |
| | State the term remaining | APRIL - MAY 2018 | |
| | List the contract number of any government contract | _____ | |

| 2.123. | Title of contract | FCC CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FORWARD CONTRACT | |
| | Nature of debtor's interest | BUYER | COTE D'IVOIRE LOGISTIQUE AGRO IMMEUBLE ALPHA 2000 17TH FL 08 BP 2377 ABIDJAN IVORY COAST |
| | State the term remaining | JUNE - JULY 2018 | |
| | List the contract number of any government contract | _____ | |

Debtor    **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

---

| 2.124. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FORWARD CONTRACT | |
| | **Nature of debtor's interest** | BUYER | COTE D'IVOIRE LOGISTIQUE AGRO IMMEUBLE ALPHA 2000 17TH FL |
| | **State the term remaining** | AUGUST - SEPTEMBER 2018 | 08 BP 2377 |
| | **List the contract number of any government contract** | _____ | ABIDJAN IVORY COAST |

---

| 2.125. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FORWARD CONTRACT | |
| | **Nature of debtor's interest** | BUYER | COTE D'IVOIRE LOGISTIQUE AGRO IMMEUBLE ALPHA 2000 17TH FL |
| | **State the term remaining** | OCTOBER - DECEMBER 2018 | 08 BP 2377 |
| | **List the contract number of any government contract** | _____ | ABIDJAN IVORY COAST |

---

| 2.126. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FORWARD CONTRACT | |
| | **Nature of debtor's interest** | BUYER | COTE D'IVOIRE LOGISTIQUE AGRO IMMEUBLE ALPHA 2000 17TH FL |
| | **State the term remaining** | JANUARY - MARCH 2018 | 08 BP 2377 |
| | **List the contract number of any government contract** | _____ | ABIDJAN IVORY COAST |

---

| 2.127. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FORWARD CONTRACT | |
| | **Nature of debtor's interest** | BUYER | COTE D'IVOIRE LOGISTIQUE AGRO IMMEUBLE ALPHA 2000 17TH FL |
| | **State the term remaining** | APRIL - MAY 2019 | 08 BP 2377 |
| | **List the contract number of any government contract** | _____ | ABIDJAN IVORY COAST |

---

| 2.128. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FORWARD CONTRACT | |
| | **Nature of debtor's interest** | BUYER | COTE D'IVOIRE LOGISTIQUE AGRO IMMEUBLE ALPHA 2000 17TH FL |
| | **State the term remaining** | JUNE - JULY 2019 | 08 BP 2377 |
| | **List the contract number of any government contract** | _____ | ABIDJAN IVORY COAST |

Debtor    **Transmar Commodity Group Ltd.**                                                      Case number *(if known)* **16-13625**

| 2.129. | Title of contract | FCC CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FORWARD CONTRACT | |
| | Nature of debtor's interest | BUYER | COTE D'IVOIRE LOGISTIQUE AGRO IMMEUBLE ALPHA 2000 17TH FL 08 BP 2377 ABIDJAN IVORY COAST |
| | State the term remaining | AUGUST - SEPTEMBER 2019 | |
| | List the contract number of any government contract | _____ | |

| 2.130. | Title of contract | FCC CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FORWARD CONTRACT | |
| | Nature of debtor's interest | BUYER | COTE D'IVOIRE LOGISTIQUE AGRO IMMEUBLE ALPHA 2000 17TH FL 08 BP 2377 ABIDJAN IVORY COAST |
| | State the term remaining | OCTOBER - DECEMBER 2019 | |
| | List the contract number of any government contract | _____ | |

| 2.131. | Title of contract | OFFTAKE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SALE CONTRACT | |
| | Nature of debtor's interest | BUYER | COTE D'IVOIRE LOGISTIQUE AGRO-INDUTRIE CACAO KOUAO NIAMOUTIE ABIDJAN-PLATEAU IMMEUBLE ALPHA 2000 17EME ETAGE, 08 BOITEPOSTALE 2377 ABIDJAN 08 IVORY COAST |
| | State the term remaining | 10 YEARS FROM DATE OF EXECUTION. EXECUTION DATE 2/7/16 | |
| | List the contract number of any government contract | _____ | |

| 2.132. | Title of contract | FCC CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SALE CONTRACT | |
| | Nature of debtor's interest | BUYER | COTE D'IVOIRE LOGISTIQUE AGRO-INDUTRIE CACAO IMMEUBLE ALPHA 2000 17TH FL ABIDJAN 08 BP 2377 IVORY COAST |
| | State the term remaining | SHIPMENT PERIOD: NOV 2017-DEC 2017 | |
| | List the contract number of any government contract | _____ | |

| 2.133. | Title of contract | FCC CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SALE CONTRACT | |
| | Nature of debtor's interest | BUYER | COTE D'IVOIRE LOGISTIQUE AGRO-INDUTRIE CACAO IMMEUBLE ALPHA 2000 17TH FL ABIDJAN 08 BP 2377 IVORY COAST |
| | State the term remaining | SHIPMENT PERIOD: JAN 2018-MARCH 2018 | |
| | List the contract number of any government contract | _____ | |

Debtor    **Transmar Commodity Group Ltd.**                                                                   Case number *(if known)* **16-13625**

---

| 2.134. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | COTE D'IVOIRE LOGISTIQUE AGRO-INDUTRIE CACAO |
| | **State the term remaining** | SHIPMENT PERIOD: APRIL 2018-MAY 2018 | IMMEUBLE ALPHA 2000 17TH FL ABIDJAN 08 BP 2377 |
| | **List the contract number of any government contract** | _____ | IVORY COAST |

| 2.135. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | COTE D'IVOIRE LOGISTIQUE AGRO-INDUTRIE CACAO |
| | **State the term remaining** | SHIPMENT PERIOD: JUN 2018-JUL 2018 | IMMEUBLE ALPHA 2000 17TH FL ABIDJAN 08 BP 2377 |
| | **List the contract number of any government contract** | _____ | IVORY COAST |

| 2.136. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | COTE D'IVOIRE LOGISTIQUE AGRO-INDUTRIE CACAO |
| | **State the term remaining** | SHIPMENT PERIOD: AUG 2018-SEP 2018 | IMMEUBLE ALPHA 2000 17TH FL ABIDJAN 08 BP 2377 |
| | **List the contract number of any government contract** | _____ | IVORY COAST |

| 2.137. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | COTE D'IVOIRE LOGISTIQUE AGRO-INDUTRIE CACAO |
| | **State the term remaining** | SHIPMENT PERIOD: OCT 2018-DEC 2018 | IMMEUBLE ALPHA 2000 17TH FL ABIDJAN 08 BP 2377 |
| | **List the contract number of any government contract** | _____ | IVORY COAST |

| 2.138. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | COTE D'IVOIRE LOGISTIQUE AGRO-INDUTRIE CACAO |
| | **State the term remaining** | SHIPMENT PERIOD: JAN 2019-MARCH 2019 | IMMEUBLE ALPHA 2000 17TH FL ABIDJAN 08 BP 2377 |
| | **List the contract number of any government contract** | _____ | IVORY COAST |

Debtor   **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

| 2.139. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | COTE D'IVOIRE LOGISTIQUE AGRO-INDUTRIE CACAO |
| | **State the term remaining** | SHIPMENT PERIOD: APRIL 2019-MAY 2019 | IMMEUBLE ALPHA 2000 17TH FL ABIDJAN 08 BP 2377 |
| | **List the contract number of any government contract** | _____ | IVORY COAST |

| 2.140. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | COTE D'IVOIRE LOGISTIQUE AGRO-INDUTRIE CACAO |
| | **State the term remaining** | SHIPMENT PERIOD: JUN 2019-JULY 2019 | IMMEUBLE ALPHA 2000 17TH FL ABIDJAN 08 BP 2377 |
| | **List the contract number of any government contract** | _____ | IVORY COAST |

| 2.141. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | COTE D'IVOIRE LOGISTIQUE AGRO-INDUTRIE CACAO |
| | **State the term remaining** | SHIPMENT PERIOD: AUG 2019-SEP 2019 | IMMEUBLE ALPHA 2000 17TH FL ABIDJAN 08 BP 2377 |
| | **List the contract number of any government contract** | _____ | IVORY COAST |

| 2.142. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | COTE D'IVOIRE LOGISTIQUE AGRO-INDUTRIE CACAO |
| | **State the term remaining** | SHIPMENT PERIOD: OCT 2019-DEC 2019 | IMMEUBLE ALPHA 2000 17TH FL ABIDJAN 08 BP 2377 |
| | **List the contract number of any government contract** | _____ | IVORY COAST |

| 2.143. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | COTE D'IVOIRE LOGISTIQUE AGRO-INDUTRIE CACAO |
| | **State the term remaining** | SHIPMENT PERIOD: NOV 2017-DEC 2017 | IMMEUBLE ALPHA 2000 17TH FL ABIDJAN 08 BP 2377 |
| | **List the contract number of any government contract** | _____ | IVORY COAST |

Debtor   **Transmar Commodity Group Ltd.**                                                 Case number *(if known)* **16-13625**

---

**2.144.**  **Title of contract**              FCC CONTRACT                          State the name and mailing address
                                                                                   for all other parties with whom the
         **State what the contract or**        SALE CONTRACT                        debtor has an executory contract or
         **lease is for**                                                          unexpired lease

         **Nature of debtor's interest**       BUYER                               COTE D'IVOIRE LOGISTIQUE AGRO-
                                                                                   INDUTRIE CACAO
         **State the term remaining**          SHIPMENT PERIOD: JAN 2018-MARCH 2018    IMMEUBLE ALPHA 2000 17TH FL
                                                                                   ABIDJAN 08 BP 2377
         **List the contract number of**       _____     IVORY COAST
         **any government contract**

**2.145.**  **Title of contract**              FCC CONTRACT                          State the name and mailing address
                                                                                   for all other parties with whom the
         **State what the contract or**        SALE CONTRACT                        debtor has an executory contract or
         **lease is for**                                                          unexpired lease

         **Nature of debtor's interest**       BUYER                               COTE D'IVOIRE LOGISTIQUE AGRO-
                                                                                   INDUTRIE CACAO
         **State the term remaining**          SHIPMENT PERIOD: APRIL 2018-MAY 2018   IMMEUBLE ALPHA 2000 17TH FL
                                                                                   ABIDJAN 08 BP 2377
         **List the contract number of**       _____     IVORY COAST
         **any government contract**

**2.146.**  **Title of contract**              FCC CONTRACT                          State the name and mailing address
                                                                                   for all other parties with whom the
         **State what the contract or**        SALE CONTRACT                        debtor has an executory contract or
         **lease is for**                                                          unexpired lease

         **Nature of debtor's interest**       BUYER                               COTE D'IVOIRE LOGISTIQUE AGRO-
                                                                                   INDUTRIE CACAO
         **State the term remaining**          SHIPMENT PERIOD: JUN 2018-JUL 2018     IMMEUBLE ALPHA 2000 17TH FL
                                                                                   ABIDJAN 08 BP 2377
         **List the contract number of**       _____     IVORY COAST
         **any government contract**

**2.147.**  **Title of contract**              FCC CONTRACT                          State the name and mailing address
                                                                                   for all other parties with whom the
         **State what the contract or**        SALE CONTRACT                        debtor has an executory contract or
         **lease is for**                                                          unexpired lease

         **Nature of debtor's interest**       BUYER                               COTE D'IVOIRE LOGISTIQUE AGRO-
                                                                                   INDUTRIE CACAO
         **State the term remaining**          SHIPMENT PERIOD: AUG 2018-SEP 2018     IMMEUBLE ALPHA 2000 17TH FL
                                                                                   ABIDJAN 08 BP 2377
         **List the contract number of**       _____     IVORY COAST
         **any government contract**

**2.148.**  **Title of contract**              FCC CONTRACT                          State the name and mailing address
                                                                                   for all other parties with whom the
         **State what the contract or**        SALE CONTRACT                        debtor has an executory contract or
         **lease is for**                                                          unexpired lease

         **Nature of debtor's interest**       BUYER                               COTE D'IVOIRE LOGISTIQUE AGRO-
                                                                                   INDUTRIE CACAO
         **State the term remaining**          SHIPMENT PERIOD: OCT 2018-DEC 2018     IMMEUBLE ALPHA 2000 17TH FL
                                                                                   ABIDJAN 08 BP 2377
         **List the contract number of**       _____     IVORY COAST
         **any government contract**

---

Debtor   **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

| 2.149. | Title of contract | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | SALE CONTRACT | |
| | Nature of debtor's interest | BUYER | COTE D'IVOIRE LOGISTIQUE AGRO-INDUTRIE CACAO |
| | State the term remaining | SHIPMENT PERIOD: JAN 2019-MARCH 2019 | IMMEUBLE ALPHA 2000 17TH FL ABIDJAN 08 BP 2377 |
| | List the contract number of any government contract | _____ | IVORY COAST |

| 2.150. | Title of contract | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | SALE CONTRACT | |
| | Nature of debtor's interest | BUYER | COTE D'IVOIRE LOGISTIQUE AGRO-INDUTRIE CACAO |
| | State the term remaining | SHIPMENT PERIOD: APR 2019-MAY 2019 | IMMEUBLE ALPHA 2000 17TH FL ABIDJAN 08 BP 2377 |
| | List the contract number of any government contract | _____ | IVORY COAST |

| 2.151. | Title of contract | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | SALE CONTRACT | |
| | Nature of debtor's interest | BUYER | COTE D'IVOIRE LOGISTIQUE AGRO-INDUTRIE CACAO |
| | State the term remaining | SHIPMENT PERIOD: JUN 2019-JULY 2019 | IMMEUBLE ALPHA 2000 17TH FL ABIDJAN 08 BP 2377 |
| | List the contract number of any government contract | _____ | IVORY COAST |

| 2.152. | Title of contract | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | SALE CONTRACT | |
| | Nature of debtor's interest | BUYER | COTE D'IVOIRE LOGISTIQUE AGRO-INDUTRIE CACAO |
| | State the term remaining | SHIPMENT PERIOD: AUG 2019-SEP 2019 | IMMEUBLE ALPHA 2000 17TH FL ABIDJAN 08 BP 2377 |
| | List the contract number of any government contract | _____ | IVORY COAST |

| 2.153. | Title of contract | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | SALE CONTRACT | |
| | Nature of debtor's interest | BUYER | COTE D'IVOIRE LOGISTIQUE AGRO-INDUTRIE CACAO |
| | State the term remaining | SHIPMENT PERIOD: OCT 2019-DEC 2019 | IMMEUBLE ALPHA 2000 17TH FL ABIDJAN 08 BP 2377 |
| | List the contract number of any government contract | _____ | IVORY COAST |

Debtor   **Transmar Commodity Group Ltd.**                                                                          Case number *(if known)* **16-13625**

| 2.154. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | COTE D'IVOIRE LOGISTIQUE AGRO-INDUTRIE CACAO |
| | **State the term remaining** | SHIPMENT PERIOD: NOV 2017-DEC 2017 | IMMEUBLE ALPHA 2000 17TH FL ABIDJAN 08 BP 2377 |
| | **List the contract number of any government contract** | _____ | IVORY COAST |

| 2.155. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | COTE D'IVOIRE LOGISTIQUE AGRO-INDUTRIE CACAO |
| | **State the term remaining** | SHIPMENT PERIOD: JAN 2018-MARCH 2018 | IMMEUBLE ALPHA 2000 17TH FL ABIDJAN 08 BP 2377 |
| | **List the contract number of any government contract** | _____ | IVORY COAST |

| 2.156. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | COTE D'IVOIRE LOGISTIQUE AGRO-INDUTRIE CACAO |
| | **State the term remaining** | SHIPMENT PERIOD: APR 2018-MAY 2018 | IMMEUBLE ALPHA 2000 17TH FL ABIDJAN 08 BP 2377 |
| | **List the contract number of any government contract** | _____ | IVORY COAST |

| 2.157. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | COTE D'IVOIRE LOGISTIQUE AGRO-INDUTRIE CACAO |
| | **State the term remaining** | SHIPMENT PERIOD: JUN 2018-JUL 2018 | IMMEUBLE ALPHA 2000 17TH FL ABIDJAN 08 BP 2377 |
| | **List the contract number of any government contract** | _____ | IVORY COAST |

| 2.158. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | COTE D'IVOIRE LOGISTIQUE AGRO-INDUTRIE CACAO |
| | **State the term remaining** | SHIPMENT PERIOD: AUG 2018-SEP 2018 | IMMEUBLE ALPHA 2000 17TH FL ABIDJAN 08 BP 2377 |
| | **List the contract number of any government contract** | _____ | IVORY COAST |

Debtor    **Transmar Commodity Group Ltd.**                                                         Case number *(if known)* **16-13625**

---

2.159.   **Title of contract**              FCC CONTRACT                          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

     **State what the contract or lease is for**    SALE CONTRACT

     **Nature of debtor's interest**    BUYER                              COTE D'IVOIRE LOGISTIQUE AGRO-INDUTRIE CACAO
     **State the term remaining**    SHIPMENT PERIOD: OCT 2018-DEC 2018    IMMEUBLE ALPHA 2000 17TH FL
ABIDJAN 08 BP 2377
     **List the contract number of any government contract**    _____    IVORY COAST

---

2.160.   **Title of contract**              FCC CONTRACT                          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

     **State what the contract or lease is for**    SALE CONTRACT

     **Nature of debtor's interest**    BUYER                              COTE D'IVOIRE LOGISTIQUE AGRO-INDUTRIE CACAO
     **State the term remaining**    SHIPMENT PERIOD: JAN 2019-MAR 2019    IMMEUBLE ALPHA 2000 17TH FL
ABIDJAN 08 BP 2377
     **List the contract number of any government contract**    _____    IVORY COAST

---

2.161.   **Title of contract**              FCC CONTRACT                          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

     **State what the contract or lease is for**    SALE CONTRACT

     **Nature of debtor's interest**    BUYER                              COTE D'IVOIRE LOGISTIQUE AGRO-INDUTRIE CACAO
     **State the term remaining**    SHIPMENT PERIOD: APR 2019-MAY 2019    IMMEUBLE ALPHA 2000 17TH FL
ABIDJAN 08 BP 2377
     **List the contract number of any government contract**    _____    IVORY COAST

---

2.162.   **Title of contract**              FCC CONTRACT                          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

     **State what the contract or lease is for**    SALE CONTRACT

     **Nature of debtor's interest**    BUYER                              COTE D'IVOIRE LOGISTIQUE AGRO-INDUTRIE CACAO
     **State the term remaining**    SHIPMENT PERIOD: JUN 2019-JUL 2019    IMMEUBLE ALPHA 2000 17TH FL
ABIDJAN 08 BP 2377
     **List the contract number of any government contract**    _____    IVORY COAST

---

2.163.   **Title of contract**              FCC CONTRACT                          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

     **State what the contract or lease is for**    SALE CONTRACT

     **Nature of debtor's interest**    BUYER                              COTE D'IVOIRE LOGISTIQUE AGRO-INDUTRIE CACAO
     **State the term remaining**    SHIPMENT PERIOD: AUG 2019-SEP 2019    IMMEUBLE ALPHA 2000 17TH FL
ABIDJAN 08 BP 2377
     **List the contract number of any government contract**    _____    IVORY COAST

Debtor    **Transmar Commodity Group Ltd.**                                          Case number *(if known)* **16-13625**

---

| 2.164. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | COTE D'IVOIRE LOGISTIQUE AGRO-INDUTRIE CACAO |
| | **State the term remaining** | SHIPMENT PERIOD: OCT 2019-DEC 2019 | IMMEUBLE ALPHA 2000 17TH FL ABIDJAN 08 BP 2377 |
| | **List the contract number of any government contract** | _____ | IVORY COAST |

| 2.165. | **Title of contract** | SALES CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SALES CONTRACT | |
| | **Nature of debtor's interest** | SELLER | DALI TRADE CO LTD |
| | **State the term remaining** | DELIVERY PERIOD: JANUARY-FEBRUARY 2017 | 1 KINGS AVE WINCHMORE HILL LONDON N213NA |
| | **List the contract number of any government contract** | _____ | UNITED KINGDOM |

| 2.166. | **Title of contract** | SALES CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | FORWARD CONTRACT | |
| | **Nature of debtor's interest** | SELLER | DALI TRADE CO LTD |
| | **State the term remaining** | DELIVERY PERIOD: JANUARY-FEBRUARY 2017 | 1 KINGS AVE WINCHMORE HILL LONDON N21 3NA |
| | **List the contract number of any government contract** | _____ | UNITED KINGDOM |

| 2.167. | **Title of contract** | EQUIPMENT LEASE AGREEMENT FTN42700-001 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | EQUIPMENT LEASE | |
| | **Nature of debtor's interest** | LESSEE | DE LAGE LANDEN FINANCIAL SERVICES INC |
| | **State the term remaining** | 10 DAYS WRITTEN NOTICE | LEASE PROCESSING CENTER 1111 OLD EAGLE SCHOOL ROAD WAYNE PA 19087-8608 |
| | **List the contract number of any government contract** | _____ | |

| 2.168. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | INSYNC CLOUD LICENSE/SOFTWARE/DATA SERVICES AND STORAGE SERVICES | |
| | **Nature of debtor's interest** | CUSTOMER | DRUVA |
| | **State the term remaining** | UPON 30 DAYS WRITTEN NOTICE/SUBJECT OF A PETITION IN BANKRUPTCY | CORPORATE HEADQUARTERS 150 MATHILDA PLACE SUITE 450 SUNNYVALE CA 94086 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

---

**2.169.**  **Title of contract**              PURCHASE CONTRACT                      State the name and mailing address
                                                                                      for all other parties with whom the
         **State what the contract or**       PURCHASE CONTRACT                      debtor has an executory contract or
         **lease is for**                                                            unexpired lease

         **Nature of debtor's interest**      BUYER                                  ECUACOFFEE SA
                                                                                      KM 14.5 VIA A DUALE
         **State the term remaining**         DELIVERY PERIOD: APRIL 2017            GUAYAQUIL
                                                                                      ECUADOR
         **List the contract number of**      _____
         **any government contract**

**2.170.**  **Title of contract**              STANDARD 2-A CONTRACT                  State the name and mailing address
                                                                                      for all other parties with whom the
         **State what the contract or**       FORWARD CONTRACT                       debtor has an executory contract or
         **lease is for**                                                            unexpired lease

         **Nature of debtor's interest**      BUYER                                  ECUACOFFEE SA
                                                                                      JOSE AGUILAR
         **State the term remaining**         NOVEMBER 2016                          KM 10.5 VIA DAULE
                                                                                      GUAYAQUIL
         **List the contract number of**      _____       ECUADOR
         **any government contract**

**2.171.**  **Title of contract**              FCC CONTRACT                          State the name and mailing address
                                                                                      for all other parties with whom the
         **State what the contract or**       FORWARD CONTRACT                       debtor has an executory contract or
         **lease is for**                                                            unexpired lease

         **Nature of debtor's interest**      BUYER                                  ECUACOFFEE SA
                                                                                      JOSE AGUILAR
         **State the term remaining**         JANUARY - FEBRUARY 2017               KM 10.5 VIA DAULE
                                                                                      GUAYAQUIL
         **List the contract number of**      _____       ECUADOR
         **any government contract**

**2.172.**  **Title of contract**              STANDARD 2-A CONTRACT                  State the name and mailing address
                                                                                      for all other parties with whom the
         **State what the contract or**       FORWARD CONTRACT                       debtor has an executory contract or
         **lease is for**                                                            unexpired lease

         **Nature of debtor's interest**      BUYER                                  ECUACOFFEE SA
                                                                                      JOSE AGUILAR
         **State the term remaining**         FEBRUARY 2017                          KM 10.5 VIA DAULE
                                                                                      GUAYAQUIL
         **List the contract number of**      _____       ECUADOR
         **any government contract**

**2.173.**  **Title of contract**              STANDARD 2-A CONTRACT                  State the name and mailing address
                                                                                      for all other parties with whom the
         **State what the contract or**       FORWARD CONTRACT                       debtor has an executory contract or
         **lease is for**                                                            unexpired lease

         **Nature of debtor's interest**      BUYER                                  ECUACOFFEE SA
                                                                                      JOSE AGUILAR
         **State the term remaining**         MARCH 2017                             KM 10.5 VIA DAULE
                                                                                      GUAYAQUIL
         **List the contract number of**      _____       ECUADOR
         **any government contract**

---

Debtor   **Transmar Commodity Group Ltd.**                                        Case number *(if known)* **16-13625**

2.174.  **Title of contract**              STANDARD 2-A CONTRACT            **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**   FORWARD CONTRACT

**Nature of debtor's interest**    BUYER                                   ECUACOFFEE SA
                                                                           JOSE AGUILAR
**State the term remaining**       APRIL 2017                              KM 10.5 VIA DAULE
                                                                           GUAYAQUIL
**List the contract number of any government contract**   _____   ECUADOR

2.175.  **Title of contract**              STANDARD 2-A CONTRACT            **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**   FORWARD CONTRACT

**Nature of debtor's interest**    BUYER                                   ECUACOFFEE SA
                                                                           JOSE AGUILAR
**State the term remaining**       FEBRUARY 2017                           KM 10.5 VIA DAULE
                                                                           GUAYAQUIL
**List the contract number of any government contract**   _____   ECUADOR

2.176.  **Title of contract**              STANDARD 2-A CONTRACT            **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**   FORWARD CONTRACT

**Nature of debtor's interest**    BUYER                                   ECUACOFFEE SA
                                                                           JOSE AGUILAR
**State the term remaining**       MARCH 2017                              KM 10.5 VIA DAULE
                                                                           GUAYAQUIL
**List the contract number of any government contract**   _____   ECUADOR

2.177.  **Title of contract**              FCC CONTRACT                     **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**   FORWARD CONTRACT

**Nature of debtor's interest**    BUYER                                   ECUACOFFEE SA
                                                                           JOSE AGUILAR
**State the term remaining**       APRIL 2017                              KM 10.5 VIA DAULE
                                                                           GUAYAQUIL
**List the contract number of any government contract**   _____   ECUADOR

2.178.  **Title of contract**              STANDARD 2-A CONTRACT            **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**   FORWARD CONTRACT

**Nature of debtor's interest**    BUYER                                   ECUACOFFEE SA
                                                                           JOSE AGUILAR
**State the term remaining**       JANUARY 2017                            KM 10.5 VIA DAULE
                                                                           GUAYAQUIL
**List the contract number of any government contract**   _____   ECUADOR

Debtor    **Transmar Commodity Group Ltd.**                                                         Case number *(if known)* **16-13625**

**2.179.**    **Title of contract**                    STANDARD 2-A CONTRACT                      State the name and mailing address
                                                                                                for all other parties with whom the
             **State what the contract or**           FORWARD CONTRACT                          debtor has an executory contract or
             **lease is for**                                                                   unexpired lease

             **Nature of debtor's interest**          BUYER                                     ECUACOFFEE SA
                                                                                                JOSE AGUILAR
             **State the term remaining**             FEBRUARY 2017                             KM 10.5 VIA DAULE
                                                                                                GUAYAQUIL
             **List the contract number of**          _____              ECUADOR
             **any government contract**

**2.180.**    **Title of contract**                    PURCHASE CONTRACT NO. EMP204858           State the name and mailing address
                                                                                                for all other parties with whom the
             **State what the contract or**           SALE CONTRACT/ AMENDMENT (FORWARD CONTRACT)  debtor has an executory contract or
             **lease is for**                                                                   unexpired lease

             **Nature of debtor's interest**          SELLER                                    EUROMAR COMMODITIES GMBH
                                                                                                JAN PATRICK ROCKER
             **State the term remaining**             DELIVERY PERIOD APRIL 2015-APRIL 2015 (PURCHASE  STRASSE 1 16833
                                                      ORDER)                                    FEHRBELLIN
                                                                                                GERMANY
             **List the contract number of**          _____
             **any government contract**

**2.181.**    **Title of contract**                    PURCHASE CONTRACT NO. EMP205665           State the name and mailing address
                                                                                                for all other parties with whom the
             **State what the contract or**           SALE CONTRACT                             debtor has an executory contract or
             **lease is for**                                                                   unexpired lease

             **Nature of debtor's interest**          SELLER                                    EUROMAR COMMODITIES GMBH
                                                                                                JAN PATRICK ROCKER
             **State the term remaining**             DELIVERY PERIOD MAY 2016-JUNE 2015 (PURCHASE  STRASSE 1 16833
                                                      ORDER)                                    FEHRBELLIN
                                                                                                GERMANY
             **List the contract number of**          _____
             **any government contract**

**2.182.**    **Title of contract**                    SALES CONTRACT NO. EMS108359              State the name and mailing address
                                                                                                for all other parties with whom the
             **State what the contract or**           SALE CONTRACT                             debtor has an executory contract or
             **lease is for**                                                                   unexpired lease

             **Nature of debtor's interest**          BUYER                                     EUROMAR COMMODITIES GMBH
                                                                                                JAN PATRICK ROCKER
             **State the term remaining**             DELIVERY PERIOD FEBRUARY 2015-MARCH 2015  STRASSE 1 16833
                                                      (PURCHASE ORDER)                          FEHRBELLIN
                                                                                                GERMANY
             **List the contract number of**          _____
             **any government contract**

**2.183.**    **Title of contract**                    SALE CONFIRMATION                         State the name and mailing address
                                                                                                for all other parties with whom the
             **State what the contract or**           SALE CONTRACT                             debtor has an executory contract or
             **lease is for**                                                                   unexpired lease

             **Nature of debtor's interest**          BUYER                                     EUROMAR COMMODITIES GMBH
                                                                                                JAN PATRICK ROCKER
             **State the term remaining**             DELIVERY PERIOD NOVEMBER 2014 (PURCHASE   STRASSE 1 16833
                                                      ORDER)                                    FEHRBELLIN
                                                                                                GERMANY
             **List the contract number of**          _____
             **any government contract**

Debtor    **Transmar Commodity Group Ltd.**                                                    Case number *(if known)* **16-13625**

---

**2.184.**  **Title of contract**              SALE CONFIRMATION                          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    SALE CONTRACT

**Nature of debtor's interest**    BUYER                                               EUROMAR COMMODITIES GMBH
                                                                                        JAN PATRICK ROCKER
**State the term remaining**       DELIVERY PERIOD FEBRUARY 2015-MARCH 2015            STRASSE 1 16833
                                   (PURCHASE ORDER)                                    FEHRBELLIN
                                                                                        GERMANY
**List the contract number of any government contract**    _____

---

**2.185.**  **Title of contract**              SALES CONTRACT NO. EMS108812               **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    SALE CONTRACT

**Nature of debtor's interest**    BUYER                                               EUROMAR COMMODITIES GMBH
                                                                                        JAN PATRICK ROCKER
**State the term remaining**       DELIVERY PERIOD AUGUST 2015-SEPTEMBER 2015          STRASSE 1 16833
                                   (PURCHASE ORDER)                                    FEHRBELLIN
                                                                                        GERMANY
**List the contract number of any government contract**    _____

---

**2.186.**  **Title of contract**              SALES CONTRACT NO. EMS109101               **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    SALE CONTRACT

**Nature of debtor's interest**    BUYER                                               EUROMAR COMMODITIES GMBH
                                                                                        JAN PATRICK ROCKER
**State the term remaining**       DELIVERY PERIOD OCTOBER 2015-JANUARY 2016           STRASSE 1 16833
                                   (PURCHASE ORDER)                                    FEHRBELLIN
                                                                                        GERMANY
**List the contract number of any government contract**    _____

---

**2.187.**  **Title of contract**              SALES CONTRACT NO. EMS109900/ EMS 109899    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    SALE CONTRACT

**Nature of debtor's interest**    BUYER                                               EUROMAR COMMODITIES GMBH
                                                                                        JAN PATRICK ROCKER
**State the term remaining**       DELIVERY PERIOD APRIL 2016 (PURCHASE ORDER)         STRASSE 1 16833
                                                                                        FEHRBELLIN
**List the contract number of any government contract**    _____    GERMANY

---

**2.188.**  **Title of contract**              SALES CONTRACT NO. EMS110105               **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    SALE CONTRACT

**Nature of debtor's interest**    BUYER                                               EUROMAR COMMODITIES GMBH
                                                                                        JAN PATRICK ROCKER
**State the term remaining**       DELIVERY PERIOD AUGUST 2016 (PURCHASE ORDER)        STRASSE 1 16833
                                                                                        FEHRBELLIN
**List the contract number of any government contract**    _____    GERMANY

---

Debtor    **Transmar Commodity Group Ltd.**                                                Case number *(if known)* **16-13625**

---

**2.189.** Title of contract

PURCHASE CONTRACT NO. EMP204984

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

State what the contract or lease is for

SALE CONTRACT

Nature of debtor's interest

BUYER

EUROMAR COMMODITIES GMBH
JAN PATRICK ROCKER
STRASSE 1 16833
FEHRBELLIN
GERMANY

State the term remaining

DELIVERY PERIOD JUNE 2015-JUNE 2015 (PURCHASE ORDER)

List the contract number of any government contract

_____

---

**2.190.** Title of contract

PURCHASE CONTRACT NO. EMP205285

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

State what the contract or lease is for

SALE CONTRACT

Nature of debtor's interest

BUYER

EUROMAR COMMODITIES GMBH
JAN PATRICK ROCKER
STRASSE 1 16833
FEHRBELLIN
GERMANY

State the term remaining

DELIVERY PERIOD NOVEMBER 2015 (PURCHASE ORDER)

List the contract number of any government contract

_____

---

**2.191.** Title of contract

PURCHASE CONTRACT NO. EMP205514

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

State what the contract or lease is for

SALE CONTRACT

Nature of debtor's interest

BUYER

EUROMAR COMMODITIES GMBH
JAN PATRICK ROCKER
STRASSE 1 16833
FEHRBELLIN
GERMANY

State the term remaining

DELIVERY PERIOD JANUARY 2016-MARCH 2016 (PURCHASE ORDER)

List the contract number of any government contract

_____

---

**2.192.** Title of contract

PURCHASE CONTRACT NO. EMP205703

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

State what the contract or lease is for

SALE CONTRACT

Nature of debtor's interest

BUYER

EUROMAR COMMODITIES GMBH
JAN PATRICK ROCKER
STRASSE 1 16833
FEHRBELLIN
GERMANY

State the term remaining

DELIVERY PERIOD OCTOBER 2016-DECEMBER 2016 (PURCHASE ORDER)

List the contract number of any government contract

_____

---

**2.193.** Title of contract

SALES CONTRACT

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

State what the contract or lease is for

SALE CONTRACT

Nature of debtor's interest

BUYER

EUROMAR COMMODITIES GMBH
JAN PATRICK ROCKER
STRASSE 1 16833
FEHRBELLIN
GERMANY

State the term remaining

DELIVERY SPOT (PURCHASE ORDER) CONTACT DATE APRIL 28, 2016

List the contract number of any government contract

_____

---

Debtor    **Transmar Commodity Group Ltd.**                                              Case number *(if known)* **16-13625**

**2.194.**  **Title of contract**                    PURCHASE CONTRACT NO. EMP205340          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**          SALE CONTRACT

**Nature of debtor's interest**     BUYER                                    EUROMAR COMMODITIES GMBH
                                                                             JAN PATRICK ROCKER
**State the term remaining**        DELIVERY PERIOD NOVEMBER 2015-DECEMBER 2015   STRASSE 1 16833
                                    (PURCHASE ORDER)                             FEHRBELLIN
                                                                                 GERMANY
**List the contract number of any government contract**    _____

**2.195.**  **Title of contract**                    PURCHASE CONTRACT NO. EMP205391          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**          SALE CONTRACT

**Nature of debtor's interest**     BUYER                                    EUROMAR COMMODITIES GMBH
                                                                             JAN PATRICK ROCKER
**State the term remaining**        DELIVERY PERIOD APRIL 2016-JUNE 2016 (PURCHASE   STRASSE 1 16833
                                    ORDER)                                       FEHRBELLIN
                                                                                 GERMANY
**List the contract number of any government contract**    _____

**2.196.**  **Title of contract**                    PURCHASE CONTRACT NO. EMP205392          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**          SALE CONTRACT

**Nature of debtor's interest**     BUYER                                    EUROMAR COMMODITIES GMBH
                                                                             JAN PATRICK ROCKER
**State the term remaining**        DELIVERY PERIOD JULY 2016-SEPTEMBER 2016      STRASSE 1 16833
                                    (PURCHASE ORDER)                             FEHRBELLIN
                                                                                 GERMANY
**List the contract number of any government contract**    _____

**2.197.**  **Title of contract**                    PURCHASE CONTRACT NO. EMP205415          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**          SALE CONTRACT

**Nature of debtor's interest**     BUYER                                    EUROMAR COMMODITIES GMBH
                                                                             JAN PATRICK ROCKER
**State the term remaining**        DELIVERY PERIOD JANUARY 2016-MARCH 2016       STRASSE 1 16833
                                    (PURCHASE ORDER)                             FEHRBELLIN
                                                                                 GERMANY
**List the contract number of any government contract**    _____

**2.198.**  **Title of contract**                    SALES CONTRACT NO. EMS108359/ EMS108724/    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
                                    EMS108812/EMS109101/ EMS109900/ EMS109899

**State what the contract or lease is for**          SALE CONTRACT

**Nature of debtor's interest**     BUYER                                    EUROMAR COMMODITIES GMBH
                                                                             JAN PATRICK ROCKER
**State the term remaining**        MULTIPLE PURCHASE ORDERS                     STRASSE 1 16833
                                                                                 FEHRBELLIN
                                                                                 GERMANY
**List the contract number of any government contract**    _____

Debtor   **Transmar Commodity Group Ltd.**                                      Case number *(if known)* **16-13625**

| | | | |
|---|---|---|---|
| **2.199.** | **Title of contract** | SALES CONTRACT NO EMS110105/ EMS110176/ EMP 205665/ EMP 204984/ EMP205285/ EMP205514/ EMP205703 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | EUROMAR COMMODITIES GMBH JAN PATRICK ROCKER STRASSE 1 16833 FEHRBELLIN GERMANY |
| | **State the term remaining** | MULTIPLE PURCHASE ORDERS | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| **2.200.** | **Title of contract** | EMP206092/ EMS108559/EMS106762/ EMS110081/EMS108905/ EMS108751/ EMS108940/ EMS108982 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | EUROMAR COMMODITIES GMBH JAN PATRICK ROCKER STRASSE 1 16833 FEHRBELLIN GERMANY |
| | **State the term remaining** | MULTIPLE PURCHASE ORDERS | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| **2.201.** | **Title of contract** | EMS109119/ EMS109532/ EMS110074/ EMS110074/ EMS106893/ EMS109533/ EMS109940/ EMS106762/ EMS108559/ EMS110081 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | EUROMAR COMMODITIES GMBH JAN PATRICK ROCKER STRASSE 1 16833 FEHRBELLIN GERMANY |
| | **State the term remaining** | MULTIPLE PURCHASE ORDERS | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| **2.202.** | **Title of contract** | PURCHASE CONTRACT NO. EMP 205340 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SALES CONTRACT | |
| | **Nature of debtor's interest** | SELLER | EUROMAR COMMODITIES GMBH KAKAO PRODUKTE EUROMAR STRASSE 1 FEHRBELLIN 16833 GERMANY |
| | **State the term remaining** | FOB - 12/2015 | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| **2.203.** | **Title of contract** | PURCHASE CONTRACT NO. EMP 205391 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SALES CONTRACT | |
| | **Nature of debtor's interest** | SELLER | EUROMAR COMMODITIES GMBH KAKAO PRODUKTE EUROMAR STRASSE 1 FEHRBELLIN 16833 GERMANY |
| | **State the term remaining** | FOB - 06/2016 | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Transmar Commodity Group Ltd.**                                Case number *(if known)* **16-13625**

| 2.204. | **Title of contract** | PURCHASE CONTRACT NO. EMP 205392 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALES CONTRACT | |
| | **Nature of debtor's interest** | SELLER | EUROMAR COMMODITIES GMBH KAKAO PRODUKTE |
| | **State the term remaining** | FBO-09/2016 | EUROMAR STRASSE 1 FEHRBELLIN 16833 |
| | **List the contract number of any government contract** | _____ | GERMANY |

| 2.205. | **Title of contract** | PURCHASE CONTRACT NO. EMP 205415 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALES CONTRACT | |
| | **Nature of debtor's interest** | SELLER | EUROMAR COMMODITIES GMBH KAKAO PRODUKTE |
| | **State the term remaining** | FBO-03/2016 | EUROMAR STRASSE 1 FEHRBELLIN 16833 |
| | **List the contract number of any government contract** | _____ | GERMANY |

| 2.206. | **Title of contract** | PURCHASE CONTRACT NO. EMP 205660 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALES CONTRACT | |
| | **Nature of debtor's interest** | SELLER | EUROMAR COMMODITIES GMBH KAKAO PRODUKTE |
| | **State the term remaining** | IN-STORE 06/2016 | EUROMAR STRASSE 1 FEHRBELLIN 16833 |
| | **List the contract number of any government contract** | _____ | GERMANY |

| 2.207. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALES CONTRACT | |
| | **Nature of debtor's interest** | SELLER | EUROMAR COMMODITIES GMBH KAKAO PRODUKTE |
| | **State the term remaining** | 09/2016 | EUROMAR STRASSE 1 FEHRBELLIN 16833 |
| | **List the contract number of any government contract** | _____ | GERMANY |

| 2.208. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALES CONTRACT | |
| | **Nature of debtor's interest** | SELLER | EUROMAR COMMODITIES GMBH KAKAO PRODUKTE |
| | **State the term remaining** | FOB | EUROMAR STRASSE 1 FEHRBELLIN 16833 |
| | **List the contract number of any government contract** | _____ | GERMANY |

Debtor   **Transmar Commodity Group Ltd.**                                          Case number *(if known)* **16-13625**

| 2.209. | **Title of contract** | PURCHASE CONTRACT NO. EMP 204858 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALES CONTRACT | |
| | **Nature of debtor's interest** | SELLER | EUROMAR COMMODITIES GMBH KAKAO PRODUKTE EUROMAR STRASSE 1 FEHRBELLIN 16833 GERMANY |
| | **State the term remaining** | IN-STORE 04/2015 | |
| | **List the contract number of any government contract** | _____ | |

| 2.210. | **Title of contract** | PURCHASE CONTRACT NO. EMP 204858 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALES CONTRACT | |
| | **Nature of debtor's interest** | SELLER | EUROMAR COMMODITIES GMBH KAKAO PRODUKTE EUROMAR STRASSE 1 FEHRBELLIN 16833 GERMANY |
| | **State the term remaining** | IN-STORE 04/2015 | |
| | **List the contract number of any government contract** | _____ | |

| 2.211. | **Title of contract** | SALES CONTRACT NO. EMS108359 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALES CONTRACT | |
| | **Nature of debtor's interest** | BUYER | EUROMAR COMMODITIES GMBH KAKAO PRODUKTE EUROMAR STRASSE 1 FEHRBELLIN 16833 GERMANY |
| | **State the term remaining** | FOB-03/2015 | |
| | **List the contract number of any government contract** | _____ | |

| 2.212. | **Title of contract** | SALES CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALES CONTRACT | |
| | **Nature of debtor's interest** | BUYER | EUROMAR COMMODITIES GMBH KAKAO PRODUKTE EUROMAR STRASSE 1 FEHRBELLIN 16833 GERMANY |
| | **State the term remaining** | IN-STORE 11/2014 | |
| | **List the contract number of any government contract** | _____ | |

| 2.213. | **Title of contract** | SALES CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALES CONTRACT | |
| | **Nature of debtor's interest** | BUYER | EUROMAR COMMODITIES GMBH KAKAO PRODUKTE EUROMAR STRASSE 1 FEHRBELLIN 16833 GERMANY |
| | **State the term remaining** | FOB - 03/2015 | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Transmar Commodity Group Ltd.**                                                    Case number *(if known)* **16-13625**

---

**2.214.**  **Title of contract**              SALES CONTRACT                         **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**              SALES CONTRACT

**Nature of debtor's interest**              BUYER                                  EUROMAR COMMODITIES GMBH
                                                                                    KAKAO PRODUKTE
**State the term remaining**              IN-STORE 09/2015                          EUROMAR STRASSE 1
                                                                                    FEHRBELLIN 16833
**List the contract number of any government contract**    _____    GERMANY

---

**2.215.**  **Title of contract**              SALES CONTRACT NO. EMS108724          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**              SALES CONTRACT

**Nature of debtor's interest**              SELLER                                 EUROMAR COMMODITIES GMBH
                                                                                    KAKAO PRODUKTE
**State the term remaining**              IN-STORE 09/2015                          EUROMAR STRASSE 1
                                                                                    FEHRBELLIN 16833
**List the contract number of any government contract**    _____    GERMANY

---

**2.216.**  **Title of contract**              SALES CONTRACT NO. EMP205049          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**              SALES CONTRACT

**Nature of debtor's interest**              SELLER                                 EUROMAR COMMODITIES GMBH
                                                                                    KAKAO PRODUKTE
**State the term remaining**              IN-STORE 10/2015                          EUROMAR STRASSE 1
                                                                                    FEHRBELLIN 16833
**List the contract number of any government contract**    _____    GERMANY

---

**2.217.**  **Title of contract**              SALES CONTRACT NO. EMP204935          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**              SALES CONTRACT

**Nature of debtor's interest**              SELLER                                 EUROMAR COMMODITIES GMBH
                                                                                    KAKAO PRODUKTE
**State the term remaining**              IN-STORE 06/2015                          EUROMAR STRASSE 1
                                                                                    FEHRBELLIN 16833
**List the contract number of any government contract**    _____    GERMANY

---

**2.218.**  **Title of contract**              SALES CONTRACT NO. EMS108812          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**              PURCHASE CONTRACT

**Nature of debtor's interest**              BUYER                                  EUROMAR COMMODITIES GMBH
                                                                                    KAKAO PRODUKTE
**State the term remaining**              FOB-09/2015                               EUROMAR STRASSE 1
                                                                                    FEHRBELLIN 16833
**List the contract number of any government contract**    _____    GERMANY

---

Debtor    **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

---

**2.219.** | **Title of contract** | SALES CONTRACT NO. EMS109101 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | PURCHASE CONTRACT |
| **Nature of debtor's interest** | BUYER | EUROMAR COMMODITIES GMBH
| **State the term remaining** | FOB-01/2017 | KAKAO PRODUKTE
EUROMAR STRASSE 1
| **List the contract number of any government contract** | _____ | FEHRBELLIN 16833
GERMANY

**2.220.** | **Title of contract** | SALES CONTRACT NO. EMS109900 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | PURCHASE CONTRACT |
| **Nature of debtor's interest** | BUYER | EUROMAR COMMODITIES GMBH
| **State the term remaining** | FOB-4/2016 | KAKAO PRODUKTE
EUROMAR STRASSE 1
| **List the contract number of any government contract** | _____ | FEHRBELLIN 16833
GERMANY

**2.221.** | **Title of contract** | SALES CONTRACT NO. EMS109899 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | PURCHASE CONTRACT |
| **Nature of debtor's interest** | BUYER | EUROMAR COMMODITIES GMBH
| **State the term remaining** | FOB-5/2016 | KAKAO PRODUKTE
EUROMAR STRASSE 1
| **List the contract number of any government contract** | _____ | FEHRBELLIN 16833
GERMANY

**2.222.** | **Title of contract** | SALES CONTRACT NO. EMS110105 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | PURCHASE CONTRACT |
| **Nature of debtor's interest** | BUYER | EUROMAR COMMODITIES GMBH
| **State the term remaining** | FOB-8/2016 | KAKAO PRODUKTE
EUROMAR STRASSE 1
| **List the contract number of any government contract** | _____ | FEHRBELLIN 16833
GERMANY

**2.223.** | **Title of contract** | PURCHASE CONTRACT NO. EMP204984 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | SALES CONTRACT |
| **Nature of debtor's interest** | SELLER | EUROMAR COMMODITIES GMBH
| **State the term remaining** | FOB-6/2015 | KAKAO PRODUKTE
EUROMAR STRASSE 1
| **List the contract number of any government contract** | _____ | FEHRBELLIN 16833
GERMANY

Debtor    **Transmar Commodity Group Ltd.**                                        Case number *(if known)* **16-13625**

| 2.224. | **Title of contract** | PURCHASE CONTRACT NO. EMP205285 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALES CONTRACT | |
| | **Nature of debtor's interest** | SELLER | EUROMAR COMMODITIES GMBH |
| | **State the term remaining** | FOB-11/2015 | KAKAO PRODUKTE EUROMAR STRASSE 1 FEHRBELLIN 16833 |
| | **List the contract number of any government contract** | _____ | GERMANY |

| 2.225. | **Title of contract** | PURCHASE CONTRACT NO. EMP205514 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALES CONTRACT | |
| | **Nature of debtor's interest** | SELLER | EUROMAR COMMODITIES GMBH |
| | **State the term remaining** | FOB-3/2016 | KAKAO PRODUKTE EUROMAR STRASSE 1 FEHRBELLIN 16833 |
| | **List the contract number of any government contract** | _____ | GERMANY |

| 2.226. | **Title of contract** | PURCHASE CONTRACT NO. EMP205703 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALES CONTRACT | |
| | **Nature of debtor's interest** | SELLER | EUROMAR COMMODITIES GMBH |
| | **State the term remaining** | FOB-12/2016 | KAKAO PRODUKTE EUROMAR STRASSE 1 FEHRBELLIN 16833 |
| | **List the contract number of any government contract** | _____ | GERMANY |

| 2.227. | **Title of contract** | EMP205771 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALES CONTRACT | |
| | **Nature of debtor's interest** | SELLER | EUROMAR COMMODITIES GMBH |
| | **State the term remaining** | FOB-SPOT | KAKAO PRODUKTE EUROMAR STRASSE 1 FEHRBELLIN 16833 |
| | **List the contract number of any government contract** | _____ | GERMANY |

| 2.228. | **Title of contract** | PURCHASE CONTRACT NO. EMP206142 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALES CONTRACT | |
| | **Nature of debtor's interest** | SELLER | EUROMAR COMMODITIES GMBH |
| | **State the term remaining** | FOB-12/2016 | KAKAO PRODUKTE EUROMAR STRASSE 1 FEHRBELLIN 16833 |
| | **List the contract number of any government contract** | _____ | GERMANY |

Debtor   **Transmar Commodity Group Ltd.**                                          Case number *(if known)* **16-13625**

| 2.229. | Title of contract | PURCHASE CONTRACT NO. EMP206144 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SALES CONTRACT | |
| | Nature of debtor's interest | SELLER | EUROMAR COMMODITIES GMBH KAKAO PRODUKTE EUROMAR STRASSE 1 FEHRBELLIN 16833 GERMANY |
| | State the term remaining | FOB-10/2016 | |
| | List the contract number of any government contract | _____ | |

| 2.230. | Title of contract | PURCHASE CONTRACT NO. EMP205340 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SALES CONTRACT | |
| | Nature of debtor's interest | SELLER | EUROMAR COMMODITIES GMBH KAKAO PRODUKTE EUROMAR STRASSE 1 FEHRBELLIN 16833 GERMANY |
| | State the term remaining | FOB-12/2015 | |
| | List the contract number of any government contract | _____ | |

| 2.231. | Title of contract | PURCHASE CONTRACT NO. EMP205391 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SALES CONTRACT | |
| | Nature of debtor's interest | SELLER | EUROMAR COMMODITIES GMBH KAKAO PRODUKTE EUROMAR STRASSE 1 FEHRBELLIN 16833 GERMANY |
| | State the term remaining | FOB-6/2016 | |
| | List the contract number of any government contract | _____ | |

| 2.232. | Title of contract | PURCHASE CONTRACT NO. EMP205392 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SALES CONTRACT | |
| | Nature of debtor's interest | SELLER | EUROMAR COMMODITIES GMBH KAKAO PRODUKTE EUROMAR STRASSE 1 FEHRBELLIN 16833 GERMANY |
| | State the term remaining | FOB-9/2016 | |
| | List the contract number of any government contract | _____ | |

| 2.233. | Title of contract | PURCHASE CONTRACT NO. EMP205415 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SALES CONTRACT | |
| | Nature of debtor's interest | SELLER | EUROMAR COMMODITIES GMBH KAKAO PRODUKTE EUROMAR STRASSE 1 FEHRBELLIN 16833 GERMANY |
| | State the term remaining | FOB-3/2016 | |
| | List the contract number of any government contract | _____ | |

Debtor    **Transmar Commodity Group Ltd.**                                                    Case number *(if known)* **16-13625**

| 2.234. | Title of contract | PURCHASE CONTRACT NO. EMP205660 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | SALES CONTRACT | |
| | Nature of debtor's interest | SELLER | EUROMAR COMMODITIES GMBH KAKAO PRODUKTE EUROMAR STRASSE 1 FEHRBELLIN 16833 GERMANY |
| | State the term remaining | FOB-6/2016 | |
| | List the contract number of any government contract | _____ | |

| 2.235. | Title of contract | SALES CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | SALES CONTRACT | |
| | Nature of debtor's interest | SELLER | EUROMAR COMMODITIES GMBH KAKAO PRODUKTE EUROMAR STRASSE 1 FEHRBELLIN 16833 GERMANY |
| | State the term remaining | FOB-9/2016 | |
| | List the contract number of any government contract | _____ | |

| 2.236. | Title of contract | SALES CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | SALES CONTRACT | |
| | Nature of debtor's interest | SELLER | EUROMAR COMMODITIES GMBH KAKAO PRODUKTE EUROMAR STRASSE 1 FEHRBELLIN 16833 GERMANY |
| | State the term remaining | FOB-SPOT | |
| | List the contract number of any government contract | _____ | |

| 2.237. | Title of contract | SALES CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | SALES CONTRACT | |
| | Nature of debtor's interest | SELLER | EUROMAR COMMODITIES GMBH KAKAO PRODUKTE EUROMAR STRASSE 1 FEHRBELLIN 16833 GERMANY |
| | State the term remaining | FOB-5/2016 | |
| | List the contract number of any government contract | _____ | |

| 2.238. | Title of contract | SALES CONTRACT NO. EMS107332 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | PURCHASE CONTRACT | |
| | Nature of debtor's interest | BUYER | EUROMAR COMMODITIES GMBH KAKAO PRODUKTE EUROMAR STRASSE 1 FEHRBELLIN 16833 GERMANY |
| | State the term remaining | FOB-11/2015 | |
| | List the contract number of any government contract | _____ | |

Debtor    **Transmar Commodity Group Ltd.**                                              Case number *(if known)* **16-13625**

| 2.239. | **Title of contract** | SALES CONTRACT NO. EMS107333 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | EUROMAR COMMODITIES GMBH KAKAO PRODUKTE EUROMAR STRASSE 1 FEHRBELLIN 16833 GERMANY |
| | **State the term remaining** | FOB-11/2015 | |
| | **List the contract number of any government contract** | _____ | |

| 2.240. | **Title of contract** | SALES CONTRACT NO. EMS109845 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | EUROMAR COMMODITIES GMBH KAKAO PRODUKTE EUROMAR STRASSE 1 FEHRBELLIN 16833 GERMANY |
| | **State the term remaining** | FOB-8/2017 | |
| | **List the contract number of any government contract** | _____ | |

| 2.241. | **Title of contract** | SALES CONTRACT NO. EMS109846 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | EUROMAR COMMODITIES GMBH KAKAO PRODUKTE EUROMAR STRASSE 1 FEHRBELLIN 16833 GERMANY |
| | **State the term remaining** | FOB-4/2017 | |
| | **List the contract number of any government contract** | _____ | |

| 2.242. | **Title of contract** | SALES CONTRACT NO. EMS106798 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | EUROMAR COMMODITIES GMBH KAKAO PRODUKTE EUROMAR STRASSE 1 FEHRBELLIN 16833 GERMANY |
| | **State the term remaining** | FOB-8/2014 | |
| | **List the contract number of any government contract** | _____ | |

| 2.243. | **Title of contract** | PURCHASE CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | EUROMAR COMMODITIES GMBH KAKAO PRODUKTE EUROMAR STRASSE 1 FEHRBELLIN 16833 GERMANY |
| | **State the term remaining** | FOB-1/2015 | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Transmar Commodity Group Ltd.**                                          Case number *(if known)* **16-13625**

| 2.244. | Title of contract | SALES CONTRACT NO.: EMS106856 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SALE CONTRACT | |
| | Nature of debtor's interest | BUYER | EUROMAR COMMODITIES GMBH KAKAO PRODUKTE EUROMAR STRASSE 1 FEHRBELLIN 16833 GERMANY |
| | State the term remaining | DELIVERY PERIOD: MAY 2014-DEC 2014 | |
| | List the contract number of any government contract | _____ | |

| 2.245. | Title of contract | FCC CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PURCHASE CONTRACT | |
| | Nature of debtor's interest | BUYER | EUROMAR COMMODITIES GMBH KAKAO PRODUKTE EUROMAR STRASSE 1 FEHRBELLIN 16833 GERMANY |
| | State the term remaining | DELIVERY PERIOD: SEP 2014-MAR 2015 | |
| | List the contract number of any government contract | _____ | |

| 2.246. | Title of contract | SALES CONTRACT NO.: EMS107389 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SALE CONTRACT | |
| | Nature of debtor's interest | BUYER | EUROMAR COMMODITIES GMBH KAKAO PRODUKTE EUROMAR STRASSE 1 FEHRBELLIN 16833 GERMANY |
| | State the term remaining | DELIVERY PERIOD: JUL 2015-MAR 2016 | |
| | List the contract number of any government contract | _____ | |

| 2.247. | Title of contract | SALES CONTRACT NO.: EMS107438 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SALE CONTRACT | |
| | Nature of debtor's interest | BUYER | EUROMAR COMMODITIES GMBH KAKAO PRODUKTE EUROMAR STRASSE 1 FEHRBELLIN 16833 GERMANY |
| | State the term remaining | DELIVERY PERIOD: JUL 2015-MAR 2016 | |
| | List the contract number of any government contract | _____ | |

| 2.248. | Title of contract | SALES CONTRACT NO.: EMS108060 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SALE CONTRACT | |
| | Nature of debtor's interest | BUYER | EUROMAR COMMODITIES GMBH KAKAO PRODUKTE EUROMAR STRASSE 1 FEHRBELLIN 16833 GERMANY |
| | State the term remaining | DELIVERY PERIOD: MAR 2015-OCT 2015 | |
| | List the contract number of any government contract | _____ | |

Debtor   **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

---

**2.249.** | **Title of contract** | SALES CONTRACT NO.: EMS108119 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | SALE CONTRACT |
| **Nature of debtor's interest** | BUYER | EUROMAR COMMODITIES GMBH KAKAO PRODUKTE EUROMAR STRASSE 1 FEHRBELLIN 16833 GERMANY
| **State the term remaining** | DELIVERY PERIOD: OCT 2016-APRIL 2017 |
| **List the contract number of any government contract** | _____ |

**2.250.** | **Title of contract** | SALES CONTRACT NO.: EMS108154 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | SALE CONTRACT |
| **Nature of debtor's interest** | BUYER | EUROMAR COMMODITIES GMBH KAKAO PRODUKTE EUROMAR STRASSE 1 FEHRBELLIN 16833 GERMANY
| **State the term remaining** | DELIVERY PERIOD: SEP 2015 - FEB 2016 |
| **List the contract number of any government contract** | _____ |

**2.251.** | **Title of contract** | SALES CONTRACT NO.: EMS108669 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | SALE CONTRACT |
| **Nature of debtor's interest** | BUYER | EUROMAR COMMODITIES GMBH KAKAO PRODUKTE EUROMAR STRASSE 1 FEHRBELLIN 16833 GERMANY
| **State the term remaining** | DELIVERY PERIOD: JUN 2015 |
| **List the contract number of any government contract** | _____ |

**2.252.** | **Title of contract** | SALES CONTRACT NO.: EMS109059 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | SALE CONTRACT |
| **Nature of debtor's interest** | BUYER | EUROMAR COMMODITIES GMBH KAKAO PRODUKTE EUROMAR STRASSE 1 FEHRBELLIN 16833 GERMANY
| **State the term remaining** | DELIVERY PERIOD: OCT 2015 |
| **List the contract number of any government contract** | _____ |

**2.253.** | **Title of contract** | SALES CONTRACT NO.: EMS109171 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | SALE CONTRACT |
| **Nature of debtor's interest** | BUYER | EUROMAR COMMODITIES GMBH KAKAO PRODUKTE EUROMAR STRASSE 1 FEHRBELLIN 16833 GERMANY
| **State the term remaining** | DELIVERY PERIOD: DEC 2016-NOV 2017 |
| **List the contract number of any government contract** | _____ |

---

Debtor    **Transmar Commodity Group Ltd.**                                                          Case number *(if known)* **16-13625**

---

**2.254.**  **Title of contract**                SALES CONTRACT NO.: EMS109170            State the name and mailing address
                                                                                          for all other parties with whom the
          **State what the contract or**          SALE CONTRACT                            debtor has an executory contract or
          **lease is for**                                                                 unexpired lease

          **Nature of debtor's interest**         BUYER                                    EUROMAR COMMODITIES GMBH
                                                                                          KAKAO PRODUKTE
          **State the term remaining**            DELIVERY PERIOD: AUG 2015-NOV 2015      EUROMAR STRASSE 1
                                                                                          FEHRBELLIN 16833
          **List the contract number of**         _____        GERMANY
          **any government contract**

**2.255.**  **Title of contract**                SALES CONTRACT NO.: EMS109068            State the name and mailing address
                                                                                          for all other parties with whom the
          **State what the contract or**          SALE CONTRACT                            debtor has an executory contract or
          **lease is for**                                                                 unexpired lease

          **Nature of debtor's interest**         BUYER                                    EUROMAR COMMODITIES GMBH
                                                                                          KAKAO PRODUKTE
          **State the term remaining**            DELIVERY PERIOD: OCT 2015               EUROMAR STRASSE 1
                                                                                          FEHRBELLIN 16833
          **List the contract number of**         _____        GERMANY
          **any government contract**

**2.256.**  **Title of contract**                SALES CONTRACT NO.: EMS109171            State the name and mailing address
                                                                                          for all other parties with whom the
          **State what the contract or**          SALE CONTRACT                            debtor has an executory contract or
          **lease is for**                                                                 unexpired lease

          **Nature of debtor's interest**         BUYER                                    EUROMAR COMMODITIES GMBH
                                                                                          KAKAO PRODUKTE
          **State the term remaining**            DELIVERY PERIOD: DEC 2016-NOV 2017      EUROMAR STRASSE 1
                                                                                          FEHRBELLIN 16833
          **List the contract number of**         _____        GERMANY
          **any government contract**

**2.257.**  **Title of contract**                SALES CONTRACT NO.: EMS109743            State the name and mailing address
                                                                                          for all other parties with whom the
          **State what the contract or**          SALE CONTRACT                            debtor has an executory contract or
          **lease is for**                                                                 unexpired lease

          **Nature of debtor's interest**         BUYER                                    EUROMAR COMMODITIES GMBH
                                                                                          KAKAO PRODUKTE
          **State the term remaining**            DELIVERY PERIOD: DEC 2016-NOV 2017      EUROMAR STRASSE 1
                                                                                          FEHRBELLIN 16833
          **List the contract number of**         _____        GERMANY
          **any government contract**

**2.258.**  **Title of contract**                SALES CONTRACT NO. EMS109983             State the name and mailing address
                                                                                          for all other parties with whom the
          **State what the contract or**          SALE CONTRACT                            debtor has an executory contract or
          **lease is for**                                                                 unexpired lease

          **Nature of debtor's interest**         BUYER                                    EUROMAR COMMODITIES GMBH
                                                                                          KAKAO PRODUKTE
          **State the term remaining**            DELIVERY PERIOD: DEC 2017-NOV 2018      EUROMAR STRASSE 1
                                                                                          FEHRBELLIN 16833
          **List the contract number of**         _____        GERMANY
          **any government contract**

---

Debtor    **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

---

**2.259.** | **Title of contract** | SALES CONTRACT NO. EMS109984 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**State what the contract or lease is for** | SALE CONTRACT

**Nature of debtor's interest** | BUYER

**State the term remaining** | DELIVERY PERIOD: DEC 2016-NOV 2017

**List the contract number of any government contract** | _____

EUROMAR COMMODITIES GMBH
KAKAO PRODUKTE
EUROMAR STRASSE 1
FEHRBELLIN 16833
GERMANY

---

**2.260.** | **Title of contract** | SALES CONTRACT NO. EMS109989 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**State what the contract or lease is for** | SALE CONTRACT

**Nature of debtor's interest** | BUYER

**State the term remaining** | DELIVERY PERIOD: DEC 2016-NOV 2017

**List the contract number of any government contract** | _____

EUROMAR COMMODITIES GMBH
KAKAO PRODUKTE
EUROMAR STRASSE 1
FEHRBELLIN 16833
GERMANY

---

**2.261.** | **Title of contract** | FCC CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**State what the contract or lease is for** | SALE CONTRACT

**Nature of debtor's interest** | BUYER

**State the term remaining** | DELIVERY PERIOD: MAY 2016-DEC 2016

**List the contract number of any government contract** | _____

EUROMAR COMMODITIES GMBH
KAKAO PRODUKTE
EUROMAR STRASSE 1
FEHRBELLIN 16833
GERMANY

---

**2.262.** | **Title of contract** | SALES CONTRACT NO. EMS110371 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**State what the contract or lease is for** | SALE CONTRACT

**Nature of debtor's interest** | BUYER

**State the term remaining** | DELIVERY PERIOD: DEC 2016-NOV 2017

**List the contract number of any government contract** | _____

EUROMAR COMMODITIES GMBH
KAKAO PRODUKTE
EUROMAR STRASSE 1
FEHRBELLIN 16833
GERMANY

---

**2.263.** | **Title of contract** | PURCHASE CONTRACT NO. EMP2058755 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**State what the contract or lease is for** | PURCHASE CONTRACT

**Nature of debtor's interest** | SELLER

**State the term remaining** | DELIVERY PERIOD: MAY 2016-JUN 2016

**List the contract number of any government contract** | _____

EUROMAR COMMODITIES GMBH
KAKAO PRODUKTE
EUROMAR STRASSE 1
FEHRBELLIN 16833
GERMANY

---

Debtor    **Transmar Commodity Group Ltd.**                                                     Case number *(if known)* **16-13625**

| 2.264. | Title of contract | PURCHASE CONTRACT NO. EMP205770 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | PURCHASE CONTRACT | |
| | Nature of debtor's interest | SELLER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | DELIVERY PERIOD: APR 2016 | KAKAO PRODUKTE<br>EUROMAR STRASSE 1<br>FEHRBELLIN 16833 |
| | List the contract number of any government contract | _____ | GERMANY |

| 2.265. | Title of contract | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | PURCHASE CONTRACT | |
| | Nature of debtor's interest | SELLER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | DELIVERY PERIOD: DEC 28, 2016 | KAKAO PRODUKTE<br>EUROMAR STRASSE 1<br>FEHRBELLIN 16833 |
| | List the contract number of any government contract | _____ | GERMANY |

| 2.266. | Title of contract | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | PURCHASE CONTRACT | |
| | Nature of debtor's interest | SELLER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | DELIVERY PERIOD: JUL 2014-JUL 2015 | KAKAO PRODUKTE<br>EUROMAR STRASSE 1<br>FEHRBELLIN 16833 |
| | List the contract number of any government contract | _____ | GERMANY |

| 2.267. | Title of contract | PURCHASE CONTRACT NO. EMP205633 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | PURCHASE CONTRACT | |
| | Nature of debtor's interest | SELLER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | DELIVERY PERIOD: OCT 2014-DEC 2016 | KAKAO PRODUKTE<br>EUROMAR STRASSE 1<br>FEHRBELLIN 16833 |
| | List the contract number of any government contract | _____ | GERMANY |

| 2.268. | Title of contract | PURCHASE CONTRACT NO. EMP 205294 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | PURCHASE CONTRACT | |
| | Nature of debtor's interest | SELLER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | DELIVERY PERIOD: NOV 2015-JAN 2017 | KAKAO PRODUKTE<br>EUROMAR STRASSE 1<br>FEHRBELLIN 16833 |
| | List the contract number of any government contract | _____ | GERMANY |

Debtor    **Transmar Commodity Group Ltd.**                                                    Case number *(if known)* **16-13625**

| 2.269. | Title of contract | PURCHASE CONTRACT NO. EMP205653 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PURCHASE CONTRACT | |
| | Nature of debtor's interest | SELLER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | DELIVERY PERIOD: MAR 2016-JUN 2016 | KAKAO PRODUKTE EUROMAR STRASSE 1 |
| | List the contract number of any government contract | _____ | FEHRBELLIN 16833 GERMANY |

| 2.270. | Title of contract | PURCHASE CONTRACT NO. EMP205748 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PURCHASE CONTRACT | |
| | Nature of debtor's interest | SELLER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | DELIVERY PERIOD: MAY 2016-JUNE 2016 | KAKAO PRODUKTE EUROMAR STRASSE 1 |
| | List the contract number of any government contract | _____ | FEHRBELLIN 16833 GERMANY |

| 2.271. | Title of contract | FCC CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PURCHASE CONTRACT | |
| | Nature of debtor's interest | SELLER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | DELIVERY PERIOD: JUN 2012-MAY 2013 | KAKAO PRODUKTE EUROMAR STRASSE 1 |
| | List the contract number of any government contract | _____ | FEHRBELLIN 16833 GERMANY |

| 2.272. | Title of contract | FCC CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PURCHASE CONTRACT | |
| | Nature of debtor's interest | SELLER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | DELIVERY PERIOD: AUG 2014 | KAKAO PRODUKTE EUROMAR STRASSE 1 |
| | List the contract number of any government contract | _____ | FEHRBELLIN 16833 GERMANY |

| 2.273. | Title of contract | PURCHASE CONTRACT NO. EMP206143 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PURCHASE CONTRACT | |
| | Nature of debtor's interest | SELLER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | DELIVERY PERIOD: OCT 2016 | KAKAO PRODUKTE EUROMAR STRASSE 1 |
| | List the contract number of any government contract | _____ | FEHRBELLIN 16833 GERMANY |

Debtor    **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

| 2.274. | Title of contract | SALES CONTRACT NO. EMS107333 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PURCHASE CONTRACT | |
| | Nature of debtor's interest | BUYER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | DELIVERY PERIOD: DECEMBER 2014-NOVEMBER 2015 | KAKAO PRODUKTE<br>EUROMAR STRASSE 1<br>FEHRBELLIN 16833 |
| | List the contract number of any government contract | _____ | GERMANY |

| 2.275. | Title of contract | FCC CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PURCHASE CONTRACT | |
| | Nature of debtor's interest | BUYER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | DELIVERY PERIOD: APRIL-AUGUST 2014 | EUROMAR STRASSE 1<br>FEHRBELLIN 16833 |
| | List the contract number of any government contract | _____ | GERMANY |

| 2.276. | Title of contract | PURCHASE CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PURCHASE CONTRACT | |
| | Nature of debtor's interest | BUYER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | DELIVERY PERIOD: JANUARY 2015 | EUROMAR STRASSE 1<br>FEHRBELLIN 16833 |
| | List the contract number of any government contract | _____ | GERMANY |

| 2.277. | Title of contract | PURCHASE CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PURCHASE CONTRACT | |
| | Nature of debtor's interest | BUYER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | DELIVERY PERIOD: MAY-DECEMBER 2014 | EUROMAR STRASSE 1<br>FEHRBELLIN 16833 |
| | List the contract number of any government contract | _____ | GERMANY |

| 2.278. | Title of contract | PURCHASE CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PURCHASE CONTRACT | |
| | Nature of debtor's interest | BUYER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | DELIVERY PERIOD: SEPTEMBER 2014-MARCH 2015 | EUROMAR STRASSE 1<br>FEHRBELLIN 16833 |
| | List the contract number of any government contract | _____ | GERMANY |

Debtor   **Transmar Commodity Group Ltd.**                                                                Case number *(if known)* **16-13625**

| 2.279. | Title of contract | SALES CONTRACT NO. EMS107389 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PURCHASE CONTRACT | |
| | Nature of debtor's interest | BUYER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | DELIVERY PERIOD: JULY 2015-MARCH 2016 | EUROMAR STRASSE 1 FEHRBELLIN 16833 GERMANY |
| | List the contract number of any government contract | _____ | |

| 2.280. | Title of contract | SALES CONTRACT NO. EMS107438 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PURCHASE CONTRACT | |
| | Nature of debtor's interest | BUYER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | DELIVERY PERIOD: JULY 2015-MARCH 2016 | EUROMAR STRASSE 1 FEHRBELLIN 16833 GERMANY |
| | List the contract number of any government contract | _____ | |

| 2.281. | Title of contract | SALES CONTRACT NO. EMS108120 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PURCHASE CONTRACT | |
| | Nature of debtor's interest | BUYER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | DELIVERY PERIOD: OCTOBER-DECEMBER 2016 | EUROMAR STRASSE 1 FEHRBELLIN 16833 GERMANY |
| | List the contract number of any government contract | _____ | |

| 2.282. | Title of contract | SALES CONTRACT NO. EMS108705 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PURCHASE CONTRACT | |
| | Nature of debtor's interest | BUYER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | DELIVERY PERIOD: DECEMBER 2015-NOVEMBER 2016 | EUROMAR STRASSE 1 FEHRBELLIN 16833 GERMANY |
| | List the contract number of any government contract | _____ | |

| 2.283. | Title of contract | SALES CONTRACT NO. EMS109086 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PURCHASE CONTRACT | |
| | Nature of debtor's interest | BUYER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | DELIVERY PERIOD: DECEMBER 2016-JUNE 2017 | EUROMAR STRASSE 1 FEHRBELLIN 16833 GERMANY |
| | List the contract number of any government contract | _____ | |

Debtor    **Transmar Commodity Group Ltd.**                                              Case number *(if known)* **16-13625**

**2.284.** | **Title of contract** | PURCHASE CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | PURCHASE CONTRACT |
| **Nature of debtor's interest** | BUYER | EUROMAR COMMODITIES GMBH
| **State the term remaining** | SPOT | EUROMAR STRASSE 1
| **List the contract number of any government contract** | _____ | FEHRBELLIN 16833
| | | GERMANY

**2.285.** | **Title of contract** | PURCHASE CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | PURCHASE CONTRACT |
| **Nature of debtor's interest** | BUYER | EUROMAR COMMODITIES GMBH
| **State the term remaining** | SPOT | EUROMAR STRASSE 1
| **List the contract number of any government contract** | _____ | FEHRBELLIN 16833
| | | GERMANY

**2.286.** | **Title of contract** | SALES CONTRACT NO. EMS109144 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | PURCHASE CONTRACT |
| **Nature of debtor's interest** | BUYER | EUROMAR COMMODITIES GMBH
| **State the term remaining** | DELIVERY PERIOD: JUNE-NOVEMBER 2016 | EUROMAR STRASSE 1
| **List the contract number of any government contract** | _____ | FEHRBELLIN 16833
| | | GERMANY

**2.287.** | **Title of contract** | PURCHASE CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | PURCHASE CONTRACT |
| **Nature of debtor's interest** | BUYER | EUROMAR COMMODITIES GMBH
| **State the term remaining** | DELIVERY PERIOD: AUGUST-NOVEMBER 2015 | EUROMAR STRASSE 1
| **List the contract number of any government contract** | _____ | FEHRBELLIN 16833
| | | GERMANY

**2.288.** | **Title of contract** | SALES CONTRACT NO. EMS109794 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | PURCHASE CONTRACT |
| **Nature of debtor's interest** | BUYER | EUROMAR COMMODITIES GMBH
| **State the term remaining** | DELIVERY PERIOD: APRIL 2016 | EUROMAR STRASSE 1
| **List the contract number of any government contract** | _____ | FEHRBELLIN 16833
| | | GERMANY

Debtor    **Transmar Commodity Group Ltd.**                                              Case number *(if known)* **16-13625**

| 2.289. | Title of contract | SALES CONTRACT NO. EMS109983 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PURCHASE CONTRACT | |
| | Nature of debtor's interest | BUYER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | DELIVERY PERIOD: DECEMBER 2017-NOVEMBER 2018 | EUROMAR STRASSE 1 FEHRBELLIN 16833 GERMANY |
| | List the contract number of any government contract | _____ | |

| 2.290. | Title of contract | SALES CONTRACT NO. EMS109982 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PURCHASE CONTRACT | |
| | Nature of debtor's interest | BUYER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | DELIVERY PERIOD: DECEMBER 2016-NOVEMBER 2017 | EUROMAR STRASSE 1 FEHRBELLIN 16833 GERMANY |
| | List the contract number of any government contract | _____ | |

| 2.291. | Title of contract | SALES CONTRACT NO. EMS109981 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PURCHASE CONTRACT | |
| | Nature of debtor's interest | BUYER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | DELIVERY PERIOD: DECEMBER 2016-NOVEMBER 2017 | EUROMAR STRASSE 1 FEHRBELLIN 16833 GERMANY |
| | List the contract number of any government contract | _____ | |

| 2.292. | Title of contract | SALES CONTRACT NO. EMS109984 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PURCHASE CONTRACT | |
| | Nature of debtor's interest | BUYER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | DELIVERY PERIOD: DECEMBER 2016-NOVEMBER 2017 | EUROMAR STRASSE 1 FEHRBELLIN 16833 GERMANY |
| | List the contract number of any government contract | _____ | |

| 2.293. | Title of contract | SALES CONTRACT NO. EMS109989 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PURCHASE CONTRACT | |
| | Nature of debtor's interest | BUYER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | DELIVERY PERIOD: DECEMBER 2016-JUNE 2017 | EUROMAR STRASSE 1 FEHRBELLIN 16833 GERMANY |
| | List the contract number of any government contract | _____ | |

Debtor   **Transmar Commodity Group Ltd.**                                                  Case number *(if known)* **16-13625**

---

| 2.294. | Title of contract | SALES CONTRACT NO. EMS110108 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PURCHASE CONTRACT | |
| | Nature of debtor's interest | BUYER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | DELIVERY PERIOD: APRIL 2017-NOVEMBER 2017 | EUROMAR STRASSE 1 FEHRBELLIN 16833 GERMANY |
| | List the contract number of any government contract | _____ | |

| 2.295. | Title of contract | SALES CONTRACT NO. EMS110368 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PURCHASE CONTRACT | |
| | Nature of debtor's interest | BUYER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | DELIVERY PERIOD: DECEMBER 2017-NOVEMBER 2018 | EUROMAR STRASSE 1 FEHRBELLIN 16833 GERMANY |
| | List the contract number of any government contract | _____ | |

| 2.296. | Title of contract | SALES CONTRACT NO. EMS110371 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PURCHASE CONTRACT | |
| | Nature of debtor's interest | BUYER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | DELIVERY PERIOD: DECEMBER 2016-JUNE 2017 | EUROMAR STRASSE 1 FEHRBELLIN 16833 GERMANY |
| | List the contract number of any government contract | _____ | |

| 2.297. | Title of contract | PURCHASE CONTRACT NO. EMP205754 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SALE CONTRACT | |
| | Nature of debtor's interest | SELLER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | DELIVERY PERIOD: MAY 2016-JUNE 2016 | EUROMAR STRASSE 1 FEHRBELLIN 16833 GERMANY |
| | List the contract number of any government contract | _____ | |

| 2.298. | Title of contract | PURCHASE CONTRACT NO. EMP205755 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SALE CONTRACT | |
| | Nature of debtor's interest | SELLER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | DELIVERY PERIOD: MAY 2016-JUNE 2016 | EUROMAR STRASSE 1 FEHRBELLIN 16833 GERMANY |
| | List the contract number of any government contract | _____ | |

Debtor    **Transmar Commodity Group Ltd.**                                                           Case number *(if known)* **16-13625**

| 2.299. | Title of contract | PURCHASE CONTRACT NO. EMS205769 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SALE CONTRACT | |
| | Nature of debtor's interest | SELLER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | DELIVERY PERIOD: APRIL 2016 | EUROMAR STRASSE 1 |
| | List the contract number of any government contract | _____ | FEHRBELLIN 16833 GERMANY |

| 2.300. | Title of contract | PURCHASE CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PURCHASE CONTRACT | |
| | Nature of debtor's interest | BUYER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | DELIVERY PERIOD: DECEMBER 2016-APRIL 2017 | EUROMAR STRASSE 1 |
| | List the contract number of any government contract | _____ | FEHRBELLIN 16833 GERMANY |

| 2.301. | Title of contract | PURCHASE CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PURCHASE CONTRACT | |
| | Nature of debtor's interest | BUYER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | DELIVERY PERIOD: MARCH-OCTOBER 2015 | EUROMAR STRASSE 1 |
| | List the contract number of any government contract | _____ | FEHRBELLIN 16833 GERMANY |

| 2.302. | Title of contract | PURCHASE CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PURCHASE CONTRACT | |
| | Nature of debtor's interest | BUYER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | DELIVERY PERIOD: MARCH -DECEMBER 2015 | EUROMAR STRASSE 1 |
| | List the contract number of any government contract | _____ | FEHRBELLIN 16833 GERMANY |

| 2.303. | Title of contract | PURCHASE CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PURCHASE CONTRACT | |
| | Nature of debtor's interest | BUYER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | DELIVERY PERIOD: JANUARY -APRIL 2016 | EUROMAR STRASSE 1 |
| | List the contract number of any government contract | _____ | FEHRBELLIN 16833 GERMANY |

Debtor   **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

---

| 2.304. | **Title of contract** | PURCHASE CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | EUROMAR COMMODITIES GMBH |
| | **State the term remaining** | DELIVERY PERIOD: JUNE 2015 | EUROMAR STRASSE 1 FEHRBELLIN 16833 GERMANY |
| | **List the contract number of any government contract** | _____ | |

| 2.305. | **Title of contract** | PURCHASE CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | EUROMAR COMMODITIES GMBH |
| | **State the term remaining** | DELIVERY PERIOD: OCTOBER 2015-JANUARY 2017 | EUROMAR STRASSE 1 FEHRBELLIN 16833 GERMANY |
| | **List the contract number of any government contract** | _____ | |

| 2.306. | **Title of contract** | PURCHASE CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | EUROMAR COMMODITIES GMBH |
| | **State the term remaining** | DELIVERY PERIOD: DECEMBER 2016-NOVEMBER 2017 | EUROMAR STRASSE 1 FEHRBELLIN 16833 GERMANY |
| | **List the contract number of any government contract** | _____ | |

| 2.307. | **Title of contract** | PURCHASE CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | EUROMAR COMMODITIES GMBH |
| | **State the term remaining** | DELIVERY PERIOD: DECEMBER 2016-APRIL 2017 | EUROMAR STRASSE 1 FEHRBELLIN 16833 GERMANY |
| | **List the contract number of any government contract** | _____ | |

| 2.308. | **Title of contract** | SALES CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | EUROMAR COMMODITIES GMBH |
| | **State the term remaining** | DELIVERY PERIOD: JUNE-DECEMBER 2012 | EUROMAR STRASSE 1 FEHRBELLIN 16833 GERMANY |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

---

**2.309.** | **Title of contract** | SALES CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | SALE CONTRACT |
| **Nature of debtor's interest** | SELLER | EUROMAR COMMODITIES GMBH
| **State the term remaining** | DELIVERY PERIOD: AUGUST 2016-DECEMBER 2017 | EUROMAR STRASSE 1
FEHRBELLIN 16833
GERMANY
| **List the contract number of any government contract** | _____ |

**2.310.** | **Title of contract** | SALES CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | SALE CONTRACT |
| **Nature of debtor's interest** | SELLER | EUROMAR COMMODITIES GMBH
| **State the term remaining** | DELIVERY PERIOD: NOVEMBER 2013-NOVEMBER 2014 | EUROMAR STRASSE 1
FEHRBELLIN 16833
GERMANY
| **List the contract number of any government contract** | _____ |

**2.311.** | **Title of contract** | SALES CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | SALE CONTRACT |
| **Nature of debtor's interest** | SELLER | EUROMAR COMMODITIES GMBH
| **State the term remaining** | DELIVERY PERIOD: OCTOBER 2014 | EUROMAR STRASSE 1
FEHRBELLIN 16833
GERMANY
| **List the contract number of any government contract** | _____ |

**2.312.** | **Title of contract** | SALES CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | SALE CONTRACT |
| **Nature of debtor's interest** | SELLER | EUROMAR COMMODITIES GMBH
| **State the term remaining** | DELIVERY PERIOD: OCTOBER 2014 | EUROMAR STRASSE 1
FEHRBELLIN 16833
GERMANY
| **List the contract number of any government contract** | _____ |

**2.313.** | **Title of contract** | SALES CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | SALE CONTRACT |
| **Nature of debtor's interest** | SELLER | EUROMAR COMMODITIES GMBH
| **State the term remaining** | DELIVERY PERIOD: APRIL 2016 | EUROMAR STRASSE 1
FEHRBELLIN 16833
GERMANY
| **List the contract number of any government contract** | _____ |

Debtor    **Transmar Commodity Group Ltd.**                                                    Case number *(if known)* **16-13625**

| | | | |
|---|---|---|---|
| 2.314. | **Title of contract** | SALES CONTRACT NO. EMS109599 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | EUROMAR COMMODITIES GMBH |
| | **State the term remaining** | DELIVERY PERIOD: MAY 2016-FEB 2017 | KAKAO PRODUKTE EUROMAR STRASSE 1 |
| | **List the contract number of any government contract** | _____ | FEHRBELLIN 16833 GERMANY |

| | | | |
|---|---|---|---|
| 2.315. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | EUROMAR COMMODITIES GMBH |
| | **State the term remaining** | DELIVERY: NOV 2014 | EUROMAR STRASSE 1 FEHRBELLIN 16833 |
| | **List the contract number of any government contract** | _____ | GERMANY |

| | | | |
|---|---|---|---|
| 2.316. | **Title of contract** | SALES CONTRACT NO.: EMS108359 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | EUROMAR COMMODITIES GMBH |
| | **State the term remaining** | DELIVERY: FEB 2015-MAR 2015 | KAKAO PRODUKTE EUROMAR STRASSE 1 |
| | **List the contract number of any government contract** | _____ | FEHRBELLIN 16833 GERMANY |

| | | | |
|---|---|---|---|
| 2.317. | **Title of contract** | SALES CONTRACT NO. EMS108724 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | EUROMAR COMMODITIES GMBH |
| | **State the term remaining** | DELIVERY: AUG 2015-SEP 2015 | EUROMAR STRASSE 1 FEHRBELLIN 16833 |
| | **List the contract number of any government contract** | _____ | GERMANY |

| | | | |
|---|---|---|---|
| 2.318. | **Title of contract** | SALES CONTRACT NO. EMS108812 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | EUROMAR COMMODITIES GMBH |
| | **State the term remaining** | DELIVERY: AUG 2015-SEP 2015 | EUROMAR STRASSE 1 FEHRBELLIN 16833 |
| | **List the contract number of any government contract** | _____ | GERMANY |

Debtor   **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

| 2.319. | Title of contract | SALES CONTRACT NO. EMS109101 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SALE CONTRACT | |
| | Nature of debtor's interest | BUYER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | DELIVERY: OCT 2015-JAN 2017 | EUROMAR STRASSE 1 FEHRBELLIN 16833 |
| | List the contract number of any government contract | | GERMANY |

| 2.320. | Title of contract | SALES CONTRACT NO. EMS109900 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SALE CONTRACT | |
| | Nature of debtor's interest | BUYER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | DELIVERY: APR 2016 | EUROMAR STRASSE 1 FEHRBELLIN 16833 |
| | List the contract number of any government contract | | GERMANY |

| 2.321. | Title of contract | SALES CONTRACT NO. EMS109899 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SALE CONTRACT | |
| | Nature of debtor's interest | BUYER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | DELIVERY: APR 2016-MAY 2016 | EUROMAR STRASSE 1 FEHRBELLIN 16833 |
| | List the contract number of any government contract | | GERMANY |

| 2.322. | Title of contract | SALES CONTRACT NO. EMS110105 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SALE CONTRACT | |
| | Nature of debtor's interest | BUYER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | DELIVERY: AUG 2016 | EUROMAR STRASSE 1 FEHRBELLIN 16833 |
| | List the contract number of any government contract | | GERMANY |

| 2.323. | Title of contract | SALES CONTRACT NO. EMS110176 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SALE CONTRACT | |
| | Nature of debtor's interest | BUYER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | DELIVERY: AUG 2016 | EUROMAR STRASSE 1 FEHRBELLIN 16833 |
| | List the contract number of any government contract | | GERMANY |

Debtor   **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

| | | | |
|---|---|---|---|
| 2.324. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | EUROMAR COMMODITIES GMBH |
| | **State the term remaining** | DELIVERY: SEP 2016-OCT 2016 | EUROMAR STRASSE 1 FEHRBELLIN 16833 |
| | **List the contract number of any government contract** | _____ | GERMANY |

| | | | |
|---|---|---|---|
| 2.325. | **Title of contract** | PURCHASE CONTRACT NO. EMP 205665 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | EUROMAR COMMODITIES GMBH |
| | **State the term remaining** | DELIVERY PERIOD: MAY 2016-JUN 2016 | EUROMAR STRASSE 1 FEHRBELLIN 16833 |
| | **List the contract number of any government contract** | _____ | GERMANY |

| | | | |
|---|---|---|---|
| 2.326. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | EUROMAR COMMODITIES GMBH |
| | **State the term remaining** | DELIVERY PERIOD: APR 2015-MAY 2015 | EUROMAR STRASSE 1 FEHRBELLIN 16833 |
| | **List the contract number of any government contract** | _____ | GERMANY |

| | | | |
|---|---|---|---|
| 2.327. | **Title of contract** | PURCHASE CONTRACT NO. EMP204984 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | EUROMAR COMMODITIES GMBH |
| | **State the term remaining** | DELIVERY PERIOD: JUN 2015-JUN 2015 | EUROMAR STRASSE 1 FEHRBELLIN 16833 |
| | **List the contract number of any government contract** | _____ | GERMANY |

| | | | |
|---|---|---|---|
| 2.328. | **Title of contract** | PURCHASE CONTRACT NO. EMP205285 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | EUROMAR COMMODITIES GMBH |
| | **State the term remaining** | DELIVERY PERIOD: NOV 2015 | EUROMAR STRASSE 1 FEHRBELLIN 16833 |
| | **List the contract number of any government contract** | _____ | GERMANY |

Debtor    **Transmar Commodity Group Ltd.**                                                    Case number *(if known)* **16-13625**

---

**2.329.** | **Title of contract** | PURCHASE CONTRACT NO. EMP205514 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for** — PURCHASE CONTRACT

**Nature of debtor's interest** — SELLER

**State the term remaining** — DELIVERY PERIOD: JAN 2016-MAR 2016

**List the contract number of any government contract** — _____

EUROMAR COMMODITIES GMBH
EUROMAR STRASSE 1
FEHRBELLIN 16833
GERMANY

---

**2.330.** | **Title of contract** | PURCHASE CONTRACT NO. EMP205703 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for** — PURCHASE CONTRACT

**Nature of debtor's interest** — SELLER

**State the term remaining** — DELIVERY PERIOD: OCT 2016-DEC 2016

**List the contract number of any government contract** — _____

EUROMAR COMMODITIES GMBH
EUROMAR STRASSE 1
FEHRBELLIN 16833
GERMANY

---

**2.331.** | **Title of contract** | FCC CONTRACT: BUYER NO. EMP205021 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for** — PURCHASE CONTRACT

**Nature of debtor's interest** — SELLER

**State the term remaining** — DELIVERY PERIOD: APR 2016

**List the contract number of any government contract** — _____

EUROMAR COMMODITIES GMBH
EUROMAR STRASSE 1
FEHRBELLIN 16833
GERMANY

---

**2.332.** | **Title of contract** | FCC CONTRACT: BUYER NO. EMP205022 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for** — PURCHASE CONTRACT

**Nature of debtor's interest** — SELLER

**State the term remaining** — DELIVERY PERIOD: APR 2016

**List the contract number of any government contract** — _____

EUROMAR COMMODITIES GMBH
EUROMAR STRASSE 1
FEHRBELLIN 16833
GERMANY

---

**2.333.** | **Title of contract** | FCC CONTRACT: BUYER NO. EMP205771 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for** — PURCHASE CONTRACT

**Nature of debtor's interest** — SELLER

**State the term remaining** — APRIL 2016

**List the contract number of any government contract** — _____

EUROMAR COMMODITIES GMBH
EUROMAR STRASSE 1
FEHRBELLIN 16833
GERMANY

---

Debtor    **Transmar Commodity Group Ltd.**                                                    Case number *(if known)* **16-13625**

---

| 2.334. | Title of contract | PURCHASE CONTRACT NO. EMP206092 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | PURCHASE CONTRACT | |
| | Nature of debtor's interest | SELLER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | DELIVERY PERIOD: NOV 2016 | EUROMAR STRASSE 1 FEHRBELLIN 16833 |
| | List the contract number of any government contract | _____ | GERMANY |

| 2.335. | Title of contract | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | PURCHASE CONTRACT | |
| | Nature of debtor's interest | SELLER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | DELIVERY PERIOD: NOV 13, 2016 | EUROMAR STRASSE 1 FEHRBELLIN 16833 |
| | List the contract number of any government contract | _____ | GERMANY |

| 2.336. | Title of contract | SALES CONTRACT NO. EMS106762 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | SALE CONTRACT | |
| | Nature of debtor's interest | BUYER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | DELIVERY: JAN 2014-DEC 2014 | EUROMAR STRASSE 1 FEHRBELLIN 16833 |
| | List the contract number of any government contract | _____ | GERMANY |

| 2.337. | Title of contract | SALES CONTRACT NO. EMS108559 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | SALE CONTRACT | |
| | Nature of debtor's interest | BUYER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | DELIVERY: APR 2015 | EUROMAR STRASSE 1 FEHRBELLIN 16833 |
| | List the contract number of any government contract | _____ | GERMANY |

| 2.338. | Title of contract | SALES CONTRACT NO. EMS110081 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | SALE CONTRACT | |
| | Nature of debtor's interest | BUYER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | DELIVERY: OCT 2015 | EUROMAR STRASSE 1 FEHRBELLIN 16833 |
| | List the contract number of any government contract | _____ | GERMANY |

Debtor    **Transmar Commodity Group Ltd.**                                        Case number *(if known)* **16-13625**

---

**2.339.** | **Title of contract** | STANDARD 2-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | SALE CONTRACT |
| **Nature of debtor's interest** | BUYER | EUROMAR COMMODITIES GMBH
| **State the term remaining** | DELIVERY: JUL/SEPT 2012 | EUROMAR STRASSE 1
| **List the contract number of any government contract** | _____ | FEHRBELLIN 16833
GERMANY

**2.340.** | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | SALE CONTRACT |
| **Nature of debtor's interest** | BUYER | EUROMAR COMMODITIES GMBH
| **State the term remaining** | DELIVERY: JAN 2015-MAR 2015 | EUROMAR STRASSE 1
| **List the contract number of any government contract** | _____ | FEHRBELLIN 16833
GERMANY

**2.341.** | **Title of contract** | SALES CONTRACT NO. EMS108905 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | SALE CONTRACT |
| **Nature of debtor's interest** | BUYER | EUROMAR COMMODITIES GMBH
| **State the term remaining** | DELIVERY: SEP 2015 | EUROMAR STRASSE 1
| **List the contract number of any government contract** | _____ | FEHRBELLIN 16833
GERMANY

**2.342.** | **Title of contract** | SALES CONTRACT NO. EMS108751 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | SALE CONTRACT |
| **Nature of debtor's interest** | BUYER | EUROMAR COMMODITIES GMBH
| **State the term remaining** | DELIVERY: AUG 2015-DEC 2015 | EUROMAR STRASSE 1
| **List the contract number of any government contract** | _____ | FEHRBELLIN 16833
GERMANY

**2.343.** | **Title of contract** | SALES CONTRACT NO. EMS108940 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | SALE CONTRACT |
| **Nature of debtor's interest** | BUYER | EUROMAR COMMODITIES GMBH
| **State the term remaining** | DELIVERY: SEP 2015-DEC 2015 | EUROMAR STRASSE 1
| **List the contract number of any government contract** | _____ | FEHRBELLIN 16833
GERMANY

Debtor   **Transmar Commodity Group Ltd.**                                              Case number *(if known)* **16-13625**

| 2.344. | **Title of contract** | SALES CONTRACT NO. EMS108982 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | EUROMAR COMMODITIES GMBH |
| | **State the term remaining** | DELIVERY: SEP 2015-DEC 2015 | EUROMAR STRASSE 1 |
| | **List the contract number of any government contract** | _____ | FEHRBELLIN 16833 GERMANY |

| 2.345. | **Title of contract** | SALES CONTRACT NO. EMS109119 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | EUROMAR COMMODITIES GMBH |
| | **State the term remaining** | DELIVERY: MAR 2016 | EUROMAR STRASSE 1 |
| | **List the contract number of any government contract** | _____ | FEHRBELLIN 16833 GERMANY |

| 2.346. | **Title of contract** | SALES CONTRACT NO. EMS109532 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | EUROMAR COMMODITIES GMBH |
| | **State the term remaining** | DELIVERY: MAR 2016-MAY 2016 | EUROMAR STRASSE 1 |
| | **List the contract number of any government contract** | _____ | FEHRBELLIN 16833 GERMANY |

| 2.347. | **Title of contract** | SALES CONTRACT NO. EMS110074 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | EUROMAR COMMODITIES GMBH |
| | **State the term remaining** | DELIVERY: MAR 2016-MAY 2016 | EUROMAR STRASSE 1 |
| | **List the contract number of any government contract** | _____ | FEHRBELLIN 16833 GERMANY |

| 2.348. | **Title of contract** | FCC CONTRACT, BUYER NO. EMS106893 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | EUROMAR COMMODITIES GMBH |
| | **State the term remaining** | DELIVERY: JAN 2014-MAR 2014 | EUROMAR STRASSE 1 |
| | **List the contract number of any government contract** | _____ | FEHRBELLIN 16833 GERMANY |

Debtor    **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

| 2.349. | **Title of contract** | SALES CONTRACT NO. EMS109533 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | EUROMAR COMMODITIES GMBH |
| | **State the term remaining** | DELIVERY: MAR 2016-MAY 2016 | EUROMAR STRASSE 1 FEHRBELLIN 16833 GERMANY |
| | **List the contract number of any government contract** | _____ | |

| 2.350. | **Title of contract** | SALES CONTRACT NO. EMS109940 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | EUROMAR COMMODITIES GMBH |
| | **State the term remaining** | DELIVERY: SEP 2016-OCT 2016 | EUROMAR STRASSE 1 FEHRBELLIN 16833 GERMANY |
| | **List the contract number of any government contract** | _____ | |

| 2.351. | **Title of contract** | SALES CONTRACT NO. EMS106762 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | EUROMAR COMMODITIES GMBH |
| | **State the term remaining** | DELIVERY: JAN 2014-DEC 2014 | EUROMAR STRASSE 1 FEHRBELLIN 16833 GERMANY |
| | **List the contract number of any government contract** | _____ | |

| 2.352. | **Title of contract** | SALES CONTRACT NO. EMS108559 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | EUROMAR COMMODITIES GMBH |
| | **State the term remaining** | DELIVERY: APR 2015 | EUROMAR STRASSE 1 FEHRBELLIN 16833 GERMANY |
| | **List the contract number of any government contract** | _____ | |

| 2.353. | **Title of contract** | SALES CONTRACT NO. EMS110081 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | EUROMAR COMMODITIES GMBH |
| | **State the term remaining** | DELIVERY: OCT 2015 | EUROMAR STRASSE 1 FEHRBELLIN 16833 GERMANY |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Transmar Commodity Group Ltd.**                                        Case number *(if known)* **16-13625**

| | | | |
|---|---|---|---|
| 2.354. | **Title of contract** | STANDARD 2-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | EUROMAR COMMODITIES GMBH |
| | **State the term remaining** | DELIVERY: JULY/SEPT 2012 | EUROMAR STRASSE 1 |
| | **List the contract number of any government contract** | _____ | FEHRBELLIN 16833 GERMANY |

| | | | |
|---|---|---|---|
| 2.355. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | EUROMAR COMMODITIES GMBH |
| | **State the term remaining** | DELIVERY: JAN 2015-MAR 2015 | EUROMAR STRASSE 1 |
| | **List the contract number of any government contract** | _____ | FEHRBELLIN 16833 GERMANY |

| | | | |
|---|---|---|---|
| 2.356. | **Title of contract** | SALES CONTRACT NO. EMS108905 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | EUROMAR COMMODITIES GMBH |
| | **State the term remaining** | DELIVERY: SEP 2015 | EUROMAR STRASSE 1 |
| | **List the contract number of any government contract** | _____ | FEHRBELLIN 16833 GERMANY |

| | | | |
|---|---|---|---|
| 2.357. | **Title of contract** | SALES CONTRACT NO. EMS108751 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | EUROMAR COMMODITIES GMBH |
| | **State the term remaining** | DELIVERY: AUG 2015-DEC 2015 | EUROMAR STRASSE 1 |
| | **List the contract number of any government contract** | _____ | FEHRBELLIN 16833 GERMANY |

| | | | |
|---|---|---|---|
| 2.358. | **Title of contract** | SALES CONTRACT NO. EMS108940 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | EUROMAR COMMODITIES GMBH |
| | **State the term remaining** | DELIVERY: SEP 2015-DEC 2015 | EUROMAR STRASSE 1 |
| | **List the contract number of any government contract** | _____ | FEHRBELLIN 16833 GERMANY |

Debtor    **Transmar Commodity Group Ltd.**                                          Case number *(if known)* **16-13625**

| 2.359. | Title of contract | SALES CONTRACT NO. EMS108982 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SALE CONTRACT | |
| | Nature of debtor's interest | BUYER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | DELIVERY: SEP 2015-DEC 2015 | EUROMAR STRASSE 1 FEHRBELLIN 16833 |
| | List the contract number of any government contract | _____ | GERMANY |

| 2.360. | Title of contract | SALES CONTRACT NO. EMS109119 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SALE CONTRACT | |
| | Nature of debtor's interest | BUYER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | DELIVERY: MAR 2016 | EUROMAR STRASSE 1 FEHRBELLIN 16833 |
| | List the contract number of any government contract | _____ | GERMANY |

| 2.361. | Title of contract | SALES CONTRACT NO. EMS109532 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SALE CONTRACT | |
| | Nature of debtor's interest | BUYER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | DELIVERY: MAR 2016-MAY 2016 | EUROMAR STRASSE 1 FEHRBELLIN 16833 |
| | List the contract number of any government contract | _____ | GERMANY |

| 2.362. | Title of contract | SALES CONTRACT NO. EMS110074 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SALE CONTRACT | |
| | Nature of debtor's interest | BUYER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | DELIVERY: AUG 2016 | EUROMAR STRASSE 1 FEHRBELLIN 16833 |
| | List the contract number of any government contract | _____ | GERMANY |

| 2.363. | Title of contract | SALES CONTRACT NO. EMS106893 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SALE CONTRACT | |
| | Nature of debtor's interest | BUYER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | DELIVERY: JAN 2014-MAR 2014 | EUROMAR STRASSE 1 FEHRBELLIN 16833 |
| | List the contract number of any government contract | _____ | GERMANY |

Debtor   **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

| 2.364. | **Title of contract** | SALES CONTRACT NO. EMS109533 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | EUROMAR COMMODITIES GMBH |
| | **State the term remaining** | DELIVERY: MAR 2016-MAY 2016 | EUROMAR STRASSE 1 FEHRBELLIN 16833 GERMANY |
| | **List the contract number of any government contract** | _____ | |

| 2.365. | **Title of contract** | PURCHASE CONTRACT NO. EMP205768 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | EUROMAR COMMODITIES GMBH |
| | **State the term remaining** | DELIVERY PERIOD: APR 2016 | EUROMAR STRASSE 1 FEHRBELLIN 16833 GERMANY |
| | **List the contract number of any government contract** | _____ | |

| 2.366. | **Title of contract** | PURCHASE CONTRACT NO. EMP205303 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | EUROMAR COMMODITIES GMBH |
| | **State the term remaining** | DELIVERY PERIOD: OCT 2015 | EUROMAR STRASSE 1 FEHRBELLIN 16833 GERMANY |
| | **List the contract number of any government contract** | _____ | |

| 2.367. | **Title of contract** | PURCHASE CONTRACT NO. EMP205706 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | EUROMAR COMMODITIES GMBH |
| | **State the term remaining** | DELIVERY PERIOD: APR 2016-JUL 2016 | EUROMAR STRASSE 1 FEHRBELLIN 16833 GERMANY |
| | **List the contract number of any government contract** | _____ | |

| 2.368. | **Title of contract** | PURCHASE CONTRACT NO. EMP206142 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | EUROMAR COMMODITIES GMBH |
| | **State the term remaining** | DELIVERY PERIOD: DEC 2016 | EUROMAR STRASSE 1 FEHRBELLIN 16833 GERMANY |
| | **List the contract number of any government contract** | _____ | |

Debtor   **Transmar Commodity Group Ltd.**                                              Case number *(if known)* **16-13625**

| | | | |
|---|---|---|---|
| 2.369. | **Title of contract** | PURCHASE CONTRACT NO. EMP205507 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | EUROMAR COMMODITIES GMBH |
| | **State the term remaining** | DELIVERY PERIOD: NOV 2016 | EUROMAR STRASSE 1 FEHRBELLIN 16833 |
| | **List the contract number of any government contract** | _____ | GERMANY |

| | | | |
|---|---|---|---|
| 2.370. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | EUROMAR COMMODITIES GMBH |
| | **State the term remaining** | _____ | EUROMAR STRASSE 1 FEHRBELLIN 16833 |
| | **List the contract number of any government contract** | _____ | GERMANY |

| | | | |
|---|---|---|---|
| 2.371. | **Title of contract** | PURCHASE CONTRACT NO. EMP206144 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | EUROMAR COMMODITIES GMBH |
| | **State the term remaining** | DELIVERY PERIOD: OCT 2016 | EUROMAR STRASSE 1 FEHRBELLIN 16833 |
| | **List the contract number of any government contract** | _____ | GERMANY |

| | | | |
|---|---|---|---|
| 2.372. | **Title of contract** | SALES CONTRACT NO. EMS109794 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | EUROMAR COMMODITIES GMBH |
| | **State the term remaining** | DELIVERY: APR 2016 | EUROMAR STRASSE 1 FEHRBELLIN 16833 |
| | **List the contract number of any government contract** | _____ | GERMANY |

| | | | |
|---|---|---|---|
| 2.373. | **Title of contract** | SALES CONTRACT NO. EMS108705 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | EUROMAR COMMODITIES GMBH |
| | **State the term remaining** | DELIVERY: DEC 2015-NOV 2016 | EUROMAR STRASSE 1 FEHRBELLIN 16833 |
| | **List the contract number of any government contract** | _____ | GERMANY |

Debtor   **Transmar Commodity Group Ltd.**                                                          Case number *(if known)* **16-13625**

| 2.374. | Title of contract | SALES CONTRACT NO. EMS109086 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SALE CONTRACT | |
| | Nature of debtor's interest | BUYER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | DELIVERY: DEC 2016-JUN 2017 | EUROMAR STRASSE 1 FEHRBELLIN 16833 |
| | List the contract number of any government contract | _____ | GERMANY |

| 2.375. | Title of contract | SALES CONTRACT NO. EMS109057 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SALE CONTRACT | |
| | Nature of debtor's interest | BUYER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | DELIVERY: DEC 2016-JUN 2017 | EUROMAR STRASSE 1 FEHRBELLIN 16833 |
| | List the contract number of any government contract | _____ | GERMANY |

| 2.376. | Title of contract | SALES CONTRACT NO. EMS109144 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SALE CONTRACT | |
| | Nature of debtor's interest | BUYER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | DELIVERY: JUN 2016-NOV 2016 | EUROMAR STRASSE 1 FEHRBELLIN 16833 |
| | List the contract number of any government contract | _____ | GERMANY |

| 2.377. | Title of contract | SALES CONTRACT NO. EMS109983 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SALE CONTRACT | |
| | Nature of debtor's interest | BUYER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | DELIVERY: DEC 2017-NOV 2018 | EUROMAR STRASSE 1 FEHRBELLIN 16833 |
| | List the contract number of any government contract | _____ | GERMANY |

| 2.378. | Title of contract | SALES CONTRACT NO. EMS109982 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SALE CONTRACT | |
| | Nature of debtor's interest | BUYER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | DELIVERY: DEC 2016-NOV 2017 | EUROMAR STRASSE 1 FEHRBELLIN 16833 |
| | List the contract number of any government contract | _____ | GERMANY |

Debtor    **Transmar Commodity Group Ltd.**                                        Case number *(if known)* **16-13625**

---

**2.379.**  **Title of contract**                  SALES CONTRACT NO. EMS109981                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**        SALE CONTRACT

**Nature of debtor's interest**    BUYER

**State the term remaining**       DELIVERY: DEC 2016-NOV 2017                     EUROMAR COMMODITIES GMBH
                                                                                   EUROMAR STRASSE 1
**List the contract number of any government contract**        _____              FEHRBELLIN 16833
                                                                                   GERMANY

---

**2.380.**  **Title of contract**                  PURCHASE CONTRACT NO. EMP205754                 **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**        PURCHASE CONTRACT

**Nature of debtor's interest**    SELLER

**State the term remaining**       DELIVERY PERIOD: MAY 2016-JUN 2016              EUROMAR COMMODITIES GMBH
                                                                                   EUROMAR STRASSE 1
**List the contract number of any government contract**        _____              FEHRBELLIN 16833
                                                                                   GERMANY

---

**2.381.**  **Title of contract**                  PURCHASE CONTRACT NO. EMP205769                 **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**        PURCHASE CONTRACT

**Nature of debtor's interest**    SELLER

**State the term remaining**       DELIVERY PERIOD: APR 2016                       EUROMAR COMMODITIES GMBH
                                                                                   EUROMAR STRASSE 1
**List the contract number of any government contract**        _____              FEHRBELLIN 16833
                                                                                   GERMANY

---

**2.382.**  **Title of contract**                  PURCHASE CONTRACT NO. EMP205781                 **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**        PURCHASE CONTRACT

**Nature of debtor's interest**    SELLER

**State the term remaining**       DELIVERY PERIOD: MAY 2016                       EUROMAR COMMODITIES GMBH
                                                                                   EUROMAR STRASSE 1
**List the contract number of any government contract**        _____              FEHRBELLIN 16833
                                                                                   GERMANY

---

**2.383.**  **Title of contract**                  FCC CONTRACT/BUYER NO.: EMP202901               **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**        PURCHASE CONTRACT

**Nature of debtor's interest**    SELLER

**State the term remaining**       DELIVERY PERIOD: JUN/DEC 2012                   EUROMAR COMMODITIES GMBH
                                                                                   EUROMAR STRASSE 1
**List the contract number of any government contract**        _____              FEHRBELLIN 16833
                                                                                   GERMANY

---

Debtor    **Transmar Commodity Group Ltd.**                                      Case number *(if known)* **16-13625**

| 2.384. | **Title of contract** | FCC CONTRACT/BUYER NO.: EMP202991 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | EUROMAR COMMODITIES GMBH |
| | **State the term remaining** | DELIVERY PERIOD: AUG/DEC 2012 | EUROMAR STRASSE 1 FEHRBELLIN 16833 GERMANY |
| | **List the contract number of any government contract** | _____ | |

| 2.385. | **Title of contract** | PURCHASE CONTRACT NO. EMP204083 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | EUROMAR COMMODITIES GMBH |
| | **State the term remaining** | DELIVERY PERIOD: APR 2014-JUN 2014 | EUROMAR STRASSE 1 FEHRBELLIN 16833 GERMANY |
| | **List the contract number of any government contract** | _____ | |

| 2.386. | **Title of contract** | PURCHASE CONTRACT NO. EMP204129 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | EUROMAR COMMODITIES GMBH |
| | **State the term remaining** | DELIVERY PERIOD: APR 2014 | EUROMAR STRASSE 1 FEHRBELLIN 16833 GERMANY |
| | **List the contract number of any government contract** | _____ | |

| 2.387. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | EUROMAR COMMODITIES GMBH |
| | **State the term remaining** | DELIVERY PERIOD: OCT 2014 | EUROMAR STRASSE 1 FEHRBELLIN 16833 GERMANY |
| | **List the contract number of any government contract** | _____ | |

| 2.388. | **Title of contract** | PURCHASE CONTRACT NO. EMP205049 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | EUROMAR COMMODITIES GMBH |
| | **State the term remaining** | DELIVERY PERIOD: OCT 2015 | EUROMAR STRASSE 1 FEHRBELLIN 16833 GERMANY |
| | **List the contract number of any government contract** | _____ | |

Debtor   **Transmar Commodity Group Ltd.**                                      Case number *(if known)* **16-13625**

**2.389.** **Title of contract** PURCHASE CONTRACT NO. EMP205159

**State what the contract or lease is for** PURCHASE CONTRACT

**Nature of debtor's interest** SELLER

**State the term remaining** DELIVERY PERIOD: AUG 2015-NOV 2015

**List the contract number of any government contract** _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

EUROMAR COMMODITIES GMBH
EUROMAR STRASSE 1
FEHRBELLIN 16833
GERMANY

**2.390.** **Title of contract** PURCHASE CONTRACT NO. EMP205160

**State what the contract or lease is for** PURCHASE CONTRACT

**Nature of debtor's interest** SELLER

**State the term remaining** DELIVERY PERIOD: SEP 2015

**List the contract number of any government contract** _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

EUROMAR COMMODITIES GMBH
EUROMAR STRASSE 1
FEHRBELLIN 16833
GERMANY

**2.391.** **Title of contract** PURCHASE CONTRACT NO. EMP205098

**State what the contract or lease is for** PURCHASE CONTRACT

**Nature of debtor's interest** SELLER

**State the term remaining** DELIVERY PERIOD: SEP 2015-DEC 2015

**List the contract number of any government contract** _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

EUROMAR COMMODITIES GMBH
EUROMAR STRASSE 1
FEHRBELLIN 16833
GERMANY

**2.392.** **Title of contract** PURCHASE CONTRACT NO. EMP205292

**State what the contract or lease is for** PURCHASE CONTRACT

**Nature of debtor's interest** SELLER

**State the term remaining** DELIVERY PERIOD: NOV 2015-JAN 2017

**List the contract number of any government contract** _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

EUROMAR COMMODITIES GMBH
EUROMAR STRASSE 1
FEHRBELLIN 16833
GERMANY

**2.393.** **Title of contract** PURCHASE CONTRACT NO. EMP205654

**State what the contract or lease is for** PURCHASE CONTRACT

**Nature of debtor's interest** SELLER

**State the term remaining** DELIVERY PERIOD: MAR 2016-JUN 2016

**List the contract number of any government contract** _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

EUROMAR COMMODITIES GMBH
EUROMAR STRASSE 1
FEHRBELLIN 16833
GERMANY

Debtor   **Transmar Commodity Group Ltd.**                                     Case number *(if known)* **16-13625**

| 2.394. | Title of contract | PURCHASE CONTRACT NO. EMP205670 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PURCHASE CONTRACT | |
| | Nature of debtor's interest | SELLER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | DELIVERY PERIOD: MAR 2016-JUN 2016 | EUROMAR STRASSE 1 |
| | List the contract number of any government contract | _____ | FEHRBELLIN 16833 GERMANY |

| 2.395. | Title of contract | PURCHASE CONTRACT NO. EMP205672 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PURCHASE CONTRACT | |
| | Nature of debtor's interest | SELLER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | DELIVERY PERIOD: MAR 2016-JUN 2016 | EUROMAR STRASSE 1 |
| | List the contract number of any government contract | _____ | FEHRBELLIN 16833 GERMANY |

| 2.396. | Title of contract | PURCHASE CONTRACT NO. EMP205698 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PURCHASE CONTRACT | |
| | Nature of debtor's interest | SELLER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | DELIVERY PERIOD: APR 2016-JUL 2016 | EUROMAR STRASSE 1 |
| | List the contract number of any government contract | _____ | FEHRBELLIN 16833 GERMANY |

| 2.397. | Title of contract | PURCHASE CONTRACT NO. EMP205507 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PURCHASE CONTRACT | |
| | Nature of debtor's interest | SELLER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | DELIVERY PERIOD: NOV 2016 | EUROMAR STRASSE 1 |
| | List the contract number of any government contract | _____ | FEHRBELLIN 16833 GERMANY |

| 2.398. | Title of contract | FCC CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PURCHASE CONTRACT | |
| | Nature of debtor's interest | SELLER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | DELIVERY PERIOD: AUG 2012/JAN 2013 | EUROMAR STRASSE 1 |
| | List the contract number of any government contract | _____ | FEHRBELLIN 16833 GERMANY |

Debtor    **Transmar Commodity Group Ltd.**                                                          Case number *(if known)* **16-13625**

| 2.399. | Title of contract | FCC CONTRACT/BUYER NO.: EMP203402 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PURCHASE CONTRACT | |
| | Nature of debtor's interest | SELLER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | DELIVERY PERIOD: APR 2013 | EUROMAR STRASSE 1 FEHRBELLIN 16833 GERMANY |
| | List the contract number of any government contract | _____ | |

| 2.400. | Title of contract | FCC CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PURCHASE CONTRACT | |
| | Nature of debtor's interest | SELLER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | DELIVERY PERIOD: APR/DEC 2013 | EUROMAR STRASSE 1 FEHRBELLIN 16833 GERMANY |
| | List the contract number of any government contract | _____ | |

| 2.401. | Title of contract | FCC CONTRACT/BUYER NO.: EMP203849 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PURCHASE CONTRACT | |
| | Nature of debtor's interest | SELLER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | DELIVERY PERIOD: NOV 2013-DEC 2014 | EUROMAR STRASSE 1 FEHRBELLIN 16833 GERMANY |
| | List the contract number of any government contract | _____ | |

| 2.402. | Title of contract | PURCHASE CONTRACT NO. EMP205535 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PURCHASE CONTRACT | |
| | Nature of debtor's interest | SELLER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | DELIVERY PERIOD: FEB 2016-APR 2016 | EUROMAR STRASSE 1 FEHRBELLIN 16833 GERMANY |
| | List the contract number of any government contract | _____ | |

| 2.403. | Title of contract | SALES CONTRACT NO. EMS109447 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SALE CONTRACT | |
| | Nature of debtor's interest | BUYER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | DELIVERY: JAN 2016 | EUROMAR STRASSE 1 FEHRBELLIN 16833 GERMANY |
| | List the contract number of any government contract | _____ | |

Debtor   **Transmar Commodity Group Ltd.**                                              Case number *(if known)* **16-13625**

**2.404.**   **Title of contract**                 PURCHASE CONTRACT NO. EMP205534                    State the name and mailing address
                                                                                                     for all other parties with whom the
             **State what the contract or**        PURCHASE CONTRACT                                  debtor has an executory contract or
             **lease is for**                                                                         unexpired lease

             **Nature of debtor's interest**       SELLER                                             EUROMAR COMMODITIES GMBH
                                                                                                     EUROMAR STRASSE 1
             **State the term remaining**          DELIVERY PERIOD: FEB 2016-APR 2016                 FEHRBELLIN 16833
                                                                                                     GERMANY
             **List the contract number of**       _____
             **any government contract**

**2.405.**   **Title of contract**                 SALES CONTRACT NO. EMS109446                       State the name and mailing address
                                                                                                     for all other parties with whom the
             **State what the contract or**        SALE CONTRACT                                      debtor has an executory contract or
             **lease is for**                                                                         unexpired lease

             **Nature of debtor's interest**       BUYER                                              EUROMAR COMMODITIES GMBH
                                                                                                     EUROMAR STRASSE 1
             **State the term remaining**          DELIVERY: JAN 2016                                 FEHRBELLIN 16833
                                                                                                     GERMANY
             **List the contract number of**       _____
             **any government contract**

**2.406.**   **Title of contract**                 FCC CONTRACT                                       State the name and mailing address
                                                                                                     for all other parties with whom the
             **State what the contract or**        PURCHASE CONTRACT                                  debtor has an executory contract or
             **lease is for**                                                                         unexpired lease

             **Nature of debtor's interest**       SELLER                                             EUROMAR COMMODITIES GMBH
                                                                                                     EUROMAR STRASSE 1
             **State the term remaining**          _____           FEHRBELLIN 16833
                                                                                                     GERMANY
             **List the contract number of**       _____
             **any government contract**

**2.407.**   **Title of contract**                 SALES CONTRACT NO. EMS108268                       State the name and mailing address
                                                                                                     for all other parties with whom the
             **State what the contract or**        SALE CONTRACT                                      debtor has an executory contract or
             **lease is for**                                                                         unexpired lease

             **Nature of debtor's interest**       BUYER                                              EUROMAR COMMODITIES GMBH
                                                                                                     EUROMAR STRASSE 1
             **State the term remaining**          DELIVERY: JAN 2015-FEB 2015                        FEHRBELLIN 16833
                                                                                                     GERMANY
             **List the contract number of**       _____
             **any government contract**

**2.408.**   **Title of contract**                 FCC CONTRACT/BUYER NO.:P007557                     State the name and mailing address
                                                                                                     for all other parties with whom the
             **State what the contract or**        SALE CONTRACT                                      debtor has an executory contract or
             **lease is for**                                                                         unexpired lease

             **Nature of debtor's interest**       BUYER                                              EUROMAR COMMODITIES GMBH
                                                                                                     EUROMAR STRASSE 1
             **State the term remaining**          DELIVERY: JAN 2015-FEB 2015                        FEHRBELLIN 16833
                                                                                                     GERMANY
             **List the contract number of**       _____
             **any government contract**

Debtor   **Transmar Commodity Group Ltd.**                                   Case number *(if known)* **16-13625**

---

**2.409.** | **Title of contract** | SALES CONTRACT NO. EMS109099 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| **State what the contract or lease is for** | SALE CONTRACT |

| **Nature of debtor's interest** | BUYER | EUROMAR COMMODITIES GMBH
EUROMAR STRASSE 1
FEHRBELLIN 16833
GERMANY

| **State the term remaining** | DELIVERY: OCT 2015-JAN 2017 |

| **List the contract number of any government contract** | _____ |

---

**2.410.** | **Title of contract** | SALES CONTRACT NO. EMS109172 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| **State what the contract or lease is for** | SALE CONTRACT |

| **Nature of debtor's interest** | BUYER | EUROMAR COMMODITIES GMBH
EUROMAR STRASSE 1
FEHRBELLIN 16833
GERMANY

| **State the term remaining** | DELIVERY: NOV 2015 |

| **List the contract number of any government contract** | _____ |

---

**2.411.** | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| **State what the contract or lease is for** | SALE CONTRACT |

| **Nature of debtor's interest** | BUYER | EUROMAR COMMODITIES GMBH
EUROMAR STRASSE 1
FEHRBELLIN 16833
GERMANY

| **State the term remaining** | DELIVERY: DEC 2015-JAN 2016 |

| **List the contract number of any government contract** | _____ |

---

**2.412.** | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| **State what the contract or lease is for** | SALE CONTRACT |

| **Nature of debtor's interest** | BUYER | EUROMAR COMMODITIES GMBH
EUROMAR STRASSE 1
FEHRBELLIN 16833
GERMANY

| **State the term remaining** | DELIVERY: JAN 2015 |

| **List the contract number of any government contract** | _____ |

---

**2.413.** | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| **State what the contract or lease is for** | SALE CONTRACT |

| **Nature of debtor's interest** | BUYER | EUROMAR COMMODITIES GMBH
EUROMAR STRASSE 1
FEHRBELLIN 16833
GERMANY

| **State the term remaining** | DELIVERY: APR 2016-MAY 2016 |

| **List the contract number of any government contract** | _____ |

---

Debtor   **Transmar Commodity Group Ltd.**                                          Case number *(if known)* **16-13625**

| 2.414. | Title of contract | PURCHASE CONTRACT NO. EMP205340 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PURCHASE CONTRACT | |
| | Nature of debtor's interest | SELLER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | DELIVERY PERIOD: NOV 2015-DEC 2015 | EUROMAR STRASSE 1 FEHRBELLIN 16833 |
| | List the contract number of any government contract | _____ | GERMANY |

| 2.415. | Title of contract | PURCHASE CONTRACT NO. EMP205391 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PURCHASE CONTRACT | |
| | Nature of debtor's interest | SELLER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | DELIVERY PERIOD: APR 2016-JUN 2016 | EUROMAR STRASSE 1 FEHRBELLIN 16833 |
| | List the contract number of any government contract | _____ | GERMANY |

| 2.416. | Title of contract | PURCHASE CONTRACT NO. EMP205392 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PURCHASE CONTRACT | |
| | Nature of debtor's interest | SELLER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | DELIVERY PERIOD: JUL 2016-SEP 2016 | EUROMAR STRASSE 1 FEHRBELLIN 16833 |
| | List the contract number of any government contract | _____ | GERMANY |

| 2.417. | Title of contract | PURCHASE CONTRACT NO. EMP205415 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PURCHASE CONTRACT | |
| | Nature of debtor's interest | SELLER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | DELIVERY PERIOD: JAN 2016-MAR 2016 | EUROMAR STRASSE 1 FEHRBELLIN 16833 |
| | List the contract number of any government contract | _____ | GERMANY |

| 2.418. | Title of contract | PURCHASE CONTRACT NO. EMP205660 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PURCHASE CONTRACT | |
| | Nature of debtor's interest | SELLER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | DELIVERY PERIOD: JUN 2016 | EUROMAR STRASSE 1 FEHRBELLIN 16833 |
| | List the contract number of any government contract | _____ | GERMANY |

Debtor   **Transmar Commodity Group Ltd.**                                                     Case number *(if known)* **16-13625**

---

**2.419.** | **Title of contract** | FCC CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | PURCHASE CONTRACT |
| **Nature of debtor's interest** | SELLER | EUROMAR COMMODITIES GMBH
| **State the term remaining** | DELIVERY PERIOD: JUN 2016-SEP 2016 | EUROMAR STRASSE 1
| **List the contract number of any government contract** | _____ | FEHRBELLIN 16833
| | | GERMANY

**2.420.** | **Title of contract** | FCC CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | PURCHASE CONTRACT |
| **Nature of debtor's interest** | SELLER | EUROMAR COMMODITIES GMBH
| **State the term remaining** | SEPTERMBER 2016 | EUROMAR STRASSE 1
| **List the contract number of any government contract** | _____ | FEHRBELLIN 16833
| | | GERMANY

**2.421.** | **Title of contract** | FCC CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | PURCHASE CONTRACT |
| **Nature of debtor's interest** | SELLER | EUROMAR COMMODITIES GMBH
| **State the term remaining** | DELIVERY PERIOD: APR 2016-MAY 2016 | EUROMAR STRASSE 1
| **List the contract number of any government contract** | _____ | FEHRBELLIN 16833
| | | GERMANY

**2.422.** | **Title of contract** | SALES CONTRACT NO. EMS107332 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | SALE CONTRACT |
| **Nature of debtor's interest** | BUYER | EUROMAR COMMODITIES GMBH
| **State the term remaining** | DELIVERY: SEP 2014-NOV 2015 | EUROMAR STRASSE 1
| **List the contract number of any government contract** | _____ | FEHRBELLIN 16833
| | | GERMANY

**2.423.** | **Title of contract** | SALES CONTRACT NO. EMS107333 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | SALE CONTRACT |
| **Nature of debtor's interest** | BUYER | EUROMAR COMMODITIES GMBH
| **State the term remaining** | DELIVERY: DEC 2014-NOV 2015 | EUROMAR STRASSE 1
| **List the contract number of any government contract** | _____ | FEHRBELLIN 16833
| | | GERMANY

Debtor   **Transmar Commodity Group Ltd.**                                        Case number *(if known)* **16-13625**

| 2.424. | **Title of contract** | SALES CONTRACT NO. EMS106798 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | EUROMAR COMMODITIES GMBH |
| | **State the term remaining** | DELIVERY: APR 2014-AUG 2014 | EUROMAR STRASSE 1 FEHRBELLIN 16833 |
| | **List the contract number of any government contract** | _____ | GERMANY |

| 2.425. | **Title of contract** | SALES CONTRACT NO. EMS107643 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | EUROMAR COMMODITIES GMBH |
| | **State the term remaining** | DELIVERY: JAN 2015-DEC 2015 | EUROMAR STRASSE 1 FEHRBELLIN 16833 |
| | **List the contract number of any government contract** | _____ | GERMANY |

| 2.426. | **Title of contract** | SALES CONTRACT NO. EMS106856 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | EUROMAR COMMODITIES GMBH |
| | **State the term remaining** | DELIVERY: MAY 2014-DEC 2014 | EUROMAR STRASSE 1 FEHRBELLIN 16833 |
| | **List the contract number of any government contract** | _____ | GERMANY |

| 2.427. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | EUROMAR COMMODITIES GMBH |
| | **State the term remaining** | DELIVERY: SEP 2014/MAR 2015 | EUROMAR STRASSE 1 FEHRBELLIN 16833 |
| | **List the contract number of any government contract** | _____ | GERMANY |

| 2.428. | **Title of contract** | SALES CONTRACT NO. EMS107389 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | EUROMAR COMMODITIES GMBH |
| | **State the term remaining** | DELIVERY: JUL 2015-MAR 2016 | EUROMAR STRASSE 1 FEHRBELLIN 16833 |
| | **List the contract number of any government contract** | _____ | GERMANY |

Debtor    **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

| 2.429. | Title of contract | SALES CONTRACT NO. EMS107438 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SALE CONTRACT | |
| | Nature of debtor's interest | BUYER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | DELIVERY: JUL 2015-MAR 2016 | EUROMAR STRASSE 1 FEHRBELLIN 16833 GERMANY |
| | List the contract number of any government contract | _____ | |

| 2.430. | Title of contract | SALES CONTRACT NO. EMS108060 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SALE CONTRACT | |
| | Nature of debtor's interest | BUYER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | DELIVERY: MAR 2015-OCT 2015 | EUROMAR STRASSE 1 FEHRBELLIN 16833 GERMANY |
| | List the contract number of any government contract | _____ | |

| 2.431. | Title of contract | SALES CONTRACT NO. EMS108119 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SALE CONTRACT | |
| | Nature of debtor's interest | BUYER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | DELIVERY: OCT 2016-APR 2017 | EUROMAR STRASSE 1 FEHRBELLIN 16833 GERMANY |
| | List the contract number of any government contract | _____ | |

| 2.432. | Title of contract | SALES CONTRACT NO. EMS108154 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SALE CONTRACT | |
| | Nature of debtor's interest | BUYER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | DELIVERY: SEP 2015-FEB 2016 | EUROMAR STRASSE 1 FEHRBELLIN 16833 GERMANY |
| | List the contract number of any government contract | _____ | |

| 2.433. | Title of contract | SALES CONTRACT NO. EMS108669 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SALE CONTRACT | |
| | Nature of debtor's interest | BUYER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | DELIVERY: JUN 2015 | EUROMAR STRASSE 1 FEHRBELLIN 16833 GERMANY |
| | List the contract number of any government contract | _____ | |

Debtor    **Transmar Commodity Group Ltd.**                                          Case number *(if known)* **16-13625**

| 2.434. | **Title of contract** | SALES CONTRACT NO. EMS109059 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | EUROMAR COMMODITIES GMBH |
| | **State the term remaining** | DELIVERY: OCT 2015 | EUROMAR STRASSE 1 FEHRBELLIN 16833 |
| | **List the contract number of any government contract** | _____ | GERMANY |

| 2.435. | **Title of contract** | SALES CONTRACT NO. EMS109171 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | EUROMAR COMMODITIES GMBH |
| | **State the term remaining** | DELIVERY: DEC 2016-NOV 2017 | EUROMAR STRASSE 1 FEHRBELLIN 16833 |
| | **List the contract number of any government contract** | _____ | GERMANY |

| 2.436. | **Title of contract** | SALES CONTRACT NO. EMS109743 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | EUROMAR COMMODITIES GMBH |
| | **State the term remaining** | DELIVERY: DEC 2016-NOV 2017 | EUROMAR STRASSE 1 FEHRBELLIN 16833 |
| | **List the contract number of any government contract** | _____ | GERMANY |

| 2.437. | **Title of contract** | SALES CONTRACT NO. EMS109845 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | EUROMAR COMMODITIES GMBH |
| | **State the term remaining** | DELIVERY: DEC 2016-AUG 2017 | EUROMAR STRASSE 1 FEHRBELLIN 16833 |
| | **List the contract number of any government contract** | _____ | GERMANY |

| 2.438. | **Title of contract** | SALES CONTRACT NO. EMS109984 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | EUROMAR COMMODITIES GMBH |
| | **State the term remaining** | DELIVERY: DEC 2016-NOV 2017 | EUROMAR STRASSE 1 FEHRBELLIN 16833 |
| | **List the contract number of any government contract** | _____ | GERMANY |

Debtor   **Transmar Commodity Group Ltd.**                                                    Case number *(if known)* **16-13625**

---

**2.439.** **Title of contract**                    SALES CONTRACT NO. EMS109989          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**          SALE CONTRACT

**Nature of debtor's interest**          BUYER                                            EUROMAR COMMODITIES GMBH
                                                                                          EUROMAR STRASSE 1
**State the term remaining**            DELIVERY: DEC 2016-NOV 2017                        FEHRBELLIN 16833
                                                                                          GERMANY
**List the contract number of any government contract**    _____

---

**2.440.** **Title of contract**                    FCC CONTRACT                          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**          SALE CONTRACT

**Nature of debtor's interest**          BUYER                                            EUROMAR COMMODITIES GMBH
                                                                                          EUROMAR STRASSE 1
**State the term remaining**            DELIVERY: MAY 2016-DEC 2016                        FEHRBELLIN 16833
                                                                                          GERMANY
**List the contract number of any government contract**    _____

---

**2.441.** **Title of contract**                    SALES CONTRACT NO. EMS109846          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**          SALE CONTRACT

**Nature of debtor's interest**          BUYER                                            EUROMAR COMMODITIES GMBH
                                                                                          EUROMAR STRASSE 1
**State the term remaining**            DELIVERY: DEC 2016-APR 2017                        FEHRBELLIN 16833
                                                                                          GERMANY
**List the contract number of any government contract**    _____

---

**2.442.** **Title of contract**                    STANDARD 2-A CONTRACT                 **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**          SALE CONTRACT

**Nature of debtor's interest**          BUYER                                            EUROMAR COMMODITIES GMBH
                                                                                          EUROMAR STRASSE 1
**State the term remaining**            DELIVERY: APR 2017-NOV 2017                        FEHRBELLIN 16833
                                                                                          GERMANY
**List the contract number of any government contract**    _____

---

**2.443.** **Title of contract**                    SALES CONTRACT NO. EMS110368          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**          SALE CONTRACT

**Nature of debtor's interest**          BUYER                                            EUROMAR COMMODITIES GMBH
                                                                                          EUROMAR STRASSE 1
**State the term remaining**            DELIVERY: DEC 2016-NOV 2018                        FEHRBELLIN 16833
                                                                                          GERMANY
**List the contract number of any government contract**    _____

---

Debtor   **Transmar Commodity Group Ltd.**                                   Case number *(if known)* **16-13625**

---

**2.444.** | **Title of contract** | SALES CONTRACT NO. EMS110371 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**State what the contract or lease is for** | SALE CONTRACT

**Nature of debtor's interest** | BUYER

**State the term remaining** | DELIVERY: DEC 2016-NOV 2017

**List the contract number of any government contract** | _____

EUROMAR COMMODITIES GMBH
EUROMAR STRASSE 1
FEHRBELLIN 16833
GERMANY

---

**2.445.** | **Title of contract** | FCC CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**State what the contract or lease is for** | PURCHASE CONTRACT

**Nature of debtor's interest** | SELLER

**State the term remaining** | DELIVERY PERIOD: OCT 2014

**List the contract number of any government contract** | _____

EUROMAR COMMODITIES GMBH
EUROMAR STRASSE 1
FEHRBELLIN 16833
GERMANY

---

**2.446.** | **Title of contract** | PURCHASE CONTRACT NO. EMP205755 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**State what the contract or lease is for** | PURCHASE CONTRACT

**Nature of debtor's interest** | SELLER

**State the term remaining** | DELIVERY PERIOD: MAY 2016-JUN 2016

**List the contract number of any government contract** | _____

EUROMAR COMMODITIES GMBH
EUROMAR STRASSE 1
FEHRBELLIN 16833
GERMANY

---

**2.447.** | **Title of contract** | PURCHASE CONTRACT NO. EMP205770 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**State what the contract or lease is for** | PURCHASE CONTRACT

**Nature of debtor's interest** | SELLER

**State the term remaining** | DELIVERY PERIOD: APR 2016

**List the contract number of any government contract** | _____

EUROMAR COMMODITIES GMBH
EUROMAR STRASSE 1
FEHRBELLIN 16833
GERMANY

---

**2.448.** | **Title of contract** | FCC CONTRACT/BUYER NO.:EMP204265 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**State what the contract or lease is for** | PURCHASE CONTRACT

**Nature of debtor's interest** | SELLER

**State the term remaining** | DELIVERY PERIOD: JUL 2014-JUL 2015

**List the contract number of any government contract** | _____

EUROMAR COMMODITIES GMBH
EUROMAR STRASSE 1
FEHRBELLIN 16833
GERMANY

---

Debtor   **Transmar Commodity Group Ltd.**                                     Case number *(if known)* **16-13625**

---

**2.449.**   **Title of contract**                    PURCHASE CONTRACT NO. EMP205294          State the name and mailing address
                                                                                                for all other parties with whom the
             **State what the contract or**            PURCHASE CONTRACT                        debtor has an executory contract or
             **lease is for**                                                                   unexpired lease

             **Nature of debtor's interest**           SELLER                                   EUROMAR COMMODITIES GMBH
                                                                                                EUROMAR STRASSE 1
             **State the term remaining**              DELIVERY PERIOD: NOV 2015-JAN 2017       FEHRBELLIN 16833
                                                                                                GERMANY
             **List the contract number of**           _____
             **any government contract**

**2.450.**   **Title of contract**                    PURCHASE CONTRACT NO. EMP205653          State the name and mailing address
                                                                                                for all other parties with whom the
             **State what the contract or**            PURCHASE CONTRACT                        debtor has an executory contract or
             **lease is for**                                                                   unexpired lease

             **Nature of debtor's interest**           SELLER                                   EUROMAR COMMODITIES GMBH
                                                                                                EUROMAR STRASSE 1
             **State the term remaining**              DELIVERY PERIOD: MAR 2016-JUN 2016       FEHRBELLIN 16833
                                                                                                GERMANY
             **List the contract number of**           _____
             **any government contract**

**2.451.**   **Title of contract**                    PURCHASE CONTRACT NO. EMP205697          State the name and mailing address
                                                                                                for all other parties with whom the
             **State what the contract or**            PURCHASE CONTRACT                        debtor has an executory contract or
             **lease is for**                                                                   unexpired lease

             **Nature of debtor's interest**           SELLER                                   EUROMAR COMMODITIES GMBH
                                                                                                EUROMAR STRASSE 1
             **State the term remaining**              DELIVERY PERIOD: APR 2016-JUL 2016       FEHRBELLIN 16833
                                                                                                GERMANY
             **List the contract number of**           _____
             **any government contract**

**2.452.**   **Title of contract**                    PURCHASE CONTRACT NO. EMP205748          State the name and mailing address
                                                                                                for all other parties with whom the
             **State what the contract or**            PURCHASE CONTRACT                        debtor has an executory contract or
             **lease is for**                                                                   unexpired lease

             **Nature of debtor's interest**           SELLER                                   EUROMAR COMMODITIES GMBH
                                                                                                EUROMAR STRASSE 1
             **State the term remaining**              DELIVERY PERIOD: MAY 2016-JUN 2016       FEHRBELLIN 16833
                                                                                                GERMANY
             **List the contract number of**           _____
             **any government contract**

**2.453.**   **Title of contract**                    FCC CONTRACT/BUYER NO.: EMP202837        State the name and mailing address
                                                                                                for all other parties with whom the
             **State what the contract or**            PURCHASE CONTRACT                        debtor has an executory contract or
             **lease is for**                                                                   unexpired lease

             **Nature of debtor's interest**           SELLER                                   EUROMAR COMMODITIES GMBH
                                                                                                EUROMAR STRASSE 1
             **State the term remaining**              DELIVERY PERIOD: JUN 2012/MAY 2013       FEHRBELLIN 16833
                                                                                                GERMANY
             **List the contract number of**           _____
             **any government contract**

---

Debtor   **Transmar Commodity Group Ltd.**                                            Case number *(if known)* **16-13625**

---

**2.454.**   **Title of contract**                    FCC CONTRACT                          State the name and mailing address
                                                                                             for all other parties with whom the
             **State what the contract or**           PURCHASE CONTRACT                      debtor has an executory contract or
             **lease is for**                                                                unexpired lease

             **Nature of debtor's interest**          SELLER                                 EUROMAR COMMODITIES GMBH
                                                                                             EUROMAR STRASSE 1
             **State the term remaining**             DELIVERY PERIOD: AUG 2014              FEHRBELLIN 16833
                                                                                             GERMANY
             **List the contract number of**          _____
             **any government contract**

**2.455.**   **Title of contract**                    PURCHASE CONTRACT NO. EMP206143        State the name and mailing address
                                                                                             for all other parties with whom the
             **State what the contract or**           PURCHASE CONTRACT                      debtor has an executory contract or
             **lease is for**                                                                unexpired lease

             **Nature of debtor's interest**          SELLER                                 EUROMAR COMMODITIES GMBH
                                                                                             EUROMAR STRASSE 1
             **State the term remaining**             DELIVERY PERIOD: OCT 2016              FEHRBELLIN 16833
                                                                                             GERMANY
             **List the contract number of**          _____
             **any government contract**

**2.456.**   **Title of contract**                    PURCHASE CONTRACT NO. EMP205770        State the name and mailing address
                                                                                             for all other parties with whom the
             **State what the contract or**           SALES CONTRACT                         debtor has an executory contract or
             **lease is for**                                                                unexpired lease

             **Nature of debtor's interest**          SELLER                                 EUROMAR COMMODITIES GMBH
                                                                                             EUROMAR STRASSE 1
             **State the term remaining**             04/2016                                FEHRBELLIN 16833
                                                                                             GERMANY
             **List the contract number of**          _____
             **any government contract**

**2.457.**   **Title of contract**                    PURCHASE CONTRACT NO. EMP205781        State the name and mailing address
                                                                                             for all other parties with whom the
             **State what the contract or**           SALES CONTRACT                         debtor has an executory contract or
             **lease is for**                                                                unexpired lease

             **Nature of debtor's interest**          SELLER                                 EUROMAR COMMODITIES GMBH
                                                                                             EUROMAR STRASSE 1
             **State the term remaining**             05/2016                                FEHRBELLIN 16833
                                                                                             GERMANY
             **List the contract number of**          _____
             **any government contract**

**2.458.**   **Title of contract**                    PURCHASE CONTRACT NO. EMP202837        State the name and mailing address
                                                                                             for all other parties with whom the
             **State what the contract or**           SALES CONTRACT                         debtor has an executory contract or
             **lease is for**                                                                unexpired lease

             **Nature of debtor's interest**          SELLER                                 EUROMAR COMMODITIES GMBH
                                                                                             EUROMAR STRASSE 1
             **State the term remaining**             05/2013                                FEHRBELLIN 16833
                                                                                             GERMANY
             **List the contract number of**          _____
             **any government contract**

---

Debtor    **Transmar Commodity Group Ltd.**                                                                  Case number *(if known)* **16-13625**

---

**2.459.** | **Title of contract** | PURCHASE CONTRACT NO. EMP 202977 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | SALES CONTRACT |
| **Nature of debtor's interest** | SELLER | EUROMAR COMMODITIES GMBH
| **State the term remaining** | 01/2013 | EUROMAR STRASSE 1
| **List the contract number of any government contract** | _____ | FEHRBELLIN 16833
GERMANY

**2.460.** | **Title of contract** | PURCHASE CONTRACT NO. EMP204083 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | SALES CONTRACT |
| **Nature of debtor's interest** | SELLER | EUROMAR COMMODITIES GMBH
| **State the term remaining** | 06/2014 | EUROMAR STRASSE 1
| **List the contract number of any government contract** | _____ | FEHRBELLIN 16833
GERMANY

**2.461.** | **Title of contract** | PURCHASE CONTRACT NO. EMP204129 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | SALES CONTRACT |
| **Nature of debtor's interest** | SELLER | EUROMAR COMMODITIES GMBH
| **State the term remaining** | 04/2014 | EUROMAR STRASSE 1
| **List the contract number of any government contract** | _____ | FEHRBELLIN 16833
GERMANY

**2.462.** | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | SALES CONTRACT |
| **Nature of debtor's interest** | SELLER | EUROMAR COMMODITIES GMBH
| **State the term remaining** | 07/2015 | EUROMAR STRASSE 1
| **List the contract number of any government contract** | _____ | FEHRBELLIN 16833
GERMANY

**2.463.** | **Title of contract** | PURCHASE CONTRACT NO. EMP205159 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | SALES CONTRACT |
| **Nature of debtor's interest** | SELLER | EUROMAR COMMODITIES GMBH
| **State the term remaining** | 11/2015 | EUROMAR STRASSE 1
| **List the contract number of any government contract** | _____ | FEHRBELLIN 16833
GERMANY

---

Debtor   **Transmar Commodity Group Ltd.**                                          Case number *(if known)* **16-13625**

| 2.464. | Title of contract | PURCHASE CONTRACT NO. EMP205098 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SALES CONTRACT | |
| | Nature of debtor's interest | SELLER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | 12/2015 | EUROMAR STRASSE 1 FEHRBELLIN 16833 |
| | List the contract number of any government contract | _____ | GERMANY |

| 2.465. | Title of contract | PURCHASE CONTRACT NO. EMP205292 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SALES CONTRACT | |
| | Nature of debtor's interest | SELLER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | 01/2017 | EUROMAR STRASSE 1 FEHRBELLIN 16833 |
| | List the contract number of any government contract | _____ | GERMANY |

| 2.466. | Title of contract | PURCHASE CONTRACT NO. EMP205294 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SALES CONTRACT | |
| | Nature of debtor's interest | SELLER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | 01/2017 | EUROMAR STRASSE 1 FEHRBELLIN 16833 |
| | List the contract number of any government contract | _____ | GERMANY |

| 2.467. | Title of contract | PURCHASE CONTRACT NO. EMP205534 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SALES CONTRACT | |
| | Nature of debtor's interest | SELLER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | 04/2016 | EUROMAR STRASSE 1 FEHRBELLIN 16833 |
| | List the contract number of any government contract | _____ | GERMANY |

| 2.468. | Title of contract | FCC CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SALE CONTRACT | |
| | Nature of debtor's interest | SELLER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | JUNE 9, 2016 | EUROMAR STRASSE 1 FEHRBELLIN 16833 |
| | List the contract number of any government contract | _____ | GERMANY |

Debtor   **Transmar Commodity Group Ltd.**                                   Case number *(if known)* **16-13625**

---

**2.469.**  **Title of contract**            PURCHASE CONTRACT                State the name and mailing address
                                                                            for all other parties with whom the
         **State what the contract or**      PURCHASE CONTRACT              debtor has an executory contract or
         **lease is for**                                                   unexpired lease

         **Nature of debtor's interest**     BUYER                          EUROMAR COMMODITIES GMBH
                                                                            EUROMAR STRASSE 1
         **State the term remaining**        MARCH 2016 - JUNE 2016         FEHRBELLIN 16833
                                                                            GERMANY
         **List the contract number of**     _____
         **any government contract**

**2.470.**  **Title of contract**            PURCHASE CONTRACT                State the name and mailing address
                                                                            for all other parties with whom the
         **State what the contract or**      PURCHASE CONTRACT              debtor has an executory contract or
         **lease is for**                                                   unexpired lease

         **Nature of debtor's interest**     BUYER                          EUROMAR COMMODITIES GMBH
                                                                            EUROMAR STRASSE 1
         **State the term remaining**        MARCH 2016 - JUNE 2016         FEHRBELLIN 16833
                                                                            GERMANY
         **List the contract number of**     _____
         **any government contract**

**2.471.**  **Title of contract**            FCC CONTRACT                     State the name and mailing address
                                                                            for all other parties with whom the
         **State what the contract or**      SALE CONTRACT                  debtor has an executory contract or
         **lease is for**                                                   unexpired lease

         **Nature of debtor's interest**     SELLER                         EUROMAR COMMODITIES GMBH
                                                                            EUROMAR STRASSE 1
         **State the term remaining**        JUNE 23, 2016                  FEHRBELLIN 16833
                                                                            GERMANY
         **List the contract number of**     _____
         **any government contract**

**2.472.**  **Title of contract**            PURCHASE CONTRACT                State the name and mailing address
                                                                            for all other parties with whom the
         **State what the contract or**      PURCHASE CONTRACT              debtor has an executory contract or
         **lease is for**                                                   unexpired lease

         **Nature of debtor's interest**     SELLER                         EUROMAR COMMODITIES GMBH
                                                                            EUROMAR STRASSE 1
         **State the term remaining**        MARCH 2016 - JUNE 2016         FEHRBELLIN 16833
                                                                            GERMANY
         **List the contract number of**     _____
         **any government contract**

**2.473.**  **Title of contract**            PURCHASE CONTRACT                State the name and mailing address
                                                                            for all other parties with whom the
         **State what the contract or**      PURCHASE CONTRACT              debtor has an executory contract or
         **lease is for**                                                   unexpired lease

         **Nature of debtor's interest**     SELLER                         EUROMAR COMMODITIES GMBH
                                                                            EUROMAR STRASSE 1
         **State the term remaining**        APRIL 2016 - JULY 2016         FEHRBELLIN 16833
                                                                            GERMANY
         **List the contract number of**     _____
         **any government contract**

---

Debtor    **Transmar Commodity Group Ltd.**                                                                Case number *(if known)* **16-13625**

---

| 2.474. | **Title of contract** | PURCHASE CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | EUROMAR COMMODITIES GMBH |
| | **State the term remaining** | APRIL 2016 - JULY 2016 | EUROMAR STRASSE 1 |
| | **List the contract number of any government contract** | _____ | FEHRBELLIN 16833 |
| | | | GERMANY |

| 2.475. | **Title of contract** | PURCHASE CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | EUROMAR COMMODITIES GMBH |
| | **State the term remaining** | MAY 2016 - JUNE 2016 | EUROMAR STRASSE 1 |
| | **List the contract number of any government contract** | _____ | FEHRBELLIN 16833 |
| | | | GERMANY |

| 2.476. | **Title of contract** | PURCHASE CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | EUROMAR COMMODITIES GMBH |
| | **State the term remaining** | OCTOBER 2016 | EUROMAR STRASSE 1 |
| | **List the contract number of any government contract** | _____ | FEHRBELLIN 16833 |
| | | | GERMANY |

| 2.477. | **Title of contract** | PURCHASE CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | EUROMAR COMMODITIES GMBH |
| | **State the term remaining** | NOVEMBER 2016 | EUROMAR STRASSE 1 |
| | **List the contract number of any government contract** | _____ | FEHRBELLIN 16833 |
| | | | GERMANY |

| 2.478. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | EUROMAR COMMODITIES GMBH |
| | **State the term remaining** | DECEMBER 2013 | EUROMAR STRASSE 1 |
| | **List the contract number of any government contract** | _____ | FEHRBELLIN 16833 |
| | | | GERMANY |

Debtor   **Transmar Commodity Group Ltd.**                                                    Case number *(if known)* **16-13625**

---

**2.479.** | **Title of contract** | FCC CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| State what the contract or lease is for | PURCHASE CONTRACT |
| Nature of debtor's interest | SELLER | EUROMAR COMMODITIES GMBH
| State the term remaining | AUGUST 2014 | EUROMAR STRASSE 1
FEHRBELLIN 16833
GERMANY
| List the contract number of any government contract | _____ |

**2.480.** | **Title of contract** | FCC CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| State what the contract or lease is for | PURCHASE CONTRACT |
| Nature of debtor's interest | SELLER | EUROMAR COMMODITIES GMBH
| State the term remaining | APRIL - MAY 2016 | EUROMAR STRASSE 1
FEHRBELLIN 16833
GERMANY
| List the contract number of any government contract | _____ |

**2.481.** | **Title of contract** | PURCHASE CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| State what the contract or lease is for | PURCHASE CONTRACT |
| Nature of debtor's interest | SELLER | EUROMAR COMMODITIES GMBH
| State the term remaining | OCTOBER 2016 | EUROMAR STRASSE 1
FEHRBELLIN 16833
GERMANY
| List the contract number of any government contract | _____ |

**2.482.** | **Title of contract** | FCC CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| State what the contract or lease is for | PURCHASE CONTRACT |
| Nature of debtor's interest | BUYER | EUROMAR COMMODITIES GMBH
| State the term remaining | SPOT | EUROMAR STRASSE 1
FEHRBELLIN 16833
GERMANY
| List the contract number of any government contract | _____ |

**2.483.** | **Title of contract** | FCC CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| State what the contract or lease is for | FORWARD CONTRACT |
| Nature of debtor's interest | SELLER | EUROMAR COMMODITIES GMBH
| State the term remaining | SPOT | EUROMAR STRASSE 1
FEHRBELLIN 16833
GERMANY
| List the contract number of any government contract | _____ |

---

Debtor    **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

| 2.484. | Title of contract | FCC CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FORWARD CONTRACT | |
| | Nature of debtor's interest | SELLER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | SPOT | EUROMAR STRASSE 1 FEHRBELLIN 16833 GERMANY |
| | List the contract number of any government contract | _____ | |

| 2.485. | Title of contract | PURCHASE CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FORWARD CONTRACT | |
| | Nature of debtor's interest | SELLER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | JUNE 2016 | EUROMAR STRASSE 1 FEHRBELLIN 16833 GERMANY |
| | List the contract number of any government contract | _____ | |

| 2.486. | Title of contract | FCC CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FORWARD CONTRACT | |
| | Nature of debtor's interest | SELLER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | JUNE - SEPTEMBER 2016 | EUROMAR STRASSE 1 FEHRBELLIN 16833 GERMANY |
| | List the contract number of any government contract | _____ | |

| 2.487. | Title of contract | PURCHASE CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FORWARD CONTRACT | |
| | Nature of debtor's interest | SELLER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | DECEMBER 2016 | EUROMAR STRASSE 1 FEHRBELLIN 16833 GERMANY |
| | List the contract number of any government contract | _____ | |

| 2.488. | Title of contract | PURCHASE CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FORWARD CONTRACT | |
| | Nature of debtor's interest | SELLER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | SPOT | EUROMAR STRASSE 1 FEHRBELLIN 16833 GERMANY |
| | List the contract number of any government contract | _____ | |

Debtor    **Transmar Commodity Group Ltd.**                                        Case number *(if known)* **16-13625**

| | | |
|---|---|---|
| **2.489.** | Title of contract | SALES CONTRACT NO. EMS108812 |
| | State what the contract or lease is for | SALE CONTRACT/ AMENDMENT (FORWARD CONTRACT) |
| | Nature of debtor's interest | BUYER |
| | State the term remaining | DELIVERY PERIOD AUGUST 2015-SEPTEMBER 2015 (PURCHASE ORDER) |
| | List the contract number of any government contract | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

EUROMAR COMMODITIES GMBH
JAN PATRICK ROCKER
STRASSE 1 16833
FEHRBELLIN
GERMANY

| | | |
|---|---|---|
| **2.490.** | Title of contract | SALES CONTRACT NO. EMS109101 |
| | State what the contract or lease is for | SALE CONTRACT |
| | Nature of debtor's interest | BUYER |
| | State the term remaining | DELIVERY PERIOD OCTOBER 2015-JANUARY 2016 (PURCHASE ORDER) |
| | List the contract number of any government contract | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

EUROMAR COMMODITIES GMBH
JAN PATRICK ROCKER
STRASSE 1 16833
FEHRBELLIN
GERMANY

| | | |
|---|---|---|
| **2.491.** | Title of contract | SALES CONTRACT NO. EMS109900/ EMS 109899 |
| | State what the contract or lease is for | SALE CONTRACT |
| | Nature of debtor's interest | BUYER |
| | State the term remaining | DELIVERY PERIOD APRIL 2016 (PURCHASE ORDER) |
| | List the contract number of any government contract | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

EUROMAR COMMODITIES GMBH
JAN PATRICK ROCKER
STRASSE 1 16833
FEHRBELLIN
GERMANY

| | | |
|---|---|---|
| **2.492.** | Title of contract | SALES CONTRACT NO. EMS110105 |
| | State what the contract or lease is for | SALE CONTRACT |
| | Nature of debtor's interest | BUYER |
| | State the term remaining | DELIVERY PERIOD AUGUST 2016 (PURCHASE ORDER) |
| | List the contract number of any government contract | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

EUROMAR COMMODITIES GMBH
JAN PATRICK ROCKER
STRASSE 1 16833
FEHRBELLIN
GERMANY

| | | |
|---|---|---|
| **2.493.** | Title of contract | PURCHASE CONTRACT NO. EMP204984 |
| | State what the contract or lease is for | SALE CONTRACT |
| | Nature of debtor's interest | BUYER |
| | State the term remaining | DELIVERY PERIOD JUNE 2015-JUNE 2015 (PURCHASE ORDER) |
| | List the contract number of any government contract | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

EUROMAR COMMODITIES GMBH
JAN PATRICK ROCKER
STRASSE 1 16833
FEHRBELLIN
GERMANY

Debtor    **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

| 2.494. | Title of contract | PURCHASE CONTRACT NO. EMP205285 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SALE CONTRACT | |
| | Nature of debtor's interest | BUYER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | DELIVERY PERIOD NOVEMBER 2015 (PURCHASE ORDER) | JAN PATRICK ROCKER STRASSE 1 16833 FEHRBELLIN GERMANY |
| | List the contract number of any government contract | _____ | |

| 2.495. | Title of contract | PURCHASE CONTRACT NO. EMP205514 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SALE CONTRACT | |
| | Nature of debtor's interest | BUYER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | DELIVERY PERIOD JANUARY 2016-MARCH 2016 (PURCHASE ORDER) | JAN PATRICK ROCKER STRASSE 1 16833 FEHRBELLIN GERMANY |
| | List the contract number of any government contract | _____ | |

| 2.496. | Title of contract | PURCHASE CONTRACT NO. EMP205703 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SALE CONTRACT | |
| | Nature of debtor's interest | BUYER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | DELIVERY PERIOD OCTOBER 2016-DECEMBER 2016 (PURCHASE ORDER) | JAN PATRICK ROCKER STRASSE 1 16833 FEHRBELLIN GERMANY |
| | List the contract number of any government contract | _____ | |

| 2.497. | Title of contract | SALES CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SALE CONTRACT | |
| | Nature of debtor's interest | BUYER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | DELIVERY SPOT (PURCHASE ORDER) CONTACT DATE APRIL 28, 2016 | JAN PATRICK ROCKER STRASSE 1 16833 FEHRBELLIN GERMANY |
| | List the contract number of any government contract | _____ | |

| 2.498. | Title of contract | PURCHASE CONTRACT NO. EMP205340 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SALE CONTRACT | |
| | Nature of debtor's interest | BUYER | EUROMAR COMMODITIES GMBH |
| | State the term remaining | DELIVERY PERIOD NOVEMBER 2015-DECEMBER 2015 (PURCHASE ORDER) | JAN PATRICK ROCKER STRASSE 1 16833 FEHRBELLIN GERMANY |
| | List the contract number of any government contract | _____ | |

Debtor    **Transmar Commodity Group Ltd.**                                                        Case number *(if known)* **16-13625**

---

**2.499.**  **Title of contract**  PURCHASE CONTRACT NO. EMP205391

**State what the contract or lease is for**  SALE CONTRACT

**Nature of debtor's interest**  BUYER

**State the term remaining**  DELIVERY PERIOD APRIL 2016-JUNE 2016 (PURCHASE ORDER)

**List the contract number of any government contract**  _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

EUROMAR COMMODITIES GMBH
JAN PATRICK ROCKER
STRASSE 1 16833
FEHRBELLIN
GERMANY

---

**2.500.**  **Title of contract**  PURCHASE CONTRACT NO. EMP205392

**State what the contract or lease is for**  SALE CONTRACT

**Nature of debtor's interest**  BUYER

**State the term remaining**  DELIVERY PERIOD JULY 2016-SEPTEMBER 2016 (PURCHASE ORDER)

**List the contract number of any government contract**  _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

EUROMAR COMMODITIES GMBH
JAN PATRICK ROCKER
STRASSE 1 16833
FEHRBELLIN
GERMANY

---

**2.501.**  **Title of contract**  PURCHASE CONTRACT NO. EMP205415

**State what the contract or lease is for**  SALE CONTRACT

**Nature of debtor's interest**  BUYER

**State the term remaining**  DELIVERY PERIOD JANUARY 2016-MARCH 2016 (PURCHASE ORDER)

**List the contract number of any government contract**  _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

EUROMAR COMMODITIES GMBH
JAN PATRICK ROCKER
STRASSE 1 16833
FEHRBELLIN
GERMANY

---

**2.502.**  **Title of contract**  SALES CONTRACT

**State what the contract or lease is for**  SALE CONTRACT

**Nature of debtor's interest**  BUYER

**State the term remaining**  MARCH 2016 - JUNE 2016

**List the contract number of any government contract**  _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

EUROMAR COMMODITIES GMBH
JAN PATRICK ROCKER
STRASSE 1 16833
FEHRBELLIN
GERMANY

---

**2.503.**  **Title of contract**  SALES CONTRACT

**State what the contract or lease is for**  SALE CONTRACT

**Nature of debtor's interest**  BUYER

**State the term remaining**  JULY 2016

**List the contract number of any government contract**  _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

EUROMAR COMMODITIES GMBH
JAN PATRICK ROCKER
STRASSE 1 16833
FEHRBELLIN
GERMANY

---

Debtor   **Transmar Commodity Group Ltd.**                                                          Case number *(if known)* **16-13625**

| 2.504. | **Title of contract** | SALES CONTRACT NO. EMS108359/ EMS108724/ EMS108812/EMS109101/ EMS109900/ EMS109899 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | EUROMAR COMMODITIES GMBH JAN PATRICK ROCKER STRASSE 1 16833 FEHRBELLIN GERMANY |
| | **State the term remaining** | MULTIPLE PURCHASE ORDERS | |
| | **List the contract number of any government contract** | _____ | |

| 2.505. | **Title of contract** | SALES CONTRACT NO EMS110105/ EMS110176/ EMP 205665/ EMP 204984/ EMP205285/ EMP205514/ EMP205703 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | EUROMAR COMMODITIES GMBH JAN PATRICK ROCKER STRASSE 1 16833 FEHRBELLIN GERMANY |
| | **State the term remaining** | MULTIPLE PURCHASE ORDERS | |
| | **List the contract number of any government contract** | _____ | |

| 2.506. | **Title of contract** | EMP206092/ EMS108559/EMS106762/ EMS110081/EMS108905/ EMS108751/ EMS108940/ EMS108982 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | EUROMAR COMMODITIES GMBH JAN PATRICK ROCKER STRASSE 1 16833 FEHRBELLIN GERMANY |
| | **State the term remaining** | MULTIPLE PURCHASE ORDERS | |
| | **List the contract number of any government contract** | _____ | |

| 2.507. | **Title of contract** | EMS109119/ EMS109532/ EMS110074/ EMS110074/ EMS106893/ EMS109533/ EMS109940/ EMS106762/ EMS108559/ EMS110081 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | EUROMAR COMMODITIES GMBH JAN PATRICK ROCKER STRASSE 1 16833 FEHRBELLIN GERMANY |
| | **State the term remaining** | MULTIPLE PURCHASE ORDERS | |
| | **List the contract number of any government contract** | _____ | |

| 2.508. | **Title of contract** | SALES CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | EUROMAR COMMODITIES GMBH JAN PATRICK ROCKER STRASSE 1 16833 FEHRBELLIN GERMANY |
| | **State the term remaining** | MULTIPLE PURCHASE ORDERS | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Transmar Commodity Group Ltd.**                                        Case number *(if known)* **16-13625**

| 2.509. | Title of contract | SALES CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SALE CONTRACT | |
| | Nature of debtor's interest | BUYER | EUROMAR COMMODITIES GMBH JAN PATRICK ROCKER STRASSE 1 16833 FEHRBELLIN GERMANY |
| | State the term remaining | MULTIPLE PURCHASE ORDERS | |
| | List the contract number of any government contract | _____ | |

| 2.510. | Title of contract | SALES CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SALE CONTRACT | |
| | Nature of debtor's interest | BUYER | EUROMAR COMMODITIES GMBH JAN PATRICK ROCKER STRASSE 1 16833 FEHRBELLIN GERMANY |
| | State the term remaining | MULTIPLE PURCHASE ORDERS | |
| | List the contract number of any government contract | _____ | |

| 2.511. | Title of contract | SALES CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SALE CONTRACT | |
| | Nature of debtor's interest | BUYER | EUROMAR COMMODITIES GMBH JAN PATRICK ROCKER STRASSE 1 16833 FEHRBELLIN GERMANY |
| | State the term remaining | MULTIPLE PURCHASE ORDERS | |
| | List the contract number of any government contract | _____ | |

| 2.512. | Title of contract | FCC CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PURCHASE CONTRACT | |
| | Nature of debtor's interest | BUYER | EWC EAST WAY COMMODITIES BV 9 SANTORINIHOF ROTTERDAM 3059XN THE NETHERLANDS |
| | State the term remaining | APRIL - MAY 2015 | |
| | List the contract number of any government contract | _____ | |

| 2.513. | Title of contract | FCC CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FORWARD CONTRACT | |
| | Nature of debtor's interest | BUYER | EWC EAST WAY COMMODITIES BV ROMAN SANTORINIHOF 9 ROTTERDAM 3059XN NETHERLANDS |
| | State the term remaining | SPOT | |
| | List the contract number of any government contract | _____ | |

Debtor   **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

| 2.514. | **Title of contract** | STANDARD 2-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FORWARD CONTRACT | |
| | **Nature of debtor's interest** | BUYER | EXPORTADORA ROMEX |
| | **State the term remaining** | AUGUST 2016 | AV NICOLAS ARRIOLA 740 LA VICTORIA LIMA 13 |
| | **List the contract number of any government contract** | _____ | PERU |

| 2.515. | **Title of contract** | CONSULTING AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CONSULTANT/INDEPENDENT CONTRACTOR | |
| | **Nature of debtor's interest** | CUSTOMER | FLAME ENGINEERING BVBA MARC NJSSEN, PRINCIPAL |
| | **State the term remaining** | ENDING JAN 31, 2017 | 14, MEDAEL-ELZET HAUWIJKSTRAAT 34 A-1790 |
| | **List the contract number of any government contract** | _____ | ESSENE BELGIUM |

| 2.516. | **Title of contract** | OFFTAKE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | FTN COCOA PROCESSORS PLC ADERONMU ADEMOLA ABIOLA |
| | **State the term remaining** | (NO SPECIFIC DATE) 2013 FOR 5 YEARS | PLOT 5, BLOCK 77, BASHEER SHITTU AVENUE |
| | **List the contract number of any government contract** | _____ | MAGODO GRA LAGOS |

| 2.517. | **Title of contract** | SALES CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | FTN COCOA PROCESSORS PLC PLOT 5 BLOCK 77 BASHEER SHITTU |
| | **State the term remaining** | MULTIPLE PURCHASE ORDERS. LATEST DELIVERY DATE OF DECEMBER 2019 | AVE MAGODO SHANGISHA LAGOS NIGERIA |
| | **List the contract number of any government contract** | _____ | |

| 2.518. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | FTN COCOA PROCESSORS PLC PLOT 5 BLOCK 77 |
| | **State the term remaining** | SHIPMENT PERIOD: JAN 2017-MAR 2017 | BASHEER SHITTU AVENUE MAGODO SHANGISHA |
| | **List the contract number of any government contract** | _____ | LAGOS NIGERIA |

Debtor    **Transmar Commodity Group Ltd.**                                      Case number *(if known)* **16-13625**

---

**2.519.** **Title of contract**            FCC CONTRACT                          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**            SALE CONTRACT

**Nature of debtor's interest**            BUYER                                  FTN COCOA PROCESSORS PLC
                                                                                  PLOT 5 BLOCK 77
**State the term remaining**            SHIPMENT PERIOD: APR 2017-MAY 2017        BASHEER SHITTU AVENUE
                                                                                  MAGODO SHANGISHA
**List the contract number of any government contract**    _____    LAGOS
                                                                                  NIGERIA

---

**2.520.** **Title of contract**            FCC CONTRACT                          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**            SALE CONTRACT

**Nature of debtor's interest**            BUYER                                  FTN COCOA PROCESSORS PLC
                                                                                  PLOT 5 BLOCK 77
**State the term remaining**            SHIPMENT PERIOD: JUN 2017-JULY 2017       BASHEER SHITTU AVENUE
                                                                                  MAGODO SHANGISHA
**List the contract number of any government contract**    _____    LAGOS
                                                                                  NIGERIA

---

**2.521.** **Title of contract**            FCC CONTRACT                          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**            SALE CONTRACT

**Nature of debtor's interest**            BUYER                                  FTN COCOA PROCESSORS PLC
                                                                                  PLOT 5 BLOCK 77
**State the term remaining**            SHIPMENT PERIOD: AUG 2017-SEP 2017        BASHEER SHITTU AVENUE
                                                                                  MAGODO SHANGISHA
**List the contract number of any government contract**    _____    LAGOS
                                                                                  NIGERIA

---

**2.522.** **Title of contract**            FCC CONTRACT                          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**            SALE CONTRACT

**Nature of debtor's interest**            BUYER                                  FTN COCOA PROCESSORS PLC
                                                                                  PLOT 5 BLOCK 77
**State the term remaining**            SHIPMENT PERIOD: OCT 2017-DEC 2017        BASHEER SHITTU AVENUE
                                                                                  MAGODO SHANGISHA
**List the contract number of any government contract**    _____    LAGOS
                                                                                  NIGERIA

---

**2.523.** **Title of contract**            FCC CONTRACT                          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**            SALE CONTRACT

**Nature of debtor's interest**            BUYER                                  FTN COCOA PROCESSORS PLC
                                                                                  PLOT 5 BLOCK 77
**State the term remaining**            SHIPMENT PERIOD: JAN 2018-MARCH 2018      BASHEER SHITTU AVENUE
                                                                                  MAGODO SHANGISHA
**List the contract number of any government contract**    _____    LAGOS
                                                                                  NIGERIA

---

Debtor    **Transmar Commodity Group Ltd.**                                                    Case number *(if known)* **16-13625**

---

**2.524.** | **Title of contract** | FCC CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | SALE CONTRACT |
| **Nature of debtor's interest** | BUYER | FTN COCOA PROCESSORS PLC
| **State the term remaining** | SHIPMENT PERIOD: APR 2018-MAY 2018 | PLOT 5 BLOCK 77
BASHEER SHITTU AVENUE
MAGODO SHANGISHA
| **List the contract number of any government contract** | _____ | LAGOS
NIGERIA

**2.525.** | **Title of contract** | FCC CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | SALE CONTRACT |
| **Nature of debtor's interest** | BUYER | FTN COCOA PROCESSORS PLC
| **State the term remaining** | SHIPMENT PERIOD: JUN 2018-JUL 2018 | PLOT 5 BLOCK 77
BASHEER SHITTU AVENUE
MAGODO SHANGISHA
| **List the contract number of any government contract** | _____ | LAGOS
NIGERIA

**2.526.** | **Title of contract** | FCC CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | SALE CONTRACT |
| **Nature of debtor's interest** | BUYER | FTN COCOA PROCESSORS PLC
| **State the term remaining** | SHIPMENT PERIOD: AUG 2018-SEP 2018 | PLOT 5 BLOCK 77
BASHEER SHITTU AVENUE
MAGODO SHANGISHA
| **List the contract number of any government contract** | _____ | LAGOS
NIGERIA

**2.527.** | **Title of contract** | FCC CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | SALE CONTRACT |
| **Nature of debtor's interest** | BUYER | FTN COCOA PROCESSORS PLC
| **State the term remaining** | SHIPMENT PERIOD: OCT 2018-DEC 2018 | PLOT 5 BLOCK 77
BASHEER SHITTU AVENUE
MAGODO SHANGISHA
| **List the contract number of any government contract** | _____ | LAGOS
NIGERIA

**2.528.** | **Title of contract** | FCC CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | SALE CONTRACT |
| **Nature of debtor's interest** | BUYER | FTN COCOA PROCESSORS PLC
| **State the term remaining** | SHIPMENT PERIOD: JAN 2019-MAR 2019 | PLOT 5 BLOCK 77
BASHEER SHITTU AVENUE
MAGODO SHANGISHA
| **List the contract number of any government contract** | _____ | LAGOS
NIGERIA

---

Debtor   **Transmar Commodity Group Ltd.**                                      Case number *(if known)* **16-13625**

| 2.529. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | FTN COCOA PROCESSORS PLC |
| | **State the term remaining** | SHIPMENT PERIOD: APR 2019-MAY 2019 | PLOT 5 BLOCK 77 BASHEER SHITTU AVENUE MAGODO SHANGISHA |
| | **List the contract number of any government contract** | _____ | LAGOS NIGERIA |

| 2.530. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | FTN COCOA PROCESSORS PLC |
| | **State the term remaining** | SHIPMENT PERIOD: JUN 2019-JUL 2019 | PLOT 5 BLOCK 77 BASHEER SHITTU AVENUE MAGODO SHANGISHA |
| | **List the contract number of any government contract** | _____ | LAGOS NIGERIA |

| 2.531. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | FTN COCOA PROCESSORS PLC |
| | **State the term remaining** | SHIPMENT PERIOD: AUG 2019-SEP 2019 | PLOT 5 BLOCK 77 BASHEER SHITTU AVENUE MAGODO SHANGISHA |
| | **List the contract number of any government contract** | _____ | LAGOS NIGERIA |

| 2.532. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | FTN COCOA PROCESSORS PLC |
| | **State the term remaining** | SHIPMENT PERIOD: OCT 2019-DEC 2019 | PLOT 5 BLOCK 77 BASHEER SHITTU AVENUE MAGODO SHANGISHA |
| | **List the contract number of any government contract** | _____ | LAGOS NIGERIA |

| 2.533. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | FTN COCOA PROCESSORS PLC |
| | **State the term remaining** | DELIVERY PERIOD: JUL 2016-SEP 2016 | PLOT 5 BLOCK 77 BASHEER SHITTU AVE MAGODO SHANGISHA |
| | **List the contract number of any government contract** | _____ | LAGOS NIGERIA |

Debtor   **Transmar Commodity Group Ltd.**                                                                Case number *(if known)* **16-13625**

---

2.534.  **Title of contract**                FCC CONTRACT/SELLER NO: FTN/TCG/2016/Q001          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**       PURCHASE CONTRACT

**Nature of debtor's interest**           BUYER                                    FTN COCOA PROCESSORS PLC
                                                                                   PLOT 5 BLOCK 77 BASHEER SHITTU
**State the term remaining**              DELIVERY PERIOD: JAN 2016-MAR 2016       AVE
                                                                                   MAGODO SHANGISHA
**List the contract number of**           _____          LAGOS
**any government contract**                                                        NIGERIA

2.535.  **Title of contract**                FCC CONTRACT                             **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**       PURCHASE CONTRACT

**Nature of debtor's interest**           BUYER                                    FTN COCOA PROCESSORS PLC
                                                                                   PLOT 5 BLOCK 77 BASHEER SHITTU
**State the term remaining**              DELIVERY PERIOD: JAN 2016-MAR 2017       AVE
                                                                                   MAGODO SHANGISHA
**List the contract number of**           _____          LAGOS
**any government contract**                                                        NIGERIA

2.536.  **Title of contract**                FCC CONTRACT                             **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**       PURCHASE CONTRACT

**Nature of debtor's interest**           BUYER                                    FTN COCOA PROCESSORS PLC
                                                                                   PLOT 5 BLOCK 77 BASHEER SHITTU
**State the term remaining**              DELIVERY PERIOD: APR 2017-MAY 2017       AVE
                                                                                   MAGODO SHANGISHA
**List the contract number of**           _____          LAGOS
**any government contract**                                                        NIGERIA

2.537.  **Title of contract**                FCC CONTRACT                             **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**       PURCHASE CONTRACT

**Nature of debtor's interest**           BUYER                                    FTN COCOA PROCESSORS PLC
                                                                                   PLOT 5 BLOCK 77 BASHEER SHITTU
**State the term remaining**              DELIVERY PERIOD: JUN 2017-JUL 2017       AVE
                                                                                   MAGODO SHANGISHA
**List the contract number of**           _____          LAGOS
**any government contract**                                                        NIGERIA

2.538.  **Title of contract**                FCC CONTRACT                             **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**       PURCHASE CONTRACT

**Nature of debtor's interest**           BUYER                                    FTN COCOA PROCESSORS PLC
                                                                                   PLOT 5 BLOCK 77 BASHEER SHITTU
**State the term remaining**              DELIVERY PERIOD: AUG 2017-SEP 2017       AVE
                                                                                   MAGODO SHANGISHA
**List the contract number of**           _____          LAGOS
**any government contract**                                                        NIGERIA

Debtor    **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

---

**2.539.**  **Title of contract**                FCC CONTRACT                              State the name and mailing address
                                                                                          for all other parties with whom the
            **State what the contract or**       PURCHASE CONTRACT                         debtor has an executory contract or
            **lease is for**                                                               unexpired lease

            **Nature of debtor's interest**      BUYER                                     FTN COCOA PROCESSORS PLC
                                                                                          PLOT 5 BLOCK 77 BASHEER SHITTU
            **State the term remaining**         DELIVERY PERIOD: OCT 2017-DEC 2017        AVE
                                                                                          MAGODO SHANGISHA
            **List the contract number of**      _____         LAGOS
            **any government contract**                                                    NIGERIA

---

**2.540.**  **Title of contract**                FCC CONTRACT                              State the name and mailing address
                                                                                          for all other parties with whom the
            **State what the contract or**       PURCHASE CONTRACT                         debtor has an executory contract or
            **lease is for**                                                               unexpired lease

            **Nature of debtor's interest**      BUYER                                     FTN COCOA PROCESSORS PLC
                                                                                          PLOT 5 BLOCK 77 BASHEER SHITTU
            **State the term remaining**         DELIVERY PERIOD: JAN 2018-MAR 2018        AVE
                                                                                          MAGODO SHANGISHA
            **List the contract number of**      _____         LAGOS
            **any government contract**                                                    NIGERIA

---

**2.541.**  **Title of contract**                FCC CONTRACT                              State the name and mailing address
                                                                                          for all other parties with whom the
            **State what the contract or**       PURCHASE CONTRACT                         debtor has an executory contract or
            **lease is for**                                                               unexpired lease

            **Nature of debtor's interest**      BUYER                                     FTN COCOA PROCESSORS PLC
                                                                                          PLOT 5 BLOCK 77 BASHEER SHITTU
            **State the term remaining**         DELIVERY PERIOD: APR 2018-MAY 2018        AVE
                                                                                          MAGODO SHANGISHA
            **List the contract number of**      _____         LAGOS
            **any government contract**                                                    NIGERIA

---

**2.542.**  **Title of contract**                FCC CONTRACT                              State the name and mailing address
                                                                                          for all other parties with whom the
            **State what the contract or**       PURCHASE CONTRACT                         debtor has an executory contract or
            **lease is for**                                                               unexpired lease

            **Nature of debtor's interest**      BUYER                                     FTN COCOA PROCESSORS PLC
                                                                                          PLOT 5 BLOCK 77 BASHEER SHITTU
            **State the term remaining**         DELIVERY PERIOD: JUN 2018-JUL 2018        AVE
                                                                                          MAGODO SHANGISHA
            **List the contract number of**      _____         LAGOS
            **any government contract**                                                    NIGERIA

---

**2.543.**  **Title of contract**                FCC CONTRACT                              State the name and mailing address
                                                                                          for all other parties with whom the
            **State what the contract or**       PURCHASE CONTRACT                         debtor has an executory contract or
            **lease is for**                                                               unexpired lease

            **Nature of debtor's interest**      BUYER                                     FTN COCOA PROCESSORS PLC
                                                                                          PLOT 5 BLOCK 77 BASHEER SHITTU
            **State the term remaining**         DELIVERY PERIOD: AUG 2018-SEP 2018        AVE
                                                                                          MAGODO SHANGISHA
            **List the contract number of**      _____         LAGOS
            **any government contract**                                                    NIGERIA

---

Debtor    **Transmar Commodity Group Ltd.**                                                 Case number *(if known)* **16-13625**

---

**2.544.**    **Title of contract**                    FCC CONTRACT                                        **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    PURCHASE CONTRACT

**Nature of debtor's interest**    BUYER                                                                FTN COCOA PROCESSORS PLC
                                                                                                         PLOT 5 BLOCK 77 BASHEER SHITTU AVE
**State the term remaining**    DELIVERY PERIOD: OCT 2018-DEC 2018                                        MAGODO SHANGISHA
                                                                                                         LAGOS
**List the contract number of any government contract**    _____                       NIGERIA

---

**2.545.**    **Title of contract**                    FCC CONTRACT                                        **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    PURCHASE CONTRACT

**Nature of debtor's interest**    BUYER                                                                FTN COCOA PROCESSORS PLC
                                                                                                         PLOT 5 BLOCK 77 BASHEER SHITTU AVE
**State the term remaining**    DELIVERY PERIOD: JAN 2019-MAR 2019                                        MAGODO SHANGISHA
                                                                                                         LAGOS
**List the contract number of any government contract**    _____                       NIGERIA

---

**2.546.**    **Title of contract**                    FCC CONTRACT                                        **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    PURCHASE CONTRACT

**Nature of debtor's interest**    BUYER                                                                FTN COCOA PROCESSORS PLC
                                                                                                         PLOT 5 BLOCK 77 BASHEER SHITTU AVE
**State the term remaining**    DELIVERY PERIOD: APR 2019-MAY 2019                                        MAGODO SHANGISHA
                                                                                                         LAGOS
**List the contract number of any government contract**    _____                       NIGERIA

---

**2.547.**    **Title of contract**                    FCC CONTRACT                                        **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    PURCHASE CONTRACT

**Nature of debtor's interest**    BUYER                                                                FTN COCOA PROCESSORS PLC
                                                                                                         PLOT 5 BLOCK 77 BASHEER SHITTU AVE
**State the term remaining**    DELIVERY PERIOD: JUN 2019-JUL 2019                                        MAGODO SHANGISHA
                                                                                                         LAGOS
**List the contract number of any government contract**    _____                       NIGERIA

---

**2.548.**    **Title of contract**                    FCC CONTRACT                                        **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    PURCHASE CONTRACT

**Nature of debtor's interest**    BUYER                                                                FTN COCOA PROCESSORS PLC
                                                                                                         PLOT 5 BLOCK 77 BASHEER SHITTU AVE
**State the term remaining**    DELIVERY PERIOD: AUG 2019-SEP 2019                                        MAGODO SHANGISHA
                                                                                                         LAGOS
**List the contract number of any government contract**    _____                       NIGERIA

---

Debtor   **Transmar Commodity Group Ltd.**                                     Case number *(if known)* **16-13625**

---

**2.549.**  **Title of contract**              FCC CONTRACT                          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**     PURCHASE CONTRACT

**Nature of debtor's interest**    BUYER                                 FTN COCOA PROCESSORS PLC
PLOT 5 BLOCK 77 BASHEER SHITTU AVE
**State the term remaining**     DELIVERY PERIOD: OCT 2019-DEC 2019       MAGODO SHANGISHA
LAGOS
**List the contract number of any government contract**   _____   NIGERIA

---

**2.550.**  **Title of contract**              FCC CONTRACT                          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**     FORWARD CONTRACT

**Nature of debtor's interest**    BUYER                                 FTN COCOA PROCESSORS PLC
PLOT 5 BLOCK 77 BASHEER SHITTU
**State the term remaining**     DELIVERY PERIOD: OCT 2019-DEC 2019       AVENUE MAGODO SHANGISHA
LAGOS
**List the contract number of any government contract**   _____   NIGERIA

---

**2.551.**  **Title of contract**              SALES CONTRACT EMS109599              **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**     SALE CONTRACT

**Nature of debtor's interest**    BUYER                                 GCB COCOA SINGAPORE PT LTD
1 COMMONWEALTH LANE #08-04
**State the term remaining**     JUNE 2015                             ONE COMMONWEALTH 149544
SINGAPORE
**List the contract number of any government contract**   _____

---

**2.552.**  **Title of contract**              FCC CONTRACT                          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**     PURCHASE CONTRACT

**Nature of debtor's interest**    SELLER                                GCB COCOA SINGAPORE PT LTD
1 COMMONWEALTH LANE #08-04
**State the term remaining**     SHIPMENT: JUN 2015                    ONE COMMONWEALTH
SINGAPORE 149544
**List the contract number of any government contract**   _____   SINGAPORE

---

**2.553.**  **Title of contract**              FCC CONTRACT                          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**     PURCHASE CONTRACT

**Nature of debtor's interest**    SELLER                                GCB COCOA SINGAPORE PT LTD
1 COMMONWEALTH LANE #08-04
**State the term remaining**     SHIPMENT: JUL 2015                    ONE COMMONWEALTH
SINGAPORE 149544
**List the contract number of any government contract**   _____   SINGAPORE

---

Debtor    **Transmar Commodity Group Ltd.**                                      Case number *(if known)* **16-13625**

| 2.554. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GCB COCOA SINGAPORE PT LTD |
| | **State the term remaining** | SHIPMENT: AUG 2015 | 1 COMMONWEALTH LANE #08-04 ONE COMMONWEALTH |
| | **List the contract number of any government contract** | _____ | SINGAPORE 149544 SINGAPORE |

| 2.555. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GCB COCOA SINGAPORE PT LTD |
| | **State the term remaining** | SHIPMENT: SEP 2015 | 1 COMMONWEALTH LANE #08-04 ONE COMMONWEALTH |
| | **List the contract number of any government contract** | _____ | SINGAPORE 149544 SINGAPORE |

| 2.556. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GCB COCOA SINGAPORE PT LTD |
| | **State the term remaining** | SHIPMENT: MAY 2016 | 1 COMMONWEALTH LANE #08-04 ONE COMMONWEALTH |
| | **List the contract number of any government contract** | _____ | SINGAPORE 149544 SINGAPORE |

| 2.557. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GCB COCOA SINGAPORE PT LTD |
| | **State the term remaining** | SHIPMENT: JUN 2016 | 1 COMMONWEALTH LANE #08-04 ONE COMMONWEALTH |
| | **List the contract number of any government contract** | _____ | SINGAPORE 149544 SINGAPORE |

| 2.558. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GCB COCOA SINGAPORE PT LTD |
| | **State the term remaining** | SHIPMENT: JUL 2016 | 1 COMMONWEALTH LANE #08-04 ONE COMMONWEALTH |
| | **List the contract number of any government contract** | _____ | SINGAPORE 149544 SINGAPORE |

Debtor    **Transmar Commodity Group Ltd.**                                                     Case number *(if known)* **16-13625**

---

**2.559.** **Title of contract**                  FCC CONTRACT

**State what the contract or lease is for**        PURCHASE CONTRACT

**Nature of debtor's interest**                    SELLER

**State the term remaining**                       SHIPMENT: AUG 2016

**List the contract number of any government contract**    _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

GCB COCOA SINGAPORE PT LTD
1 COMMONWEALTH LANE #08-04
ONE COMMONWEALTH
SINGAPORE 149544
SINGAPORE

---

**2.560.** **Title of contract**                  FCC CONTRACT

**State what the contract or lease is for**        PURCHASE CONTRACT

**Nature of debtor's interest**                    SELLER

**State the term remaining**                       SHIPMENT: SEP 2016

**List the contract number of any government contract**    _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

GCB COCOA SINGAPORE PT LTD
1 COMMONWEALTH LANE #08-04
ONE COMMONWEALTH
SINGAPORE 149544
SINGAPORE

---

**2.561.** **Title of contract**                  FCC CONTRACT

**State what the contract or lease is for**        PURCHASE CONTRACT

**Nature of debtor's interest**                    SELLER

**State the term remaining**                       SHIPMENT: OCT 2016

**List the contract number of any government contract**    _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

GCB COCOA SINGAPORE PT LTD
1 COMMONWEALTH LANE #08-04
ONE COMMONWEALTH
SINGAPORE 149544
SINGAPORE

---

**2.562.** **Title of contract**                  FCC CONTRACT

**State what the contract or lease is for**        PURCHASE CONTRACT

**Nature of debtor's interest**                    SELLER

**State the term remaining**                       SHIPMENT: NOV 2016

**List the contract number of any government contract**    _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

GCB COCOA SINGAPORE PT LTD
1 COMMONWEALTH LANE #08-04
ONE COMMONWEALTH
SINGAPORE 149544
SINGAPORE

---

**2.563.** **Title of contract**                  FCC CONTRACT

**State what the contract or lease is for**        PURCHASE CONTRACT

**Nature of debtor's interest**                    SELLER

**State the term remaining**                       SHIPMENT: DEC 2016

**List the contract number of any government contract**    _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

GCB COCOA SINGAPORE PT LTD
1 COMMONWEALTH LANE #08-04
ONE COMMONWEALTH
SINGAPORE 149544
SINGAPORE

---

Debtor    **Transmar Commodity Group Ltd.**                                          Case number *(if known)* **16-13625**

| 2.564. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GCB COCOA SINGAPORE PT LTD |
| | **State the term remaining** | SHIPMENT: JAN 2017 | 1 COMMONWEALTH LANE #08-04 ONE COMMONWEALTH |
| | **List the contract number of any government contract** | _____ | SINGAPORE 149544 SINGAPORE |

| 2.565. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GCB COCOA SINGAPORE PT LTD |
| | **State the term remaining** | SHIPMENT: FEB 2017 | 1 COMMONWEALTH LANE #08-04 ONE COMMONWEALTH |
| | **List the contract number of any government contract** | _____ | SINGAPORE 149544 SINGAPORE |

| 2.566. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | GCB COCOA SINGAPORE PT LTD |
| | **State the term remaining** | SHIPMENT: JAN 2017 | 1 COMMONWEALTH LANE #08-04 ONE COMMONWEALTH |
| | **List the contract number of any government contract** | _____ | SINGAPORE 149544 SINGAPORE |

| 2.567. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | GCB COCOA SINGAPORE PT LTD |
| | **State the term remaining** | SHIPMENT: FEB 2017 | 1 COMMONWEALTH LANE #08-04 ONE COMMONWEALTH |
| | **List the contract number of any government contract** | _____ | SINGAPORE 149544 SINGAPORE |

| 2.568. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | GCB COCOA SINGAPORE PT LTD |
| | **State the term remaining** | SHIPMENT: MAR 2017 | 1 COMMONWEALTH LANE #08-04 ONE COMMONWEALTH |
| | **List the contract number of any government contract** | _____ | SINGAPORE 149544 SINGAPORE |

Debtor    **Transmar Commodity Group Ltd.**                                                          Case number *(if known)* **16-13625**

---

**2.569.** | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | SALE CONTRACT |
| **Nature of debtor's interest** | BUYER | GCB COCOA SINGAPORE PT LTD
| **State the term remaining** | SHIPMENT: APR 2017 | 1 COMMONWEALTH LANE #08-04 ONE COMMONWEALTH
| **List the contract number of any government contract** | _____ | SINGAPORE 149544 SINGAPORE

**2.570.** | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | SALE CONTRACT |
| **Nature of debtor's interest** | BUYER | GCB COCOA SINGAPORE PT LTD
| **State the term remaining** | SHIPMENT: MAY 2017 | 1 COMMONWEALTH LANE #08-04 ONE COMMONWEALTH
| **List the contract number of any government contract** | _____ | SINGAPORE 149544 SINGAPORE

**2.571.** | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | SALE CONTRACT |
| **Nature of debtor's interest** | BUYER | GCB COCOA SINGAPORE PT LTD
| **State the term remaining** | SHIPMENT: JUN 2017 | 1 COMMONWEALTH LANE #08-04 ONE COMMONWEALTH
| **List the contract number of any government contract** | _____ | SINGAPORE 149544 SINGAPORE

**2.572.** | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | SALE CONTRACT |
| **Nature of debtor's interest** | BUYER | GCB COCOA SINGAPORE PT LTD
| **State the term remaining** | SHIPMENT: JUL 2017 | 1 COMMONWEALTH LANE #08-04 ONE COMMONWEALTH
| **List the contract number of any government contract** | _____ | SINGAPORE 149544 SINGAPORE

**2.573.** | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | SALE CONTRACT |
| **Nature of debtor's interest** | BUYER | GCB COCOA SINGAPORE PT LTD
| **State the term remaining** | SHIPMENT: AUG 2017 | 1 COMMONWEALTH LANE #08-04 ONE COMMONWEALTH
| **List the contract number of any government contract** | _____ | SINGAPORE 149544 SINGAPORE

---

Debtor   **Transmar Commodity Group Ltd.**                                      Case number *(if known)* **16-13625**

| 2.574. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | GCB COCOA SINGAPORE PT LTD |
| | **State the term remaining** | SHIPMENT: SEP 2017 | 1 COMMONWEALTH LANE #08-04 ONE COMMONWEALTH SINGAPORE 149544 |
| | **List the contract number of any government contract** | _____ | SINGAPORE |

| 2.575. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | GCB COCOA SINGAPORE PT LTD |
| | **State the term remaining** | SHIPMENT: OCT 2017 | 1 COMMONWEALTH LANE #08-04 ONE COMMONWEALTH SINGAPORE 149544 |
| | **List the contract number of any government contract** | _____ | SINGAPORE |

| 2.576. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | GCB COCOA SINGAPORE PT LTD |
| | **State the term remaining** | SHIPMENT: NOV 2017 | 1 COMMONWEALTH LANE #08-04 ONE COMMONWEALTH SINGAPORE 149544 |
| | **List the contract number of any government contract** | _____ | SINGAPORE |

| 2.577. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | GCB COCOA SINGAPORE PT LTD |
| | **State the term remaining** | SHIPMENT: DEC 2017 | 1 COMMONWEALTH LANE #08-04 ONE COMMONWEALTH SINGAPORE 149544 |
| | **List the contract number of any government contract** | _____ | SINGAPORE |

| 2.578. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | GCB COCOA SINGAPORE PT LTD |
| | **State the term remaining** | SHIPMENT: JAN 2017 | 1 COMMONWEALTH LANE #08-04 ONE COMMONWEALTH SINGAPORE 149544 |
| | **List the contract number of any government contract** | _____ | SINGAPORE |

Debtor   **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

| 2.579. | Title of contract | FCC CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SALE CONTRACT | |
| | Nature of debtor's interest | BUYER | GCB COCOA SINGAPORE PT LTD |
| | State the term remaining | SHIPMENT: FEB 2017 | 1 COMMONWEALTH LANE #08-04 ONE COMMONWEALTH |
| | List the contract number of any government contract | | SINGAPORE 149544 SINGAPORE |

| 2.580. | Title of contract | FCC CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SALE CONTRACT | |
| | Nature of debtor's interest | BUYER | GCB COCOA SINGAPORE PT LTD |
| | State the term remaining | SHIPMENT: MAR 2017 | 1 COMMONWEALTH LANE #08-04 ONE COMMONWEALTH |
| | List the contract number of any government contract | | SINGAPORE 149544 SINGAPORE |

| 2.581. | Title of contract | FCC CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SALE CONTRACT | |
| | Nature of debtor's interest | BUYER | GCB COCOA SINGAPORE PT LTD |
| | State the term remaining | SHIPMENT: APR 2017 | 1 COMMONWEALTH LANE #08-04 ONE COMMONWEALTH |
| | List the contract number of any government contract | | SINGAPORE 149544 SINGAPORE |

| 2.582. | Title of contract | FCC CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SALE CONTRACT | |
| | Nature of debtor's interest | BUYER | GCB COCOA SINGAPORE PT LTD |
| | State the term remaining | SHIPMENT: MAY 2017 | 1 COMMONWEALTH LANE #08-04 ONE COMMONWEALTH |
| | List the contract number of any government contract | | SINGAPORE 149544 SINGAPORE |

| 2.583. | Title of contract | FCC CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SALE CONTRACT | |
| | Nature of debtor's interest | BUYER | GCB COCOA SINGAPORE PT LTD |
| | State the term remaining | SHIPMENT: JUN 2017 | 1 COMMONWEALTH LANE #08-04 ONE COMMONWEALTH |
| | List the contract number of any government contract | | SINGAPORE 149544 SINGAPORE |

Debtor    **Transmar Commodity Group Ltd.**                                                         Case number *(if known)* **16-13625**

| 2.584. | Title of contract | FCC CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SALE CONTRACT | |
| | Nature of debtor's interest | BUYER | GCB COCOA SINGAPORE PT LTD |
| | State the term remaining | SHIPMENT: JUL 2017 | 1 COMMONWEALTH LANE #08-04 ONE COMMONWEALTH |
| | List the contract number of any government contract | _____ | SINGAPORE 149544 SINGAPORE |

| 2.585. | Title of contract | FCC CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SALE CONTRACT | |
| | Nature of debtor's interest | BUYER | GCB COCOA SINGAPORE PT LTD |
| | State the term remaining | SHIPMENT: AUG 2017 | 1 COMMONWEALTH LANE #08-04 ONE COMMONWEALTH |
| | List the contract number of any government contract | _____ | SINGAPORE 149544 SINGAPORE |

| 2.586. | Title of contract | FCC CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SALE CONTRACT | |
| | Nature of debtor's interest | BUYER | GCB COCOA SINGAPORE PT LTD |
| | State the term remaining | SHIPMENT: SEP 2017 | 1 COMMONWEALTH LANE #08-04 ONE COMMONWEALTH |
| | List the contract number of any government contract | _____ | SINGAPORE 149544 SINGAPORE |

| 2.587. | Title of contract | FCC CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SALE CONTRACT | |
| | Nature of debtor's interest | BUYER | GCB COCOA SINGAPORE PT LTD |
| | State the term remaining | SHIPMENT: OCT 2017 | 1 COMMONWEALTH LANE #08-04 ONE COMMONWEALTH |
| | List the contract number of any government contract | _____ | SINGAPORE 149544 SINGAPORE |

| 2.588. | Title of contract | FCC CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SALE CONTRACT | |
| | Nature of debtor's interest | BUYER | GCB COCOA SINGAPORE PT LTD |
| | State the term remaining | SHIPMENT: NOV 2017 | 1 COMMONWEALTH LANE #08-04 ONE COMMONWEALTH |
| | List the contract number of any government contract | _____ | SINGAPORE 149544 SINGAPORE |

Debtor   **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

---

**2.589.** **Title of contract**                FCC CONTRACT                         State the name and mailing address
                                                                                    for all other parties with whom the
         **State what the contract or**          SALE CONTRACT                       debtor has an executory contract or
         **lease is for**                                                            unexpired lease

         **Nature of debtor's interest**         BUYER                               GCB COCOA SINGAPORE PT LTD
                                                                                    1 COMMONWEALTH LANE #08-04
         **State the term remaining**            SHIPMENT: DEC 2017                  ONE COMMONWEALTH
                                                                                    SINGAPORE 149544
         **List the contract number of**         _____            SINGAPORE
         **any government contract**

**2.590.** **Title of contract**                FCC CONTRACT/SELLER NO.: SS03705    State the name and mailing address
                                                                                    for all other parties with whom the
         **State what the contract or**          PURCHASE CONTRACT                   debtor has an executory contract or
         **lease is for**                                                            unexpired lease

         **Nature of debtor's interest**         BUYER                               GCB COCOA SINGAPORE PT LTD
                                                                                    1 COMMONWEALTH LANE #08-04
         **State the term remaining**            DELIVERY PERIOD: JAN 2017           ONE COMMONWEALTH
                                                                                    SINGAPORE 149544
         **List the contract number of**         _____            SINGAPORE
         **any government contract**

**2.591.** **Title of contract**                FCC CONTRACT/SELLER NO.: SS03706    State the name and mailing address
                                                                                    for all other parties with whom the
         **State what the contract or**          PURCHASE CONTRACT                   debtor has an executory contract or
         **lease is for**                                                            unexpired lease

         **Nature of debtor's interest**         BUYER                               GCB COCOA SINGAPORE PT LTD
                                                                                    1 COMMONWEALTH LANE #08-04
         **State the term remaining**            DELIVERY PERIOD: FEB 2017           ONE COMMONWEALTH
                                                                                    SINGAPORE 149544
         **List the contract number of**         _____            SINGAPORE
         **any government contract**

**2.592.** **Title of contract**                FCC CONTRACT/SELLER NO.: SS03707    State the name and mailing address
                                                                                    for all other parties with whom the
         **State what the contract or**          PURCHASE CONTRACT                   debtor has an executory contract or
         **lease is for**                                                            unexpired lease

         **Nature of debtor's interest**         BUYER                               GCB COCOA SINGAPORE PT LTD
                                                                                    1 COMMONWEALTH LANE #08-04
         **State the term remaining**            DELIVERY PERIOD: MAR 2017           ONE COMMONWEALTH
                                                                                    SINGAPORE 149544
         **List the contract number of**         _____            SINGAPORE
         **any government contract**

**2.593.** **Title of contract**                FCC CONTRACT/SELLER NO.: SS03708    State the name and mailing address
                                                                                    for all other parties with whom the
         **State what the contract or**          PURCHASE CONTRACT                   debtor has an executory contract or
         **lease is for**                                                            unexpired lease

         **Nature of debtor's interest**         BUYER                               GCB COCOA SINGAPORE PT LTD
                                                                                    1 COMMONWEALTH LANE #08-04
         **State the term remaining**            DELIVERY PERIOD: APR 2017           ONE COMMONWEALTH
                                                                                    SINGAPORE 149544
         **List the contract number of**         _____            SINGAPORE
         **any government contract**

Debtor   **Transmar Commodity Group Ltd.**         Case number *(if known)* **16-13625**

| 2.594. | **Title of contract** | FCC CONTRACT/SELLER NO.: SS03709 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | GCB COCOA SINGAPORE PT LTD |
| | **State the term remaining** | DELIVERY PERIOD: MAY 2017 | 1 COMMONWEALTH LANE #08-04 ONE COMMONWEALTH |
| | **List the contract number of any government contract** | _____ | SINGAPORE 149544 SINGAPORE |

| 2.595. | **Title of contract** | FCC CONTRACT/SELLER NO.: SS03710 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | GCB COCOA SINGAPORE PT LTD |
| | **State the term remaining** | DELIVERY PERIOD: JUN 2017 | 1 COMMONWEALTH LANE #08-04 ONE COMMONWEALTH |
| | **List the contract number of any government contract** | _____ | SINGAPORE 149544 SINGAPORE |

| 2.596. | **Title of contract** | FCC CONTRACT/SELLER NO.: SS03711 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | GCB COCOA SINGAPORE PT LTD |
| | **State the term remaining** | DELIVERY PERIOD: JUL 2017 | 1 COMMONWEALTH LANE #08-04 ONE COMMONWEALTH |
| | **List the contract number of any government contract** | _____ | SINGAPORE 149544 SINGAPORE |

| 2.597. | **Title of contract** | FCC CONTRACT/SELLER NO.: SS03712 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | GCB COCOA SINGAPORE PT LTD |
| | **State the term remaining** | DELIVERY PERIOD: AUG 2017 | 1 COMMONWEALTH LANE #08-04 ONE COMMONWEALTH |
| | **List the contract number of any government contract** | _____ | SINGAPORE 149544 SINGAPORE |

| 2.598. | **Title of contract** | FCC CONTRACT/SELLER NO.: SS03713 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | GCB COCOA SINGAPORE PT LTD |
| | **State the term remaining** | DELIVERY PERIOD: SEP 2017 | 1 COMMONWEALTH LANE #08-04 ONE COMMONWEALTH |
| | **List the contract number of any government contract** | _____ | SINGAPORE 149544 SINGAPORE |

Debtor    **Transmar Commodity Group Ltd.**                                                         Case number *(if known)* **16-13625**

| 2.599. | Title of contract | FCC CONTRACT/SELLER NO.: SS03714 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PURCHASE CONTRACT | |
| | Nature of debtor's interest | BUYER | GCB COCOA SINGAPORE PT LTD 1 COMMONWEALTH LANE #08-04 ONE COMMONWEALTH SINGAPORE 149544 SINGAPORE |
| | State the term remaining | DELIVERY PERIOD: OCT 2017 | |
| | List the contract number of any government contract | _____ | |

| 2.600. | Title of contract | FCC CONTRACT/SELLER NO.: SS03715 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PURCHASE CONTRACT | |
| | Nature of debtor's interest | BUYER | GCB COCOA SINGAPORE PT LTD 1 COMMONWEALTH LANE #08-04 ONE COMMONWEALTH SINGAPORE 149544 SINGAPORE |
| | State the term remaining | DELIVERY PERIOD: NOV 2017 | |
| | List the contract number of any government contract | _____ | |

| 2.601. | Title of contract | FCC CONTRACT/SELLER NO.: SS03716 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PURCHASE CONTRACT | |
| | Nature of debtor's interest | BUYER | GCB COCOA SINGAPORE PT LTD 1 COMMONWEALTH LANE #08-04 ONE COMMONWEALTH SINGAPORE 149544 SINGAPORE |
| | State the term remaining | DELIVERY PERIOD: DEC 2017 | |
| | List the contract number of any government contract | _____ | |

| 2.602. | Title of contract | FCC CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PURCHASE CONTRACT | |
| | Nature of debtor's interest | BUYER | GCB COCOA SINGAPORE PT LTD 1 COMMONWEALTH LANE #08-04 ONE COMMONWEALTH SINGAPORE 149544 SINGAPORE |
| | State the term remaining | DELIVERY PERIOD: JAN 2017 | |
| | List the contract number of any government contract | _____ | |

| 2.603. | Title of contract | FCC CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PURCHASE CONTRACT | |
| | Nature of debtor's interest | BUYER | GCB COCOA SINGAPORE PT LTD 1 COMMONWEALTH LANE #08-04 ONE COMMONWEALTH SINGAPORE 149544 SINGAPORE |
| | State the term remaining | DELIVERY PERIOD: FEB 2017 | |
| | List the contract number of any government contract | _____ | |

Debtor   **Transmar Commodity Group Ltd.**          Case number *(if known)* **16-13625**

| 2.604. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | GCB COCOA SINGAPORE PT LTD |
| | **State the term remaining** | DELIVERY PERIOD: MAR 2017 | 1 COMMONWEALTH LANE #08-04 ONE COMMONWEALTH |
| | **List the contract number of any government contract** | _____ | SINGAPORE 149544 SINGAPORE |

| 2.605. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | GCB COCOA SINGAPORE PT LTD |
| | **State the term remaining** | DELIVERY PERIOD: APR 2017 | 1 COMMONWEALTH LANE #08-04 ONE COMMONWEALTH |
| | **List the contract number of any government contract** | _____ | SINGAPORE 149544 SINGAPORE |

| 2.606. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | GCB COCOA SINGAPORE PT LTD |
| | **State the term remaining** | DELIVERY PERIOD: MAY 2017 | 1 COMMONWEALTH LANE #08-04 ONE COMMONWEALTH |
| | **List the contract number of any government contract** | _____ | SINGAPORE 149544 SINGAPORE |

| 2.607. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | GCB COCOA SINGAPORE PT LTD |
| | **State the term remaining** | DELIVERY PERIOD: JUN 2017 | 1 COMMONWEALTH LANE #08-04 ONE COMMONWEALTH |
| | **List the contract number of any government contract** | _____ | SINGAPORE 149544 SINGAPORE |

| 2.608. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | GCB COCOA SINGAPORE PT LTD |
| | **State the term remaining** | DELIVERY PERIOD: JUL 2017 | 1 COMMONWEALTH LANE #08-04 ONE COMMONWEALTH |
| | **List the contract number of any government contract** | _____ | SINGAPORE 149544 SINGAPORE |

Debtor   **Transmar Commodity Group Ltd.**                                   Case number *(if known)* **16-13625**

| 2.609. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | GCB COCOA SINGAPORE PT LTD |
| | **State the term remaining** | DELIVERY PERIOD: AUG 2017 | 1 COMMONWEALTH LANE #08-04 ONE COMMONWEALTH |
| | **List the contract number of any government contract** | _____ | SINGAPORE 149544 SINGAPORE |

| 2.610. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | GCB COCOA SINGAPORE PT LTD |
| | **State the term remaining** | DELIVERY PERIOD: SEP 2017 | 1 COMMONWEALTH LANE #08-04 ONE COMMONWEALTH |
| | **List the contract number of any government contract** | _____ | SINGAPORE 149544 SINGAPORE |

| 2.611. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | GCB COCOA SINGAPORE PT LTD |
| | **State the term remaining** | DELIVERY PERIOD: OCT 2017 | 1 COMMONWEALTH LANE #08-04 ONE COMMONWEALTH |
| | **List the contract number of any government contract** | _____ | SINGAPORE 149544 SINGAPORE |

| 2.612. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | GCB COCOA SINGAPORE PT LTD |
| | **State the term remaining** | DELIVERY PERIOD: NOV 2017 | 1 COMMONWEALTH LANE #08-04 ONE COMMONWEALTH |
| | **List the contract number of any government contract** | _____ | SINGAPORE 149544 SINGAPORE |

| 2.613. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | GCB COCOA SINGAPORE PT LTD |
| | **State the term remaining** | DELIVERY PERIOD: DEC 2017 | 1 COMMONWEALTH LANE #08-04 ONE COMMONWEALTH |
| | **List the contract number of any government contract** | _____ | SINGAPORE 149544 SINGAPORE |

Debtor   **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

---

**2.614.** | **Title of contract** | FCC CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| **State what the contract or lease is for** | SALE CONTRACT | |
| **Nature of debtor's interest** | SELLER | GCB COCOA SINGAPORE PT LTD |
| **State the term remaining** | DELIVERY PERIOD: JUL 2015 | 1 COMMONWEALTH LANE #08-04 ONE COMMONWEALTH SINGAPORE 149544 SINGAPORE |
| **List the contract number of any government contract** | _____ | |

**2.615.** | **Title of contract** | FCC CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| **State what the contract or lease is for** | SALE CONTRACT | |
| **Nature of debtor's interest** | SELLER | GCB COCOA SINGAPORE PT LTD |
| **State the term remaining** | DELIVERY PERIOD: SEP 2015 | 1 COMMONWEALTH LANE #08-04 ONE COMMONWEALTH SINGAPORE 149544 SINGAPORE |
| **List the contract number of any government contract** | _____ | |

**2.616.** | **Title of contract** | FCC CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| **State what the contract or lease is for** | SALE CONTRACT | |
| **Nature of debtor's interest** | SELLER | GCB COCOA SINGAPORE PT LTD |
| **State the term remaining** | DELIVERY PERIOD: MAY 2016 | 1 COMMONWEALTH LANE #08-04 ONE COMMONWEALTH SINGAPORE 149544 SINGAPORE |
| **List the contract number of any government contract** | _____ | |

**2.617.** | **Title of contract** | FCC CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| **State what the contract or lease is for** | SALE CONTRACT | |
| **Nature of debtor's interest** | SELLER | GCB COCOA SINGAPORE PT LTD |
| **State the term remaining** | DELIVERY PERIOD: JUL 2016 | 1 COMMONWEALTH LANE #08-04 ONE COMMONWEALTH SINGAPORE 149544 SINGAPORE |
| **List the contract number of any government contract** | _____ | |

**2.618.** | **Title of contract** | FCC CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| **State what the contract or lease is for** | SALE CONTRACT | |
| **Nature of debtor's interest** | SELLER | GCB COCOA SINGAPORE PT LTD |
| **State the term remaining** | DELIVERY PERIOD: AUG 2016 | 1 COMMONWEALTH LANE #08-04 ONE COMMONWEALTH SINGAPORE 149544 SINGAPORE |
| **List the contract number of any government contract** | _____ | |

Debtor   **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

| 2.619. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GCB COCOA SINGAPORE PT LTD |
| | **State the term remaining** | DELIVERY PERIOD: SEP 2016 | 1 COMMONWEALTH LANE #08-04 ONE COMMONWEALTH |
| | **List the contract number of any government contract** | _____ | SINGAPORE 149544 SINGAPORE |

| 2.620. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GCB COCOA SINGAPORE PT LTD |
| | **State the term remaining** | DELIVERY PERIOD: OCT 2016 | 1 COMMONWEALTH LANE #08-04 ONE COMMONWEALTH |
| | **List the contract number of any government contract** | _____ | SINGAPORE 149544 SINGAPORE |

| 2.621. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GCB COCOA SINGAPORE PT LTD |
| | **State the term remaining** | DELIVERY PERIOD: NOV 2016 | 1 COMMONWEALTH LANE #08-04 ONE COMMONWEALTH |
| | **List the contract number of any government contract** | _____ | SINGAPORE 149544 SINGAPORE |

| 2.622. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GCB COCOA SINGAPORE PT LTD |
| | **State the term remaining** | DELIVERY PERIOD: DEC 2016 | 1 COMMONWEALTH LANE #08-04 ONE COMMONWEALTH |
| | **List the contract number of any government contract** | _____ | SINGAPORE 149544 SINGAPORE |

| 2.623. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GCB COCOA SINGAPORE PT LTD |
| | **State the term remaining** | DELIVERY PERIOD: JAN 2017 | 1 COMMONWEALTH LANE #08-04 ONE COMMONWEALTH |
| | **List the contract number of any government contract** | _____ | SINGAPORE 149544 SINGAPORE |

| Debtor | **Transmar Commodity Group Ltd.** | | Case number *(if known)* **16-13625** |
|---|---|---|---|

| 2.624. | **Title of contract** | FCC CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | GCB COCOA SINGAPORE PT LTD 1 COMMONWEALTH LANE #08-04 ONE COMMONWEALTH SINGAPORE 149544 SINGAPORE |
| | **State the term remaining** | FOB-01/2017 | |
| | **List the contract number of any government contract** | _____ | |

| 2.625. | **Title of contract** | FCC CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | FORWARD CONTRACT | |
| | **Nature of debtor's interest** | BUYER | GCB COCOA SINGAPORE PT LTD MS ELSA TAY 1 COMMONWEALTH LANE #08-04 SINGAPORE 149544 SINGAPORE |
| | **State the term remaining** | FOB-01/2017 | |
| | **List the contract number of any government contract** | _____ | |

| 2.626. | **Title of contract** | INDEPENDENT CONTRACTOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | CONTRACTOR AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | GEMA LOPEZ TERRA NOSTRA, IBIZA, HOUSE NUMBER 45 GUAYAQUIL ECUADOR |
| | **State the term remaining** | STARTING SEPT 19, 2016 UNTIL JAN 24, 2017 | |
| | **List the contract number of any government contract** | _____ | |

| 2.627. | **Title of contract** | SALES CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GHIRARDELLI CHOCOLATE CO 1111 139TH AVE 6TH FLOOR SAN LEANDRO CA 94578 |
| | **State the term remaining** | DELIVERY PERIOD: AUGUST-SEPTEMBER 2016 | |
| | **List the contract number of any government contract** | _____ | |

| 2.628. | **Title of contract** | SALES CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GHIRARDELLI CHOCOLATE CO 1111 139TH AVE 6TH FLOOR SAN LEANDRO CA 94578 |
| | **State the term remaining** | DELIVERY PERIOD: JANUARY-MARCH 2017 | |
| | **List the contract number of any government contract** | _____ | |

Debtor   **Transmar Commodity Group Ltd.**                                                    Case number *(if known)* **16-13625**

| 2.629. | **Title of contract** | SALES CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GHIRARDELLI CHOCOLATE CO |
| | **State the term remaining** | DELIVERY PERIOD: OCTOBER-DECEMBER 2016 | 1111 139TH AVE 6TH FLOOR |
| | **List the contract number of any government contract** | _____ | SAN LEANDRO CA 94578 |

| 2.630. | **Title of contract** | SALES CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GHIRARDELLI CHOCOLATE CO |
| | **State the term remaining** | DELIVERY PERIOD: APRIL-MAY 2017 | 1111 139TH AVE 6TH FLOOR |
| | **List the contract number of any government contract** | _____ | SAN LEANDRO CA 94578 |

| 2.631. | **Title of contract** | SALES CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GHIRARDELLI CHOCOLATE CO |
| | **State the term remaining** | DELIVERY PERIOD: JUNE-JULY 2017 | 1111 139TH AVE 6TH FLOOR |
| | **List the contract number of any government contract** | _____ | SAN LEANDRO CA 94578 |

| 2.632. | **Title of contract** | SALES CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GHIRARDELLI CHOCOLATE CO |
| | **State the term remaining** | DELIVERY PERIOD: AUGUST-SEPTEMBER 2017 | 1111 139TH AVE 6TH FLOOR |
| | **List the contract number of any government contract** | _____ | SAN LEANDRO CA 94578 |

| 2.633. | **Title of contract** | SALES CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GHIRARDELLI CHOCOLATE CO |
| | **State the term remaining** | DELIVERY PERIOD: OCTOBER-DECEMBER 2017 | 1111 139TH AVE 6TH FLOOR |
| | **List the contract number of any government contract** | _____ | SAN LEANDRO CA 94578 |

Debtor     **Transmar Commodity Group Ltd.**                                                          Case number *(if known)* **16-13625**

---

**2.634.**   **Title of contract**            SALES CONTRACT                              State the name and mailing address
                                                                                        for all other parties with whom the
             **State what the contract or**    FORWARD CONTRACT                           debtor has an executory contract or
             **lease is for**                                                            unexpired lease

             **Nature of debtor's interest**   SELLER                                     GHIRARDELLI CHOCOLATE CO
                                                                                        APRIL SCIARRONI
             **State the term remaining**      DELIVERY PERIOD: OCTOBER-DECEMBER 2017     1111 139TH AVE
                                                                                        6TH FL
             **List the contract number of**   _____   SAN LEANDRO CA 94578
             **any government contract**

**2.635.**   **Title of contract**            SALES CONTRACT                              State the name and mailing address
                                                                                        for all other parties with whom the
             **State what the contract or**    SALE CONTRACT                              debtor has an executory contract or
             **lease is for**                                                            unexpired lease

             **Nature of debtor's interest**   SELLER                                     GUITTARD CHOCOLATE CO
                                                                                        10 GUITTARD RD
             **State the term remaining**      DELIVERY PERIOD: FEBRUARY 2017             BURLINGAME CA 94010

             **List the contract number of**   _____
             **any government contract**

**2.636.**   **Title of contract**            SALES CONTRACT                              State the name and mailing address
                                                                                        for all other parties with whom the
             **State what the contract or**    SALE CONTRACT                              debtor has an executory contract or
             **lease is for**                                                            unexpired lease

             **Nature of debtor's interest**   SELLER                                     GUITTARD CHOCOLATE CO
                                                                                        10 GUITTARD RD
             **State the term remaining**      DELIVERY PERIOD: MARCH 2017                BURLINGAME CA 94010

             **List the contract number of**   _____
             **any government contract**

**2.637.**   **Title of contract**            SALES CONTRACT                              State the name and mailing address
                                                                                        for all other parties with whom the
             **State what the contract or**    SALE CONTRACT                              debtor has an executory contract or
             **lease is for**                                                            unexpired lease

             **Nature of debtor's interest**   SELLER                                     GUITTARD CHOCOLATE CO
                                                                                        10 GUITTARD RD
             **State the term remaining**      DELIVERY PERIOD: APRIL 2017                BURLINGAME CA 94010

             **List the contract number of**   _____
             **any government contract**

**2.638.**   **Title of contract**            SALES CONTRACT                              State the name and mailing address
                                                                                        for all other parties with whom the
             **State what the contract or**    SALE CONTRACT                              debtor has an executory contract or
             **lease is for**                                                            unexpired lease

             **Nature of debtor's interest**   SELLER                                     GUITTARD CHOCOLATE CO
                                                                                        10 GUITTARD RD
             **State the term remaining**      DELIVERY PERIOD: MAY 2017                  BURLINGAME CA 94010

             **List the contract number of**   _____
             **any government contract**

---

Debtor   **Transmar Commodity Group Ltd.**                                              Case number *(if known)* **16-13625**

| 2.639. | Title of contract | SALES CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SALE CONTRACT | |
| | Nature of debtor's interest | SELLER | GUITTARD CHOCOLATE CO |
| | State the term remaining | DELIVERY PERIOD: JULY 2017 | 10 GUITTARD RD |
| | List the contract number of any government contract | _____ | BURLINGAME CA 94010 |

| 2.640. | Title of contract | SALES CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SALE CONTRACT | |
| | Nature of debtor's interest | SELLER | GUITTARD CHOCOLATE CO |
| | State the term remaining | DELIVERY PERIOD: AUGUST 2017 | 10 GUITTARD RD |
| | List the contract number of any government contract | _____ | BURLINGAME CA 94010 |

| 2.641. | Title of contract | SALES CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SALE CONTRACT | |
| | Nature of debtor's interest | SELLER | GUITTARD CHOCOLATE CO |
| | State the term remaining | DELIVERY PERIOD: SEPTEMBER 2017 | 10 GUITTARD RD |
| | List the contract number of any government contract | _____ | BURLINGAME CA 94010 |

| 2.642. | Title of contract | SALES CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SALE CONTRACT | |
| | Nature of debtor's interest | SELLER | GUITTARD CHOCOLATE CO |
| | State the term remaining | DELIVERY PERIOD: OCTOBER 2017 | 10 GUITTARD RD |
| | List the contract number of any government contract | _____ | BURLINGAME CA 94010 |

| 2.643. | Title of contract | SALES CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SALE CONTRACT | |
| | Nature of debtor's interest | SELLER | GUITTARD CHOCOLATE CO |
| | State the term remaining | DELIVERY PERIOD: NOVEMBER 2017 | 10 GUITTARD RD |
| | List the contract number of any government contract | _____ | BURLINGAME CA 94010 |

Debtor   **Transmar Commodity Group Ltd.**                                                    Case number *(if known)* **16-13625**

---

**2.644.** | **Title of contract** | SALES CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | SALE CONTRACT |
| **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO
| **State the term remaining** | DELIVERY PERIOD: DECEMBER 2017-NOVEMBER 2018 | 10 GUITTARD RD
BURLINGAME CA 94010
| **List the contract number of any government contract** | _____ |

**2.645.** | **Title of contract** | SALES CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | SALE CONTRACT |
| **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO
| **State the term remaining** | DELIVERY PERIOD: MAY 2017 | 10 GUITTARD RD
BURLINGAME CA 94010
| **List the contract number of any government contract** | _____ |

**2.646.** | **Title of contract** | SALES CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | SALE CONTRACT |
| **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO
| **State the term remaining** | DELIVERY PERIOD: JULY 2017 | 10 GUITTARD RD
BURLINGAME CA 94010
| **List the contract number of any government contract** | _____ |

**2.647.** | **Title of contract** | SALES CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | SALE CONTRACT |
| **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO
| **State the term remaining** | DELIVERY PERIOD: AUGUST 2017 | 10 GUITTARD RD
BURLINGAME CA 94010
| **List the contract number of any government contract** | _____ |

**2.648.** | **Title of contract** | SALES CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | SALE CONTRACT |
| **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO
| **State the term remaining** | DELIVERY PERIOD: SEPTEMBER 2017 | 10 GUITTARD RD
BURLINGAME CA 94010
| **List the contract number of any government contract** | _____ |

---

Debtor    **Transmar Commodity Group Ltd.**                                           Case number *(if known)* **16-13625**

---

**2.649.** | **Title of contract** | SALES CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | SALE CONTRACT |
| **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO
| **State the term remaining** | DELIVERY PERIOD: OCTOBER 2017 | 10 GUITTARD RD
| | | BURLINGAME CA 94010
| **List the contract number of any government contract** | _____ |

**2.650.** | **Title of contract** | SALES CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | SALE CONTRACT |
| **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO
| **State the term remaining** | DELIVERY PERIOD: NOVEMBER 2017 | 10 GUITTARD RD
| | | BURLINGAME CA 94010
| **List the contract number of any government contract** | _____ |

**2.651.** | **Title of contract** | SALES CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | SALE CONTRACT |
| **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO
| **State the term remaining** | DELIVERY PERIOD: DECEMBER 2017 | 10 GUITTARD RD
| | | BURLINGAME CA 94010
| **List the contract number of any government contract** | _____ |

**2.652.** | **Title of contract** | SALES CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | SALE CONTRACT |
| **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO
| **State the term remaining** | DELIVERY PERIOD: JANUARY 2017 | 10 GUITTARD RD
| | | BURLINGAME CA 94010
| **List the contract number of any government contract** | _____ |

**2.653.** | **Title of contract** | SALES CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | SALE CONTRACT |
| **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO
| **State the term remaining** | DELIVERY PERIOD: FEBRUARY 2017 | 10 GUITTARD RD
| | | BURLINGAME CA 94010
| **List the contract number of any government contract** | _____ |

---

Debtor   **Transmar Commodity Group Ltd.**                                                        Case number *(if known)* **16-13625**

---

2.654.   **Title of contract**                SALES CONTRACT                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**   SALE CONTRACT

**Nature of debtor's interest**   SELLER                                        GUITTARD CHOCOLATE CO
                                                                                10 GUITTARD RD
**State the term remaining**   DELIVERY PERIOD: MARCH 2017                       BURLINGAME CA 94010

**List the contract number of any government contract**   _____

---

2.655.   **Title of contract**                SALES CONTRACT                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**   SALE CONTRACT

**Nature of debtor's interest**   SELLER                                        GUITTARD CHOCOLATE CO
                                                                                10 GUITTARD RD
**State the term remaining**   DELIVERY PERIOD: APRIL 2017                       BURLINGAME CA 94010

**List the contract number of any government contract**   _____

---

2.656.   **Title of contract**                SALES CONTRACT                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**   SALE CONTRACT

**Nature of debtor's interest**   SELLER                                        GUITTARD CHOCOLATE CO
                                                                                10 GUITTARD RD
**State the term remaining**   DELIVERY PERIOD: MAY 2017                         BURLINGAME CA 94010

**List the contract number of any government contract**   _____

---

2.657.   **Title of contract**                SALES CONTRACT                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**   SALE CONTRACT

**Nature of debtor's interest**   SELLER                                        GUITTARD CHOCOLATE CO
                                                                                10 GUITTARD RD
**State the term remaining**   DELIVERY PERIOD: JUNE 2017                        BURLINGAME CA 94010

**List the contract number of any government contract**   _____

---

2.658.   **Title of contract**                SALES CONTRACT                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**   SALE CONTRACT

**Nature of debtor's interest**   SELLER                                        GUITTARD CHOCOLATE CO
                                                                                10 GUITTARD RD
**State the term remaining**   DELIVERY PERIOD: JULY 2017                        BURLINGAME CA 94010

**List the contract number of any government contract**   _____

Debtor    **Transmar Commodity Group Ltd.**                                          Case number *(if known)* **16-13625**

---

**2.659.** | **Title of contract** | SALES CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | SALE CONTRACT |
| **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO
| **State the term remaining** | DELIVERY PERIOD: AUGUST 2017 | 10 GUITTARD RD
BURLINGAME CA 94010
| **List the contract number of any government contract** | _____ |

**2.660.** | **Title of contract** | SALES CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | SALE CONTRACT |
| **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO
| **State the term remaining** | DELIVERY PERIOD: SEPTEMBER 2017 | 10 GUITTARD RD
BURLINGAME CA 94010
| **List the contract number of any government contract** | _____ |

**2.661.** | **Title of contract** | SALES CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | SALE CONTRACT |
| **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO
| **State the term remaining** | DELIVERY PERIOD: OCTOBER 2017 | 10 GUITTARD RD
BURLINGAME CA 94010
| **List the contract number of any government contract** | _____ |

**2.662.** | **Title of contract** | SALES CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | SALE CONTRACT |
| **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO
| **State the term remaining** | DELIVERY PERIOD: NOVEMBER 2017 | 10 GUITTARD RD
BURLINGAME CA 94010
| **List the contract number of any government contract** | _____ |

**2.663.** | **Title of contract** | SALES CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | SALE CONTRACT |
| **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO
| **State the term remaining** | DELIVERY PERIOD: DECEMBER 2017 | 10 GUITTARD RD
BURLINGAME CA 94010
| **List the contract number of any government contract** | _____ |

---

Debtor   **Transmar Commodity Group Ltd.**                                      Case number *(if known)* **16-13625**

| 2.664. | **Title of contract** | SALES CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO |
| | **State the term remaining** | DELIVERY PERIOD: JUNE 2017 | 10 GUITTARD RD BURLINGAME CA 94010 |
| | **List the contract number of any government contract** | _____ | |

| 2.665. | **Title of contract** | SALES CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO |
| | **State the term remaining** | DELIVERY PERIOD: NOVEMBER 2016 | 10 GUITTARD RD BURLINGAME CA 94010 |
| | **List the contract number of any government contract** | _____ | |

| 2.666. | **Title of contract** | SALES CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO |
| | **State the term remaining** | DELIVERY PERIOD: DECEMBER 2016 | 10 GUITTARD RD BURLINGAME CA 94010 |
| | **List the contract number of any government contract** | _____ | |

| 2.667. | **Title of contract** | SALES CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO |
| | **State the term remaining** | DELIVERY PERIOD: NOVEMBER 2016 | 10 GUITTARD RD BURLINGAME CA 94010 |
| | **List the contract number of any government contract** | _____ | |

| 2.668. | **Title of contract** | SALES CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO |
| | **State the term remaining** | DELIVERY PERIOD: FEBRUARY 2017 | 10 GUITTARD RD BURLINGAME CA 94010 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

---

**2.669.**    **Title of contract**                SALES CONTRACT                              State the name and mailing address
                                                                                               for all other parties with whom the
             **State what the contract or**         SALE CONTRACT                              debtor has an executory contract or
             **lease is for**                                                                  unexpired lease

             **Nature of debtor's interest**        SELLER                                     GUITTARD CHOCOLATE CO
                                                                                               10 GUITTARD RD
             **State the term remaining**           DELIVERY PERIOD: MARCH 2017                BURLINGAME CA 94010

             **List the contract number of**        _____
             **any government contract**

**2.670.**    **Title of contract**                SALES CONTRACT                              State the name and mailing address
                                                                                               for all other parties with whom the
             **State what the contract or**         SALE CONTRACT                              debtor has an executory contract or
             **lease is for**                                                                  unexpired lease

             **Nature of debtor's interest**        SELLER                                     GUITTARD CHOCOLATE CO
                                                                                               10 GUITTARD RD
             **State the term remaining**           DELIVERY PERIOD: APRIL 2017                BURLINGAME CA 94010

             **List the contract number of**        _____
             **any government contract**

**2.671.**    **Title of contract**                SALES CONTRACT                              State the name and mailing address
                                                                                               for all other parties with whom the
             **State what the contract or**         SALE CONTRACT                              debtor has an executory contract or
             **lease is for**                                                                  unexpired lease

             **Nature of debtor's interest**        SELLER                                     GUITTARD CHOCOLATE CO
                                                                                               10 GUITTARD RD
             **State the term remaining**           DELIVERY PERIOD: MAY 2017                  BURLINGAME CA 94010

             **List the contract number of**        _____
             **any government contract**

**2.672.**    **Title of contract**                SALES CONTRACT                              State the name and mailing address
                                                                                               for all other parties with whom the
             **State what the contract or**         SALE CONTRACT                              debtor has an executory contract or
             **lease is for**                                                                  unexpired lease

             **Nature of debtor's interest**        SELLER                                     GUITTARD CHOCOLATE CO
                                                                                               10 GUITTARD RD
             **State the term remaining**           DELIVERY PERIOD: JUNE 2017                 BURLINGAME CA 94010

             **List the contract number of**        _____
             **any government contract**

**2.673.**    **Title of contract**                SALES CONTRACT                              State the name and mailing address
                                                                                               for all other parties with whom the
             **State what the contract or**         SALE CONTRACT                              debtor has an executory contract or
             **lease is for**                                                                  unexpired lease

             **Nature of debtor's interest**        SELLER                                     GUITTARD CHOCOLATE CO
                                                                                               10 GUITTARD RD
             **State the term remaining**           DELIVERY PERIOD: JULY 2017                 BURLINGAME CA 94010

             **List the contract number of**        _____
             **any government contract**

---

Debtor   **Transmar Commodity Group Ltd.**

Case number *(if known)* **16-13625**

2.674.  **Title of contract**            SALES CONTRACT

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**State what the contract or lease is for**   SALE CONTRACT

**Nature of debtor's interest**   SELLER

**State the term remaining**   DELIVERY PERIOD: AUGUST 2017

GUITTARD CHOCOLATE CO
10 GUITTARD RD
BURLINGAME CA 94010

**List the contract number of any government contract**   _____

2.675.  **Title of contract**            SALES CONTRACT

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**State what the contract or lease is for**   SALE CONTRACT

**Nature of debtor's interest**   SELLER

**State the term remaining**   DELIVERY PERIOD: SEPTEMBER 2017

GUITTARD CHOCOLATE CO
10 GUITTARD RD
BURLINGAME CA 94010

**List the contract number of any government contract**   _____

2.676.  **Title of contract**            SALES CONTRACT

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**State what the contract or lease is for**   SALE CONTRACT

**Nature of debtor's interest**   SELLER

**State the term remaining**   DELIVERY PERIOD: OCTOBER 2017

GUITTARD CHOCOLATE CO
10 GUITTARD RD
BURLINGAME CA 94010

**List the contract number of any government contract**   _____

2.677.  **Title of contract**            SALES CONTRACT

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**State what the contract or lease is for**   SALE CONTRACT

**Nature of debtor's interest**   SELLER

**State the term remaining**   DELIVERY PERIOD: NOVEMBER 2017

GUITTARD CHOCOLATE CO
10 GUITTARD RD
BURLINGAME CA 94010

**List the contract number of any government contract**   _____

2.678.  **Title of contract**            SALES CONTRACT

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**State what the contract or lease is for**   SALE CONTRACT

**Nature of debtor's interest**   SELLER

**State the term remaining**   DELIVERY PERIOD: FEBRUARY 2017

GUITTARD CHOCOLATE CO
10 GUITTARD RD
BURLINGAME CA 94010

**List the contract number of any government contract**   _____

Debtor    **Transmar Commodity Group Ltd.**                                              Case number *(if known)* **16-13625**

| 2.679. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO |
| | **State the term remaining** | DELIVERY: JUL 2016 | 10 GUITTARD RD |
| | **List the contract number of any government contract** | _____ | BURLINGAME CA 94010 |

| 2.680. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO |
| | **State the term remaining** | DELIVERY: AUG 2016 | 10 GUITTARD RD |
| | **List the contract number of any government contract** | _____ | BURLINGAME CA 94010 |

| 2.681. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO |
| | **State the term remaining** | DELIVERY: SEP 2016 | 10 GUITTARD RD |
| | **List the contract number of any government contract** | _____ | BURLINGAME CA 94010 |

| 2.682. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO |
| | **State the term remaining** | DELIVERY: OCT 2016 | 10 GUITTARD RD |
| | **List the contract number of any government contract** | _____ | BURLINGAME CA 94010 |

| 2.683. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO |
| | **State the term remaining** | DELIVERY: NOV 2016 | 10 GUITTARD RD |
| | **List the contract number of any government contract** | _____ | BURLINGAME CA 94010 |

Debtor   **Transmar Commodity Group Ltd.**                                              Case number *(if known)* **16-13625**

---

2.684. **Title of contract**                     CMA 1-A CONTRACT                       **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**      PURCHASE CONTRACT

**Nature of debtor's interest**                  SELLER                                GUITTARD CHOCOLATE CO
                                                                                       10 GUITTARD RD
**State the term remaining**                     DELIVERY: DEC 2016                     BURLINGAME CA 94010

**List the contract number of any government contract**     _____

---

2.685. **Title of contract**                     CMA 1-A CONTRACT                       **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**      PURCHASE CONTRACT

**Nature of debtor's interest**                  SELLER                                GUITTARD CHOCOLATE CO
                                                                                       10 GUITTARD RD
**State the term remaining**                     DELIVERY: JUN 2016                     BURLINGAME CA 94010

**List the contract number of any government contract**     _____

---

2.686. **Title of contract**                     CMA 1-A CONTRACT                       **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**      PURCHASE CONTRACT

**Nature of debtor's interest**                  SELLER                                GUITTARD CHOCOLATE CO
                                                                                       10 GUITTARD RD
**State the term remaining**                     DELIVERY: JUL 2016                     BURLINGAME CA 94010

**List the contract number of any government contract**     _____

---

2.687. **Title of contract**                     CMA 1-A CONTRACT                       **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**      PURCHASE CONTRACT

**Nature of debtor's interest**                  SELLER                                GUITTARD CHOCOLATE CO
                                                                                       10 GUITTARD RD
**State the term remaining**                     DELIVERY: AUG 2016                     BURLINGAME CA 94010

**List the contract number of any government contract**     _____

---

2.688. **Title of contract**                     CMA 1-A CONTRACT                       **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**      PURCHASE CONTRACT

**Nature of debtor's interest**                  SELLER                                GUITTARD CHOCOLATE CO
                                                                                       10 GUITTARD RD
**State the term remaining**                     DELIVERY: SEP 2016                     BURLINGAME CA 94010

**List the contract number of any government contract**     _____

Debtor   **Transmar Commodity Group Ltd.**                                          Case number *(if known)* **16-13625**

| 2.689. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO |
| | **State the term remaining** | DELIVERY: OCT 2016 | 10 GUITTARD RD |
| | **List the contract number of any government contract** | _____ | BURLINGAME CA 94010 |

| 2.690. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO |
| | **State the term remaining** | DELIVERY: NOV 2016 | 10 GUITTARD RD |
| | **List the contract number of any government contract** | _____ | BURLINGAME CA 94010 |

| 2.691. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO |
| | **State the term remaining** | DELIVERY: DEC 2016 | 10 GUITTARD RD |
| | **List the contract number of any government contract** | _____ | BURLINGAME CA 94010 |

| 2.692. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO |
| | **State the term remaining** | DELIVERY: MARCH 2016-MAY 2016 | 10 GUITTARD RD |
| | **List the contract number of any government contract** | _____ | BURLINGAME CA 94010 |

| 2.693. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO |
| | **State the term remaining** | DELIVERY: NOV 2017 | 10 GUITTARD RD |
| | **List the contract number of any government contract** | _____ | BURLINGAME CA 94010 |

Debtor   **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

| 2.694. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO |
| | **State the term remaining** | DELIVERY: OCT 2017 | 10 GUITTARD RD BURLINGAME CA 94010 |
| | **List the contract number of any government contract** | _____ | |

| 2.695. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO |
| | **State the term remaining** | DELIVERY: AUG 2017 | 10 GUITTARD RD BURLINGAME CA 94010 |
| | **List the contract number of any government contract** | _____ | |

| 2.696. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO |
| | **State the term remaining** | DELIVERY: JUL 2017 | 10 GUITTARD RD BURLINGAME CA 94010 |
| | **List the contract number of any government contract** | _____ | |

| 2.697. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO |
| | **State the term remaining** | DELIVERY: MAY 2017 | 10 GUITTARD RD BURLINGAME CA 94010 |
| | **List the contract number of any government contract** | _____ | |

| 2.698. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO |
| | **State the term remaining** | DELIVERY: MAR 2017 | 10 GUITTARD RD BURLINGAME CA 94010 |
| | **List the contract number of any government contract** | _____ | |

Debtor   **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

| 2.699. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO |
| | **State the term remaining** | DELIVERY: FEB 2017 | 10 GUITTARD RD |
| | **List the contract number of any government contract** | _____ | BURLINGAME CA 94010 |

| 2.700. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO |
| | **State the term remaining** | DELIVERY: JAN 2017 | 10 GUITTARD RD |
| | **List the contract number of any government contract** | _____ | BURLINGAME CA 94010 |

| 2.701. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO |
| | **State the term remaining** | DELIVERY: NOV 2016 | 10 GUITTARD RD |
| | **List the contract number of any government contract** | _____ | BURLINGAME CA 94010 |

| 2.702. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO |
| | **State the term remaining** | DELIVERY: OCT 2016 | 10 GUITTARD RD |
| | **List the contract number of any government contract** | _____ | BURLINGAME CA 94010 |

| 2.703. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO |
| | **State the term remaining** | DELIVERY: SEP 2016 | 10 GUITTARD RD |
| | **List the contract number of any government contract** | _____ | BURLINGAME CA 94010 |

Debtor   **Transmar Commodity Group Ltd.**                                      Case number *(if known)* **16-13625**

| 2.704. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO |
| | **State the term remaining** | DELIVERY: JUL 2016 | 10 GUITTARD RD<br>BURLINGAME CA 94010 |
| | **List the contract number of any government contract** | _____ | |

| 2.705. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO |
| | **State the term remaining** | DELIVERY: AUG 2016 | 10 GUITTARD RD<br>BURLINGAME CA 94010 |
| | **List the contract number of any government contract** | _____ | |

| 2.706. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO |
| | **State the term remaining** | DELIVERY: SEP 2016 | 10 GUITTARD RD<br>BURLINGAME CA 94010 |
| | **List the contract number of any government contract** | _____ | |

| 2.707. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO |
| | **State the term remaining** | DELIVERY: OCT 2016 | 10 GUITTARD RD<br>BURLINGAME CA 94010 |
| | **List the contract number of any government contract** | _____ | |

| 2.708. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO |
| | **State the term remaining** | DELIVERY: NOV 2016 | 10 GUITTARD RD<br>BURLINGAME CA 94010 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Transmar Commodity Group Ltd.**                                              Case number *(if known)* **16-13625**

| 2.709. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO |
| | **State the term remaining** | DELIVERY: DEC 2016 | 10 GUITTARD RD |
| | **List the contract number of any government contract** | _____ | BURLINGAME CA 94010 |

| 2.710. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO |
| | **State the term remaining** | DELIVERY: JAN 2017 | 10 GUITTARD RD |
| | **List the contract number of any government contract** | _____ | BURLINGAME CA 94010 |

| 2.711. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO |
| | **State the term remaining** | DELIVERY: FEB 2017 | 10 GUITTARD RD |
| | **List the contract number of any government contract** | _____ | BURLINGAME CA 94010 |

| 2.712. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO |
| | **State the term remaining** | DELIVERY: MAR 2017 | 10 GUITTARD RD |
| | **List the contract number of any government contract** | _____ | BURLINGAME CA 94010 |

| 2.713. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO |
| | **State the term remaining** | DELIVERY: APR 2017 | 10 GUITTARD RD |
| | **List the contract number of any government contract** | _____ | BURLINGAME CA 94010 |

Debtor    **Transmar Commodity Group Ltd.**                                        Case number *(if known)* **16-13625**

| | | |
|---|---|---|
| 2.714. | **Title of contract** | CMA 1-A CONTRACT |
| | **State what the contract or lease is for** | PURCHASE CONTRACT |
| | **Nature of debtor's interest** | SELLER |
| | **State the term remaining** | DELIVERY: MAY 2017 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

GUITTARD CHOCOLATE CO
10 GUITTARD RD
BURLINGAME CA 94010

| | | |
|---|---|---|
| 2.715. | **Title of contract** | CMA 1-A CONTRACT |
| | **State what the contract or lease is for** | PURCHASE CONTRACT |
| | **Nature of debtor's interest** | SELLER |
| | **State the term remaining** | DELIVERY: JUL 2017 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

GUITTARD CHOCOLATE CO
10 GUITTARD RD
BURLINGAME CA 94010

| | | |
|---|---|---|
| 2.716. | **Title of contract** | CMA 1-A CONTRACT |
| | **State what the contract or lease is for** | PURCHASE CONTRACT |
| | **Nature of debtor's interest** | SELLER |
| | **State the term remaining** | DELIVERY: AUG 2017 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

GUITTARD CHOCOLATE CO
10 GUITTARD RD
BURLINGAME CA 94010

| | | |
|---|---|---|
| 2.717. | **Title of contract** | CMA 1-A CONTRACT |
| | **State what the contract or lease is for** | PURCHASE CONTRACT |
| | **Nature of debtor's interest** | SELLER |
| | **State the term remaining** | DELIVERY: SEP 2017 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

GUITTARD CHOCOLATE CO
10 GUITTARD RD
BURLINGAME CA 94010

| | | |
|---|---|---|
| 2.718. | **Title of contract** | CMA 1-A CONTRACT |
| | **State what the contract or lease is for** | PURCHASE CONTRACT |
| | **Nature of debtor's interest** | SELLER |
| | **State the term remaining** | DELIVERY: OCT 2017 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

GUITTARD CHOCOLATE CO
10 GUITTARD RD
BURLINGAME CA 94010

Debtor   **Transmar Commodity Group Ltd.**                                          Case number *(if known)* **16-13625**

---

2.719.   **Title of contract**              CMA 1-A CONTRACT              **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**              PURCHASE CONTRACT

**Nature of debtor's interest**              SELLER              GUITTARD CHOCOLATE CO
                                                                10 GUITTARD RD
**State the term remaining**              DELIVERY: NOV 2017              BURLINGAME CA 94010

**List the contract number of any government contract**              _____

---

2.720.   **Title of contract**              CMA 1-A CONTRACT              **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**              PURCHASE CONTRACT

**Nature of debtor's interest**              SELLER              GUITTARD CHOCOLATE CO
                                                                10 GUITTARD RD
**State the term remaining**              DELIVERY: DEC 2017              BURLINGAME CA 94010

**List the contract number of any government contract**              _____

---

2.721.   **Title of contract**              CMA 1-A CONTRACT              **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**              PURCHASE CONTRACT

**Nature of debtor's interest**              SELLER              GUITTARD CHOCOLATE CO
                                                                10 GUITTARD RD
**State the term remaining**              DELIVERY: JAN 2017              BURLINGAME CA 94010

**List the contract number of any government contract**              _____

---

2.722.   **Title of contract**              CMA 1-A CONTRACT              **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**              PURCHASE CONTRACT

**Nature of debtor's interest**              SELLER              GUITTARD CHOCOLATE CO
                                                                10 GUITTARD RD
**State the term remaining**              DELIVERY: FEB 2017              BURLINGAME CA 94010

**List the contract number of any government contract**              _____

---

2.723.   **Title of contract**              CMA 1-A CONTRACT              **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**              PURCHASE CONTRACT

**Nature of debtor's interest**              SELLER              GUITTARD CHOCOLATE CO
                                                                10 GUITTARD RD
**State the term remaining**              DELIVERY: MAR 2017              BURLINGAME CA 94010

**List the contract number of any government contract**              _____

Debtor    **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

| 2.724. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO |
| | **State the term remaining** | DELIVERY: APR 2017 | 10 GUITTARD RD<br>BURLINGAME CA 94010 |
| | **List the contract number of any government contract** | _____ | |

| 2.725. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO |
| | **State the term remaining** | DELIVERY: MAY 2017 | 10 GUITTARD RD<br>BURLINGAME CA 94010 |
| | **List the contract number of any government contract** | _____ | |

| 2.726. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO |
| | **State the term remaining** | DELIVERY: JUL 2017 | 10 GUITTARD RD<br>BURLINGAME CA 94010 |
| | **List the contract number of any government contract** | _____ | |

| 2.727. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO |
| | **State the term remaining** | DELIVERY: AUG 2017 | 10 GUITTARD RD<br>BURLINGAME CA 94010 |
| | **List the contract number of any government contract** | _____ | |

| 2.728. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO |
| | **State the term remaining** | DELIVERY: SEP 2017 | 10 GUITTARD RD<br>BURLINGAME CA 94010 |
| | **List the contract number of any government contract** | _____ | |

Debtor   **Transmar Commodity Group Ltd.**                                                      Case number *(if known)* **16-13625**

| 2.729. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO |
| | **State the term remaining** | DELIVERY: OCT 2017 | 10 GUITTARD RD BURLINGAME CA 94010 |
| | **List the contract number of any government contract** | _____ | |

| 2.730. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO |
| | **State the term remaining** | DELIVERY: NOV 2017 | 10 GUITTARD RD BURLINGAME CA 94010 |
| | **List the contract number of any government contract** | _____ | |

| 2.731. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO |
| | **State the term remaining** | DELIVERY: DEC 2017 | 10 GUITTARD RD BURLINGAME CA 94010 |
| | **List the contract number of any government contract** | _____ | |

| 2.732. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO |
| | **State the term remaining** | DELIVERY: JAN 2017 | 10 GUITTARD RD BURLINGAME CA 94010 |
| | **List the contract number of any government contract** | _____ | |

| 2.733. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO |
| | **State the term remaining** | DELIVERY: FEB 2017 | 10 GUITTARD RD BURLINGAME CA 94010 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Transmar Commodity Group Ltd.**                                   Case number *(if known)* **16-13625**

---

2.734.    **Title of contract**                    CMA 1-A CONTRACT                           **State the name and mailing address
                                                                                            for all other parties with whom the
          **State what the contract or**           PURCHASE CONTRACT                         debtor has an executory contract or
          **lease is for**                                                                  unexpired lease**

          **Nature of debtor's interest**          SELLER
                                                                                            GUITTARD CHOCOLATE CO
          **State the term remaining**             DELIVERY: MAR 2017                       10 GUITTARD RD
                                                                                            BURLINGAME CA 94010
          **List the contract number of**          _____
          **any government contract**


2.735.    **Title of contract**                    CMA 1-A CONTRACT                           **State the name and mailing address
                                                                                            for all other parties with whom the
          **State what the contract or**           PURCHASE CONTRACT                         debtor has an executory contract or
          **lease is for**                                                                  unexpired lease**

          **Nature of debtor's interest**          SELLER
                                                                                            GUITTARD CHOCOLATE CO
          **State the term remaining**             DELIVERY: APR 2017                       10 GUITTARD RD
                                                                                            BURLINGAME CA 94010
          **List the contract number of**          _____
          **any government contract**


2.736.    **Title of contract**                    CMA 1-A CONTRACT                           **State the name and mailing address
                                                                                            for all other parties with whom the
          **State what the contract or**           PURCHASE CONTRACT                         debtor has an executory contract or
          **lease is for**                                                                  unexpired lease**

          **Nature of debtor's interest**          SELLER
                                                                                            GUITTARD CHOCOLATE CO
          **State the term remaining**             DELIVERY: MAY 2017                       10 GUITTARD RD
                                                                                            BURLINGAME CA 94010
          **List the contract number of**          _____
          **any government contract**


2.737.    **Title of contract**                    CMA 1-A CONTRACT                           **State the name and mailing address
                                                                                            for all other parties with whom the
          **State what the contract or**           PURCHASE CONTRACT                         debtor has an executory contract or
          **lease is for**                                                                  unexpired lease**

          **Nature of debtor's interest**          SELLER
                                                                                            GUITTARD CHOCOLATE CO
          **State the term remaining**             DELIVERY: JUN 2017                       10 GUITTARD RD
                                                                                            BURLINGAME CA 94010
          **List the contract number of**          _____
          **any government contract**


2.738.    **Title of contract**                    CMA 1-A CONTRACT                           **State the name and mailing address
                                                                                            for all other parties with whom the
          **State what the contract or**           PURCHASE CONTRACT                         debtor has an executory contract or
          **lease is for**                                                                  unexpired lease**

          **Nature of debtor's interest**          SELLER
                                                                                            GUITTARD CHOCOLATE CO
          **State the term remaining**             DELIVERY: JUL 2017                       10 GUITTARD RD
                                                                                            BURLINGAME CA 94010
          **List the contract number of**          _____
          **any government contract**

---

Debtor    **Transmar Commodity Group Ltd.**                                                    Case number *(if known)* **16-13625**

| 2.739. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO |
| | **State the term remaining** | DELIVERY: AUG 2017 | 10 GUITTARD RD |
| | **List the contract number of any government contract** | _____ | BURLINGAME CA 94010 |

| 2.740. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO |
| | **State the term remaining** | DELIVERY: SEP 2017 | 10 GUITTARD RD |
| | **List the contract number of any government contract** | _____ | BURLINGAME CA 94010 |

| 2.741. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO |
| | **State the term remaining** | DELIVERY: OCT 2017 | 10 GUITTARD RD |
| | **List the contract number of any government contract** | _____ | BURLINGAME CA 94010 |

| 2.742. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO |
| | **State the term remaining** | DELIVERY: NOV 2017 | 10 GUITTARD RD |
| | **List the contract number of any government contract** | _____ | BURLINGAME CA 94010 |

| 2.743. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO |
| | **State the term remaining** | DELIVERY: DEC 2017 | 10 GUITTARD RD |
| | **List the contract number of any government contract** | _____ | BURLINGAME CA 94010 |

Debtor    **Transmar Commodity Group Ltd.**                                                    Case number *(if known)* **16-13625**

| 2.744. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO |
| | **State the term remaining** | DELIVERY: JUN 2017 | 10 GUITTARD RD BURLINGAME CA 94010 |
| | **List the contract number of any government contract** | _____ | |

| 2.745. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO |
| | **State the term remaining** | DELIVERY: JUN 2017 | 10 GUITTARD RD BURLINGAME CA 94010 |
| | **List the contract number of any government contract** | _____ | |

| 2.746. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO |
| | **State the term remaining** | DELIVERY: JUL 2016 | 10 GUITTARD RD BURLINGAME CA 94010 |
| | **List the contract number of any government contract** | _____ | |

| 2.747. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO |
| | **State the term remaining** | DELIVERY: AUG 2016 | 10 GUITTARD RD BURLINGAME CA 94010 |
| | **List the contract number of any government contract** | _____ | |

| 2.748. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO |
| | **State the term remaining** | DELIVERY: SEP 2016 | 10 GUITTARD RD BURLINGAME CA 94010 |
| | **List the contract number of any government contract** | _____ | |

Debtor   **Transmar Commodity Group Ltd.**                                                      Case number *(if known)* **16-13625**

| 2.749. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO |
| | **State the term remaining** | DELIVERY: OCT 2016 | 10 GUITTARD RD |
| | **List the contract number of any government contract** | _____ | BURLINGAME CA 94010 |

| 2.750. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO |
| | **State the term remaining** | DELIVERY: NOV 2016 | 10 GUITTARD RD |
| | **List the contract number of any government contract** | _____ | BURLINGAME CA 94010 |

| 2.751. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO |
| | **State the term remaining** | DELIVERY: DEC 2016 | 10 GUITTARD RD |
| | **List the contract number of any government contract** | _____ | BURLINGAME CA 94010 |

| 2.752. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO |
| | **State the term remaining** | DELIVERY: AUG 2016 | 10 GUITTARD RD |
| | **List the contract number of any government contract** | _____ | BURLINGAME CA 94010 |

| 2.753. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO |
| | **State the term remaining** | DELIVERY: SEP 2016 | 10 GUITTARD RD |
| | **List the contract number of any government contract** | _____ | BURLINGAME CA 94010 |

Debtor   **Transmar Commodity Group Ltd.**                                Case number *(if known)* **16-13625**

| 2.754. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO |
| | **State the term remaining** | DELIVERY: OCT 2016 | 10 GUITTARD RD BURLINGAME CA 94010 |
| | **List the contract number of any government contract** | _____ | |

| 2.755. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO |
| | **State the term remaining** | DELIVERY: NOV 2016 | 10 GUITTARD RD BURLINGAME CA 94010 |
| | **List the contract number of any government contract** | _____ | |

| 2.756. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO |
| | **State the term remaining** | DELIVERY: DEC 2016 | 10 GUITTARD RD BURLINGAME CA 94010 |
| | **List the contract number of any government contract** | _____ | |

| 2.757. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO |
| | **State the term remaining** | DELIVERY: JAN 2017 | 10 GUITTARD RD BURLINGAME CA 94010 |
| | **List the contract number of any government contract** | _____ | |

| 2.758. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO |
| | **State the term remaining** | DELIVERY: FEB 2017 | 10 GUITTARD RD BURLINGAME CA 94010 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Transmar Commodity Group Ltd.**                                      Case number *(if known)* **16-13625**

| 2.759. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | |
| | **State the term remaining** | DELIVERY: MAR 2017 | GUITTARD CHOCOLATE CO<br>10 GUITTARD RD<br>BURLINGAME CA 94010 |
| | **List the contract number of any government contract** | _____ | |

| 2.760. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | |
| | **State the term remaining** | DELIVERY: APR 2017 | GUITTARD CHOCOLATE CO<br>10 GUITTARD RD<br>BURLINGAME CA 94010 |
| | **List the contract number of any government contract** | _____ | |

| 2.761. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | |
| | **State the term remaining** | DELIVERY: MAY 2017 | GUITTARD CHOCOLATE CO<br>10 GUITTARD RD<br>BURLINGAME CA 94010 |
| | **List the contract number of any government contract** | _____ | |

| 2.762. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | |
| | **State the term remaining** | DELIVERY: JUN 2017 | GUITTARD CHOCOLATE CO<br>10 GUITTARD RD<br>BURLINGAME CA 94010 |
| | **List the contract number of any government contract** | _____ | |

| 2.763. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | |
| | **State the term remaining** | DELIVERY: JUL 2017 | GUITTARD CHOCOLATE CO<br>10 GUITTARD RD<br>BURLINGAME CA 94010 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Transmar Commodity Group Ltd.**                                                      Case number *(if known)* **16-13625**

| 2.764. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO |
| | **State the term remaining** | DELIVERY: AUG 2017 | 10 GUITTARD RD BURLINGAME CA 94010 |
| | **List the contract number of any government contract** | _____ | |

| 2.765. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO |
| | **State the term remaining** | DELIVERY: SEP 2017 | 10 GUITTARD RD BURLINGAME CA 94010 |
| | **List the contract number of any government contract** | _____ | |

| 2.766. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO |
| | **State the term remaining** | DELIVERY: OCT 2017 | 10 GUITTARD RD BURLINGAME CA 94010 |
| | **List the contract number of any government contract** | _____ | |

| 2.767. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO |
| | **State the term remaining** | DELIVERY: NOV 2017 | 10 GUITTARD RD BURLINGAME CA 94010 |
| | **List the contract number of any government contract** | _____ | |

| 2.768. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO |
| | **State the term remaining** | DELIVERY: DEC 2017 | 10 GUITTARD RD BURLINGAME CA 94010 |
| | **List the contract number of any government contract** | _____ | |

Debtor   **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

---

**2.769.** | **Title of contract** | CMA 1-A CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| **State what the contract or lease is for** | PURCHASE CONTRACT |

| **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO
10 GUITTARD RD
BURLINGAME CA 94010

| **State the term remaining** | DELIVERY: JAN 2017 |

| **List the contract number of any government contract** | _____ |

---

**2.770.** | **Title of contract** | CMA 1-A CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| **State what the contract or lease is for** | PURCHASE CONTRACT |

| **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO
10 GUITTARD RD
BURLINGAME CA 94010

| **State the term remaining** | DELIVERY: FEB 2017 |

| **List the contract number of any government contract** | _____ |

---

**2.771.** | **Title of contract** | CMA 1-A CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| **State what the contract or lease is for** | PURCHASE CONTRACT |

| **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO
10 GUITTARD RD
BURLINGAME CA 94010

| **State the term remaining** | DELIVERY: MAR 2017 |

| **List the contract number of any government contract** | _____ |

---

**2.772.** | **Title of contract** | CMA 1-A CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| **State what the contract or lease is for** | FORWARD CONTRACT |

| **Nature of debtor's interest** | SELLER | GUITTARD CHOCOLATE CO
LINDA
10 GUITTARD RD
BURLINGAME CA 94010

| **State the term remaining** | DELIVERY: MAR 2017 |

| **List the contract number of any government contract** | _____ |

---

**2.773.** | **Title of contract** | SALES CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| **State what the contract or lease is for** | SALE CONTRACT |

| **Nature of debtor's interest** | SELLER | H.C.C.O. HAMBURG COCOA & COMMODITY OFFICE
CURSCHMANNSTR.9
HAMBURG D-20251
GERMANY

| **State the term remaining** | DELIVERY PERIOD: SPOT |

| **List the contract number of any government contract** | _____ |

---

Debtor    **Transmar Commodity Group Ltd.**                                                        Case number *(if known)* **16-13625**

**2.774.** | **Title of contract** | SALES CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | SALE CONTRACT |
| **Nature of debtor's interest** | SELLER | H.C.C.O. HAMBURG COCOA & COMMODITY OFFICE CURSCHMANNSTR.9 HAMBURG D-20251 GERMANY
| **State the term remaining** | DELIVERY PERIOD: NOVEMBER 30, 2016 |
| **List the contract number of any government contract** | _____ |

**2.775.** | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | FORWARD CONTRACT |
| **Nature of debtor's interest** | BUYER | HCCO COTE D'IVOIRE SA ANDREAS CHRISTIANSEN USINE EBURNEA ZONE PORTUAIRE GRAND PORT VRIDI ABIDJAN IVORY COAST
| **State the term remaining** | JANUARY - MARCH 2016 |
| **List the contract number of any government contract** | _____ |

**2.776.** | **Title of contract** | SALES CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | FORWARD CONTRACT |
| **Nature of debtor's interest** | SELLER | HCCO HAMBURG COCOA AND COMMO ANDREAS CHRISTIANSEN CURSCHMANNSTR.9 HAMBURG D-20251 GERMANY
| **State the term remaining** | DELIVERY PERIOD: NOVEMBER 30, 2016 |
| **List the contract number of any government contract** | _____ |

**2.777.** | **Title of contract** | SALES CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | SALE CONTRACT |
| **Nature of debtor's interest** | SELLER | HERSHEY SINGAPORE PTE LTD 541 ORCHARD RD, 20TH FL NO. 19-01/04 LIAT TOWERS SINGAPORE 238881 SINGAPORE
| **State the term remaining** | DELIVERY PERIOD: OCTOBER-DECEMBER 2015 |
| **List the contract number of any government contract** | _____ |

**2.778.** | **Title of contract** | SALES CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | SALE CONTRACT |
| **Nature of debtor's interest** | SELLER | HERSHEY SINGAPORE PTE LTD 541 ORCHARD RD, 20TH FL NO. 19-01/04 LIAT TOWERS SINGAPORE 238881 SINGAPORE
| **State the term remaining** | DELIVERY PERIOD: JANUARY-MARCH 2016 |
| **List the contract number of any government contract** | _____ |

Debtor   **Transmar Commodity Group Ltd.**                                        Case number *(if known)* **16-13625**

| 2.779. | **Title of contract** | SALES CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | HERSHEY SINGAPORE PTE LTD |
| | **State the term remaining** | DELIVERY PERIOD: JANUARY 2016 | 541 ORCHARD RD, 20TH FL NO. 19-01/04 LIAT TOWERS |
| | **List the contract number of any government contract** | _____ | SINGAPORE 238881 SINGAPORE |

| 2.780. | **Title of contract** | SALES CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | HERSHEY SINGAPORE PTE LTD |
| | **State the term remaining** | DELIVERY PERIOD: FEBRUARY 2016 | 541 ORCHARD RD, 20TH FL NO. 19-01/04 LIAT TOWERS |
| | **List the contract number of any government contract** | _____ | SINGAPORE 238881 SINGAPORE |

| 2.781. | **Title of contract** | SALES CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | HERSHEY SINGAPORE PTE LTD |
| | **State the term remaining** | DELIVERY PERIOD: MARCH 2016 | 541 ORCHARD RD, 20TH FL NO. 19-01/04 LIAT TOWERS |
| | **List the contract number of any government contract** | _____ | SINGAPORE 238881 SINGAPORE |

| 2.782. | **Title of contract** | SALES CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | HERSHEY SINGAPORE PTE LTD |
| | **State the term remaining** | DELIVERY PERIOD: APRIL 2016 | 541 ORCHARD RD, 20TH FL NO. 19-01/04 LIAT TOWERS |
| | **List the contract number of any government contract** | _____ | SINGAPORE 238881 SINGAPORE |

| 2.783. | **Title of contract** | SALES CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | HERSHEY SINGAPORE PTE LTD |
| | **State the term remaining** | DELIVERY PERIOD: JUNE 2016 | 541 ORCHARD RD, 20TH FL NO. 19-01/04 LIAT TOWERS |
| | **List the contract number of any government contract** | _____ | SINGAPORE 238881 SINGAPORE |

Debtor    **Transmar Commodity Group Ltd.**                                                Case number *(if known)* **16-13625**

---

**2.784.**  **Title of contract**              SALES CONTRACT                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**     SALE CONTRACT

**Nature of debtor's interest**     SELLER                                    HERSHEY SINGAPORE PTE LTD
541 ORCHARD RD, 20TH FL
**State the term remaining**     DELIVERY PERIOD: JULY 2016                    NO. 19-01/04 LIAT TOWERS
SINGAPORE 238881
**List the contract number of any government contract**     _____    SINGAPORE

---

**2.785.**  **Title of contract**              SALES CONTRACT                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**     SALE CONTRACT

**Nature of debtor's interest**     SELLER                                    HERSHEY SINGAPORE PTE LTD
541 ORCHARD RD, 20TH FL
**State the term remaining**     DELIVERY PERIOD: SEPTEMBER 2016               NO. 19-01/04 LIAT TOWERS
SINGAPORE 238881
**List the contract number of any government contract**     _____    SINGAPORE

---

**2.786.**  **Title of contract**              SALES CONTRACT                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**     SALE CONTRACT

**Nature of debtor's interest**     SELLER                                    HERSHEY SINGAPORE PTE LTD
541 ORCHARD RD, 20TH FL
**State the term remaining**     DELIVERY PERIOD: OCTOBER 2016                 NO. 19-01/04 LIAT TOWERS
SINGAPORE 238881
**List the contract number of any government contract**     _____    SINGAPORE

---

**2.787.**  **Title of contract**              SALES CONTRACT                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**     SALE CONTRACT

**Nature of debtor's interest**     SELLER                                    HERSHEY SINGAPORE PTE LTD
541 ORCHARD RD, 20TH FL
**State the term remaining**     DELIVERY PERIOD: NOVEMBER 2016                NO. 19-01/04 LIAT TOWERS
SINGAPORE 238881
**List the contract number of any government contract**     _____    SINGAPORE

---

**2.788.**  **Title of contract**              SALES CONTRACT                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**     SALE CONTRACT

**Nature of debtor's interest**     SELLER                                    HERSHEY SINGAPORE PTE LTD
541 ORCHARD RD, 20TH FL
**State the term remaining**     DELIVERY PERIOD: DECEMBER 2016                NO. 19-01/04 LIAT TOWERS
SINGAPORE 238881
**List the contract number of any government contract**     _____    SINGAPORE

---

Debtor   **Transmar Commodity Group Ltd.**                                                   Case number *(if known)* **16-13625**

---

**2.789.**  **Title of contract**                SALES CONTRACT

**State what the contract or lease is for**      SALE CONTRACT

**Nature of debtor's interest**     SELLER

**State the term remaining**        DELIVERY PERIOD: OCTOBER 2016

**List the contract number of any government contract**  _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

HERSHEY SINGAPORE PTE LTD
541 ORCHARD RD, 20TH FL
NO. 19-01/04 LIAT TOWERS
SINGAPORE 238881
SINGAPORE

---

**2.790.**  **Title of contract**                SALES CONTRACT

**State what the contract or lease is for**      SALE CONTRACT

**Nature of debtor's interest**     SELLER

**State the term remaining**        DELIVERY PERIOD: NOVEMBER 2016

**List the contract number of any government contract**  _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

HERSHEY SINGAPORE PTE LTD
541 ORCHARD RD, 20TH FL
NO. 19-01/04 LIAT TOWERS
SINGAPORE 238881
SINGAPORE

---

**2.791.**  **Title of contract**                SALES CONTRACT

**State what the contract or lease is for**      SALE CONTRACT

**Nature of debtor's interest**     SELLER

**State the term remaining**        DELIVERY PERIOD: DECEMBER 2016

**List the contract number of any government contract**  _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

HERSHEY SINGAPORE PTE LTD
541 ORCHARD RD, 20TH FL
NO. 19-01/04 LIAT TOWERS
SINGAPORE 238881
SINGAPORE

---

**2.792.**  **Title of contract**                SALES CONTRACT

**State what the contract or lease is for**      SALE CONTRACT

**Nature of debtor's interest**     SELLER

**State the term remaining**        DELIVERY PERIOD: JANUARY 2017

**List the contract number of any government contract**  _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

HERSHEY SINGAPORE PTE LTD
541 ORCHARD RD, 20TH FL
NO. 19-01/04 LIAT TOWERS
SINGAPORE 238881
SINGAPORE

---

**2.793.**  **Title of contract**                SALES CONTRACT

**State what the contract or lease is for**      SALE CONTRACT

**Nature of debtor's interest**     SELLER

**State the term remaining**        DELIVERY PERIOD: FEBRUARY 2017

**List the contract number of any government contract**  _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

HERSHEY SINGAPORE PTE LTD
541 ORCHARD RD, 20TH FL
NO. 19-01/04 LIAT TOWERS
SINGAPORE 238881
SINGAPORE

---

Debtor    **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

---

**2.794.** | **Title of contract** | SALES CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | SALE CONTRACT |
| **Nature of debtor's interest** | SELLER | HERSHEY SINGAPORE PTE LTD 541 ORCHARD RD, 20TH FL NO. 19-01/04 LIAT TOWERS SINGAPORE 238881 SINGAPORE
| **State the term remaining** | DELIVERY PERIOD: MARCH 2017 |
| **List the contract number of any government contract** | _____ |

**2.795.** | **Title of contract** | SALES CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | SALE CONTRACT |
| **Nature of debtor's interest** | SELLER | HERSHEY SINGAPORE PTE LTD 541 ORCHARD RD, 20TH FL NO. 19-01/04 LIAT TOWERS SINGAPORE 238881 SINGAPORE
| **State the term remaining** | DELIVERY PERIOD: APRIL 2017 |
| **List the contract number of any government contract** | _____ |

**2.796.** | **Title of contract** | SALES CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | SALE CONTRACT |
| **Nature of debtor's interest** | SELLER | HERSHEY SINGAPORE PTE LTD 541 ORCHARD RD, 20TH FL NO. 19-01/04 LIAT TOWERS SINGAPORE 238881 SINGAPORE
| **State the term remaining** | DELIVERY PERIOD: MAY 2017 |
| **List the contract number of any government contract** | _____ |

**2.797.** | **Title of contract** | SALES CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | SALE CONTRACT |
| **Nature of debtor's interest** | SELLER | HERSHEY SINGAPORE PTE LTD 541 ORCHARD RD, 20TH FL NO. 19-01/04 LIAT TOWERS SINGAPORE 238881 SINGAPORE
| **State the term remaining** | DELIVERY PERIOD: JUNE 2017 |
| **List the contract number of any government contract** | _____ |

**2.798.** | **Title of contract** | SALES CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | SALE CONTRACT |
| **Nature of debtor's interest** | SELLER | HERSHEY SINGAPORE PTE LTD 541 ORCHARD RD, 20TH FL NO. 19-01/04 LIAT TOWERS SINGAPORE 238881 SINGAPORE
| **State the term remaining** | DELIVERY PERIOD: JULY 2017 |
| **List the contract number of any government contract** | _____ |

Debtor   **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

---

**2.799.** **Title of contract**            SALES CONTRACT                    State the name and mailing address
                                                                              for all other parties with whom the
       **State what the contract or**      SALE CONTRACT                      debtor has an executory contract or
       **lease is for**                                                       unexpired lease

       **Nature of debtor's interest**     SELLER                            HERSHEY SINGAPORE PTE LTD
                                                                              541 ORCHARD RD, 20TH FL
       **State the term remaining**        DELIVERY PERIOD: AUGUST 2017      NO. 19-01/04 LIAT TOWERS
                                                                              SINGAPORE 238881
       **List the contract number of**     _____        SINGAPORE
       **any government contract**

**2.800.** **Title of contract**            SALES CONTRACT                    State the name and mailing address
                                                                              for all other parties with whom the
       **State what the contract or**      SALE CONTRACT                      debtor has an executory contract or
       **lease is for**                                                       unexpired lease

       **Nature of debtor's interest**     SELLER                            HERSHEY SINGAPORE PTE LTD
                                                                              541 ORCHARD RD, 20TH FL
       **State the term remaining**        DELIVERY PERIOD: SEPTEMBER 2017   NO. 19-01/04 LIAT TOWERS
                                                                              SINGAPORE 238881
       **List the contract number of**     _____        SINGAPORE
       **any government contract**

**2.801.** **Title of contract**            SALES CONTRACT                    State the name and mailing address
                                                                              for all other parties with whom the
       **State what the contract or**      SALE CONTRACT                      debtor has an executory contract or
       **lease is for**                                                       unexpired lease

       **Nature of debtor's interest**     SELLER                            HERSHEY SINGAPORE PTE LTD
                                                                              541 ORCHARD RD, 20TH FL
       **State the term remaining**        DELIVERY PERIOD: OCTOBER 2017     NO. 19-01/04 LIAT TOWERS
                                                                              SINGAPORE 238881
       **List the contract number of**     _____        SINGAPORE
       **any government contract**

**2.802.** **Title of contract**            SALES CONTRACT                    State the name and mailing address
                                                                              for all other parties with whom the
       **State what the contract or**      SALE CONTRACT                      debtor has an executory contract or
       **lease is for**                                                       unexpired lease

       **Nature of debtor's interest**     SELLER                            HERSHEY SINGAPORE PTE LTD
                                                                              541 ORCHARD RD, 20TH FL
       **State the term remaining**        DELIVERY PERIOD: NOVEMBER 2017    NO. 19-01/04 LIAT TOWERS
                                                                              SINGAPORE 238881
       **List the contract number of**     _____        SINGAPORE
       **any government contract**

**2.803.** **Title of contract**            SALES CONTRACT                    State the name and mailing address
                                                                              for all other parties with whom the
       **State what the contract or**      SALE CONTRACT                      debtor has an executory contract or
       **lease is for**                                                       unexpired lease

       **Nature of debtor's interest**     SELLER                            HERSHEY SINGAPORE PTE LTD
                                                                              541 ORCHARD RD, 20TH FL
       **State the term remaining**        DELIVERY PERIOD: DECEMBER 2017    NO. 19-01/04 LIAT TOWERS
                                                                              SINGAPORE 238881
       **List the contract number of**     _____        SINGAPORE
       **any government contract**

Debtor     **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

---

**2.804.**  **Title of contract**          SALES CONTRACT               State the name and mailing address
                                                                        for all other parties with whom the
            **State what the contract or**   FORWARD CONTRACT           debtor has an executory contract or
            **lease is for**                                            unexpired lease

            **Nature of debtor's interest**  SELLER                     HERSHEY SINGAPORE PTE LTD
                                                                        SHERRY
            **State the term remaining**     DELIVERY PERIOD: DECEMBER 2017   541 ORCHARD RD
                                                                        19-01 LIAT TOWERS
            **List the contract number of**  _____  SINGAPORE 238881
            **any government contract**                                 SINGAPORE

---

**2.805.**  **Title of contract**          SALES CONTRACT               State the name and mailing address
                                                                        for all other parties with whom the
            **State what the contract or**   SALE CONTRACT              debtor has an executory contract or
            **lease is for**                                            unexpired lease

            **Nature of debtor's interest**  SELLER                     HERSHEY TRADING GMBH
                                                                        JOHN HORN
            **State the term remaining**     DELIVERY PERIOD: OCTOBER-DECEMBER 2016   PILATUSSTRASSE 41
                                                                        LUZERN 6003
            **List the contract number of**  _____  SWITZERLAND
            **any government contract**

---

**2.806.**  **Title of contract**          SALES CONTRACT               State the name and mailing address
                                                                        for all other parties with whom the
            **State what the contract or**   SALE CONTRACT              debtor has an executory contract or
            **lease is for**                                            unexpired lease

            **Nature of debtor's interest**  SELLER                     HERSHEY TRADING GMBH
                                                                        JOHN HORN
            **State the term remaining**     DELIVERY PERIOD: NOVEMBER-DECEMBER 2016   PILATUSSTRASSE 41
                                                                        LUZERN 6003
            **List the contract number of**  _____  SWITZERLAND
            **any government contract**

---

**2.807.**  **Title of contract**          SALES CONTRACT               State the name and mailing address
                                                                        for all other parties with whom the
            **State what the contract or**   SALE CONTRACT              debtor has an executory contract or
            **lease is for**                                            unexpired lease

            **Nature of debtor's interest**  SELLER                     HERSHEY TRADING GMBH
                                                                        JOHN HORN
            **State the term remaining**     DELIVERY PERIOD: OCTOBER-DECEMBER 2016   PILATUSSTRASSE 41
                                                                        LUZERN 6003
            **List the contract number of**  _____  SWITZERLAND
            **any government contract**

---

**2.808.**  **Title of contract**          SALES CONTRACT               State the name and mailing address
                                                                        for all other parties with whom the
            **State what the contract or**   SALE CONTRACT              debtor has an executory contract or
            **lease is for**                                            unexpired lease

            **Nature of debtor's interest**  SELLER                     HERSHEY TRADING GMBH
                                                                        JOHN HORN
            **State the term remaining**     DELIVERY PERIOD: OCTOBER-DECEMBER 2016   PILATUSSTRASSE 41
                                                                        LUZERN 6003
            **List the contract number of**  _____  SWITZERLAND
            **any government contract**

---

Debtor    **Transmar Commodity Group Ltd.**                                                    Case number *(if known)* **16-13625**

| 2.809. | **Title of contract** | SALES CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | HERSHEY TRADING GMBH |
| | **State the term remaining** | DELIVERY PERIOD: OCTOBER-DECEMBER 2016 | JOHN HORN PILATUSSTRASSE 41 LUZERN 6003 |
| | **List the contract number of any government contract** | _____ | SWITZERLAND |

| 2.810. | **Title of contract** | SALES CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | HERSHEY TRADING GMBH |
| | **State the term remaining** | DELIVERY PERIOD: OCTOBER-DECEMBER 2016 | JOHN HORN PILATUSSTRASSE 41 LUZERN 6003 |
| | **List the contract number of any government contract** | _____ | SWITZERLAND |

| 2.811. | **Title of contract** | SALES CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | HERSHEY TRADING GMBH |
| | **State the term remaining** | DELIVERY PERIOD: OCTOBER-DECEMBER 2016 | JOHN HORN PILATUSSTRASSE 41 LUZERN 6003 |
| | **List the contract number of any government contract** | _____ | SWITZERLAND |

| 2.812. | **Title of contract** | SALES CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | HERSHEY TRADING GMBH |
| | **State the term remaining** | DELIVERY PERIOD: OCTOBER-DECEMBER 2016 | JOHN HORN PILATUSSTRASSE 41 LUZERN 6003 |
| | **List the contract number of any government contract** | _____ | SWITZERLAND |

| 2.813. | **Title of contract** | SALES CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | HERSHEY TRADING GMBH |
| | **State the term remaining** | DELIVERY PERIOD: OCTOBER-DECEMBER 2016 | JOHN HORN PILATUSSTRASSE 41 LUZERN 6003 |
| | **List the contract number of any government contract** | _____ | SWITZERLAND |

Debtor    **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

**2.814.** **Title of contract**                SALES CONTRACT

State what the contract or lease is for        SALE CONTRACT

Nature of debtor's interest        SELLER

State the term remaining        DELIVERY PERIOD: OCTOBER-DECEMBER 2016

List the contract number of any government contract        _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

HERSHEY TRADING GMBH
JOHN HORN
PILATUSSTRASSE 41
LUZERN 6003
SWITZERLAND

**2.815.** **Title of contract**                SALES CONTRACT

State what the contract or lease is for        SALE CONTRACT

Nature of debtor's interest        SELLER

State the term remaining        DELIVERY PERIOD: OCTOBER-DECEMBER 2016

List the contract number of any government contract        _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

HERSHEY TRADING GMBH
JOHN HORN
PILATUSSTRASSE 41
LUZERN 6003
SWITZERLAND

**2.816.** **Title of contract**                SALES CONTRACT

State what the contract or lease is for        FORWARD CONTRACT

Nature of debtor's interest        SELLER

State the term remaining        DELIVERY PERIOD: OCTOBER-DECEMBER 2016

List the contract number of any government contract        _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

HERSHEY TRADING GMBH
PILATUSSTRASSE 41
LUZERN 6003
SWITZERLAND

**2.817.** **Title of contract**                FCC CONTRACT

State what the contract or lease is for        SALE CONTRACT

Nature of debtor's interest        BUYER

State the term remaining        DELIVERY: JUN 2015

List the contract number of any government contract        _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

ICESTAR BV
COOLSINGEL 93
ROTTERDAM 3012 AE
NETHERLANDS

**2.818.** **Title of contract**                FCC CONTRACT

State what the contract or lease is for        SALE CONTRACT

Nature of debtor's interest        BUYER

State the term remaining        DELIVERY: JUL 9, 2016

List the contract number of any government contract        _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

ICESTAR BV
COOLSINGEL 93
ROTTERDAM 3012 AE
NETHERLANDS

Debtor    **Transmar Commodity Group Ltd.**                                                    Case number *(if known)* **16-13625**

---

**2.819.** | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | SALE CONTRACT |
| **Nature of debtor's interest** | BUYER | ICESTAR BV
| **State the term remaining** | DELIVERY: DEC 2, 2016 | COOLSINGEL 93
| **List the contract number of any government contract** | _____ | ROTTERDAM 3012 AE
| | | NETHERLANDS

**2.820.** | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | SALE CONTRACT |
| **Nature of debtor's interest** | BUYER | ICESTAR BV
| **State the term remaining** | DELIVERY: DEC 28, 2016 | COOLSINGEL 93
| **List the contract number of any government contract** | _____ | ROTTERDAM 3012 AE
| | | NETHERLANDS

**2.821.** | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | SALE CONTRACT |
| **Nature of debtor's interest** | BUYER | ICESTAR BV
| **State the term remaining** | DELIVERY: DEC 28, 2016 | COOLSINGEL 93
| **List the contract number of any government contract** | _____ | ROTTERDAM 3012 AE
| | | NETHERLANDS

**2.822.** | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | SALE CONTRACT |
| **Nature of debtor's interest** | BUYER | ICESTAR BV
| **State the term remaining** | DELIVERY: DEC 28, 2016 | COOLSINGEL 93
| **List the contract number of any government contract** | _____ | ROTTERDAM 3012 AE
| | | NETHERLANDS

**2.823.** | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | SALE CONTRACT |
| **Nature of debtor's interest** | BUYER | ICESTAR BV
| **State the term remaining** | DELIVERY: DEC 28, 2016 | COOLSINGEL 93
| **List the contract number of any government contract** | _____ | ROTTERDAM 3012 AE
| | | NETHERLANDS

Debtor    **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

---

**2.824.** | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | SALE CONTRACT |
| **Nature of debtor's interest** | BUYER | ICESTAR BV
| **State the term remaining** | DELIVERY: DEC 10, 2016 | COOLSINGEL 93
| **List the contract number of any government contract** | _____ | ROTTERDAM 3012 AE NETHERLANDS

**2.825.** | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | SALE CONTRACT |
| **Nature of debtor's interest** | BUYER | ICESTAR BV
| **State the term remaining** | DELIVERY: DEC 28, 2016 | COOLSINGEL 93
| **List the contract number of any government contract** | _____ | ROTTERDAM 3012 AE NETHERLANDS

**2.826.** | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | SALE CONTRACT |
| **Nature of debtor's interest** | BUYER | ICESTAR BV
| **State the term remaining** | DELIVERY: DEC 28, 2016 | COOLSINGEL 93
| **List the contract number of any government contract** | _____ | ROTTERDAM 3012 AE NETHERLANDS

**2.827.** | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | SALE CONTRACT |
| **Nature of debtor's interest** | BUYER | ICESTAR BV
| **State the term remaining** | DELIVERY: DEC 28, 2016 | COOLSINGEL 93
| **List the contract number of any government contract** | _____ | ROTTERDAM 3012 AE NETHERLANDS

**2.828.** | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | SALE CONTRACT |
| **Nature of debtor's interest** | BUYER | ICESTAR BV
| **State the term remaining** | DELIVERY: DEC 28, 2016 | COOLSINGEL 93
| **List the contract number of any government contract** | _____ | ROTTERDAM 3012 AE NETHERLANDS

Debtor     **Transmar Commodity Group Ltd.**                                                      Case number *(if known)* **16-13625**

| 2.829. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | ICESTAR BV |
| | **State the term remaining** | DELIVERY: DEC 28, 2016 | COOLSINGEL 93 ROTTERDAM 3012 AE |
| | **List the contract number of any government contract** | _____ | NETHERLANDS |

| 2.830. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | ICESTAR BV |
| | **State the term remaining** | DELIVERY: DEC 28, 2016 | COOLSINGEL 93 ROTTERDAM 3012 AE |
| | **List the contract number of any government contract** | _____ | NETHERLANDS |

| 2.831. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | ICESTAR BV |
| | **State the term remaining** | DEC 28, 2016 | COOLSINGEL 93 ROTTERDAM 3012 AE THE |
| | **List the contract number of any government contract** | _____ | NETHERLANDS |

| 2.832. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | ICESTAR BV |
| | **State the term remaining** | DEC 10, 2016 | COOLSINGEL 93 ROTTERDAM 3012 AE THE |
| | **List the contract number of any government contract** | _____ | NETHERLANDS |

| 2.833. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | ICESTAR BV |
| | **State the term remaining** | DEC 28, 2016 | COOLSINGEL 93 ROTTERDAM 3012 AE THE |
| | **List the contract number of any government contract** | _____ | NETHERLANDS |

Debtor    **Transmar Commodity Group Ltd.**                                                    Case number *(if known)* **16-13625**

| 2.834. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | ICESTAR BV |
| | **State the term remaining** | DEC 28, 2016 | COOLSINGEL 93 ROTTERDAM 3012 AE THE NETHERLANDS |
| | **List the contract number of any government contract** | _____ | |

| 2.835. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | ICESTAR BV |
| | **State the term remaining** | DEC 28, 2016 | COOLSINGEL 93 ROTTERDAM 3012 AE THE NETHERLANDS |
| | **List the contract number of any government contract** | _____ | |

| 2.836. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FORWARD CONTRACT | |
| | **Nature of debtor's interest** | BUYER | ICESTAR BV |
| | **State the term remaining** | DEC 28, 2016 | MARIEKE FRANSSEN COOLSINGEL 93 ROTTERDAM 3012AE NETHERLANDS |
| | **List the contract number of any government contract** | _____ | |

| 2.837. | **Title of contract** | STANDARD 2-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FORWARD CONTRACT | |
| | **Nature of debtor's interest** | BUYER | IMCO SA DE CV |
| | **State the term remaining** | OCTOBER - NOVEMBER 2016 | FELIX Z. LICONA 218 XALAPA, VER 91110 MEXICO |
| | **List the contract number of any government contract** | _____ | |

| 2.838. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | INDUSTRIAL COMMODITY SOURCING |
| | **State the term remaining** | JAN- APRIL 2015 | 11 MAYFAIR LN LINCOLNSHIRE IL 60069 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Transmar Commodity Group Ltd.**                                        Case number *(if known)* **16-13625**

| 2.839. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | INDUSTRIAL COMMODITY SOURCING |
| | **State the term remaining** | SPOT | 11 MAYFAIR LN |
| | **List the contract number of any government contract** | _____ | LINCOLNSHIRE IL 60069 |

| 2.840. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FORWARD CONTRACT | |
| | **Nature of debtor's interest** | SELLER | INDUSTRIAL COMMODITY SOURCING |
| | **State the term remaining** | SPOT | 11 MAYFAIR LN |
| | **List the contract number of any government contract** | _____ | LINCOLNSHIRE IL 60069 |

| 2.841. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | INTERNATIONAL FOOD PRODUCTS |
| | **State the term remaining** | MARCH 2015- JULY 2015 | 150 LARKIN WILLIAMS IND CT |
| | **List the contract number of any government contract** | _____ | FENTON MO 63026 |

| 2.842. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | INTERNATIONAL FOOD PRODUCTS |
| | **State the term remaining** | JAN- DEC 2017 | 150 LARKIN WILLIAMS IND CT |
| | **List the contract number of any government contract** | _____ | FENTON MO 63026 |

| 2.843. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FORWARD CONTRACT | |
| | **Nature of debtor's interest** | SELLER | INTERNATIONAL FOOD PRODUCTS KATE |
| | **State the term remaining** | JANUARY - JUNE 2016 | 150 LARKIN WILLIAMS IND CT |
| | **List the contract number of any government contract** | _____ | FENTON MO 63026 |

Debtor    **Transmar Commodity Group Ltd.**                                                     Case number *(if known)* **16-13625**

---

**2.844.**  **Title of contract**  PURCHASE CONTRACT

State what the contract or lease is for  FORWARD CONTRACT

Nature of debtor's interest  SELLER

State the term remaining  12/31/2015

List the contract number of any government contract  _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

INTERNATIONAL FOOD PRODUCTS KATE
150 LARKIN WILLIAMS IND CT
FENTON MO 63026

---

**2.845.**  **Title of contract**  CMA 1-A CONTRACT

State what the contract or lease is for  FORWARD CONTRACT

Nature of debtor's interest  SELLER

State the term remaining  JULY - DECEMBER 2016

List the contract number of any government contract  _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

INTERNATIONAL FOOD PRODUCTS KATE
150 LARKIN WILLIAMS IND CT
FENTON MO 63026

---

**2.846.**  **Title of contract**  SALE AGREEMENT

State what the contract or lease is for  FORWARD CONTRACT

Nature of debtor's interest  SELLER

State the term remaining  JANUARY 2016 - DECEMBER 2017

List the contract number of any government contract  _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

INTERNATIONAL FOOD PRODUCTS KATE
150 LARKIN WILLIAMS IND CT
FENTON MO 63026

---

**2.847.**  **Title of contract**  CMA 1-A CONTRACT

State what the contract or lease is for  FORWARD CONTRACT

Nature of debtor's interest  SELLER

State the term remaining  MARCH - DECEMBER 2017

List the contract number of any government contract  _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

INTERNATIONAL FOOD PRODUCTS KATE
150 LARKIN WILLIAMS IND CT
FENTON MO 63026

---

**2.848.**  **Title of contract**  FCC CONTRACT

State what the contract or lease is for  PURCHASE CONTRACT

Nature of debtor's interest  BUYER

State the term remaining  OCT 2016 MAR 2017 APRIL 2017

List the contract number of any government contract  _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

ITOCHU CORPORATION
5-1 KITA-AOYAMA 2 CHOME
MINATO-KU TOKYO 107-8077
JAPAN

---

Debtor    **Transmar Commodity Group Ltd.**                                                    Case number *(if known)* **16-13625**

**2.849.** **Title of contract**                PRICE FIXING CONTRACT                 State the name and mailing address
                                                                                       for all other parties with whom the
        **State what the contract or**         FORWARD CONTRACT                        debtor has an executory contract or
        **lease is for**                                                               unexpired lease

        **Nature of debtor's interest**        SELLER                                  ITOCHU CORPORATION
                                                                                       5-1 KITA-AOYAMA 2 CHOME
        **State the term remaining**           DECEMBER 2016                           MINATO
                                                                                       TOKYO 107-8077
        **List the contract number of**        _____            JAPAN
        **any government contract**

**2.850.** **Title of contract**                PRICE FIXING CONTRACT                 State the name and mailing address
                                                                                       for all other parties with whom the
        **State what the contract or**         FORWARD CONTRACT                        debtor has an executory contract or
        **lease is for**                                                               unexpired lease

        **Nature of debtor's interest**        SELLER                                  ITOCHU CORPORATION
                                                                                       MARIKO HORI
        **State the term remaining**           OCTOBER 2016                            5-1, KITA-AOYAMA 2-CHOME,
                                                                                       MINATO-KU
        **List the contract number of**        _____            TOKIO
        **any government contract**                                                    JAPAN

**2.851.** **Title of contract**                PRICE FIXING CONTRACT                 State the name and mailing address
                                                                                       for all other parties with whom the
        **State what the contract or**         FORWARD CONTRACT                        debtor has an executory contract or
        **lease is for**                                                               unexpired lease

        **Nature of debtor's interest**        SELLER                                  ITOCHU CORPORATION
                                                                                       MARIKO HORI
        **State the term remaining**           OCTOBER 2016                            5-1, KITA-AOYAMA 2-CHOME,
                                                                                       MINATO-KU
        **List the contract number of**        _____            TOKIO
        **any government contract**                                                    JAPAN

**2.852.** **Title of contract**                PRICE FIXING CONTRACT                 State the name and mailing address
                                                                                       for all other parties with whom the
        **State what the contract or**         FORWARD CONTRACT                        debtor has an executory contract or
        **lease is for**                                                               unexpired lease

        **Nature of debtor's interest**        SELLER                                  ITOCHU CORPORATION
                                                                                       MARIKO HORI
        **State the term remaining**           DECEMBER 2016                           5-1, KITA-AOYAMA 2-CHOME,
                                                                                       MINATO-KU
        **List the contract number of**        _____            TOKIO
        **any government contract**                                                    JAPAN

**2.853.** **Title of contract**                FCC CIF CONTRACT                      State the name and mailing address
                                                                                       for all other parties with whom the
        **State what the contract or**         FORWARD CONTRACT                        debtor has an executory contract or
        **lease is for**                                                               unexpired lease

        **Nature of debtor's interest**        SELLER                                  ITOCHU EUROPE PLC
                                                                                       THE BROADGATE TOWER
        **State the term remaining**           JANUARY - MARCH 2017                    20 PRIMROSE STREET
                                                                                       LONDON EC2A 2EW
        **List the contract number of**        _____            UNITED KINGDOM
        **any government contract**

Debtor    **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

| 2.854. | Title of contract | FCC CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FORWARD CONTRACT | |
| | Nature of debtor's interest | BUYER | JB COCOA SDN BHD |
| | State the term remaining | JAN-17 | LOT CP 1, JALAN TANJUNG A/6 PELABUHAN TANJUNG PELEPAS GELANG PATAH, JOHOR 81560 MALAYSIA |
| | List the contract number of any government contract | _____ | |

| 2.855. | Title of contract | FCC CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FORWARD CONTRACT | |
| | Nature of debtor's interest | BUYER | JB COCOA SDN BHD |
| | State the term remaining | FEB-17 | LOT CP 1, JALAN TANJUNG A/6 PELABUHAN TANJUNG PELEPAS GELANG PATAH, JOHOR 81560 MALAYSIA |
| | List the contract number of any government contract | _____ | |

| 2.856. | Title of contract | FCC CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FORWARD CONTRACT | |
| | Nature of debtor's interest | BUYER | JB COCOA SDN BHD |
| | State the term remaining | MAR-17 | LOT CP 1, JALAN TANJUNG A/6 PELABUHAN TANJUNG PELEPAS GELANG PATAH, JOHOR 81560 MALAYSIA |
| | List the contract number of any government contract | _____ | |

| 2.857. | Title of contract | FCC CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FORWARD CONTRACT | |
| | Nature of debtor's interest | BUYER | JB COCOA SDN BHD |
| | State the term remaining | APR-17 | LOT CP 1, JALAN TANJUNG A/6 PELABUHAN TANJUNG PELEPAS GELANG PATAH, JOHOR 81560 MALAYSIA |
| | List the contract number of any government contract | _____ | |

| 2.858. | Title of contract | FCC CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FORWARD CONTRACT | |
| | Nature of debtor's interest | BUYER | JB COCOA SDN BHD |
| | State the term remaining | MAY-17 | LOT CP 1, JALAN TANJUNG A/6 PELABUHAN TANJUNG PELEPAS GELANG PATAH, JOHOR 81560 MALAYSIA |
| | List the contract number of any government contract | _____ | |

Debtor   **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

| | | | |
|---|---|---|---|
| **2.859.** | **Title of contract** | FCC CIF CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | FORWARD CONTRACT | |
| | **Nature of debtor's interest** | SELLER | JB FOODS GLOBAL PTE LTD TAN SWEE HAUT |
| | **State the term remaining** | OCTOBER 2016 | 900 DUNEARN RD #080-10 #080-10 |
| | **List the contract number of any government contract** | _____ | SINGAPORE SINGAPORE |

| | | | |
|---|---|---|---|
| **2.860.** | **Title of contract** | INDEPENDENT CONTRACTOR AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CONTRACTOR AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | JEANETTE WOLVEN TOURSO 17527 W CARDINAL DRIVE |
| | **State the term remaining** | STARTING 2/9/2015 UNTIL MAY 31, 2015 | GOODYEAR AZ 85338 |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| **2.861.** | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | KARGHER CORP 3131 SANDSTONE DR |
| | **State the term remaining** | SEPT-OCT 2016 | HATFIELD PA 19440 |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| **2.862.** | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | KARGHER CORP 3131 SANDSTONE DR |
| | **State the term remaining** | JAN- MARCH 2017 | HATFIELD PA 19440 |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| **2.863.** | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | FORWARD CONTRACT | |
| | **Nature of debtor's interest** | SELLER | KARGHER CORP 3131 SANDSTONE DR |
| | **State the term remaining** | JAN-MARCH 2017 | HATFIELD PA 19440 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Transmar Commodity Group Ltd.**                                                    Case number *(if known)* **16-13625**

| 2.864. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | KERRY INGREDIENTS AND FLAVOURS |
| | **State the term remaining** | APRIL 2014- AUG 2014 | AFFTON PLANT |
| | **List the contract number of any government contract** | _____ | BOX NUMBER 696477 SAN ANTONIO TX 78269 |

| 2.865. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | KERRY INGREDIENTS AND FLAVOURS |
| | **State the term remaining** | JAN- DEC 2015 | AFFTON PLANT |
| | **List the contract number of any government contract** | _____ | BOX NUMBER 696477 SAN ANTONIO TX 78269 |

| 2.866. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | KERRY INGREDIENTS AND FLAVOURS |
| | **State the term remaining** | OCT- DEC 2015 | AFFTON PLANT |
| | **List the contract number of any government contract** | _____ | BOX NUMBER 696477 SAN ANTONIO TX 78269 |

| 2.867. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | KERRY INGREDIENTS AND FLAVOURS |
| | **State the term remaining** | JAN 2016- DEC 2016 | AFFTON PLANT |
| | **List the contract number of any government contract** | _____ | BOX NUMBER 696477 SAN ANTONIO TX 78269 |

| 2.868. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | KERRY INGREDIENTS AND FLAVOURS |
| | **State the term remaining** | JAN 2016- DEC 2016 | UNION CITY PLANT |
| | **List the contract number of any government contract** | _____ | 33063 WESTERN AVE UNION CITY CA 94587 |

Debtor    **Transmar Commodity Group Ltd.**                                Case number *(if known)* **16-13625**

| 2.869. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | KERRY INGREDIENTS AND FLAVOURS |
| | **State the term remaining** | JAN 2016- DEC 2016 | UNION CITY PLANT 33063 WESTERN AVE |
| | **List the contract number of any government contract** | _____ | UNION CITY CA 94587 |

| 2.870. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FORWARD CONTRACT | |
| | **Nature of debtor's interest** | SELLER | KERRY INGREDIENTS AND FLAVOURS |
| | **State the term remaining** | APRIL 2014- AUG 2014 | TINA 300 MILLINGTON RD |
| | **List the contract number of any government contract** | _____ | BELOIT WI 53511 |

| 2.871. | **Title of contract** | PURCHASE CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | LA UNIVERSAL ELOY ALFARO 1101 |
| | **State the term remaining** | DELIVERY PERIOD: DECEMBER 2016 | GUAYAQUIL ECUADOR |
| | **List the contract number of any government contract** | _____ | |

| 2.872. | **Title of contract** | STANDARD 2-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | LA UNIVERSAL ELOY ALFARO 1101 |
| | **State the term remaining** | FOB DEC 2016 | GUAYAQUIL ECUADOR |
| | **List the contract number of any government contract** | _____ | |

| 2.873. | **Title of contract** | STANDARD 2-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | LA UNIVERSAL ELOY ALFARO 1101 |
| | **State the term remaining** | FOB JAN 2017 | GUAYAQUIL ECUADOR |
| | **List the contract number of any government contract** | _____ | |

Debtor **Transmar Commodity Group Ltd.**                                        Case number *(if known)* **16-13625**

| 2.874. | **Title of contract** | STANDARD 2-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FORWARD CONTRACT | |
| | **Nature of debtor's interest** | BUYER | LA UNIVERSAL |
| | **State the term remaining** | FOB JAN 2017 | MILTON ESTUPINAN |
| | **List the contract number of any government contract** | _____ | ELOY ALFARO 1103 Y GOMEZ RENDON GUAYAQUIL ECUADOR |

| 2.875. | **Title of contract** | _____ | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FORWARD CONTRACT | |
| | **Nature of debtor's interest** | _____ | LINDT & SPRUNGLI USA INC. |
| | **State the term remaining** | 8/3/2015 | DIANA ERICKSON ONE FINE CHOCOLATE PLACE |
| | **List the contract number of any government contract** | _____ | STRATHAM NH 03885 |

| 2.876. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | MACQUARIE COMMODITIES (USA) INC |
| | **State the term remaining** | DEC 22, 2016 | 125 WEST 55TH STREET LEVEL 20 |
| | **List the contract number of any government contract** | _____ | NEW YORK NY 10019 |

| 2.877. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FORWARD CONTRACT | |
| | **Nature of debtor's interest** | BUYER | MACQUARIE COMMODITIES (USA) INC |
| | **State the term remaining** | DEC 22, 2016 | BRIAN WHITE / PETER HARRISON 125 WEST 55TH STREET |
| | **List the contract number of any government contract** | _____ | NEW YORK NY 10019 |

| 2.878. | **Title of contract** | OFFTAKE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | MAHOB-TRANSMAR COCOA LTD |
| | **State the term remaining** | STARTING SEPTEMBER 2014 FOR 5 YEARS | MARGARET POKU D380/4 ADABRAKA KWAME NKRUMAH AVE |
| | **List the contract number of any government contract** | _____ | ACCRA CT 6406 GHANA |

Debtor    **Transmar Commodity Group Ltd.**                                                    Case number *(if known)* **16-13625**

| 2.879. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | MARS CHOCOLATE NORTH AMERICA, LLC |
| | **State the term remaining** | MARCH 2015- JULY 2015 | 800 HIGH STREET |
| | **List the contract number of any government contract** | _____ | HACKETTSTOWN NJ 07840-1500 |

| 2.880. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | MARS CHOCOLATE NORTH AMERICA, LLC |
| | **State the term remaining** | FCA SEPT 2016 | 800 HIGH STREET |
| | **List the contract number of any government contract** | _____ | HACKETTSTOWN NJ 07840-1500 |

| 2.881. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | MARS CHOCOLATE NORTH AMERICA, LLC |
| | **State the term remaining** | FCA OCT 2016 | 800 HIGH STREET |
| | **List the contract number of any government contract** | _____ | HACKETTSTOWN NJ 07840- 1500 |

| 2.882. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | MARS CHOCOLATE NORTH AMERICA, LLC |
| | **State the term remaining** | FCA DEC 2016 | 800 HIGH STREET |
| | **List the contract number of any government contract** | _____ | HACKETTSTOWN NJ 07840-1500 |

| 2.883. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | MARS CHOCOLATE NORTH AMERICA, LLC |
| | **State the term remaining** | OCT- DEC 2016 | 800 HIGH STREET |
| | **List the contract number of any government contract** | _____ | HACKETTSTOWN NJ 07840-1500 |

Debtor   **Transmar Commodity Group Ltd.**                                        Case number *(if known)* **16-13625**

---

| 2.884. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | MARS CHOCOLATE NORTH AMERICA, LLC |
| | **State the term remaining** | FEB 2017 | 800 HIGH STREET |
| | **List the contract number of any government contract** | _____ | HACKETTSTOWN NJ 07840- 1500 |

| 2.885. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FORWARD CONTRACT | |
| | **Nature of debtor's interest** | SELLER | MARS CHOCOLATE NORTH AMERICA, LLC |
| | **State the term remaining** | FEB 2017 | CHRISTINE CASALE |
| | **List the contract number of any government contract** | _____ | 800 HIGH STREET HACKETTSTOWN NJ 07840-1500 |

| 2.886. | **Title of contract** | MICROSOFT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | OFFICE 365 FOR BUSINESS | |
| | **Nature of debtor's interest** | _____ | MICROSOFT CORPORATION |
| | **State the term remaining** | NET 30 | ONE MICROSOFT WAY REDMOND WA 98052 |
| | **List the contract number of any government contract** | _____ | |

| 2.887. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | IT SERVICE PROVIDER (TERMS AND CONDITIONS) | |
| | **Nature of debtor's interest** | CUSTOMER | MILES TECHNOLOGIES.COM |
| | **State the term remaining** | ANYTIME, UPON 30 DAYS WRITTEN NOTICE | 300 ROUTE 38 MORRISTOWN NJ 08057 |
| | **List the contract number of any government contract** | _____ | |

| 2.888. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FORWARD CONTRACT | |
| | **Nature of debtor's interest** | SELLER | MOTHER JUNGLE HERBS |
| | **State the term remaining** | PROMPT | PO BOX 8927 TEMECULA CA 92590 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Transmar Commodity Group Ltd.**                                              Case number *(if known)* **16-13625**

| 2.889. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | NESKAO |
| | **State the term remaining** | SHIPMENT: JAN 2017-MAR 2017 | RCCM N CI ABJ2013B 14777 18 BP 1066 ABIDJAN 18-ZONE INDUSTRIELLE VRIDI |
| | **List the contract number of any government contract** | _____ | ABIDJAN IVORY COAST |

| 2.890. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | NESKAO |
| | **State the term remaining** | SHIPMENT: APR 2017-MAY 2017 | RCCM N CI ABJ2013B 14777 18 BP 1066 ABIDJAN 18-ZONE INDUSTRIELLE VRIDI |
| | **List the contract number of any government contract** | _____ | ABIDJAN IVORY COAST |

| 2.891. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | NESKAO |
| | **State the term remaining** | SHIPMENT: JUN 2017-JUL 2017 | RCCM N CI ABJ2013B 14777 18 BP 1066 ABIDJAN 18-ZONE INDUSTRIELLE VRIDI |
| | **List the contract number of any government contract** | _____ | ABIDJAN IVORY COAST |

| 2.892. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | NESKAO |
| | **State the term remaining** | SHIPMENT: AUG 2017-SEP 2017 | RCCM N CI ABJ2013B 14777 18 BP 1066 ABIDJAN 18-ZONE INDUSTRIELLE VRIDI |
| | **List the contract number of any government contract** | _____ | ABIDJAN IVORY COAST |

| 2.893. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | NESKAO |
| | **State the term remaining** | SHIPMENT: OCT 2017-DEC 2017 | RCCM N CI ABJ2013B 14777 18 BP 1066 ABIDJAN 18-ZONE INDUSTRIELLE VRIDI |
| | **List the contract number of any government contract** | _____ | ABIDJAN IVORY COAST |

Debtor   **Transmar Commodity Group Ltd.**                                                      Case number *(if known)* **16-13625**

| 2.894. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | NESKAO |
| | **State the term remaining** | SHIPMENT: JAN 2018-MAR 2018 | RCCM N CI ABJ2013B 14777 18 BP 1066 ABIDJAN 18-ZONE INDUSTRIELLE VRIDI |
| | **List the contract number of any government contract** | _____ | ABIDJAN IVORY COAST |

| 2.895. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | NESKAO |
| | **State the term remaining** | SHIPMENT: APR 2018-MAY 2018 | RCCM N CI ABJ2013B 14777 18 BP 1066 ABIDJAN 18-ZONE INDUSTRIELLE VRIDI |
| | **List the contract number of any government contract** | _____ | ABIDJAN IVORY COAST |

| 2.896. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | NESKAO |
| | **State the term remaining** | SHIPMENT: JUN 2018-JUL 2018 | RCCM N CI ABJ2013B 14777 18 BP 1066 ABIDJAN 18-ZONE INDUSTRIELLE VRIDI |
| | **List the contract number of any government contract** | _____ | ABIDJAN IVORY COAST |

| 2.897. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | NESKAO |
| | **State the term remaining** | SHIPMENT: AUG 2018-SEP 2018 | RCCM N CI ABJ2013B 14777 18 BP 1066 ABIDJAN 18-ZONE INDUSTRIELLE VRIDI |
| | **List the contract number of any government contract** | _____ | ABIDJAN IVORY COAST |

| 2.898. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | NESKAO |
| | **State the term remaining** | SHIPMENT: OCT 2018-DEC 2018 | RCCM N CI ABJ2013B 14777 18 BP 1066 ABIDJAN 18-ZONE INDUSTRIELLE VRIDI |
| | **List the contract number of any government contract** | _____ | ABIDJAN IVORY COAST |

Debtor    **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

---

2.899.    **Title of contract**              FCC CONTRACT                   **State the name and mailing address
                                                                            for all other parties with whom the
          **State what the contract or**     PURCHASE CONTRACT               debtor has an executory contract or
          **lease is for**                                                   unexpired lease**

          **Nature of debtor's interest**    BUYER                          NESKAO
                                                                            RCCM N CI ABJ2013B 14777
          **State the term remaining**       FOB APRIL- MAY 2017            18 BP 1066 ABIDJAN 18-ZONE
                                                                            INDUSTRIELLE VRIDI
          **List the contract number of**    _____       ABIDJAN
          **any government contract**                                       IVORY COAST


2.900.    **Title of contract**              FCC CONTRACT                   **State the name and mailing address
                                                                            for all other parties with whom the
          **State what the contract or**     PURCHASE CONTRACT               debtor has an executory contract or
          **lease is for**                                                   unexpired lease**

          **Nature of debtor's interest**    BUYER                          NESKAO
                                                                            RCCM N CI ABJ2013B 14777
          **State the term remaining**       FOB JUNE -JULY 2017            18 BP 1066 ABIDJAN 18-ZONE
                                                                            INDUSTRIELLE VRIDI
          **List the contract number of**    _____       ABIDJAN
          **any government contract**                                       IVORY COAST


2.901.    **Title of contract**              FCC CONTRACT                   **State the name and mailing address
                                                                            for all other parties with whom the
          **State what the contract or**     PURCHASE CONTRACT               debtor has an executory contract or
          **lease is for**                                                   unexpired lease**

          **Nature of debtor's interest**    BUYER                          NESKAO
                                                                            RCCM N CI ABJ2013B 14777
          **State the term remaining**       FOB AUG- SEPT 2017             18 BP 1066 ABIDJAN 18-ZONE
                                                                            INDUSTRIELLE VRIDI
          **List the contract number of**    _____       ABIDJAN
          **any government contract**                                       IVORY COAST


2.902.    **Title of contract**              FCC CONTRACT                   **State the name and mailing address
                                                                            for all other parties with whom the
          **State what the contract or**     PURCHASE CONTRACT               debtor has an executory contract or
          **lease is for**                                                   unexpired lease**

          **Nature of debtor's interest**    BUYER                          NESKAO
                                                                            RCCM N CI ABJ2013B 14777
          **State the term remaining**       FOB OCT- DEC 2017              18 BP 1066 ABIDJAN 18-ZONE
                                                                            INDUSTRIELLE VRIDI
          **List the contract number of**    _____       ABIDJAN
          **any government contract**                                       IVORY COAST


2.903.    **Title of contract**              FCC CONTRACT                   **State the name and mailing address
                                                                            for all other parties with whom the
          **State what the contract or**     PURCHASE CONTRACT               debtor has an executory contract or
          **lease is for**                                                   unexpired lease**

          **Nature of debtor's interest**    BUYER                          NESKAO
                                                                            RCCM N CI ABJ2013B 14777
          **State the term remaining**       FOB JAN- MARCH 2018            18 BP 1066 ABIDJAN 18-ZONE
                                                                            INDUSTRIELLE VRIDI
          **List the contract number of**    _____       ABIDJAN
          **any government contract**                                       IVORY COAST

---

Debtor   **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

| 2.904. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | NESKAO |
| | **State the term remaining** | FOB APRIL-MAY 2018 | RCCM N CI ABJ2013B 14777 18 BP 1066 ABIDJAN 18-ZONE INDUSTRIELLE VRIDI |
| | **List the contract number of any government contract** | _____ | ABIDJAN IVORY COAST |

| 2.905. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | NESKAO |
| | **State the term remaining** | FOB JUNE-JULY 2018 | RCCM N CI ABJ2013B 14777 18 BP 1066 ABIDJAN 18-ZONE INDUSTRIELLE VRIDI |
| | **List the contract number of any government contract** | _____ | ABIDJAN IVORY COAST |

| 2.906. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | NESKAO |
| | **State the term remaining** | FOB AUG- SEPT 2018 | RCCM N CI ABJ2013B 14777 18 BP 1066 ABIDJAN 18-ZONE INDUSTRIELLE VRIDI |
| | **List the contract number of any government contract** | _____ | ABIDJAN IVORY COAST |

| 2.907. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FORWARD CONTRACT | |
| | **Nature of debtor's interest** | BUYER | NESKAO |
| | **State the term remaining** | FOB AUG- SEPT 2018 | RCCM N CI ABJ2013B 14777 18 BP 1066 ABIDJAN 18-ZONE INDUSTRIELLE VRIDI |
| | **List the contract number of any government contract** | _____ | ABIDJAN IVORY COAST |

| 2.908. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | NESTLE USA |
| | **State the term remaining** | SEPT 2016 | 800 NORTH BRAND BLVD GLENDALE CA 91203 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Transmar Commodity Group Ltd.**                                                       Case number *(if known)* **16-13625**

| 2.909. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | NESTLE USA |
| | **State the term remaining** | SEPT 2016 | TAMMY<br>800 N BRAND BLVD<br>GLENDALE CA 91203 |
| | **List the contract number of any government contract** | _____ | |

| 2.910. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | NEW ENGLAND CONFECTIONERY COMP |
| | **State the term remaining** | MAY 2016 | 135 AMERICAN LEGION HWY<br>REVERE MA 02151-2405 |
| | **List the contract number of any government contract** | _____ | |

| 2.911. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | NEW ENGLAND CONFECTIONERY COMP |
| | **State the term remaining** | MAY 2016 | 135 AMERICAN LEGION HWY<br>REVERE MA 02151-2405 |
| | **List the contract number of any government contract** | _____ | |

| 2.912. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | NEW ENGLAND CONFECTIONERY COMP |
| | **State the term remaining** | JUNE 2016 | 135 AMERICAN LEGION HWY<br>REVERE MA 02151-2405 |
| | **List the contract number of any government contract** | _____ | |

| 2.913. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FORWARD CONTRACT | |
| | **Nature of debtor's interest** | SELLER | NEW ENGLAND CONFECTIONERY COMP |
| | **State the term remaining** | JUNE 2016 | 135 AMERICAN LEGION HWY<br>REVER MA 02151 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Transmar Commodity Group Ltd.**                                                    Case number *(if known)* **16-13625**

| 2.914. | Title of contract | SOFTWARE AS A SERVICE AGREEMENT- KEYSTONE SYSTEMS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | SERVICE AGREEMENT | |
| | Nature of debtor's interest | CUSTOMER | NEW GENERATION TECHNOLOGY LLC |
| | State the term remaining | 2 YEARS FROM INITIAL TERM | 200 SOUTH STREET, 4TH FLOOR MORRISTOWN NJ 07960 |
| | List the contract number of any government contract | _____ | |

| 2.915. | Title of contract | OFFTAKE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | SALE CONTRACT | |
| | Nature of debtor's interest | BUYER | NOHA NYAMEDJO & ASSOCIATES S.A. |
| | State the term remaining | STARTING APRIL 10, 2015 FOR 10 YEARS | NOHA MESACK DOUALA POB 1418 |
| | List the contract number of any government contract | _____ | DOUALA CAMEROON |

| 2.916. | Title of contract | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | FORWARD CONTRACT | |
| | Nature of debtor's interest | SELLER | NOHMAD SNACK CO LLC |
| | State the term remaining | OCTOBER 2016 | 3138 W 182ND ST TORRANCE CA 90504 |
| | List the contract number of any government contract | _____ | |

| 2.917. | Title of contract | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | FORWARD CONTRACT | |
| | Nature of debtor's interest | SELLER | OAK LEAF CONFECTIONS GODFREY |
| | State the term remaining | JANUARY 2016 - DECEMBER 2017 | 440 COMSTOCK RD SCARBOROUGH ON M1L 2H6 |
| | List the contract number of any government contract | _____ | CANADA |

| 2.918. | Title of contract | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | PURCHASE CONTRACT | |
| | Nature of debtor's interest | SELLER | R.M PALMER |
| | State the term remaining | JULY 2015- MARCH 2016 | 77 SECOND AVE WEST READING PA 19611 |
| | List the contract number of any government contract | _____ | |

Debtor    **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

| 2.919. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | R.M PALMER |
| | **State the term remaining** | APRIL- DEC 2016 | 77 SECOND AVE WEST READING PA 19611 |
| | **List the contract number of any government contract** | _____ | |

| 2.920. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | R.M PALMER |
| | **State the term remaining** | JAN- MAY 2017 | 77 SECOND AVE WEST READING PA 19611 |
| | **List the contract number of any government contract** | _____ | |

| 2.921. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | R.M PALMER |
| | **State the term remaining** | JAN- DEC 2018 | 77 SECOND AVE WEST READING PA 19611 |
| | **List the contract number of any government contract** | _____ | |

| 2.922. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FORWARD CONTRACT | |
| | **Nature of debtor's interest** | SELLER | RM PALMER |
| | **State the term remaining** | JAN- DEC 2018 | TINA 77 SECOND AVE WEST READING PA 19611 |
| | **List the contract number of any government contract** | _____ | |

| 2.923. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FORWARD CONTRACT | |
| | **Nature of debtor's interest** | SELLER | ROTTERDAM FINANCIAL SVCS B |
| | **State the term remaining** | JAN- DEC 2018 | VAN RIEMSDIJKWEG 78 3088 HD ROTTERDAM 3088 HD NETHERLANDS |
| | **List the contract number of any government contract** | _____ | |

Debtor   **Transmar Commodity Group Ltd.**       Case number *(if known)* **16-13625**

| 2.924. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | ROTTERDAM FINANCIAL SVCS BV (RFS) |
| | **State the term remaining** | SEPT-OCT 2016 | VAN RIEMSDIJKWEG 78 3088 HD ROTTERDAM |
| | **List the contract number of any government contract** | _____ | GERMANY |

| 2.925. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FORWARD CONTRACT | |
| | **Nature of debtor's interest** | BUYER | S L A ENTERPRISES |
| | **State the term remaining** | OCTOBER - NOVEMBER 2016 | 4L OFF DAMBA RD MURRAY TOWN FREETOWN |
| | **List the contract number of any government contract** | _____ | SIERRA LEONE |

| 2.926. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | S.A. L ENTERPRISES |
| | **State the term remaining** | FOB OCT- NOV 2016 | 3042 TIMOTHY RD BELLMORE NY 11710 |
| | **List the contract number of any government contract** | _____ | |

| 2.927. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | SENSORYEFFECTS FLAVOR SYSTEMS |
| | **State the term remaining** | JAN- JUNE 2016 | 231 ROCK INDUSTRIAL PARK DR BRIDGETON MO 63044 |
| | **List the contract number of any government contract** | _____ | |

| 2.928. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | SENSORYEFFECTS FLAVOR SYSTEMS |
| | **State the term remaining** | JULY 2016- DEC 2016 | 231 ROCK INDUSTRIAL PARK DR BRIDGETON MO 63044 |
| | **List the contract number of any government contract** | _____ | |

Debtor   **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

| 2.929. | Title of contract | CMA 1-A CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FORWARD CONTRACT | |
| | Nature of debtor's interest | SELLER | SENSORYEFFECTS FLAVOR SYSTEMS |
| | State the term remaining | JANUARY 2017-DECEMBER 2017 | KAREN |
| | List the contract number of any government contract | _____ | 231 ROCK INDUSTRIAL PARK DR HAZELWOOD MO 63044 |

| 2.930. | Title of contract | FCC CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FORWARD CONTRACT | |
| | Nature of debtor's interest | SELLER | SOYUZSNAB J S C |
| | State the term remaining | OCTOBER - NOVEMBER 2016 | ROMAN 6 ILYINSKIY TUPIK MOSCOW REGION |
| | List the contract number of any government contract | _____ | KRASNOGORSK 143405 MOSCOW RUSSIA |

| 2.931. | Title of contract | FCC CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FORWARD CONTRACT | |
| | Nature of debtor's interest | SELLER | SOYUZSNAB J S C |
| | State the term remaining | JANUARY - MARCH 2017 | ROMAN 6 ILYINSKIY TUPIK MOSCOW REGION |
| | List the contract number of any government contract | _____ | KRASNOGORSK 143405 MOSCOW RUSSIA |

| 2.932. | Title of contract | STANDARD 2-A CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PURCHASE CONTRACT | |
| | Nature of debtor's interest | BUYER | SWEET AND CHOCOLATE SA |
| | State the term remaining | DEC 2016 | KM 1 CDLA 5 DE AGOSTO S/N VIA PUEBLO VIEJO |
| | List the contract number of any government contract | _____ | VENTANAS 120750 ECUADOR |

| 2.933. | Title of contract | STANDARD 2-A CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FORWARD CONTRACT | |
| | Nature of debtor's interest | BUYER | SWEET AND CHOCOLATE SA |
| | State the term remaining | DEC 2016 | KM 1 CDLA 5 DE AGOSTO S/N VIA PUEBLO VIEJO |
| | List the contract number of any government contract | _____ | VENTANAS 120750 ECUADOR |

Debtor    **Transmar Commodity Group Ltd.**                                     Case number *(if known)* **16-13625**

---

**2.934.**  **Title of contract**                FCC CONTRACT                 State the name and mailing address
                                                                             for all other parties with whom the
          **State what the contract or**        PURCHASE CONTRACT            debtor has an executory contract or
          **lease is for**                                                   unexpired lease

          **Nature of debtor's interest**       SELLER                       SWISS TRADING SOLUTIONS GMBH
                                                                             AM KAGENRAIN
          **State the term remaining**          SEPT- OCT 2016               1-3 4153
                                                                             REINACH BL
          **List the contract number of**       _____    SWITZERLAND
          **any government contract**

**2.935.**  **Title of contract**                FCC CONTRACT                 State the name and mailing address
                                                                             for all other parties with whom the
          **State what the contract or**        FORWARD CONTRACT             debtor has an executory contract or
          **lease is for**                                                   unexpired lease

          **Nature of debtor's interest**       SELLER                       SWISS TRADING SOLUTIONS GMBH
                                                                             PASQUALE GENIER
          **State the term remaining**          SEPTEMBER - OCTOBER 2016     PFEFFINGERSTRASSE 35
                                                                             REINACH 4153
          **List the contract number of**       _____    SWITZERLAND
          **any government contract**

**2.936.**  **Title of contract**                FCC CONTRACT                 State the name and mailing address
                                                                             for all other parties with whom the
          **State what the contract or**        FORWARD CONTRACT             debtor has an executory contract or
          **lease is for**                                                   unexpired lease

          **Nature of debtor's interest**       SELLER                       SWISS TRADING SOLUTIONS GMBH
                                                                             AM KAGENRAIN
          **State the term remaining**          SEPT-OCT 2016                REINACH 4153
                                                                             SWITZERLAND
          **List the contract number of**       _____
          **any government contract**

**2.937.**  **Title of contract**                CMA 1-A CONTRACT             State the name and mailing address
                                                                             for all other parties with whom the
          **State what the contract or**        PURCHASE CONTRACT            debtor has an executory contract or
          **lease is for**                                                   unexpired lease

          **Nature of debtor's interest**       SELLER                       TATE AND LYLE
                                                                             5450 PRAIRIE STONE PKWY
          **State the term remaining**          JAN - DEC 2017               HOFFMAN ESTATES IL 60192

          **List the contract number of**       _____
          **any government contract**

**2.938.**  **Title of contract**                CMA 1-A CONTRACT             State the name and mailing address
                                                                             for all other parties with whom the
          **State what the contract or**        PURCHASE CONTRACT            debtor has an executory contract or
          **lease is for**                                                   unexpired lease

          **Nature of debtor's interest**       SELLER                       TATE AND LYLE
                                                                             5450 PRAIRIE STONE PKWY
          **State the term remaining**          JAN - DEC 2017               HOFFMAN ESTATES IL 60192

          **List the contract number of**       _____
          **any government contract**

---

Debtor    **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

| | | |
|---|---|---|
| 2.939. | **Title of contract** | CMA 1-A CONTRACT |
| | **State what the contract or lease is for** | FORWARD CONTRACT |
| | **Nature of debtor's interest** | SELLER |
| | **State the term remaining** | JAN-DEC 2017 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

TATE AND LYLE CUSTOM INGREDIENTS
5450 PRAIRIE STONE PKWY
HOFFMAN ESTATES IL 60192

| | | |
|---|---|---|
| 2.940. | **Title of contract** | CMA 1-A CONTRACT/BUYER NO. PO 8620 |
| | **State what the contract or lease is for** | SALE CONTRACT |
| | **Nature of debtor's interest** | SELLER |
| | **State the term remaining** | DELIVERY PERIOD: JAN 2017-DEC 2017 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

THE BENJAMIN P FORBES CO
800 KEN MAR INDUSTRIAL PKWY
BROADVIEW HTS OH 44147

| | | |
|---|---|---|
| 2.941. | **Title of contract** | CMA 1-A CONTRACT |
| | **State what the contract or lease is for** | SALE CONTRACT |
| | **Nature of debtor's interest** | SELLER |
| | **State the term remaining** | JANUARY 2016 - DECEMBER 2016 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

THE BENJAMIN P FORBES CO
800 KEN MAR INDUSTRIAL PKWY
BROADVIEW HTS OH 44147

| | | |
|---|---|---|
| 2.942. | **Title of contract** | CMA 1-A CONTRACT |
| | **State what the contract or lease is for** | SALE CONTRACT |
| | **Nature of debtor's interest** | SELLER |
| | **State the term remaining** | JANUARY - MAY 2017 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

THE BENJAMIN P FORBES CO
800 KEN MAR INDUSTRIAL PKWY
BROADVIEW HTS OH 44147

| | | |
|---|---|---|
| 2.943. | **Title of contract** | CMA 1-A CONTRACT |
| | **State what the contract or lease is for** | SALE CONTRACT |
| | **Nature of debtor's interest** | SELLER |
| | **State the term remaining** | JANUARY - SEPTEMBER 2017 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

THE BENJAMIN P FORBES CO
800 KEN MAR INDUSTRIAL PKWY
BROADVIEW HTS OH 44147

Debtor   **Transmar Commodity Group Ltd.**                                                     Case number *(if known)* **16-13625**

| 2.944. | Title of contract | CMA 1-A CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FORWARD CONTRACT | |
| | Nature of debtor's interest | SELLER | THE BENJAMIN P FORBES CO 800 KEN MAR INDUSTRIAL PKWY CLEVELAND OH 44147 |
| | State the term remaining | JANUARY-SEPTMEBER 2017 | |
| | List the contract number of any government contract | _____ | |

| 2.945. | Title of contract | SECRECY AND PROPRIETARY RIGHTS AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SECRECY AND PROPRIETARY RIGHTS AGREEMENT | |
| | Nature of debtor's interest | _____ | THE HERSHEY CO PO BOX 640357 PITTSBURGH PA 15264 |
| | State the term remaining | 10 DAYS WRITTEN NOTICE | |
| | List the contract number of any government contract | _____ | |

| 2.946. | Title of contract | SECRECY AND PROPRIETARY RIGHTS AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | DISCLOSE CONFIDENTIAL INFORMATION | |
| | Nature of debtor's interest | SUPPLIER | THE HERSHEY COMPANY BRENDAN KISSANE, SR DIR 100 CRYSTAL A DRIVE HERSHEY PA 17033 |
| | State the term remaining | STARTING JUNE 10, 2014 UNTIL EITHER PARTY TERMINATES | |
| | List the contract number of any government contract | _____ | |

| 2.947. | Title of contract | TOWN OF MORRISTOWN RESOLUTION R102-2012 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | LEASE OF OFFICE SPACE- TOWN HALL, 4TH FLOOR | |
| | Nature of debtor's interest | LESSEE | THE TOWN OF MORRISTOWN MICHAEL ROGERS, BUS ADM 200 SOUTH STREET CN-914 MORRISTOWN NJ 07960 |
| | State the term remaining | 2 YEARS ENDING IN 7/31/2014 | |
| | List the contract number of any government contract | ORDINANCE 0-5-2012/ NJSA 40A:12-14 | |

| 2.948. | Title of contract | TOWN OF MORRISTOWN RESOLUTION R157-2014 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | LEASE OF OFFICE SPACE- TOWN HALL, 4TH FLOOR | |
| | Nature of debtor's interest | LESSEE | THE TOWN OF MORRISTOWN 200 SOUTH STREET CN-914 MORRISTOWN NJ 07960 |
| | State the term remaining | 3 YEARS ENDING IN 10/31/2017 | |
| | List the contract number of any government contract | RESOLUTION R-157-2014, AMENDMENT TO LEASE AGREEMENT | |

Debtor    **Transmar Commodity Group Ltd.**                                              Case number *(if known)* **16-13625**

| 2.949. | Title of contract | FCC CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PURCHASE CONTRACT | |
| | Nature of debtor's interest | BUYER | THEOBROMA BV |
| | State the term remaining | NOV 30, 2016 | P O BOX 12200 |
| | List the contract number of any government contract | _____ | AMSTERDAM 1101 EE NETHERLANDS |

| 2.950. | Title of contract | FCC CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PURCHASE CONTRACT | |
| | Nature of debtor's interest | BUYER | THEOBROMA BV |
| | State the term remaining | NOV 30, 2016 | P O BOX 12200 |
| | List the contract number of any government contract | _____ | AMSTERDAM 1101 EE NETHERLANDS |

| 2.951. | Title of contract | FCC CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PURCHASE CONTRACT | |
| | Nature of debtor's interest | BUYER | THEOBROMA BV |
| | State the term remaining | NOV 30, 2016 | P O BOX 12200 |
| | List the contract number of any government contract | _____ | AMSTERDAM 1101 EE NETHERLANDS |

| 2.952. | Title of contract | FCC CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PURCHASE CONTRACT | |
| | Nature of debtor's interest | BUYER | THEOBROMA BV |
| | State the term remaining | NOV 30, 2016 | P O BOX 12200 |
| | List the contract number of any government contract | _____ | AMSTERDAM 1101 EE NETHERLANDS |

| 2.953. | Title of contract | FCC CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PURCHASE CONTRACT | |
| | Nature of debtor's interest | BUYER | THEOBROMA BV |
| | State the term remaining | NOV 30, 2016 | P O BOX 12200 |
| | List the contract number of any government contract | _____ | AMSTERDAM 1101 EE NETHERLANDS |

Debtor    **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

| 2.954. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | THEOBROMA BV |
| | **State the term remaining** | NOV 30, 2016 | P O BOX 12200 AMSTERDAM 1101 EE |
| | **List the contract number of any government contract** | _____ | NETHERLANDS |

| 2.955. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | THEOBROMA BV |
| | **State the term remaining** | NOV 30, 2016 | P O BOX 12200 AMSTERDAM 1101 EE |
| | **List the contract number of any government contract** | _____ | NETHERLANDS |

| 2.956. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FORWARD CONTRACT | |
| | **Nature of debtor's interest** | BUYER | THEOBROMA BV |
| | **State the term remaining** | NOVEMBER 30., 2016 | PO BOX 12200 AMSTERDAM 1100 AE |
| | **List the contract number of any government contract** | _____ | NETHERLANDS |

| 2.957. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FORWARD CONTRACT | |
| | **Nature of debtor's interest** | BUYER | THEOBROMA BV |
| | **State the term remaining** | NOVEMBER 30, 2016 | GUUS DE GRUITER POSTBUS 12200 |
| | **List the contract number of any government contract** | _____ | ZO OCEANENWEG 1 AMSTERDAM 1100 AE NETHERLANDS |

| 2.958. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | TOOTSIE ROLL INDUSTRIES LLC |
| | **State the term remaining** | JAN - DEC 2015 | 7401 SOUTH CICERO AVE CHICAGO IL 60629 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Transmar Commodity Group Ltd.**                                          Case number *(if known)* **16-13625**

| 2.959. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | TOOTSIE ROLL INDUSTRIES LLC |
| | **State the term remaining** | JAN- SEPT 2016 | 7401 SOUTH CICERO AVE CHICAGO IL 60629 |
| | **List the contract number of any government contract** | _____ | |

| 2.960. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | TOOTSIE ROLL INDUSTRIES LLC |
| | **State the term remaining** | JAN 2017- DEC 2017 | 7401 SOUTH CICERO AVE CHICAGO IL 60629 |
| | **List the contract number of any government contract** | _____ | |

| 2.961. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | TOOTSIE ROLL INDUSTRIES LLC |
| | **State the term remaining** | JAN - DEC 2017 | 7401 SOUTH CICERO AVE CHICAGO IL 60629 |
| | **List the contract number of any government contract** | _____ | |

| 2.962. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | TOOTSIE ROLL INDUSTRIES LLC |
| | **State the term remaining** | JAN- DEC 2018 | 7401 SOUTH CICERO AVE CHICAGO IL 60629 |
| | **List the contract number of any government contract** | _____ | |

| 2.963. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FORWARD CONTRACT | |
| | **Nature of debtor's interest** | SELLER | TOOTSIE ROLL INDUSTRIES LLC PATRICK |
| | **State the term remaining** | JAN-DEC 2018 | 7401 SOUTH CICERO AVE CHICAGO IL 60629 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Transmar Commodity Group Ltd.**                                                    Case number *(if known)* **16-13625**

| 2.964. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FORWARD CONTRACT | |
| | **Nature of debtor's interest** | SELLER | TOUTON SA |
| | **State the term remaining** | DECEMBER 2015 | 3 RUE RENE MAGNE<br>BOITE POSTALE 13 |
| | **List the contract number of any government contract** | _____ | BORDEAUX-CEDEX 33083<br>FRANCE |

| 2.965. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FORWARD CONTRACT | |
| | **Nature of debtor's interest** | BUYER | TRANSMAR COMMODITY GROUP OF ECUADOR |
| | **State the term remaining** | NOVEMBER 2014 | ALBERTO NACER<br>KM 14.5 VIA A DUALE |
| | **List the contract number of any government contract** | _____ | PO BOX 09-01062H<br>GUAYAQUIL EC090150<br>ECUADOR |

| 2.966. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FORWARD CONTRACT | |
| | **Nature of debtor's interest** | BUYER | TRANSMAR COMMODITY GROUP OF ECUADOR |
| | **State the term remaining** | DECEMBER 2014 | ALBERTO NACER<br>KM 14.5 VIA A DUALE |
| | **List the contract number of any government contract** | _____ | PO BOX 09-01062H<br>GUAYAQUIL EC090150<br>ECUADOR |

| 2.967. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FORWARD CONTRACT | |
| | **Nature of debtor's interest** | BUYER | TRANSMAR COMMODITY GROUP OF ECUADOR |
| | **State the term remaining** | JANUARY 2015 | ALBERTO NACER<br>KM 14.5 VIA A DUALE |
| | **List the contract number of any government contract** | _____ | PO BOX 09-01062H<br>GUAYAQUIL EC090150<br>ECUADOR |

| 2.968. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FORWARD CONTRACT | |
| | **Nature of debtor's interest** | BUYER | TRANSMAR COMMODITY GROUP OF ECUADOR |
| | **State the term remaining** | FEBRUARY 2015 | ALBERTO NACER<br>KM 14.5 VIA A DUALE |
| | **List the contract number of any government contract** | _____ | PO BOX 09-01062H<br>GUAYAQUIL EC090150<br>ECUADOR |

Debtor    **Transmar Commodity Group Ltd.**                                                    Case number *(if known)* **16-13625**

---

| 2.969. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FORWARD CONTRACT | |
| | **Nature of debtor's interest** | BUYER | TRANSMAR COMMODITY GROUP OF ECUADOR |
| | **State the term remaining** | MARCH 2015 | ALBERTO NACER |
| | **List the contract number of any government contract** | _____ | KM 14.5 VIA A DUALE<br>PO BOX 09-01062H<br>GUAYAQUIL EC090150<br>ECUADOR |

| 2.970. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FORWARD CONTRACT | |
| | **Nature of debtor's interest** | BUYER | TRANSMAR COMMODITY GROUP OF ECUADOR |
| | **State the term remaining** | APRIL 2015 | ALBERTO NACER |
| | **List the contract number of any government contract** | _____ | KM 14.5 VIA A DUALE<br>PO BOX 09-01062H<br>GUAYAQUIL EC090150<br>ECUADOR |

| 2.971. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FORWARD CONTRACT | |
| | **Nature of debtor's interest** | BUYER | TRANSMAR COMMODITY GROUP OF ECUADOR |
| | **State the term remaining** | MAY 2015 | ALBERTO NACER |
| | **List the contract number of any government contract** | _____ | KM 14.5 VIA A DUALE<br>PO BOX 09-01062H<br>GUAYAQUIL EC090150<br>ECUADOR |

| 2.972. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FORWARD CONTRACT | |
| | **Nature of debtor's interest** | BUYER | TRANSMAR COMMODITY GROUP OF ECUADOR |
| | **State the term remaining** | JUNE 2015 | ALBERTO NACER |
| | **List the contract number of any government contract** | _____ | KM 14.5 VIA A DUALE<br>PO BOX 09-01062H<br>GUAYAQUIL EC090150<br>ECUADOR |

| 2.973. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FORWARD CONTRACT | |
| | **Nature of debtor's interest** | BUYER | TRANSMAR COMMODITY GROUP OF ECUADOR |
| | **State the term remaining** | JULY 2015 | ALBERTO NACER |
| | **List the contract number of any government contract** | _____ | KM 14.5 VIA A DUALE<br>PO BOX 09-01062H<br>GUAYAQUIL EC090150<br>ECUADOR |

Debtor    **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

| 2.974. | Title of contract | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | FORWARD CONTRACT | |
| | Nature of debtor's interest | BUYER | TRANSMAR COMMODITY GROUP OF ECUADOR |
| | State the term remaining | AUGUST 2015 | ALBERTO NACER KM 14.5 VIA A DUALE |
| | List the contract number of any government contract | _____ | PO BOX 09-01062H GUAYAQUIL EC090150 ECUADOR |

| 2.975. | Title of contract | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | FORWARD CONTRACT | |
| | Nature of debtor's interest | BUYER | TRANSMAR COMMODITY GROUP OF ECUADOR |
| | State the term remaining | SEPTEMBER 2015 | ALBERTO NACER KM 14.5 VIA A DUALE |
| | List the contract number of any government contract | _____ | PO BOX 09-01062H GUAYAQUIL EC090150 ECUADOR |

| 2.976. | Title of contract | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | FORWARD CONTRACT | |
| | Nature of debtor's interest | BUYER | TRANSMAR COMMODITY GROUP OF ECUADOR |
| | State the term remaining | OCTOBER 2015 | ALBERTO NACER KM 14.5 VIA A DUALE |
| | List the contract number of any government contract | _____ | PO BOX 09-01062H GUAYAQUIL EC090150 ECUADOR |

| 2.977. | Title of contract | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | FORWARD CONTRACT | |
| | Nature of debtor's interest | BUYER | TRANSMAR COMMODITY GROUP OF ECUADOR |
| | State the term remaining | NOVEMBER 2015 | ALBERTO NACER KM 14.5 VIA A DUALE |
| | List the contract number of any government contract | _____ | PO BOX 09-01062H GUAYAQUIL EC090150 ECUADOR |

| 2.978. | Title of contract | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | FORWARD CONTRACT | |
| | Nature of debtor's interest | BUYER | TRANSMAR COMMODITY GROUP OF ECUADOR |
| | State the term remaining | IMMEDIATE | ALBERTO NACER KM 14.5 VIA A DUALE |
| | List the contract number of any government contract | _____ | PO BOX 09-01062H GUAYAQUIL EC090150 ECUADOR |

Debtor    **Transmar Commodity Group Ltd.**                                          Case number *(if known)* **16-13625**

**2.979.**    **Title of contract**                    FCC CONTRACT                        **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

    **State what the contract or lease is for**    FORWARD CONTRACT

    **Nature of debtor's interest**    BUYER                              TRANSMAR COMMODITY GROUP OF ECUADOR
ALBERTO NACER
    **State the term remaining**    DECEMBER 2016                      KM 14.5 VIA A DUALE
PO BOX 09-01062H
    **List the contract number of any government contract**    _____    GUAYAQUIL EC090150
ECUADOR

**2.980.**    **Title of contract**                    FCC CONTRACT                        **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

    **State what the contract or lease is for**    FORWARD CONTRACT

    **Nature of debtor's interest**    BUYER                              TRANSMAR COMMODITY GROUP OF ECUADOR
ALBERTO NACER
    **State the term remaining**    JNAUARY 2017                       KM 14.5 VIA A DUALE
PO BOX 09-01062H
    **List the contract number of any government contract**    _____    GUAYAQUIL EC090150
ECUADOR

**2.981.**    **Title of contract**                    FCC CONTRACT                        **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

    **State what the contract or lease is for**    FORWARD CONTRACT

    **Nature of debtor's interest**    BUYER                              TRANSMAR COMMODITY GROUP OF ECUADOR
ALBERTO NACER
    **State the term remaining**    FEBRUARY 2017                      KM 14.5 VIA A DUALE
PO BOX 09-01062H
    **List the contract number of any government contract**    _____    GUAYAQUIL EC090150
ECUADOR

**2.982.**    **Title of contract**                    FCC CONTRACT                        **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

    **State what the contract or lease is for**    FORWARD CONTRACT

    **Nature of debtor's interest**    BUYER                              TRANSMAR COMMODITY GROUP OF ECUADOR
ALBERTO NACER
    **State the term remaining**    MARCH 2017                         KM 14.5 VIA A DUALE
PO BOX 09-01062H
    **List the contract number of any government contract**    _____    GUAYAQUIL EC090150
ECUADOR

**2.983.**    **Title of contract**                    FCC CONTRACT                        **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

    **State what the contract or lease is for**    FORWARD CONTRACT

    **Nature of debtor's interest**    BUYER                              TRANSMAR COMMODITY GROUP OF ECUADOR
ALBERTO NACER
    **State the term remaining**    IMMEDIATE                          KM 14.5 VIA A DUALE
PO BOX 09-01062H
    **List the contract number of any government contract**    _____    GUAYAQUIL EC090150
ECUADOR

Debtor    **Transmar Commodity Group Ltd.**                                        Case number *(if known)* **16-13625**

| 2.984. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | TRANSMAR COMMODITY GROUP OF ECUADOR S.A. |
| | **State the term remaining** | SHIPMENT: OCT 2014 | KM. 14.5 VIA A DUALE |
| | **List the contract number of any government contract** | _____ | PO BOX 09-01062H GUAYAQUIL EC090150 ECUADOR |

| 2.985. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | TRANSMAR COMMODITY GROUP OF ECUADOR S.A. |
| | **State the term remaining** | SHIPMENT: NOV 2014 | KM. 14.5 VIA A DUALE |
| | **List the contract number of any government contract** | _____ | PO BOX 09-01062H GUAYAQUIL EC090150 ECUADOR |

| 2.986. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | TRANSMAR COMMODITY GROUP OF ECUADOR S.A. |
| | **State the term remaining** | SHIPMENT: DEC 2014 | KM. 14.5 VIA A DUALE |
| | **List the contract number of any government contract** | _____ | PO BOX 09-01062H GUAYAQUIL EC090150 ECUADOR |

| 2.987. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | TRANSMAR COMMODITY GROUP OF ECUADOR S.A. |
| | **State the term remaining** | SHIPMENT: JAN 2015 | KM. 14.5 VIA A DUALE |
| | **List the contract number of any government contract** | _____ | PO BOX 09-01062H GUAYAQUIL EC090150 ECUADOR |

| 2.988. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | TRANSMAR COMMODITY GROUP OF ECUADOR S.A. |
| | **State the term remaining** | SHIPMENT: FEB 2015 | KM. 14.5 VIA A DUALE |
| | **List the contract number of any government contract** | _____ | PO BOX 09-01062H GUAYAQUIL EC090150 ECUADOR |

Debtor    **Transmar Commodity Group Ltd.**                                         Case number *(if known)* **16-13625**

2.989.   **Title of contract**                      FCC CONTRACT                        State the name and mailing address
                                                                                         for all other parties with whom the
         **State what the contract or**             SALE CONTRACT                       debtor has an executory contract or
         **lease is for**                                                                unexpired lease

         **Nature of debtor's interest**            BUYER                               TRANSMAR COMMODITY GROUP
                                                                                         OF ECUADOR S.A.
         **State the term remaining**               SHIPMENT: MAR 2015                   KM. 14.5 VIA A DUALE
                                                                                         PO BOX 09-01062H
         **List the contract number of**            _____         GUAYAQUIL EC090150
         **any government contract**                                                     ECUADOR

2.990.   **Title of contract**                      FCC CONTRACT                        State the name and mailing address
                                                                                         for all other parties with whom the
         **State what the contract or**             SALE CONTRACT                       debtor has an executory contract or
         **lease is for**                                                                unexpired lease

         **Nature of debtor's interest**            BUYER                               TRANSMAR COMMODITY GROUP
                                                                                         OF ECUADOR S.A.
         **State the term remaining**               SHIPMENT: APR 2015                   KM. 14.5 VIA A DUALE
                                                                                         PO BOX 09-01062H
         **List the contract number of**            _____         GUAYAQUIL EC090150
         **any government contract**                                                     ECUADOR

2.991.   **Title of contract**                      FCC CONTRACT                        State the name and mailing address
                                                                                         for all other parties with whom the
         **State what the contract or**             SALE CONTRACT                       debtor has an executory contract or
         **lease is for**                                                                unexpired lease

         **Nature of debtor's interest**            BUYER                               TRANSMAR COMMODITY GROUP
                                                                                         OF ECUADOR S.A.
         **State the term remaining**               SHIPMENT: MAY 2015                   KM. 14.5 VIA A DUALE
                                                                                         PO BOX 09-01062H
         **List the contract number of**            _____         GUAYAQUIL EC090150
         **any government contract**                                                     ECUADOR

2.992.   **Title of contract**                      FCC CONTRACT                        State the name and mailing address
                                                                                         for all other parties with whom the
         **State what the contract or**             SALE CONTRACT                       debtor has an executory contract or
         **lease is for**                                                                unexpired lease

         **Nature of debtor's interest**            BUYER                               TRANSMAR COMMODITY GROUP
                                                                                         OF ECUADOR S.A.
         **State the term remaining**               SHIPMENT: JUN 2015                   KM. 14.5 VIA A DUALE
                                                                                         PO BOX 09-01062H
         **List the contract number of**            _____         GUAYAQUIL EC090150
         **any government contract**                                                     ECUADOR

2.993.   **Title of contract**                      FCC CONTRACT                        State the name and mailing address
                                                                                         for all other parties with whom the
         **State what the contract or**             SALE CONTRACT                       debtor has an executory contract or
         **lease is for**                                                                unexpired lease

         **Nature of debtor's interest**            BUYER                               TRANSMAR COMMODITY GROUP
                                                                                         OF ECUADOR S.A.
         **State the term remaining**               SHIPMENT: JUL 2015                   KM. 14.5 VIA A DUALE
                                                                                         PO BOX 09-01062H
         **List the contract number of**            _____         GUAYAQUIL EC090150
         **any government contract**                                                     ECUADOR

| Debtor | **Transmar Commodity Group Ltd.** | | Case number *(if known)* **16-13625** |
|---|---|---|---|

| 2.994. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | TRANSMAR COMMODITY GROUP OF ECUADOR S.A. |
| | **State the term remaining** | SHIPMENT: AUG 2015 | KM. 14.5 VIA A DUALE |
| | **List the contract number of any government contract** | _____ | PO BOX 09-01062H GUAYAQUIL EC090150 ECUADOR |

| 2.995. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | TRANSMAR COMMODITY GROUP OF ECUADOR S.A. |
| | **State the term remaining** | SHIPMENT: SEP 2015 | KM. 14.5 VIA A DUALE |
| | **List the contract number of any government contract** | _____ | PO BOX 09-01062H GUAYAQUIL EC090150 ECUADOR |

| 2.996. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | TRANSMAR COMMODITY GROUP OF ECUADOR S.A. |
| | **State the term remaining** | SHIPMENT: OCT 2015 | KM. 14.5 VIA A DUALE |
| | **List the contract number of any government contract** | _____ | PO BOX 09-01062H GUAYAQUIL EC090150 ECUADOR |

| 2.997. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | TRANSMAR COMMODITY GROUP OF ECUADOR S.A. |
| | **State the term remaining** | SHIPMENT: NOV 2015 | KM. 14.5 VIA A DUALE |
| | **List the contract number of any government contract** | _____ | PO BOX 09-01062H GUAYAQUIL EC090150 ECUADOR |

| 2.998. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE CONTRACT | |
| | **Nature of debtor's interest** | BUYER | TRANSMAR COMMODITY GROUP OF ECUADOR S.A. |
| | **State the term remaining** | SHIPMENT: DEC 2015 | KM. 14.5 VIA A DUALE |
| | **List the contract number of any government contract** | _____ | PO BOX 09-01062H GUAYAQUIL EC090150 ECUADOR |

Debtor    **Transmar Commodity Group Ltd.**                                        Case number *(if known)* **16-13625**

---

**2.999.** **Title of contract**          3-A CONTRACT                     **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    SALE CONTRACT

**Nature of debtor's interest**    BUYER                                   TRANSMAR COMMODITY GROUP OF ECUADOR S.A.
**State the term remaining**    SHIPMENT: MAR 2016-APR 2016                KM. 14.5 VIA A DUALE
                                                                            PO BOX 09-01062H
**List the contract number of any government contract**    _____    GUAYAQUIL EC090150
                                                                            ECUADOR

---

**2.1000.** **Title of contract**          FCC CONTRACT                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    SALE CONTRACT

**Nature of debtor's interest**    BUYER                                   TRANSMAR COMMODITY GROUP OF ECUADOR S.A.
**State the term remaining**    SHIPMENT: APR 2016-JUN 2016                KM. 14.5 VIA A DUALE
                                                                            PO BOX 09-01062H
**List the contract number of any government contract**    _____    GUAYAQUIL EC090150
                                                                            ECUADOR

---

**2.1001.** **Title of contract**          STANDARD 2-A CONTRACT           **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    SALE CONTRACT

**Nature of debtor's interest**    BUYER                                   TRANSMAR COMMODITY GROUP OF ECUADOR S.A.
**State the term remaining**    SHIPMENT: JAN 2017-FEB 2017                KM. 14.5 VIA A DUALE
                                                                            PO BOX 09-01062H
**List the contract number of any government contract**    _____    GUAYAQUIL EC090150
                                                                            ECUADOR

---

**2.1002.** **Title of contract**          STANDARD 2-A CONTRACT           **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    SALE CONTRACT

**Nature of debtor's interest**    BUYER                                   TRANSMAR COMMODITY GROUP OF ECUADOR S.A.
**State the term remaining**    SHIPMENT: FEB 2017-MAR 2017                KM. 14.5 VIA A DUALE
                                                                            PO BOX 09-01062H
**List the contract number of any government contract**    _____    GUAYAQUIL EC090150
                                                                            ECUADOR

---

**2.1003.** **Title of contract**          STANDARD 2-A CONTRACT           **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    SALE CONTRACT

**Nature of debtor's interest**    BUYER                                   TRANSMAR COMMODITY GROUP OF ECUADOR S.A.
**State the term remaining**    SHIPMENT: FIRST HALF MAY 2017              KM. 14.5 VIA A DUALE
                                                                            PO BOX 09-01062H
**List the contract number of any government contract**    _____    GUAYAQUIL EC090150
                                                                            ECUADOR

Debtor    **Transmar Commodity Group Ltd.**                                      Case number *(if known)* **16-13625**

2.1004.  **Title of contract**              STANDARD 2-A CONTRACT          **State the name and mailing address**
**for all other parties with whom the**
**State what the contract or**     SALE CONTRACT                  **debtor has an executory contract or**
**lease is for**                                                  **unexpired lease**

**Nature of debtor's interest**    BUYER                          TRANSMAR COMMODITY GROUP
**State the term remaining**       SHIPMENT: FIRST HALF AUG 2017  OF ECUADOR S.A.
KM. 14.5 VIA A DUALE
**List the contract number of**    _____   PO BOX 09-01062H
**any government contract**                                       GUAYAQUIL EC090150
ECUADOR

2.1005.  **Title of contract**              STANDARD 2-A CONTRACT          **State the name and mailing address**
**for all other parties with whom the**
**State what the contract or**     SALE CONTRACT                  **debtor has an executory contract or**
**lease is for**                                                  **unexpired lease**

**Nature of debtor's interest**    BUYER                          TRANSMAR COMMODITY GROUP
**State the term remaining**       SHIPMENT: SEP 2016-OCT 2016    OF ECUADOR S.A.
KM. 14.5 VIA A DUALE
**List the contract number of**    _____   PO BOX 09-01062H
**any government contract**                                       GUAYAQUIL EC090150
ECUADOR

2.1006.  **Title of contract**              STANDARD 2-A CONTRACT          **State the name and mailing address**
**for all other parties with whom the**
**State what the contract or**     SALE CONTRACT                  **debtor has an executory contract or**
**lease is for**                                                  **unexpired lease**

**Nature of debtor's interest**    BUYER                          TRANSMAR COMMODITY GROUP
**State the term remaining**       NOVEMBER 2016                  OF ECUADOR S.A.
KM. 14.5 VIA A DUALE
**List the contract number of**    _____   PO BOX 09-01062H
**any government contract**                                       GUAYAQUIL EC090150
ECUADOR

2.1007.  **Title of contract**              STANDARD 2-A CONTRACT          **State the name and mailing address**
**for all other parties with whom the**
**State what the contract or**     SALE CONTRACT                  **debtor has an executory contract or**
**lease is for**                                                  **unexpired lease**

**Nature of debtor's interest**    BUYER                          TRANSMAR COMMODITY GROUP
**State the term remaining**       SHIPMENT: DEC 2016             OF ECUADOR S.A.
KM. 14.5 VIA A DUALE
**List the contract number of**    _____   PO BOX 09-01062H
**any government contract**                                       GUAYAQUIL EC090150
ECUADOR

2.1008.  **Title of contract**              STANDARD 2-A CONTRACT          **State the name and mailing address**
**for all other parties with whom the**
**State what the contract or**     SALE CONTRACT                  **debtor has an executory contract or**
**lease is for**                                                  **unexpired lease**

**Nature of debtor's interest**    BUYER                          TRANSMAR COMMODITY GROUP
**State the term remaining**       SHIPMENT: JAN 2017             OF ECUADOR S.A.
KM. 14.5 VIA A DUALE
**List the contract number of**    _____   PO BOX 09-01062H
**any government contract**                                       GUAYAQUIL EC090150
ECUADOR

Debtor    **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

---

2.1009.  **Title of contract**              STANDARD 2-A CONTRACT              **State the name and mailing address**
                                                                              **for all other parties with whom the**
         **State what the contract or**     SALE CONTRACT                     **debtor has an executory contract or**
         **lease is for**                                                     **unexpired lease**

         **Nature of debtor's interest**    BUYER                             TRANSMAR COMMODITY GROUP
                                                                              OF ECUADOR S.A.
         **State the term remaining**       SHIPMENT: FEB 2017                KM. 14.5 VIA A DUALE
                                                                              PO BOX 09-01062H
         **List the contract number of**    _____   GUAYAQUIL EC090150
         **any government contract**                                         ECUADOR

2.1010.  **Title of contract**              STANDARD 2-A CONTRACT              **State the name and mailing address**
                                                                              **for all other parties with whom the**
         **State what the contract or**     SALE CONTRACT                     **debtor has an executory contract or**
         **lease is for**                                                     **unexpired lease**

         **Nature of debtor's interest**    BUYER                             TRANSMAR COMMODITY GROUP
                                                                              OF ECUADOR S.A.
         **State the term remaining**       SHIPMENT: MAR 2017                KM. 14.5 VIA A DUALE
                                                                              PO BOX 09-01062H
         **List the contract number of**    _____   GUAYAQUIL EC090150
         **any government contract**                                         ECUADOR

2.1011.  **Title of contract**              FCC CONTRACT                       **State the name and mailing address**
                                                                              **for all other parties with whom the**
         **State what the contract or**     FORWARD CONTRACT                  **debtor has an executory contract or**
         **lease is for**                                                     **unexpired lease**

         **Nature of debtor's interest**    BUYER                             TRANSMAR SWITZERLAND GMBH
                                                                              ALEX GEDRINSKY FRANCIS
         **State the term remaining**       JANUARY - MARCH 2015              GARNIER
                                                                              LINTHESCHERGASSE 13 2ND FL
         **List the contract number of**    _____   ZURICH
         **any government contract**                                         SWITZERLAND

2.1012.  **Title of contract**              FCC CONTRACT                       **State the name and mailing address**
                                                                              **for all other parties with whom the**
         **State what the contract or**     FORWARD CONTRACT                  **debtor has an executory contract or**
         **lease is for**                                                     **unexpired lease**

         **Nature of debtor's interest**    BUYER                             TRANSMAR SWITZERLAND GMBH
                                                                              ALEX GEDRINSKY FRANCIS
         **State the term remaining**       JANUARY - MARCH 2016              GARNIER
                                                                              LINTHESCHERGASSE 13 2ND FL
         **List the contract number of**    _____   ZURICH
         **any government contract**                                         SWITZERLAND

2.1013.  **Title of contract**              FCC CONTRACT                       **State the name and mailing address**
                                                                              **for all other parties with whom the**
         **State what the contract or**     FORWARD CONTRACT                  **debtor has an executory contract or**
         **lease is for**                                                     **unexpired lease**

         **Nature of debtor's interest**    BUYER                             TRANSMAR SWITZERLAND GMBH
                                                                              ALEX GEDRINSKY FRANCIS
         **State the term remaining**       JAN-17                            GARNIER
                                                                              LINTHESCHERGASSE 13 2ND FL
         **List the contract number of**    _____   ZURICH
         **any government contract**                                         SWITZERLAND

---

Debtor   **Transmar Commodity Group Ltd.**                                          Case number *(if known)* **16-13625**

---

2.1014.   **Title of contract**                    FCC CONTRACT

State what the contract or          FORWARD CONTRACT
lease is for

Nature of debtor's interest         BUYER

State the term remaining            FEB-17

List the contract number of         _____
any government contract

**State the name and mailing address
for all other parties with whom the
debtor has an executory contract or
unexpired lease**

TRANSMAR SWITZERLAND GMBH
ALEX GEDRINSKY FRANCIS
GARNIER
LINTHESCHERGASSE 13 2ND FL
ZURICH
SWITZERLAND

---

2.1015.   **Title of contract**                    FCC CONTRACT

State what the contract or          FORWARD CONTRACT
lease is for

Nature of debtor's interest         BUYER

State the term remaining            MAR-17

List the contract number of         _____
any government contract

**State the name and mailing address
for all other parties with whom the
debtor has an executory contract or
unexpired lease**

TRANSMAR SWITZERLAND GMBH
ALEX GEDRINSKY FRANCIS
GARNIER
LINTHESCHERGASSE 13 2ND FL
ZURICH
SWITZERLAND

---

2.1016.   **Title of contract**                    FCC CONTRACT

State what the contract or          FORWARD CONTRACT
lease is for

Nature of debtor's interest         BUYER

State the term remaining            JULY- AUGUST 2015

List the contract number of         _____
any government contract

**State the name and mailing address
for all other parties with whom the
debtor has an executory contract or
unexpired lease**

TRANSMAR SWITZERLAND GMBH
ALEX GEDRINSKY FRANCIS
GARNIER
LINTHESCHERGASSE 13 2ND FL
ZURICH
SWITZERLAND

---

2.1017.   **Title of contract**                    FCC CONTRACT

State what the contract or          FORWARD CONTRACT
lease is for

Nature of debtor's interest         BUYER

State the term remaining            AUGUST - SEPTEMBER 2016

List the contract number of         _____
any government contract

**State the name and mailing address
for all other parties with whom the
debtor has an executory contract or
unexpired lease**

TRANSMAR SWITZERLAND GMBH
ALEX GEDRINSKY FRANCIS
GARNIER
LINTHESCHERGASSE 13 2ND FL
ZURICH
SWITZERLAND

---

2.1018.   **Title of contract**                    FCC CONTRACT

State what the contract or          PURCHASE CONTRACT
lease is for

Nature of debtor's interest         SELLER

State the term remaining            JULY 05, 2016

List the contract number of         _____
any government contract

**State the name and mailing address
for all other parties with whom the
debtor has an executory contract or
unexpired lease**

TRILINI INTERNATIONAL LTD
TRILINI BLDG
41 TERRACE PLACE
BROOKLYN NY 11218

---

Debtor   **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

---

**2.1019.** **Title of contract**                FCC CONTRACT

State what the contract or       PURCHASE CONTRACT
lease is for

Nature of debtor's interest      SELLER

State the term remaining         SPOT

List the contract number of      _____
any government contract

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

TRILINI INTERNATIONAL LTD
TRILINI BLDG
BROOKLYN NY 11218

---

**2.1020.** **Title of contract**                FCC CONTRACT

State what the contract or       PURCHASE CONTRACT
lease is for

Nature of debtor's interest      SELLER

State the term remaining         JULY 5, 2016

List the contract number of      _____
any government contract

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

TRILINI INTERNATIONAL LTD
TRILINI BLDG
41 TERRACE PLACE
BROOKLYN NY 11218

---

**2.1021.** **Title of contract**                FCC CONTRACT

State what the contract or       PURCHASE CONTRACT
lease is for

Nature of debtor's interest      SELLER

State the term remaining         JULY 2016- DEC 2016

List the contract number of      _____
any government contract

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

TRILINI INTERNATIONAL LTD
TRILINI BLDG
41 TERRACE PLACE
BROOKLYN NY 11218

---

**2.1022.** **Title of contract**                FCC CONTRACT

State what the contract or       PURCHASE CONTRACT
lease is for

Nature of debtor's interest      SELLER

State the term remaining         SPOT

List the contract number of      _____
any government contract

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

TRILINI INTERNATIONAL LTD
TRILINI BLDG
41 TERRACE PLACE
BROOKLYN NY 11218

---

**2.1023.** **Title of contract**                FCC CONTRACT

State what the contract or       PURCHASE CONTRACT
lease is for

Nature of debtor's interest      SELLER

State the term remaining         FCA FEB-MARCH 2017

List the contract number of      _____
any government contract

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

TRILINI INTERNATIONAL LTD
TRILINI BLDG
41 TERRACE PLACE
BROOKLYN NY 11218

---

Debtor    **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

---

**2.1024.** **Title of contract**                FCC CONTRACT

State what the contract or          PURCHASE CONTRACT
lease is for

Nature of debtor's interest         SELLER

State the term remaining            SPOT

List the contract number of         _____
any government contract

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

TRILINI INTERNATIONAL LTD
TRILINI BLDG
41 TERRACE PLACE
BROOKLYN NY 11218

---

**2.1025.** **Title of contract**                FCC CONTRACT

State what the contract or          PURCHASE CONTRACT
lease is for

Nature of debtor's interest         SELLER

State the term remaining            SPOT

List the contract number of         _____
any government contract

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

TRILINI INTERNATIONAL LTD
TRILINI BLDG
41 TERRACE PLACE
BROOKLYN NY 11218

---

**2.1026.** **Title of contract**                FCC CONTRACT

State what the contract or          FORWARD CONTRACT
lease is for

Nature of debtor's interest         SELLER

State the term remaining            JULY 5, 2016

List the contract number of         _____
any government contract

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

TRILINI INTERNATIONAL LTD
ROMAN KATSNELSON
41 TERRACE PL
BROOKLYN NY 11218

---

**2.1027.** **Title of contract**                EQUIPMENT LEASE AGREEMENT

State what the contract or          EQUIPMENT LEASE
lease is for

Nature of debtor's interest         LESSEE

State the term remaining

List the contract number of         _____
any government contract

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

TRITEC OFFICE EQUIPMENT INC
296 ROUTE 10 WEST
EASE HANOVER NJ 07936

---

**2.1028.** **Title of contract**                SALES CONTRACT

State what the contract or          SALE CONTRACT
lease is for

Nature of debtor's interest         SELLER

State the term remaining            DELIVERY PERIOD: SEPTEMBER 2016

List the contract number of         _____
any government contract

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

UNITED CONFECTIONERIES LLC
115184
2ND NOVOKUZNETSKY LN 13/15
MOSCOW
RUSSIA

---

Debtor   **Transmar Commodity Group Ltd.**                    Case number *(if known)* **16-13625**

---

**2.1029.**  **Title of contract**                SALES CONTRACT

**State what the contract or lease is for**        SALE CONTRACT

**Nature of debtor's interest**        SELLER

**State the term remaining**        DELIVERY PERIOD: NOVEMBER 2017

**List the contract number of any government contract**        _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

UNITED CONFECTIONERIES LLC
115184
2ND NOVOKUZNETSKY LN 13/15
MOSCOW
RUSSIA

---

**2.1030.**  **Title of contract**                SALES CONTRACT

**State what the contract or lease is for**        SALE CONTRACT

**Nature of debtor's interest**        SELLER

**State the term remaining**        DELIVERY PERIOD: DECEMBER 2017

**List the contract number of any government contract**        _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

UNITED CONFECTIONERIES LLC
115184
2ND NOVOKUZNETSKY LN 13/15
MOSCOW
RUSSIA

---

**2.1031.**  **Title of contract**                SALES CONTRACT

**State what the contract or lease is for**        SALE CONTRACT

**Nature of debtor's interest**        SELLER

**State the term remaining**        DELIVERY PERIOD: OCTOBER 2017

**List the contract number of any government contract**        _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

UNITED CONFECTIONERIES LLC
115184
2ND NOVOKUZNETSKY LN 13/15
MOSCOW
RUSSIA

---

**2.1032.**  **Title of contract**                SALES CONTRACT

**State what the contract or lease is for**        SALE CONTRACT

**Nature of debtor's interest**        SELLER

**State the term remaining**        DELIVERY PERIOD: NOVEMBER 2017

**List the contract number of any government contract**        _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

UNITED CONFECTIONERIES LLC
115184
2ND NOVOKUZNETSKY LN 13/15
MOSCOW
RUSSIA

---

**2.1033.**  **Title of contract**                SALES CONTRACT

**State what the contract or lease is for**        SALE CONTRACT

**Nature of debtor's interest**        SELLER

**State the term remaining**        DELIVERY PERIOD: FEBRUARY 2016

**List the contract number of any government contract**        _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

UNITED CONFECTIONERIES LLC
115184
2ND NOVOKUZNETSKY LN 13/15
MOSCOW
RUSSIA

---

Debtor   **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

---

**2.1034.** **Title of contract**                SALES CONTRACT

State what the contract or lease is for          SALE CONTRACT

Nature of debtor's interest          SELLER

State the term remaining          DELIVERY PERIOD: MARCH 2016

List the contract number of any government contract     _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

UNITED CONFECTIONERIES LLC
115184
2ND NOVOKUZNETSKY LN 13/15
MOSCOW
RUSSIA

---

**2.1035.** **Title of contract**                SALES CONTRACT

State what the contract or lease is for          SALE CONTRACT

Nature of debtor's interest          SELLER

State the term remaining          DELIVERY PERIOD: MAY 2016

List the contract number of any government contract     _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

UNITED CONFECTIONERIES LLC
115184
2ND NOVOKUZNETSKY LN 13/15
MOSCOW
RUSSIA

---

**2.1036.** **Title of contract**                SALES CONTRACT

State what the contract or lease is for          SALE CONTRACT

Nature of debtor's interest          SELLER

State the term remaining          DELIVERY PERIOD: JUNE 2016

List the contract number of any government contract     _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

UNITED CONFECTIONERIES LLC
115184
2ND NOVOKUZNETSKY LN 13/15
MOSCOW
RUSSIA

---

**2.1037.** **Title of contract**                SALES CONTRACT

State what the contract or lease is for          SALE CONTRACT

Nature of debtor's interest          SELLER

State the term remaining          DELIVERY PERIOD: JULY 2016

List the contract number of any government contract     _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

UNITED CONFECTIONERIES LLC
115184
2ND NOVOKUZNETSKY LN 13/15
MOSCOW
RUSSIA

---

**2.1038.** **Title of contract**                SALES CONTRACT

State what the contract or lease is for          SALE CONTRACT

Nature of debtor's interest          SELLER

State the term remaining          DELIVERY PERIOD: AUGUST 2016-DECEMBER 2017

List the contract number of any government contract     _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

UNITED CONFECTIONERIES LLC
115184
2ND NOVOKUZNETSKY LN 13/15
MOSCOW
RUSSIA

---

Debtor    **Transmar Commodity Group Ltd.**                                          Case number *(if known)* **16-13625**

---

**2.1039.** **Title of contract**                SALES CONTRACT

State what the contract or        SALE CONTRACT
lease is for

Nature of debtor's interest       SELLER

State the term remaining          DELIVERY PERIOD: OCTOBER 2016

List the contract number of       _____
any government contract

**State the name and mailing address
for all other parties with whom the
debtor has an executory contract or
unexpired lease**

UNITED CONFECTIONERIES LLC
115184
2ND NOVOKUZNETSKY LN 13/15
MOSCOW
RUSSIA

---

**2.1040.** **Title of contract**                SALES CONTRACT

State what the contract or        SALE CONTRACT
lease is for

Nature of debtor's interest       SELLER

State the term remaining          DELIVERY PERIOD: NOVEMBER 2016

List the contract number of       _____
any government contract

**State the name and mailing address
for all other parties with whom the
debtor has an executory contract or
unexpired lease**

UNITED CONFECTIONERIES LLC
115184
2ND NOVOKUZNETSKY LN 13/15
MOSCOW
RUSSIA

---

**2.1041.** **Title of contract**                SALES CONTRACT

State what the contract or        SALE CONTRACT
lease is for

Nature of debtor's interest       SELLER

State the term remaining          DELIVERY PERIOD: NOVEMBER 2016

List the contract number of       _____
any government contract

**State the name and mailing address
for all other parties with whom the
debtor has an executory contract or
unexpired lease**

UNITED CONFECTIONERIES LLC
115184
2ND NOVOKUZNETSKY LN 13/15
MOSCOW
RUSSIA

---

**2.1042.** **Title of contract**                SALES CONTRACT

State what the contract or        SALE CONTRACT
lease is for

Nature of debtor's interest       SELLER

State the term remaining          DELIVERY PERIOD: APRIL 2016

List the contract number of       _____
any government contract

**State the name and mailing address
for all other parties with whom the
debtor has an executory contract or
unexpired lease**

UNITED CONFECTIONERIES LLC
115184
2ND NOVOKUZNETSKY LN 13/15
MOSCOW
RUSSIA

---

**2.1043.** **Title of contract**                SALES CONTRACT

State what the contract or        SALE CONTRACT
lease is for

Nature of debtor's interest       SELLER

State the term remaining          DELIVERY PERIOD: JUNE 2016

List the contract number of       _____
any government contract

**State the name and mailing address
for all other parties with whom the
debtor has an executory contract or
unexpired lease**

UNITED CONFECTIONERIES LLC
115184
2ND NOVOKUZNETSKY LN 13/15
MOSCOW
RUSSIA

---

Debtor    **Transmar Commodity Group Ltd.**                                        Case number *(if known)* **16-13625**

**2.1044.** **Title of contract**              SALES CONTRACT                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    SALE CONTRACT

**Nature of debtor's interest**    SELLER                                        UNITED CONFECTIONERIES LLC
                                                                                115184
**State the term remaining**    DELIVERY PERIOD: OCTOBER 2016                    2ND NOVOKUZNETSKY LN 13/15
                                                                                MOSCOW
**List the contract number of any government contract**    _____     RUSSIA

**2.1045.** **Title of contract**              SALES CONTRACT                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    SALE CONTRACT

**Nature of debtor's interest**    SELLER                                        UNITED CONFECTIONERIES LLC
                                                                                115184
**State the term remaining**    DELIVERY PERIOD: NOVEMBER 2016                   2ND NOVOKUZNETSKY LN 13/15
                                                                                MOSCOW
**List the contract number of any government contract**    _____     RUSSIA

**2.1046.** **Title of contract**              FCC CONTRACT                      **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    PURCHASE CONTRACT

**Nature of debtor's interest**    SELLER                                        UNITED CONFECTIONERIES LLC
                                                                                2ND NOVOKUZNETSKY LANE 13/15
**State the term remaining**    DELIVERY: MAR 2016                               MOSCOW 115184
                                                                                RUSSIA
**List the contract number of any government contract**    _____

**2.1047.** **Title of contract**              FCC CONTRACT                      **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    PURCHASE CONTRACT

**Nature of debtor's interest**    SELLER                                        UNITED CONFECTIONERIES LLC
                                                                                2ND NOVOKUZNETSKY LANE 13/15
**State the term remaining**    DELIVERY: DEC 2017                               MOSCOW 115184
                                                                                RUSSIA
**List the contract number of any government contract**    _____

**2.1048.** **Title of contract**              FCC CONTRACT                      **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    PURCHASE CONTRACT

**Nature of debtor's interest**    SELLER                                        UNITED CONFECTIONERIES LLC
                                                                                2ND NOVOKUZNETSKY LANE 13/15
**State the term remaining**    DELIVERY: NOV 2017                               MOSCOW 115184
                                                                                RUSSIA
**List the contract number of any government contract**    _____

Debtor   **Transmar Commodity Group Ltd.**                                          Case number *(if known)* **16-13625**

---

**2.1049.** **Title of contract**                FCC CONTRACT

State what the contract or      PURCHASE CONTRACT
lease is for

Nature of debtor's interest     SELLER

State the term remaining        DELIVERY: OCT 2017

List the contract number of     _____
any government contract

> State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
>
> UNITED CONFECTIONERIES LLC
> 2ND NOVOKUZNETSKY LANE 13/15
> MOSCOW 115184
> RUSSIA

---

**2.1050.** **Title of contract**                FCC CONTRACT

State what the contract or      PURCHASE CONTRACT
lease is for

Nature of debtor's interest     SELLER

State the term remaining        DELIVERY: DEC 2017

List the contract number of     _____
any government contract

> State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
>
> UNITED CONFECTIONERIES LLC
> 2ND NOVOKUZNETSKY LANE 13/15
> MOSCOW 115184
> RUSSIA

---

**2.1051.** **Title of contract**                FCC CONTRACT

State what the contract or      PURCHASE CONTRACT
lease is for

Nature of debtor's interest     SELLER

State the term remaining        DELIVERY: NOV 2017

List the contract number of     _____
any government contract

> State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
>
> UNITED CONFECTIONERIES LLC
> 2ND NOVOKUZNETSKY LANE 13/15
> MOSCOW 115184
> RUSSIA

---

**2.1052.** **Title of contract**                FCC CONTRACT

State what the contract or      PURCHASE CONTRACT
lease is for

Nature of debtor's interest     SELLER

State the term remaining        DELIVERY: OCT 2017

List the contract number of     _____
any government contract

> State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
>
> UNITED CONFECTIONERIES LLC
> 2ND NOVOKUZNETSKY LANE 13/15
> MOSCOW 115184
> RUSSIA

---

**2.1053.** **Title of contract**                FCC CONTRACT

State what the contract or      PURCHASE CONTRACT
lease is for

Nature of debtor's interest     SELLER

State the term remaining        DELIVERY: JAN 2016

List the contract number of     _____
any government contract

> State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
>
> UNITED CONFECTIONERIES LLC
> 2ND NOVOKUZNETSKY LANE 13/15
> MOSCOW 115184
> RUSSIA

---

Debtor   **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

---

**2.1054.** **Title of contract**            FCC CONTRACT              State the name and mailing address
                                                                     for all other parties with whom the
             **State what the contract or**   PURCHASE CONTRACT       debtor has an executory contract or
             **lease is for**                                         unexpired lease

             **Nature of debtor's interest**  SELLER                 UNITED CONFECTIONERIES LLC
                                                                     2ND NOVOKUZNETSKY LANE 13/15
             **State the term remaining**     DELIVERY: FEB 2016      MOSCOW 115184
                                                                     RUSSIA
             **List the contract number of**  _____
             **any government contract**

**2.1055.** **Title of contract**            FCC CONTRACT              State the name and mailing address
                                                                     for all other parties with whom the
             **State what the contract or**   PURCHASE CONTRACT       debtor has an executory contract or
             **lease is for**                                         unexpired lease

             **Nature of debtor's interest**  SELLER                 UNITED CONFECTIONERIES LLC
                                                                     2ND NOVOKUZNETSKY LANE 13/15
             **State the term remaining**     DELIVERY: MAR 2016      MOSCOW 115184
                                                                     RUSSIA
             **List the contract number of**  _____
             **any government contract**

**2.1056.** **Title of contract**            FCC CONTRACT              State the name and mailing address
                                                                     for all other parties with whom the
             **State what the contract or**   PURCHASE CONTRACT       debtor has an executory contract or
             **lease is for**                                         unexpired lease

             **Nature of debtor's interest**  SELLER                 UNITED CONFECTIONERIES LLC
                                                                     2ND NOVOKUZNETSKY LANE 13/15
             **State the term remaining**     DELIVERY: APR 2016      MOSCOW 115184
                                                                     RUSSIA
             **List the contract number of**  _____
             **any government contract**

**2.1057.** **Title of contract**            FCC CONTRACT              State the name and mailing address
                                                                     for all other parties with whom the
             **State what the contract or**   PURCHASE CONTRACT       debtor has an executory contract or
             **lease is for**                                         unexpired lease

             **Nature of debtor's interest**  SELLER                 UNITED CONFECTIONERIES LLC
                                                                     2ND NOVOKUZNETSKY LANE 13/15
             **State the term remaining**     DELIVERY: MAY 2016      MOSCOW 115184
                                                                     RUSSIA
             **List the contract number of**  _____
             **any government contract**

**2.1058.** **Title of contract**            FCC CONTRACT              State the name and mailing address
                                                                     for all other parties with whom the
             **State what the contract or**   PURCHASE CONTRACT       debtor has an executory contract or
             **lease is for**                                         unexpired lease

             **Nature of debtor's interest**  SELLER                 UNITED CONFECTIONERIES LLC
                                                                     2ND NOVOKUZNETSKY LANE 13/15
             **State the term remaining**     DELIVERY: JUN 2016      MOSCOW 115184
                                                                     RUSSIA
             **List the contract number of**  _____
             **any government contract**

---

Debtor   **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

---

**2.1059.** **Title of contract**                FCC CONTRACT

**State what the contract or lease is for**       PURCHASE CONTRACT

**Nature of debtor's interest**        SELLER

**State the term remaining**           DELIVERY: JUL 2016

**List the contract number of any government contract**       _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

UNITED CONFECTIONERIES LLC
2ND NOVOKUZNETSKY LANE 13/15
MOSCOW 115184
RUSSIA

---

**2.1060.** **Title of contract**                FCC CONTRACT

**State what the contract or lease is for**       PURCHASE CONTRACT

**Nature of debtor's interest**        SELLER

**State the term remaining**           DELIVERY: AUG 2016

**List the contract number of any government contract**       _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

UNITED CONFECTIONERIES LLC
2ND NOVOKUZNETSKY LANE 13/15
MOSCOW 115184
RUSSIA

---

**2.1061.** **Title of contract**                FCC CONTRACT

**State what the contract or lease is for**       PURCHASE CONTRACT

**Nature of debtor's interest**        SELLER

**State the term remaining**           DELIVERY: SEP 2016

**List the contract number of any government contract**       _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

UNITED CONFECTIONERIES LLC
2ND NOVOKUZNETSKY LANE 13/15
MOSCOW 115184
RUSSIA

---

**2.1062.** **Title of contract**                FCC CONTRACT

**State what the contract or lease is for**       PURCHASE CONTRACT

**Nature of debtor's interest**        SELLER

**State the term remaining**           DELIVERY: OCT 2016

**List the contract number of any government contract**       _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

UNITED CONFECTIONERIES LLC
2ND NOVOKUZNETSKY LANE 13/15
MOSCOW 115184
RUSSIA

---

**2.1063.** **Title of contract**                FCC CONTRACT

**State what the contract or lease is for**       PURCHASE CONTRACT

**Nature of debtor's interest**        SELLER

**State the term remaining**           DELIVERY: NOV 2016

**List the contract number of any government contract**       _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

UNITED CONFECTIONERIES LLC
2ND NOVOKUZNETSKY LANE 13/15
MOSCOW 115184
RUSSIA

---

Debtor   **Transmar Commodity Group Ltd.**                                              Case number *(if known)* **16-13625**

---

2.1064. **Title of contract**                FCC CONTRACT                          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**   PURCHASE CONTRACT

**Nature of debtor's interest**   SELLER                                           UNITED CONFECTIONERIES LLC
                                                                                  2ND NOVOKUZNETSKY LANE 13/15
**State the term remaining**   DELIVERY: DEC 2016                                  MOSCOW 115184
                                                                                  RUSSIA
**List the contract number of any government contract**   _____

---

2.1065. **Title of contract**                FCC CONTRACT                          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**   PURCHASE CONTRACT

**Nature of debtor's interest**   SELLER                                           UNITED CONFECTIONERIES LLC
                                                                                  2ND NOVOKUZNETSKY LANE 13/15
**State the term remaining**   DELIVERY: JAN 2016                                  MOSCOW 115184
                                                                                  RUSSIA
**List the contract number of any government contract**   _____

---

2.1066. **Title of contract**                FCC CONTRACT                          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**   PURCHASE CONTRACT

**Nature of debtor's interest**   SELLER                                           UNITED CONFECTIONERIES LLC
                                                                                  2ND NOVOKUZNETSKY LANE 13/15
**State the term remaining**   DELIVERY: FEB 2016                                  MOSCOW 115184
                                                                                  RUSSIA
**List the contract number of any government contract**   _____

---

2.1067. **Title of contract**                FCC CONTRACT                          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**   PURCHASE CONTRACT

**Nature of debtor's interest**   SELLER                                           UNITED CONFECTIONERIES LLC
                                                                                  2ND NOVOKUZNETSKY LANE 13/15
**State the term remaining**   DELIVERY: APR 2016                                  MOSCOW 115184
                                                                                  RUSSIA
**List the contract number of any government contract**   _____

---

2.1068. **Title of contract**                FCC CONTRACT                          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**   PURCHASE CONTRACT

**Nature of debtor's interest**   SELLER                                           UNITED CONFECTIONERIES LLC
                                                                                  2ND NOVOKUZNETSKY LANE 13/15
**State the term remaining**   DELIVERY: MAY 2016                                  MOSCOW 115184
                                                                                  RUSSIA
**List the contract number of any government contract**   _____

---

Debtor   **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

| 2.1069. | Title of contract | FCC CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PURCHASE CONTRACT | |
| | Nature of debtor's interest | SELLER | UNITED CONFECTIONERIES LLC 2ND NOVOKUZNETSKY LANE 13/15 MOSCOW 115184 RUSSIA |
| | State the term remaining | DELIVERY: JUN 2016 | |
| | List the contract number of any government contract | | |

| 2.1070. | Title of contract | FCC CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PURCHASE CONTRACT | |
| | Nature of debtor's interest | SELLER | UNITED CONFECTIONERIES LLC 2ND NOVOKUZNETSKY LANE 13/15 MOSCOW 115184 RUSSIA |
| | State the term remaining | DELIVERY: OCT 2016 | |
| | List the contract number of any government contract | | |

| 2.1071. | Title of contract | FCC CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PURCHASE CONTRACT | |
| | Nature of debtor's interest | SELLER | UNITED CONFECTIONERIES LLC 2ND NOVOKUZNETSKY LANE 13/15 MOSCOW 115184 RUSSIA |
| | State the term remaining | DELIVERY: NOV 2016 | |
| | List the contract number of any government contract | | |

| 2.1072. | Title of contract | FCC CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PURCHASE CONTRACT | |
| | Nature of debtor's interest | SELLER | UNITED CONFECTIONERIES LLC 2ND NOVOKUZNETSKY LANE 13/15 MOSCOW 115184 RUSSIA |
| | State the term remaining | DELIVERY: DEC 2016 | |
| | List the contract number of any government contract | | |

| 2.1073. | Title of contract | FCC CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PURCHASE CONTRACT | |
| | Nature of debtor's interest | SELLER | UNITED CONFECTIONERIES LLC 2ND NOVOKUZNETSKY LANE 13/15 MOSCOW 115184 RUSSIA |
| | State the term remaining | DELIVERY: NOV 2015 | |
| | List the contract number of any government contract | | |

Debtor   **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

---

**2.1074.** **Title of contract**            FCC CONTRACT                    State the name and mailing address
                                                                            for all other parties with whom the
         **State what the contract or**   PURCHASE CONTRACT               debtor has an executory contract or
         **lease is for**                                                   unexpired lease

         **Nature of debtor's interest**  SELLER                           UNITED CONFECTIONERIES LLC
                                                                            2ND NOVOKUZNETSKY LANE 13/15
         **State the term remaining**     DELIVERY: OCT 2015                MOSCOW 115184
                                                                            RUSSIA
         **List the contract number of**  _____
         **any government contract**

**2.1075.** **Title of contract**            FCC CONTRACT                    State the name and mailing address
                                                                            for all other parties with whom the
         **State what the contract or**   PURCHASE CONTRACT               debtor has an executory contract or
         **lease is for**                                                   unexpired lease

         **Nature of debtor's interest**  SELLER                           UNITED CONFECTIONERIES LLC
                                                                            2ND NOVOKUZNETSKY LANE 13/15
         **State the term remaining**     DELIVERY: SEP 2015                MOSCOW 115184
                                                                            RUSSIA
         **List the contract number of**  _____
         **any government contract**

**2.1076.** **Title of contract**            FCC CONTRACT                    State the name and mailing address
                                                                            for all other parties with whom the
         **State what the contract or**   PURCHASE CONTRACT               debtor has an executory contract or
         **lease is for**                                                   unexpired lease

         **Nature of debtor's interest**  SELLER                           UNITED CONFECTIONERIES LLC
                                                                            2ND NOVOKUZNETSKY LANE 13/15
         **State the term remaining**     DELIVERY: AUG 2015                MOSCOW 115184
                                                                            RUSSIA
         **List the contract number of**  _____
         **any government contract**

**2.1077.** **Title of contract**            FCC CONTRACT                    State the name and mailing address
                                                                            for all other parties with whom the
         **State what the contract or**   PURCHASE CONTRACT               debtor has an executory contract or
         **lease is for**                                                   unexpired lease

         **Nature of debtor's interest**  SELLER                           UNITED CONFECTIONERIES LLC
                                                                            2ND NOVOKUZNETSKY LANE 13/15
         **State the term remaining**     DELIVERY: JUL 2015                MOSCOW 115184
                                                                            RUSSIA
         **List the contract number of**  _____
         **any government contract**

**2.1078.** **Title of contract**            FCC CONTRACT                    State the name and mailing address
                                                                            for all other parties with whom the
         **State what the contract or**   PURCHASE CONTRACT               debtor has an executory contract or
         **lease is for**                                                   unexpired lease

         **Nature of debtor's interest**  SELLER                           UNITED CONFECTIONERIES LLC
                                                                            2ND NOVOKUZNETSKY LANE 13/15
         **State the term remaining**     DELIVERY: JUN 2015                MOSCOW 115184
                                                                            RUSSIA
         **List the contract number of**  _____
         **any government contract**

---

Debtor   **Transmar Commodity Group Ltd.**                                   Case number *(if known)* **16-13625**

| 2.1079. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | UNITED CONFECTIONERIES LLC 2ND NOVOKUZNETSKY LANE 13/15 MOSCOW 115184 RUSSIA |
| | **State the term remaining** | DELIVERY: MAY 2015 | |
| | **List the contract number of any government contract** | _____ | |

| 2.1080. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | UNITED CONFECTIONERIES LLC 2ND NOVOKUZNETSKY LANE 13/15 MOSCOW 115184 RUSSIA |
| | **State the term remaining** | DELIVERY: APR 2015 | |
| | **List the contract number of any government contract** | _____ | |

| 2.1081. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | UNITED CONFECTIONERIES LLC 2ND NOVOKUZNETSKY LANE 13/15 MOSCOW 115184 RUSSIA |
| | **State the term remaining** | DELIVERY: MAR 2015 | |
| | **List the contract number of any government contract** | _____ | |

| 2.1082. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | UNITED CONFECTIONERIES LLC 2ND NOVOKUZNETSKY LANE 13/15 MOSCOW 115184 RUSSIA |
| | **State the term remaining** | DELIVERY: FEB 2015 | |
| | **List the contract number of any government contract** | _____ | |

| 2.1083. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | UNITED CONFECTIONERIES LLC 115184 2ND NOVOKUZNETSKY LANE 13/15 MOSCOW RUSSIA |
| | **State the term remaining** | DAP MAY 2016 | |
| | **List the contract number of any government contract** | _____ | |

Debtor   **Transmar Commodity Group Ltd.**                                              Case number *(if known)* **16-13625**

---

**2.1084.**   **Title of contract**                    FCC CONTRACT                              State the name and mailing address
                                                                                                 for all other parties with whom the
         **State what the contract or**            PURCHASE CONTRACT                         debtor has an executory contract or
         **lease is for**                                                                    unexpired lease

         **Nature of debtor's interest**           SELLER                                    UNITED CONFECTIONERIES LLC
                                                                                             115184 2ND NOVOKUZNETSKY
         **State the term remaining**              DAP JUNE 2016                             LANE 13/15
                                                                                             MOSCOW
         **List the contract number of**           _____              RUSSIA
         **any government contract**

**2.1085.**   **Title of contract**                    FCC CONTRACT                              State the name and mailing address
                                                                                                 for all other parties with whom the
         **State what the contract or**            PURCHASE CONTRACT                         debtor has an executory contract or
         **lease is for**                                                                    unexpired lease

         **Nature of debtor's interest**           SELLER                                    UNITED CONFECTIONERIES LLC
                                                                                             115184 2ND NOVOKUZNETSKY
         **State the term remaining**              DAP JULY 2016                             LANE 13/15
                                                                                             MOSCOW
         **List the contract number of**           _____              RUSSIA
         **any government contract**

**2.1086.**   **Title of contract**                    FCC CONTRACT                              State the name and mailing address
                                                                                                 for all other parties with whom the
         **State what the contract or**            PURCHASE CONTRACT                         debtor has an executory contract or
         **lease is for**                                                                    unexpired lease

         **Nature of debtor's interest**           SELLER                                    UNITED CONFECTIONERIES LLC
                                                                                             115184 2ND NOVOKUZNETSKY
         **State the term remaining**              DAP AUG 2016                              LANE 13/15
                                                                                             MOSCOW
         **List the contract number of**           _____              RUSSIA
         **any government contract**

**2.1087.**   **Title of contract**                    FCC CONTRACT                              State the name and mailing address
                                                                                                 for all other parties with whom the
         **State what the contract or**            PURCHASE CONTRACT                         debtor has an executory contract or
         **lease is for**                                                                    unexpired lease

         **Nature of debtor's interest**           SELLER                                    UNITED CONFECTIONERIES LLC
                                                                                             115184 2ND NOVOKUZNETSKY
         **State the term remaining**              DAP OCT 2016                              LANE 13/15
                                                                                             MOSCOW
         **List the contract number of**           _____              RUSSIA
         **any government contract**

**2.1088.**   **Title of contract**                    FCC CONTRACT                              State the name and mailing address
                                                                                                 for all other parties with whom the
         **State what the contract or**            PURCHASE CONTRACT                         debtor has an executory contract or
         **lease is for**                                                                    unexpired lease

         **Nature of debtor's interest**           SELLER                                    UNITED CONFECTIONERIES LLC
                                                                                             115184 2ND NOVOKUZNETSKY
         **State the term remaining**              DAP NOV 2016                              LANE 13/15
                                                                                             MOSCOW
         **List the contract number of**           _____              RUSSIA
         **any government contract**

Debtor    **Transmar Commodity Group Ltd.**                                   Case number *(if known)* **16-13625**

---

**2.1089.**   **Title of contract**                FCC CONTRACT                          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**        PURCHASE CONTRACT

**Nature of debtor's interest**     SELLER                                UNITED CONFECTIONERIES LLC
                                                                          115184 2ND NOVOKUZNETSKY
**State the term remaining**        DAP DEC 2016                          LANE 13/15
                                                                          MOSCOW
**List the contract number of any government contract**    _____    RUSSIA

---

**2.1090.**   **Title of contract**                FCC CONTRACT                          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**        PURCHASE CONTRACT

**Nature of debtor's interest**     SELLER                                UNITED CONFECTIONERIES LLC
                                                                          115184 2ND NOVOKUZNETSKY
**State the term remaining**        DAP APRIL 2016                        LANE 13/15
                                                                          MOSCOW
**List the contract number of any government contract**    _____    RUSSIA

---

**2.1091.**   **Title of contract**                FCC CONTRACT                          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**        PURCHASE CONTRACT

**Nature of debtor's interest**     SELLER                                UNITED CONFECTIONERIES LLC
                                                                          115184 2ND NOVOKUZNETSKY
**State the term remaining**        DAP JUNE 2016                         LANE 13/15
                                                                          MOSCOW
**List the contract number of any government contract**    _____    RUSSIA

---

**2.1092.**   **Title of contract**                FCC CONTRACT                          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**        PURCHASE CONTRACT

**Nature of debtor's interest**     SELLER                                UNITED CONFECTIONERIES LLC
                                                                          115184 2ND NOVOKUZNETSKY
**State the term remaining**        DAP OCT 2016                          LANE 13/15
                                                                          MOSCOW
**List the contract number of any government contract**    _____    RUSSIA

---

**2.1093.**   **Title of contract**                FCC CONTRACT                          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**        PURCHASE CONTRACT

**Nature of debtor's interest**     SELLER                                UNITED CONFECTIONERIES LLC
                                                                          115184 2ND NOVOKUZNETSKY
**State the term remaining**        DAP NOV 2016                          LANE 13/15
                                                                          MOSCOW
**List the contract number of any government contract**    _____    RUSSIA

---

Debtor   **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

| 2.1094. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | UNITED CONFECTIONERIES LLC 115184 2ND NOVOKUZNETSKY LANE 13/15 MOSCOW RUSSIA |
| | **State the term remaining** | DAP SEPT 2016 | |
| | **List the contract number of any government contract** | _____ | |

| 2.1095. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | UNITED CONFECTIONERIES LLC 115184 2ND NOVOKUZNETSKY LANE 13/15 MOSCOW RUSSIA |
| | **State the term remaining** | DAP SEP 2016 | |
| | **List the contract number of any government contract** | _____ | |

| 2.1096. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | UNITED CONFECTIONERIES LLC 115184 2ND NOVOKUZNETSKY LANE 13/15 MOSCOW RUSSIA |
| | **State the term remaining** | DAP NOV 2017 | |
| | **List the contract number of any government contract** | _____ | |

| 2.1097. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | UNITED CONFECTIONERIES LLC 115184 2ND NOVOKUZNETSKY LANE 13/15 MOSCOW RUSSIA |
| | **State the term remaining** | DAP DEC 2017 | |
| | **List the contract number of any government contract** | _____ | |

| 2.1098. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | UNITED CONFECTIONERIES LLC 115184 2ND NOVOKUZNETSKY LANE 13/15 MOSCOW RUSSIA |
| | **State the term remaining** | DAP OCT 2017 | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Transmar Commodity Group Ltd.**                                                    Case number *(if known)* **16-13625**

| 2.1099. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | UNITED CONFECTIONERIES LLC |
| | **State the term remaining** | DAP NOV 2017 | 115184 2ND NOVOKUZNETSKY LANE 13/15 |
| | **List the contract number of any government contract** | _____ | MOSCOW RUSSIA |

| 2.1100. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | UNITED CONFECTIONERIES LLC |
| | **State the term remaining** | DAP MARCH 2016 | 115184 2ND NOVOKUZNETSKY LANE 13/15 |
| | **List the contract number of any government contract** | _____ | MOSCOW RUSSIA |

| 2.1101. | **Title of contract** | CMA 1-A CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE CONTRACT | |
| | **Nature of debtor's interest** | SELLER | UNITED CONFECTIONERIES LLC |
| | **State the term remaining** | DAP FEB 2016 | 115184 2ND NOVOKUZNETSKY LANE 13/15 |
| | **List the contract number of any government contract** | _____ | MOSCOW RUSSIA |

| 2.1102. | **Title of contract** | FCC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FORWARD CONTRACT | |
| | **Nature of debtor's interest** | SELLER | UNITED CONFECTIONERIES LLC ROMAN |
| | **State the term remaining** | APRIL 2016 - JULY 2016 | 13/15 BLD 1 2ND NOVOKUZNETSKY LN |
| | **List the contract number of any government contract** | _____ | MOSCOW 115184 RUSSIA |

| 2.1103. | **Title of contract** | EMPLOYMENT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EMPLOYMENT | |
| | **Nature of debtor's interest** | EMPLOYER | WILLIAM YU |
| | **State the term remaining** | AT WILL | 446 PENNS WAY BASKING RIDGE NJ 07920 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Transmar Commodity Group Ltd.**                                    Case number *(if known)* **16-13625**

| 2.1104. | **Title of contract** | CONFIDENTIALITY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | DISCLOSE POTENTIAL ACQUISITION & INVESTMENT IN DISCLOSING PARTY | |
| | **Nature of debtor's interest** | RECIPIENT OF CONFIDENTIAL INFORMATION | |
| | **State the term remaining** | _____ | YTS HOLDING PTE LTD DOROTHY QUEK 13 JALAN LATEH SINGAPORE 359112 SINGAPORE |
| | **List the contract number of any government contract** | _____ | |

| Fill in this information to identify the case: |
|---|
| **Debtor name:** Transmar Commodity Group Ltd. |
| **United States Bankruptcy Court for the:** Southern District of New York |
| **Case number (if known):** 16-13625 |

☐ Check if this is an
amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1.    **Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

2.    **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | *Check all schedules that apply:* |
| 2.1.    EUROMAR COMMODITIES GMBH | EUROMAR STRASSE 1 16833 FEHRBELLIN GERMANY | THEOBROMA | ☐ D ☑ E/F ☐ G |

| Fill in this information to identify the case: |
| --- |
| **Debtor name:** Transmar Commodity Group Ltd. |
| **United States Bankruptcy Court for the:** Southern District of New York |
| **Case number (if known):** 16-13625 |

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   2/20/2017
MM/DD/YYYY

x _____
Signature of individual signing on behalf of debtor

Robert J. Frezza
Printed name

Chief Restructuring Officer
Position or relationship to debtor