KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP
Tracy L. Klestadt
Joseph C. Corneau
Christopher J. Reilly
200 West 41st Street, 17th Floor
New York, New York 10036
Telephone: (212) 972-3000
Facsimile: (212) 972-2245

-and-

RIKER DANZIG SCHERER HYLAND & PERRETTI LLP
Joseph L. Schwartz (admitted *pro hac vice*)
Tara J. Schellhorn
Rachel F. Gillen (admitted *pro hac vice*)
Headquarters Plaza, One Speedwell Avenue
Morristown, New Jersey 07960
Telephone: (973) 538-0800
Facsimile: (973) 538-1984

Attorneys for the Debtor and Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
                                                                  :
In re                                                             :   Chapter 11
                                                                  :
TRANSMAR COMMODITY GROUP LTD.[1]                                  :
                                                                  :
            Debtor.                                               :   Case No. 16-13625 (JLG)
                                                                  :
                                                                  :
                                                                  :
---------------------------------------------------------------- X


**SUPPLEMENTAL DECLARATION OF JOSEPH L. SCHWARTZ IN SUPPORT OF
APPLICATION FOR AN ORDER AUTHORIZING THE EMPLOYMENT AND
RETENTION OF RIKER DANZIG SCHERER HYLAND & PERRETTI AS LEAD
BANKRUPTCY COUNSEL TO THE DEBTOR AND DEBTOR-IN-POSSESSION
*NUNC PRO TUNC* TO THE PETITION DATE PURSUANT TO 11 U.S.C. § 327(a)**

---

[1] The Debtor in this chapter 11 case and the last four digits of the Debtor's taxpayer identification number is as follows: Transmar Commodity Group Ltd. (5889). The Debtor's principal office is located at 200 South Street, 4th Floor, Morristown, NJ 07960.

I, Joseph L. Schwartz, hereby declare that the following is true and correct to the best of my knowledge, information, and belief:

1.      I am an attorney at law, duly admitted to practice in the State of New Jersey.[2]  I am a partner with the law firm of Riker Danzig Scherer Hyland & Perretti LLP ("Riker Danzig").

2.      I am familiar with the matters set forth herein and make this Supplemental Declaration in further support of the Debtor's Application for an Order Authorizing the Retention and Employment of Riker Danzig Scherer Hyland & Perretti LLP as Lead Bankruptcy Counsel to the Debtor and Debtor-in-Possession *nunc pro tunc* to the Petition Date Pursuant to 11 U.S.C. §§ 327(a) (the "Riker Danzig Retention Application") [Docket No. 97], which was granted by Order dated March 1, 2017 [Docket No. 153].

3.      As is set forth in detail in the Debtor's Motion for an Order Authorizing the Debtor to Consent to the Sale of Assets of its Subsidiary Cocoa Services West, L.L.C. and for Related Relief (the "Motion"), filed simultaneously herewith, Riker Danzig was recently retained by one of the Debtor's subsidiaries, Cocoa Services West, L.L.C. ("CSW"), to represent CSW in connection with a non-bankruptcy sale (the "CSW Sale") by CSW of substantially all of its assets.

4.      A detailed description of the CSW Sale is set forth in the Motion.  Those facts are incorporated herein by reference.

5.      Upon information and belief, CSW holds a general unsecured claim against the Debtor.

---

[2] I have been admitted to appear before this Court *pro hac vice* pursuant to an Order dated January 3, 2017 [Docket No. 21].

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 15th day of March, 2017.

RIKER DANZIG SCHERER HYLAND & PERRETTI, LLP

By:    /s/ *Joseph L. Schwartz*
        Joseph L. Schwartz