Hearing:  7/26/18 @ 11:00 a.m.  (EST)
Response Deadline: 7/19/18 @ 4:00 p.m. (EST)

**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, New York 10019
(212) 839-5300 (tel.)
(212) 839-5599 (fax)
Lee S. Attanasio

*Attorneys for AMERRA Capital Management LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
In re:                                                                                    :
                                                                                              :    Chapter 7
TRANSMAR COMMODITY GROUP LTD.,      :
                                                                                              :    Case No. 16-13625 (JLG)
                                                                    Debtor.    :
------------------------------------------------------------------------x

**NOTICE OF MOTION OF AMERRA CAPITAL MANAGEMENT LLC TO ENFORCE THE ORDER AND FINDINGS OF FACT AND CONCLUSIONS OF LAW AUTHORIZING AND APPROVING DEBTOR'S MOTION FOR ENTRY OF AN ORDER APPROVING THE PRIVATE SALE AND ASSIGNMENT OF DEBTOR'S POWDER BOOK FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS PURSUANT TO 11 U.S.C. §§ 105, 363 AND 365 AND FED. R. BANK. P. 2002, 6004 AND 6006 AND GRANTING RELATED RELIEF**

PLEASE TAKE NOTICE that upon the annexed motion (the "Motion"), AMERRA

Capital Management LLC ("AMERRA"), by and through its undersigned counsel, shall move

for an Order to Enforce the Order and Findings of Fact and Conclusions of Law Authorizing and

Approving Debtor's Motion to Approve the Private Sale and Assignment of Debtor's Powder

Book Free and Clear of All Liens, Claims, Encumbrances and Other Interests and to declare that

Clasen Quality Chocolate ("Clasen") is bound by the terms of the Sale Order to perform under the Assigned Contracts (as defined below) with AMERRA.

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion will be held on **July 26, 2018 at 11:00 a.m. (Prevailing Eastern Time)** before the Honorable James L. Garrity, Jr., United States Bankruptcy Judge, at the Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), in Courtroom 601, One Bowling Green, New York, NY 10004.

PLEASE TAKE FURTHER NOTICE that all responses or objections, if any, to the Motion shall be made in writing, shall conform to the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and the Local Rules of the Bankruptcy Court for the Southern District of New York, shall set forth the name of the objecting party, the basis for the objection and the specific grounds thereof, shall be (i) filed electronically with the Bankruptcy Court on the Bankruptcy Court's electronic case filing system in accordance with and except as provided in General Order M-399 and the Court's Procedures for the Filing, Signing and Verification of Documents by Electronic Means (copies of each of which may be viewed on the Court's website at www.nysb.uscourts.gov), and a hard copy of such response or objection to be sent to the Chambers of the Honorable James L. Garrity, Jr.; (ii) served upon Sidley Austin LLP, 787 Seventh Avenue, New York, New York 10019, Attn: Lee S. Attanasio (lattanasio@sidley.com); and (iii) Alan Nisselson, Chapter 7 Trustee at Windels Marx Lane & Mittendorf, LLP, 156 West 56th Street, New York, NY 10019 Attn: Leslie S. Barr (lbarr@windelsmarx.com) and James M. Sullivan (jsullivan@windels.marx.com); so as to be filed and received no later than **July 19,**

**2018 at 4:00 p.m. (Prevailing Eastern Time)** (the "Objection Deadline").

Dated: New York, New York
       July 9, 2018                      SIDLEY AUSTIN LLP

                                  By:    /s/ *Lee S. Attanasio*
                                         Lee S. Attanasio
                                         787 Seventh Avenue
                                         New York, New York 10019
                                         Telephone: (212) 839-5300
                                         Facsimile: (212) 839-5599
                                         lattanasio@sidley.com

                                         *Attorneys for AMERRA Capital Management LLC*

3