UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
In re:                                                                               :
                                                                                          :     Chapter 7
TRANSMAR COMMODITY GROUP LTD.,                          :
                                                                                          :     Case No. 16-13625 (JLG)
                                                           Debtor.             :
------------------------------------------------------------------------x

**ORDER APPROVING THE MOTION OF AMERRA CAPITAL MANAGEMENT LLC TO ENFORCE THE ORDER AND FINDINGS OF FACT AND CONCLUSIONS OF LAW AUTHORIZING AND APPROVING DEBTOR'S MOTION FOR ENTRY OF AN ORDER APPROVING THE PRIVATE SALE AND ASSIGNMENT OF DEBTOR'S POWDER BOOK FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS PURSUANT TO 11 U.S.C. §§ 105, 363 AND 365 AND FED. R. BANK. P. 2002, 6004 AND 6006 AND GRANTING RELATED RELIEF**

AND NOW, this 26th day of July, 2018, the Court having considered the Motion,[1] and there being no objections, and a Certificate of No Objection having been filed, and it appearing that the relief requested is appropriate; and the Court finding that: (a) the Court has jurisdiction to consider this matter pursuant to 28 U.S.C. § 1334, and the Amended Standing Order of Reference of the United States District Court for the Southern District of New York (Preska, C.J.) dated January 31, 2012, (b) venue is proper before this Court pursuant to 28 U.S.C. § 1410, (c) this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and (d) notice of the Motion having been provided in accordance with Bankruptcy Rule 2002 and Local Rule 9013-1(b):

---

[1] All capitalized terms used herein but not defined shall have the meanings ascribed to them in the Motion of AMERRA Capital Management LLC to Enforce the Order and Findings of Fact and Conclusions of Law Authorizing and Approving Debtor's Motion for Entry of an Order Approving the Private Sale and Assignment of Debtor's Powder Book Free and Clear Of All Liens, Claims, Encumbrances and Other Interests Pursuant To 11 U.S.C. §§ 105, 363 and 365 and Fed. R. Bank. P. 2002, 6004 and 6006 and Granting Related Relief.

**THE COURT HEREBY ORDERS THAT:**

A. The Motion is granted.

B. The Assigned Contracts are valid, binding and enforceable against Clasen Quality Chocolate, Inc.

Dated: New York, New York
July 26, 2018

/s/ *James L. Garrity, Jr.*
HONORABLE JAMES L. GARRITY, JR.
UNITED STATES BANKRUPTCY JUDGE

1