UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re : | |
| : | Chapter 7 |
| TRANSMAR COMMODITY GROUP, LTD., : | |
| : | Case No. 16-13625-jlg |
| Debtor. : | |
| : | |

### ORDER PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AND RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE APPROVING A SETTLEMENT WITH NESKAO COCOA PRODUCTS

Upon the motion (the "Motion") of Alan Nisselson, trustee (the "Trustee") for the chapter 7 estate of Transmar Commodity Group Ltd., seeking entry of an order, pursuant to section 105(a) of the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.,* and Rule 9019 of the Federal Rules of Bankruptcy Procedure, approving a settlement between the Trustee and Neskao Cocoa Products [Doc. No. 768], as more particularly set forth in the Settlement and Release Agreement (the "Settlement") attached to the Motion as Exhibit "B"; and it appearing that due and sufficient notice has been given to all parties in interest; and no responses or objections having been timely filed and served with respect to the Motion; and the Court having considered the Declaration of Alan Nisselson in support of the Motion; and the Court having found the relief sought in the Motion is appropriate; and the Court having further found the Settlement is reasonable and in the best interests of the estate and its creditors; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and after due deliberation; and sufficient cause appearing therefor;

{12123900:1}

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted in its entirety.

2. The Settlement is hereby approved and authorized and the Trustee may perform under the Settlement.

3. This Court retains jurisdiction with respect to any dispute arising from or related to the Settlement.

Dated: New York, New York
        January 20, 2023

                                                /s/ *James L. Garrity, Jr.*
                                                THE HONORABLE JAMES L. GARRITY, JR.
                                                UNITED STATES BANKRUPTCY JUDGE